1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSFER OF CASES FROM MAGISTRATE JUDGE KAREN S. CRAWFORD TO MAGISTRATE JUDGE DAVID D. LESHNER | **TRANSFER ORDER** |

IT IS HEREBY ORDERED that the following listed cases are transferred from the calendar of the Honorable Karen S. Crawford to the calendar of the Honorable David D. Leshner for further proceedings.  All conferences or hearing dates previously set before Judge Crawford will remain as scheduled and will be held before Judge Leshner.  All dates set before any district judge will also remain unchanged.

*Beeman v. City of San Diego*, 21 cv457 RBM(KSC)

*Besenger v. San Diego County Credit Union,* 22cv1040 DMS(KSC)

*Brown v. Acutus Medical*, 22-cv-206-RSH-KSC

*Furcron v. La Mesa*, 21cv1592 CAB(KSC)

*Gallager v. Unisys Corp.*, 22-cv-960 RSH(KSC)

*Hernandez-Garcia v. Dana*, 21cv1673 JAH(KSC)

*Hernandez v. Williams*, 21-cv-944-WQH-KSC

*Morton v. County of San Diego*, 21cv1428 MMA(KSC)

*Rodriguez v. Equifax*, 22cv425 L(KSC)

*Samesurf, Inc. v. Intuit, Inc.*, 22-cv-412-RSH-KSC

*Stewart v. Quest Diagnostics,* 19cv2043 RBM(KSC)

*Sundby v. Myers*, 21cv2013 RBM(KSC)

*XpandOrtho v. Zimmer*, 21cv105 BEN(KSC)

IT IS SO ORDERED.

Dated:  August 19, 2022

Hon. Karen S. Crawford
United States Magistrate Judge

2