**Claudia G. Silva, County Counsel (State Bar No. 167868)**
**Fernando Kish, Senior Deputy (State Bar No. 236961)**
**Andrei Dumitrescu, Senior Deputy (State Bar No. 320456)**
**OFFICE OF COUNTY COUNSEL, SAN DIEGO**
**1600 Pacific Highway, Room 355**
**San Diego, CA 92101**
**619-531-6229**
**Email: Andrei.dumitrescu@sdcounty.ca.gov**
**Email: Fernando.kish@sdcounty.ca.gov**

**Michael L. Wroniak, Esq. (State Bar No. 210347)**
**Rada Feldman, Esq. (State Bar No. 285931)**
**Bianca M. Bonjean, Esq. (State Bar No. 342297)**
**COLLINS + COLLINS LLP**
**750 The City Drive, Suite 400**
**Orange, CA 92868**
**(714) 823-4100 – FAX (714) 823-4101**
**Email: mwroniak@ccllp.law**
**Email: rfeldman@ccllp.law**
**Email: bbonjean@ccllp.law**

Attorneys for Defendants
COUNTY OF SAN DIEGO, HOSANNA ALTO and JANINE SPARKS

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARILYN MORTON, Individually, and as Successor in Interest to JOSEPH MORTON, and DEAN MORTON, Individually,<br>Plaintiffs,<br>vs.<br><br>COUNTY OF SAN DIEGO, BIJAN RAHMANI, Individually, HOSANNA ALTO, Individually, MATTHEW BERLIN, Individually, LIBERTY HEALTHCARE, JANINE SPARKS, Individually, | CASE NO. 3:21-cv-01428-MMA-DDL<br>*Judge Michael M. Anello, Courtroom 3C*<br><br>**SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF COUNTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** |

| | |
|---|---|
| CHRISTOPHER KAGAY, Individually, AND DOES 1-10, inclusive,<br>Defendants. | **Complaint Filed: 08/09/2021**<br>**Trial Date: None** |

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD HEREIN:**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and the Civil Pretrial & Trial Procedures of Hon. Michael M. Anello, Defendants COUNTY OF SAN DIEGO, HOSANNA ALTO and JANINE SPARKS hereby submit this Separate Statement of Undisputed Material Facts in support of their Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment:

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

**Issue 1:** County Defendants are entitled to summary judgment, or, in the alternative, partial summary judgment of Plaintiff's Claims 1-2 under Section 1983.

| No. | Fact | Supporting Evidence | Plaintiffs' Response |
|---|---|---|---|
| 1. | On Monday May 11, 2020, Joseph Morton ("Morton") was arrested and booked at Vista Detention Facility ("VDF") for attempted robbery, stolen property/ID, and willful cruelty to child without injury or death. | **Defendants' Appendix of Evidence ("DAE"), Ex. 1:** 2020-05-11 Arrest Report For Morton<br><br>Fourth Amended Complaint (FAC), ¶ 5 | |
| 2. | Morton was arrested in a Walmart parking lot after he approached a man in a car with kids and demanded cash with a fake gun and used a stolen credit card. | FAC, ¶ 5<br>**DAE, Ex. 1:** 2020-05-11 Arrest Report For Morton | |
| 3. | He told the arresting officers about his release from 72-hour hold under Cal. Welf. & Inst. Code § 5150 on May 10 for attempted | FAC, ¶ 7<br>**DAE, Ex. 1:** 2020-05-11 Arrest Report For Morton<br>**DAE, Ex. 2**: 2020-05-11 Intake Receiving Screening by Macanlalay | |



COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

| | | | |
|---|---|---|---|
| | suicide by CO2 poisoning | | |
| 4. | At intake on May 11, at 6:43PM, Nurse Samantha Macanlalay flagged Morton for suicide risk and referred him to Liberty Psychologist Dr. Bijan Rahmani ("Dr. Rahmani") for assessment. | FAC, ¶ 8<br>**DAE, Ex. 2**: 2020-05-11 RN Intake Receiving Screening by Macanlalay<br>**DAE, Ex. 3**: 2020-05-11 Comprehensive Detox Screen by Macanlalay<br>**DAE, Ex. 57:** 2023-10-13 Rahmani Depo., pp. 169:5-17, 170:3-25, 171:22-25, 174:18-175:8, 175: 4-21, 176:120-180:24, 183:16-184:16, 185: 8-22, 186:13-187:2, 189:1-190:15, 199.<br>**DAE, Ex. 4**: 2020-05-11 Gatekeeping Assessment by Dr. Rahmani<br>**DAE, Ex. 56:** 2023-08-24 2023-08-24 Ysla Depo., pp. 161:19-162:11. | |
| 5. | Macanlalay also initiated alcohol withdrawal protocol (CIWA) noting that Morton was asymptomatic but was anticipating alcohol withdrawal, and Morton | **DAE, Ex. 3**: 2020-05-11 Comprehensive Detox Screen by Macanlalay<br>**DAE, Ex. 8**: 2020-05-11 CIWA Second Stage Nurse Sick Call entered by Macanlalay<br>**DAE, Ex. 25**: 2020-05-11 to 05-18-2020 Progress Notes Completed by RN | |

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

| | | | |
|---|---|---|---|
| | received Librium May 12 through May 14, 2020, as treatment. | Jameson (SD 00328-00333)<br>**DAE, Ex. 26**: 2020-05-11 through 05-20-2020 Sick Calls (CIWA Second Stage Nurse Sick Call Completed by RN Jameson (SD005882), Follow up (SD005881))<br>**DAE, Ex. 22**: 2020-05-11 to 05-14-2020 EMAR Medication Records (SD 00211-00220)<br>**DAE, Ex. 17**: 2020-05-13 Sick Call (CIWA Follow-up re Alcohol Withdrawal completed by RN Medina)<br>**DAE, Ex. 62**: 2023-10-27 2023-10-27 2023-10-27 Montgomery Depo., pp. 64:11-68:21 (Exhibit 4 to Montgomery's Deposition: Electric Medical Medication Administration Record (EMAR) Bates Nos. SD 05680-05689, SD 01744; 64:11-65:13). | |
| 6. | At 7:06PM, Dr. Rahmani performed the initial gatekeeping assessment of Morton to evaluate suicide risk and determine housing | FAC, ¶¶ 9<br>**DAE, Ex. 57:** 2023-10-13 Rahmani Depo., pp. 169:5-17, 170:3-25, 171:22-25, 174:18-175:8, 175: 4-21, 176:120-180:24, 183:16-184:16, 185: 8-22, 186:13-187:2, | |

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

23475

| | | | |
|---|---|---|---|
| | placement. | 189:1-190:15, 199.<br>**DAE, Ex. 4**: 2020-05-11 Dr. Rahmani Gatekeeping Assessment<br>**DAE, Ex. 5**: 2020-05-11 Incident Report – Dr. Rahmani's Assessment<br>**DAE, Ex. 6**: 2020-05-11 Gatekeeper Discharge by Devereaux<br>**DAE, Ex. 56**: 2023-08-24 2023-08-24 Ysla Depo., pp. 161:19-162:11 | |
| 7. | Dr. Rahmani worked as a contracted provider employed by Liberty. | FAC ¶ 31 | |
| 8. | Dr. Rahmani determined Morton was low risk suicide, placed him in the Inmate Safety Program (ISP) in Enhanced Observation Housing (EOH), and referred Morton for psychiatric medication evaluation in 24 hours. | FAC, ¶ 9<br>**DAE, Ex. 57:** 2023-10-13 Rahmani Depo., pp. 169:5-17, 170:3-25, 171:22-25, 174:18-175:8, 175: 4-21, 176:120-180:24, 183:16-184:16, 185: 8-22, 186:13-187:2, 189:1-190:15, 199.<br>**DAE, Ex. 4**: 2020-05-11 Dr. Rahmani Gatekeeping Assessment<br>**DAE, Ex. 5**: 2020-05-11 Incident Report – Dr. Rahmani's Assessment<br>**DAE, Ex. 6**: 2020-05-11 Gatekeeper | |

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

| | | | |
|---|---|---|---|
| | | Discharge by Devereaux | |
| 9. | Dr. Rahmani noted Morton had a previous suicide attempt was released from a 5150 hold and was "still thinking about suicide but does not have any plans." | FAC, ¶¶ 9<br>**DAE, Ex. 4**: 2020-05-11 Dr. Rahmani Gatekeeping Assessment<br>**DAE, Ex. 57:** 2023-10-13 Rahmani Depo., pp. 169:5-17, 170:3-25, 171:22-25, 174:18-175:8, 175: 4-21, 176:120-180:24, 183:16-184:16, 185: 8-22, 186:13-187:2, 189:1-190:15, 199. | |
| 10. | Dr. Rahmani scheduled a Psychiatric Sick Call for medication evaluation for antidepressants to take place within 24 hours with Liberty Psychiatric Nurse Practitioner Christopher Kagay. | **DAE, Ex. 4:** 2020-05-11 Dr. Rahmani Gatekeeping Assessment<br>**DAE, Ex. 26**: 2020-05-13 Sick Calls re Chart Review by Liberty Psychiatric Nurse Practitioner Christopher Kagay and cancellation of Psychiatry Sick Call for Morton referred by Dr. Rahmani by Kagay and Psych Sick Call rescheduled for 5-20-2020 (SD05877-79)<br>**DAE, Ex. 57:** 2023-10-13 Rahmani Depo., pp. 169:5-17, 170:3-25, 171:22-25, 174:18-175:8, 175: 4-21, 176:120-180:24, | |

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

| | | | |
|---|---|---|---|
| | | 183:16-184:16, 185: 8-22, 186:13-187:2, 189:1-190:15, 199. | |
| 11. | Pursuant to Dr. Rahmani's assessment, Morton arrived in EOH at 7:40PM and Nurse Lindsay Jameson noted Morton's steady gait, even and unlabored breathing, and no acute distress. | **DAE, Ex. 25**: 2020-05-11 to 05-18-2020 Progress Notes (bates stamped SD00328-00333) at SD 00134 | |
| 12. | At 9:30PM, Nurse Paul Mata performed a wellness check for Morton in EOH and reported that Morton denied current suicidal ideation, showed no signs of acute medical distress, and presented as upbeat. | **DAE, Ex. 7**: 2020-05-11 ISP Wellness Check for Morton by Paul Mata RN | |
| 13. | The next morning on May 12, 2020, at 5:14AM, Nurse Jameson completed a second stage nurse evaluation for Morton | **DAE, Ex. 8** : 2020-05-11 ISP Wellness Check for Morton by Paul Mata RN 2020-05-12 Sick Call re Second Stage Nurse Evaluation completed by Lindsay Jameson RN, and entered by Macanlalay | |

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

| | | | |
|---|---|---|---|
| | and confirmed CIWA protocol for withdrawal treatment. | RN 5-11-2020 | |
| 14. | On Tuesday May 12, 2020, at 7:23AM, County Mental Health Clinician ("MHC") Hosanna Alto ("Alto") completed a second ISP assessment of Morton after his placement in EOH. | FAC, ¶¶ 10<br>**DAE, Ex. 9**: Second 2020-05-12 ISP Assessment by Alto (SD 00313-00324)<br>**DAE, Ex. 11**: 2020-05-12 QMHP Sick Call ISP Follow-Up (SD 06992)<br>**DAE, Ex. 60**: 2023-10-24 2023-10-24 Alto Depo., pp. 63: 9-12. | |
| 15. | Morton denied suicidal ideation when asked by Alto at his ISP assessment. | **DAE, Ex. 60**: 2023-10-24 2023-10-24 Alto Depo., pp. 24: 13-18.<br>**DAE, Ex. 60**: 2023-10-24 2023-10-24 Alto Depo., pp. 232:24-233:10.<br>**DAE, Ex. 9**: 2020-05-12 ISP Assessment by Alto (SD 00313-00324) | |
| 16. | It was noted that Morton's alcohol withdrawal was being monitored and he was on withdrawal protocol and medication. | FAC, ¶¶ 10<br>**DAE, Ex. 9**: 2020-05-12 2020-05-12 ISP Assessment by Alto (SD 00313-00324<br>**DAE, Ex. 47**: SD MSD P&P (MSD SNP.A.3. Alcohol Withdrawal)<br>**DAE, Ex. 60**: 2023-10-24 2023-10-24 Alto Depo., pp. 197, lns. 2-3. | |

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

| | | | |
|---|---|---|---|
| | | **DAE, Ex. 62**: 2023-10-27 2023-10-27 2023-10-27 Montgomery Depo., pp. 67, lns. 4-6, 68, lns. 12-21. | |
| 17. | Alto determined Morton was low risk for suicide, noting multiple protective factors, including no signs of depression, no verbalized suicidal statements, the prior suicide attempt was related to alcohol abuse, desire to resume anti-depressants and return to rehab, hopefulness about the future, and goal-oriented with positive future plans and has support of his girlfriend who he reported talking to all night via phone. | FAC, ¶¶ 11<br>**DAE, Ex. 60**: 2023-10-24 2023-10-24 Alto Depo., pp. 245:13-246:11.<br>**DAE, Ex. 9**: 2020-05-12 ISP Assessment by Alt (SD 00313-00324) | |
| 18. | In her assessment, Alto noted there were no observed or reported depressive symptoms | **DAE, Ex. 9**: 2020-05-12 ISP Assessment by Alto (SD 00313-00324)<br>**DAE, Ex. 60**: 2023-10-24 Alto Depo., pp. 223: 2-9, 229: 16-23. | |

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

| | | | |
|---|---|---|---|
| | and Morton was upbeat and talkative. | | |
| 19. | As noted in the assessment, Morton's charges were not high publicity with serious felony charges or a child-victim crime. | **DAE, Ex. 9**: 2020-05-12 ISP Assessment by Alto (SD 00313-00324) **DAE, Ex. 47**: SD MSD P&P MSD E.2.1 Receiving Screening (SD 00719-007820) **DAE, Ex. 46**: SDSD P&P (DSB J.5 Inmate Suicide Prevention Practices & Inmate Safety Program) (SD 04974-04978) **DAE, Ex. 60**: 2023-10-24 Alto Depo., pp. 191: 1-25. | |
| 20. | Per policy, Morton was cleared from EOH as this was the second low risk designation after Gatekeeper Dr. Rahmani's initial gatekeeping assessment of low risk. | FAC, ¶¶ 12 **DAE, Ex. 9**: 2020-05-12 ISP Assessment by Alto (SD 00313-00324 **DAE, Ex. 60**: 2023-10-24 Alto Depo., pp. 161: 13-17. **DAE, Ex. 75**: Alto Decl., ¶¶ 4 **DAE, Ex. 10**: San Diego Sheriff's Department Incident Report Regarding Alto's Assessment of Morton (SD00245-00246) | |
| 21. | Alto noted Morton had a psychiatric medication evaluation | FAC, ¶¶ 12 **DAE, Ex. 60**: 2023-10-24 Alto Depo., pp. 268: 16-18. **DAE, Ex. 75**: Alto | |

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

23475

| | | | |
|---|---|---|---|
| | already scheduled, and per policy, scheduled a 24-hour ISP follow-up wellness check for Morton after release from the ISP housing program. | Decl., ¶¶ 4<br>**DAE, Ex. 9**: 2020-05-12 ISP Assessment by Alto (SD 00313-00324<br>**DAE, Ex. 11**: QMHP Sick Call ISP Follow-Up (SD 06992)<br>**DAE, Ex. 46:** SDSD DSB P&P (Safety Cells; Definition and Use) (Enhanced Observation Housing (EOG); Definition and Use) (Inmate Suicide Prevention Practices & Inmate Safety Program) | |
| 22. | After Alto's assessment, Morton was released from ISP and moved to the housing module. | FAC, ¶¶ 12<br>**DAE, Ex. 9**: 2020-05-12 ISP Assessment by Alto (SD 00313-00324)<br>**DAE, Ex. 60:** 2023-10-24 Alto Depo., pp. 257: 9-17.<br>**DAE, Ex. 60**: Alto Decl., ¶¶<br>**DAE, Ex. 56:** 2023-08-24 2023-08-24 Ysla Depo., pp. 185: 5-13.<br>**DAE, Ex. 58:** 2023-10-17 Berlin Depo., pp. 285:23-286:6. | |
| 23. | At 2:20PM in the housing module, Morton told Deputy Marc Myers that he was suicidal and when | FAC, ¶¶ 13<br>**DAE, Ex. 10:** 2020-05-12 Sheriff Incident Report (SD 00241-00242)<br>**DAE, Ex. 50:** 2023-06-21 2023-06-21 2023-06-21 Myers Depo., pp. | |

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

| | | | |
|---|---|---|---|
| | asked if he has a plan, said "I would use my blanket to hang myself!" | 105: 2-23.<br>(Exhibit 2 to Myer's Deposition, Bates No. 000241-242; 104:22-105:23).<br>**DAE, Ex. 55:** 2023-08-2023 2023-08-2023 Guillory Depo., pp. 58:21-59:6.<br>**DAE, Ex. 58:** 2023-10-17 2023-10-17 Berlin Depo., pp. 220: 12-20. | |
| 24. | Deputy Myers escorted Morton to medical where he was first evaluated by Nurse Myra Rada. | **DAE, Ex. 25 :**2020-05-11 to 05-18-2020 Progress Notes (bates stamped SD00328-00333), at SD 00134. | |
| 25. | Nurse Rada reported that Morton was going to gatekeeping for evaluation, "claims [suicidal ideation] 'I will do it with a sheet,'" was not in distress, and had no signs of alcohol withdrawal. | **DAE, Ex. 25 :** 2020-05-11 to 05-18-2020 Progress Notes (bates stamped SD00328-00333), at SD 00134. | |
| 26. | At 2:23PM, Liberty Psychologist Dr. Matthew Berlin ("Dr. Berlin") performed a gatekeeping assessment | FAC, ¶¶ 13<br>**DAE, Ex. 58**: 2023-10-17 Berlin Depo., pp. 285: 5-12, 305:21-306:11.<br>**DAE, Ex. 13:** 2020-05-12 Sheriff Incident Report (SD 00241-242) | |

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

| | | | |
|---|---|---|---|
| | of Morton to evaluate him for suicide risk and potential ISP placement due to Morton's suicidal statements made to Deputy Myers. | **DAE, Ex. 12:** Berlin's Gatekeeping Assessment (SD 00301-00312)<br>**DAE, Ex. 56:** 2023-08-24 Ysla Depo., pp. 195:17-196:9<br>**DAE, Ex. 25:** 2020-05-11 to 05-18-2020 Progress Notes (bates stamped SD00328-00333), at SD 00134.<br>**DAE, Ex. 50:** Meyers Depo., pp. 7: 13-23.<br>**DAE, Ex. 55**: 2023-08-2023 Guillory Depo., pp. 58:21-59-6.<br>**DAE, Ex. 68:** 2023-09-12 Berlin's Responses to County's Amended Requests for Admissions, RFA NO. 22 ("Admitted" that Dr. Berlin knew of Morton's verbalized suicidal ideation to Deputy Myers on May 12, 2020, prior to deciding ISP housing was not indicated for Morton). | |
| 27. | Dr. Berlin determined Morton was not suicidal and did not require placement in ISP housing, noting that Morton only said he was suicidal so he could | **DAE, Ex. 58:** 2023-10-17 Berlin Depo., pp. 288: 5-14, 308:24-309:7.<br>**DAE, Ex. 10:** 2020-05-12 Sheriff Incident Report (SD 00241-242)<br>**DAE, Ex. 12:** 2020-05-12 Berlin's Gatekeeping | |

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

| | | | |
|---|---|---|---|
| | return to EOH to use the phone. | Assessment (SD 00301-00312)<br>**DAE, Ex. 68:** 2023-09-12 Berlin's Responses to County's Amended Requests for Admissions, RFA NO. 22 ("Admitted" that Dr. Berlin knew of Morton's verbalized suicidal ideation to Deputy Myers on May 12, 2020, prior to deciding ISP housing was not indicated for Morton).<br>**DAE, Ex. 56:** 2023-08-24 Ysla Depo., pp.191:6-192:8, 188: 6-22. (Exhibit 9 to Ysla's Deposition: Dr. Berlin's Gatekeeping Assessment, Bates No. SD00301-00312; 190: 5-15) | |
| 28. | Dr. Berlin was the only provider to assess Morton after his in-custody suicidal statement on May 12, 2020. | FAC, ¶¶ 13<br>**DAE, Ex. 12:** 2020-05-12 Berlin's Gatekeeping Assessment (SD 00301-00312)<br>**DAE, Ex. 56**: 2023-08-24 Ysla Depo., pp. 187: 7-14.<br>**DAE, Ex. 58:** 2023-10-17 Berlin Depo., pp. 325: 2-15.<br>(Exhibit 6 to 2023-10-17 Berlin Deposition: Email, 05/18/2020, | |

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

| | | | |
|---|---|---|---|
| | | Bates No. LIB 0000001; 267: 7-15). **DAE, Ex. 20:** 2020-05-14 County of San Diego Mental Health Services Client Roster (SD 00196-198) **DAE, Ex. 33**: 2020-05-18 Emails Between Dr. Berlin and Jake Villeneuve of Liberty Regarding Morton (SD 04499) | |
| 29. | Dr. Berlin was the last provider to evaluate Morton for suicide risk and determine Morton's housing placement. | **DAE, Ex. 68:** 2023-09-12 Berlin's Responses to County's Amended Requests for Admission, RFA NO. 7 **DAE, Ex. 12**: 2020-05-12 Gatekeeping Assessment by Dr. Berlin (SD 00301-00312) **DAE, Ex. 56:** 2023-08-24 Ysla Depo., pp. 187: 7-14, 188: 6-22, 191:6-192:8, 195:17-196:9. **DAE, Ex. 58:** 2023-10-17 Berlin Depo., 325: 2-15. **DAE, Ex. 33**: 2020-05-18 Emails Between Dr. Berlin and Jake Villeneuve of Liberty Regarding Morton (SD 04499) | |
| 30. | Morton's suicidal statement made to Deputy Myers on May | **DAE, Ex. 56:** 2023-08-24 Ysla Depo., pp. 191:6-192:8, | |

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

| | | | |
|---|---|---|---|
| | 12, 2020, is the only time that Morton communicated suicidal ideation to VDF staff. | **DAE, Ex. 58:** 2023-10-17 Berlin Depo., pp. 325: 2-15<br>**DAE, Ex. 12:** 2020-15-12 Berlin's Gatekeeping Assessment (SD 00301-00312) | |
| 31. | Liberty Psychiatric Nurse Practitioner Christopher Kagay ("Kagay") was the on-site psychiatric provider at VDF on May 13, 2024, and was responsible for completing Morton's Chart Check, pharmacy record review, and Psychiatric Sick Call for medication evaluation scheduled by Dr. Rahmani. | FAC, ¶¶ 17<br>**DAE, Ex. 71:** 2023-09-12 Liberty's Responses to County's Amended Requests for Admission, RFA NO. 17 ("Admitted" Kagay revised decedent's chart history).<br>**DAE, Ex. 26:** 2020-05-11 through 05-20-2020 Sick Calls, (SD 05878-05879)<br>**DAE, Ex. 14:** 2020-05-12 Fax to CVS for Morton's Records and Morton CVS Records (SD 00186-195)<br>**DAE, Ex. 25:** 2020-05-11 to 05-18-2020 Progress Notes (SD 00328-00333)<br>**DAE, Ex. 57:** 2023-10-13 Rahmani Depo., pp. 153: 10-22.<br>**DAE, Ex. 56:** 2023-08-24 Ysla Depo., pp. 181: 11-17.<br>**DAE, Ex. 52:** 2023-07-18 Kagay Depo., VI, pp. 153: 13-22. | |

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

| | | | |
|---|---|---|---|
| | | **DAE, Ex. 53:** 2023-07-18 Kagay Depo., VII, pp. 33: 4-9.<br>**DAE, Ex. 34**: 2020-05-19 Emails Between Chris Kagay and Jake Villeneuve of Liberty Regarding Morton (LIB 0000003-4) | |
| 32. | On May 13, 2020, Kagay completed Morton's Chart Check, including review of Dr. Berlin's gatekeeping note, and reviewed Morton's CVS Pharmacy records and determined that Morton did not require immediate medication evaluation. | FAC, ¶¶ 17<br>**DAE, Ex. 71:** 2023-09-12 Liberty's Responses to County's Amended Requests for Admission, RFA NO. 17 ("Admitted" Kagay revised decedent's chart history).<br>**DAE, Ex. 26:** 2020-05-11 through 05-2020 Sick Calls (SD 05878-05879)<br>**DAE, Ex. 14:** 2020-05-12 Fax to CVS for Morton's Records and Morton CVS Records (SD 00186-195)<br>**DAE, Ex. 25:** 2020-05-11 to 05-18-2020 Progress Notes (SD 00328-00333)<br>**DAE, Ex. 52:** 2023-07-18 Kagay Depo., VI, pp. 153: 13-22.<br>**DAE, Ex. 53:** 2023-07-18 Kagay Depo., VII, pp. 33: 4-9.<br>**DAE, Ex. 34**: 2020-05-18 Emails Between Chris Kagay and Jake | |

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

| | | | |
|---|---|---|---|
| | | Villeneuve of Liberty Regarding Morton (LIB 0000003-4) | |
| 33. | Kagay did not see Morton on May 13, 2020, for a medication evaluation, did not prepare a treatment plan for Morton, and did not prescribe and/or order psychiatric medication and/or anti-depressants for Morton. | FAC, ¶¶ 17<br>**DAE, Ex. 52:** 2023-07-18 Kagay Depo., VI, pp. 165:10-166:23. (Exhibit 2 to Kagay Deposition VI: Morton Medical Records, Bates Nos. SD00255-00335; 128:21-129:17)<br>**DAE, Ex. 53:** 2023-08-14 Kagay Depo., VII, pp. 23:14-24:14, 29: 10-16.<br>**DAE, Ex. 26:** 2020-05-11 through 05-2020 Sick Calls (Cancellation and Psych Chart Review completed by Kagay) (SD 05879)<br>**DAE, Ex. 71:** 2023-09-12 Liberty's Responses to County's Amended Requests for Admission, RFA NO. 19 ("Admitted" Kagay knew of decedent's verbal suicidal ideation when he cancelled decedent's duplicate routine psychiatric sick call).<br>**DAE, Ex. 34**: 2020-05-18 Emails Between Chris Kagay and Jake Villeneuve of Liberty Regarding Morton (LIB 0000003-4) | |

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

| | | | |
|---|---|---|---|
| | | | |
| 34. | Kagay cancelled the May 13, 2020, 24-hour Psych Sick Call appointment and scheduled a new appointment for May 20, 2020. | FAC, ¶¶ 17<br>**DAE, Ex. 52:** 2023-07-18 Kagay Depo., VI, pp. 160: 5-11,160:14-161:16.<br>**DAE, Ex. 71:** 2023-09-12 Liberty's Responses to County's Amended Requests for Admission, RFA NO. 19 ("Admitted" Kagay knew of decedent's verbal suicidal ideation when he cancelled decedent's duplicate routine psychiatric sick call).<br>**DAE, Ex. 26:** 2020-05-11 through 05-2020 Sick Calls (Kagay Reschedules Psych Sick Call) (SD 05879)<br>**DAE, Ex. 34**: 2020-05-18 Emails Between Chris Kagay and Jake Villeneuve of Liberty Regarding Morton (LIB 0000003-4) | |
| 35. | Kagay worked as a contracted provider and was employed by Liberty. | FAC ¶¶ 17, 31 | |
| 36. | County policy requires that psychotropic medications be ordered | **DAE, Ex. 47:** MSD G.3.2 Psychotropic Medication (SD 00728-00732)<br>**DAE, Ex. 47**: SDSD | |

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

| | | | |
|---|---|---|---|
| | by a psychiatric provider. | P&P MSD P.8 Psychiatric Stabilization Unit (SD 00862-00870)<br>**DAE, Ex. 60**: 2023-10-24 Alto Depo., pp. 204:24-205:14, 126: 14-18.<br>**DAE, Ex. 52**: 2023-07-18 Kagay Depo. VI, pp. 160:14:161:16 (Exhibit 2 to Kagay's Deposition: Medical Records; 128:21-129:17) | |
| 37. | Between May 13, 2020, and May 15, 2020, medical staff assessed Morton for alcohol withdrawal follow-ups and x-rays, completed Chart Checks, and noted that Morton did not show signs of withdrawal. | **DAE, Ex. 17:** 2020-05-13 Sick Call re CIWA Follow-up re Alcohol Withdrawal completed by Andrea Medina RN, and scheduled 05-11-2020 by Macanlalay RN<br>**DAE, Ex. 18:** 2020-05-14 San Diego Sheriff's Department Incident Report re CIWA Clearance of Morton<br>**DAE, Ex. 19:** 2020-05-14 Chest X-ray performed 05-11-2020 for Morton read by Dr. Harold Trief<br>**DAE, Ex. 21:** 2020-05-11 to 05-13-2020 Vital Signs for Morton<br>**DAE, Ex. 22:** 2020-05-11 to 05-14-2020 EMAR Medication Administration for | |

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

| | | | |
|---|---|---|---|
| | | Morton (bates stamped SD00211-SD00220) **DAE, Ex. 23:** 2020-05-15 Sick Call re Medical Chart Review for Morton completed by Dr. Rafi **DAE, Ex. 25:** 2020-05-11 to 05-18-2020 Progress Notes (bates stamped SD00328-00333) **DAE, Ex. 22**: EMAR Medication Records (SD 00211-00220) **DAE, Ex. []**: Medical Chart Review, 05/15/2020 (SD 05876) **DAE, Ex. 62:** 2023-10-27 2023-10-27 Montgomery Depo., pp. 67: 4-6, 12-21. (Exhibit 4 to Montgomery's Deposition: Electric Medical Medication Administration Record (EMAR) Bates Nos. SD 05680-05689, SD 01744; 64:11-65:13). **DAE, Ex. 11**: 202005-12 QMHP Sick Call ISP Follow-Up (SD 006992) | |
| 38. | On May 13, 2020, at 12:08PM, Nurse Andrew Medina completed an alcohol withdrawal follow-up | **DAE, Ex. 17:** 2020-05-13 Sick Call re CIWA Follow-up re Alcohol Withdrawal completed by Andrea Medina RN, and scheduled 05-11-2020 by Macanlalay | |

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

| | | | |
|---|---|---|---|
| | assessment for Morton and noted that Morton had no symptoms, was calm and cooperative, and voiced no complaints. | RN<br>**DAE, Ex. 18:** 2020-05-14 San Diego Sheriff's Department Incident Report re CIWA Clearance of Morton 2020-05-13<br>**DAE, Ex. 25:** 2020-05-11 to 05-18-2020 Progress Notes (bates stamped SD00328-00333) at SD 00133 | |
| 39. | Morton completed and was cleared from CIWA protocol on May 14, 2020. | **DAE, Ex. 18:** 2020-05-14 San Diego Sheriff's Department Incident Report re CIWA Clearance of Morton 2020-05-13 | |
| 40. | Mental Health Clinician Janine Sparks ("Sparks") worked at VDF from Tuesday May 12 through Saturday May 16, 2020. | FAC, ¶¶ 16<br>**DAE, Ex. 54:** 2023-08-18 Sparks Depo., pp. 158: 8-17.<br>**DAE, Ex. 76**: Sparks Decl., ¶¶ 4<br>**DAE, Ex. 35**: Emails Between Janine Sparks and Melissa Quiroz Regarding Morton (SD06989-06991) | |
| 41. | Sparks was responsible for MHC sick call and follow-up appointments for patients across five (5) housing modules, including Morton's housing module, clinic | FAC, ¶¶ 16<br>**DAE, Ex. 9**: Second 2020-05-12 ISP Assessment by Alto (SD 00313-00324)<br>**DAE, Ex. 11**: 202005-12 QMHP Sick Call ISP Follow-Up (SD 006992) | |

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

| | | | |
|---|---|---|---|
| | mental health appointments, AdSeg (Administrative Segregation) wellness checks and evaluations, and gatekeeping assessments as needed. | **DAE, Ex. 54:** 2023-08-18 Sparks Depo., pp. 105: 11-18.<br>**DAE, Ex. 32**: DOPS Spreadsheets for Janine Sparks (SD 06926-28)<br>**DAE, Ex. 76**: Sparks Decl., ¶¶ 4 | |
| 42. | Sparks was unable to complete all appointments on her sick call list, including Morton's appointment, during this period due to mandatory COVID-cleaning and jail protocols reducing the number of patients who could be seen. | FAC, ¶¶ 16<br>**DAE, Ex. 54:** 2023-08-18 Sparks Depo., pp. 84: 1-19.<br>**DAE, Ex. 32:** Sparks DOP Sheets<br>**DAE, Ex. 76**: Sparks Decl., ¶¶<br>**DAE, Ex. 35**: Emails Between Janine Sparks and Melissa Quiroz Regarding Morton (SD06989-06991)<br>**DAE, Ex. 32**: DOPS Spreadsheets for Janine Sparks (SD 06926-28)<br>**DAE, Ex. 54**: 2023-08-18 Sparks Depo., pp. 154: 7-25.<br>**DAE, Ex. 61:** 2023-10-26 Derek Williamson Depo., pp. 25: 18-24. | |
| 43. | Sparks worked as an MHC at VDF through the pandemic while being regularly exposed to Covid without issue. | **DAE, Ex. 76**: Sparks Decl., ¶¶ 4 | |
| 44. | Between May 12, 2020 | **DAE, Ex. 76**: Sparks | |

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

23475

| | | | |
|---|---|---|---|
| | and May 16, 2020, Sparks did not observe, interact, or communicate with Morton, was not aware of Morton's May 12, 2020 in-custody suicidal statement and assessment by Dr. Berlin, and did not have knowledge of Morton's mental state or whether he was housed alone or with a cellmate. | Decl., ¶¶ 7 | |
| 45. | Mrs. Morton and Dean Morton ("Mr. Morton") were the parents of Joseph Morton. | **FAC ¶ 27;**<br>**FAC Ex. 1:** Declaration of Marilyn Morton Pursuant to CCP § 377.32 | |
| 46. | Beginning on May 12, Morton threatened suicide to Mrs. Morton and to his girlfriend Elaine Luong ("Luong") over the phone on six separate occasions, including the morning of May 17, | **DAE, Ex. 49:** 2023-05-09 Marilyn Morton Depo., pp. 134:23-135:1.<br>**DAE, Ex. 28:** 2023-06-23 2023-06-23 Elaine 2023-06-23 Elaine Luong Depo., pp. 188: 17-23. (Exhibit 4 to Luong's Deposition: Transcript of Phone Call, May 16, 2021, Bates No. SD04591-SD04593; 104: 1-24) | |

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

| | | | |
|---|---|---|---|
| | 2020. | **DAE, Ex. 31**: Audio of Phone Call with Elaine Luong (SD 02053)<br>**DAE, Ex. 31**: Audio of Phone Call with Elaine Luong at 19:49 (SD 02055)<br>**DAE, Ex. 31**: Audio of Phone Call with Elaine Luong at 17:41 (SD 02059)<br>**DAE, Ex. 31**: Audio of Phone Call with Elaine Luong (SD 02062)<br>**DAE, Ex. 31**: Audio of Phone Call with Elaine Luong (SD 02065)<br>**DAE, Ex. 31**: Audio of Phone Call with Elaine Luong (SD 02066)<br>**DAE, Ex. 31**: Audio of Phone Call with Marilyn Morton at 07:13 (SD 02072)<br>**DAE, Ex. 31**: Audio of Phone Call with Elaine Luong at 08:00 (SD 02075)<br>**DAE, Ex. 31**: Audio of Phone Call with Marilyn Morton at 19:15 (SD 02088)<br>**DAE, Ex. 31**: Audio of Phone Call with Marilyn Morton at 04:10 (SD 02090)<br>**DAE, Ex. 31**: Audio of Phone Call with Elaine Luong at 19:07 (SD 02093) | |

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

| | | | |
|---|---|---|---|
| | | **DAE, Ex. 31**: Audio of Phone Call with Marilyn Morton at 19:23 (SD 02094)<br>**DAE, Ex. 30**: Email and San Diego Sheriff's Department Follow-Up Investigative Report from Sgt. A. Brown to Detective B. Simpson Regarding Morton Follow-Up, and Attachments of Jail Call Audio Transcripts from 05/12/2020 through 05/17/2020; and Morton emails dated 05/13/2020, 05/15/2020 (SD 04573-04614) | |
| 47. | On the evening of Sunday May 17, 2020, Morton committed suicide by hanging himself in his cell. | FAC, ¶¶ 18<br><br>**DAE, Ex. 24**: Mandown Assessment (SD 00325-00327)<br>**DAE, Ex. 29:** Morton Letters to Family<br>**DAE, Ex. 28:** Morton Letters to Elaine Luong | |
| 48. | Mrs. Morton, Luong, and Morton's sister Linnea Morton ("Linnea") were each aware of the suicidal statements Morton made to Mrs. Morton and Luong while in | **DAE, Ex. 49:** 2023-05-09 Marilyn Morton Depo., pp. 133: 12-19, 134: 14-18, 138: 7-24. (Exhibit 12 to Marilyn Morton's Deposition: Audio Recording of a Phone Call Between Detective Sisto and Marilyn Morton, Bates No. SD 01848; 135: 14-18) | |

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

| | | | |
|---|---|---|---|
| | custody and testified that they did not report Morton's suicidal threats. | **DAE, Ex. 51:** 2023-06-23 Elaine Luong Depo., pp. 106:23-107:19,128: 15-23, 188: 17-23, 208:24-209:9.<br>(Exhibit 4 to Luong's Deposition: Transcript of Phone Call, May 16, 2021, Bates No. SD04591-SD04593; 104: 1-24)<br>**DAE, Ex. 49:** 2023-05-09 Marilyn Morton Depo., pp. 145: 2-7.<br>**DAE, Ex. 48:** 2023-05-03 Linnea Morton Depo., pp. 170: 10-14.<br>**DAE, Ex. 27:** Morton's Emails with Elaine Luong (SD 00096-98)<br>**DAE, Ex. 51**: 2023-06-23 Elaine Luong Depo., pp. 188: 17-23, 194: 6-16.<br>(Exhibit 14 to Luong's Deposition: Audio of Phone Call, May 16, 2021, Bates No. SD02094; 184: 5-17)<br>**DAE, Ex. 31:** Audio of Phone Call with Marilyn Morton at 19:23 (SD 02094)<br>FAC, ¶¶ 18<br>**DAE, Ex. 49**: 2023-05-09 Marilyn Morton Depo., pp. 134:23-135:1, 133: 12-19,134: | |

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

| | | | |
|---|---|---|---|
| | | 14-18, 134: 19-22, 134:23-135:1.<br>**DAE, Ex. 51**: 2023-06-23 Elaine Luong Depo., pp. 207: 4-15, 208:24-209:9.<br>**DAE, Ex. 48**: 2023-05-03 Linnea Morton Depo., pp. 170: 10-14. | |
| 49. | Sparks was not working at VDF on Sunday, May 17, 2020. | **DAE, Ex. 76**: Sparks Decl., ¶¶ 7 | |
| 50. | After Morton's death, County homicide detectives interviewed Mrs. Morton, Linnea Morton, and Luong. | **DAE, Ex. 36**: San Diego Sheriff's Department Follow-up: Statement of Marilyn Morton<br>**DAE, Ex. 49**: 2023-05-09 Marilyn Morton Depo., pp.173: 6-23.<br>**DAE, Ex. 48**: 2023-05-03 Linnea Morton Depo., pp. 181: 15-25.<br>**DAE, Ex. 31**: Audio of Phone Call between Det. Simpson and Elaine Luong (SD 01860)<br>**DAE, Ex. 37**: San Diego Sheriff's Department Follow-up: Statement of E. Luong (SD 01812).<br>**DAE, Ex. 51**: 2023-06-23 Elaine Luong Depo., pp. 210: 9-25, 212: 12-16.<br>(Exhibit 16 to 2023-06-23 Elaine Luong Deposition: Statement | |

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

| | | | |
|---|---|---|---|
| | | of Elaine Luong, May 17, 2020, Bates No. SD01813-01816; 211:12-23)<br>**DAE, Ex. 38**: San Diego Sheriff's Department Follow-up: Statement of E. Luong by Detective Simpson, (SD 0814-0816)<br>**DAE, Ex. 31**: Audio of Phone Call Between Detective Simpson and Elaine Luong (SD 01864).<br>**DAE, Ex. 31**: Audio of Voicemail from Detective Simpson to Elaine Luong (SD 01860).<br>**DAE, Ex. 31**: Audio of Phone Call Between Detective Simpson and Elaine Luong (SD 01862).<br>**DAE, Ex. 31**: Audio of Phone Call Between Detective Simpson and Elaine Luong (SD 01865). | |
| 51. | On May 19, 2020, during a phone call with homicide detective Sisto, Mrs. Morton stated that Morton had been threatening to commit suicide and | **DAE, Ex. 36**: 2020-05-19 San Diego Sheriff's Department Follow-Up Investigative Report re Statement of Marilyn Morton from interview by Det. N. Sisto (SD01819) (audio lodged separately) (SD01848) (see audio) | |

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

| | | | |
|---|---|---|---|
| | asked whether the County had Morton on "suicide watch." | | |
| 52. | During the May 19 phone call, Det. Sisto indicated that Morton was checked on regularly and Mrs. Morton said based on her experience working at a jail she knew this was "somewhat not true." | **DAE, Ex. 36**: 2020-05-19 San Diego Sheriff's Department Follow-Up Investigative Report re Statement of Marilyn Morton from interview by Det. N. Sisto (SD01819) (audio lodged separately) (SD01848) (see audio) | |
| 53. | In May 2020, Linnea Morton spoke with a reporter from the SD Union Tribune regarding Morton's death and said: "They won't talk to us at all, the Sheriff's Department." | **DAE, Ex. 48**: 2023-05-03 Linnea Morton Depo., pp.188:3-189:2 (Exhibit 4 to 2023-05-03 Linnea Morton Deposition: San Diego Tribune Article) | |
| 54. | In June 2020, Mrs. Morton and Linnea Morton retained counsel and records requests were submitted to the County | **DAE, Ex. 49**: 2023-05-09 Marilyn Morton Depo., pp. 183:23-185:17. (Exhibit 14 to 2023-05-09 Marilyn Morton Deposition: Email Chain, Bates No. SD | |

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

| | | | |
|---|---|---|---|
| | on Mrs. Morton's behalf. | 04491-04493; 183:21-184:16)<br>**DAE, Ex. 40**: Email from Marilyn Morton regarding Records Request (SD 04648-04651)<br>**DAE, Ex. 39**: Email from Linnea Morton Regarding Records Request (SD04491-04493) | |
| 55. | On November 6, 2020, Mrs. Morton filed a Tort Claim against County. | **DAE, Ex. 41:** Marilyn Morton Tort Claim (JM 000564-000582)<br>**DAE, Ex. 49:** 2023-05-09 Marilyn Morton Depo., pp. 187:3-190:4. (Exhibit 15 to 2023-05-09 Marilyn Morton Deposition: Claim Against the County of San Diego; 187: 1-7)<br>**DAE, Ex. 48**: 2023-05-03 Linnea Morton Depo., pp. 175: 16-23.<br>**DAE, Ex. 74**: Osborn Decl., ¶¶ 1-4 | |
| 56. | Mr. Morton never filed a Tort Claim. | **DAE, Ex. 41:** Marilyn Morton Tort Claim (JM 000564-000582)<br>**DAE, Ex. 48:** 2023-05-03 Linnea Morton Depo., pp. 175:20-176:4.<br>**DAE, Ex. 74**: Osborn Decl., ¶¶ 1-4 | |
| 57. | Mr. Morton passed away during this action | **DAE, Ex. 48:** 2023-05-03 Linnea Morton | |

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

| | | | |
|---|---|---|---|
| | and Morton's sister Linnea Morton has stepped in as plaintiff for Mr. Morton. | Depo., pp. 175:20-176:4. | |
| 58. | During the relevant time period of 2020, the County maintained and enforced policies and procedures regarding suicide prevention. | **DAE, Ex. 46**: SDSD P&P DSB J.1 San Diego County Sheriff's Department Detention Services Bureau – Manual of Policies and Procedures (Safety Cells; Definition and Use) (SD 04934-04938)<br>**DAE, Ex. 46:** SDSD P&P DSB J.4 San Diego County Sheriff's Department Detention Services Bureau – Manual of Policies and Procedures (Enhanced Observation Housing (EOH); Definition and Use) (SD 049444-04948)<br>**DAE, Ex. 46:** SDSD P&P DSB J.5 San Diego County Sheriff's Department Detention Services Bureau – Manual of Policies and Procedures (Inmate Suicide Prevention Practices & Inmate Safety Program) (SD 04974-04978)<br>**DAE, Ex. 47:** SDSD P&P SDSD P&P MSD E.2.1 San Diego | |

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

| | | | |
|---|---|---|---|
| | | County Sheriff's Department Medical Services Division Operations Manual (Receiving Screening) (SD 00711-00718) **DAE, Ex. 47**: SDSD P&P MSD G.3.2 San Diego County Sheriff's Department Medical Services Division Operations Manual (Psychotropic Medication) (SD 00728-00732) **DAE, Ex. 47**: SDSD P&P MSD P.8 San Diego County Sheriff's Department Medical Services Division Operations Manual (Psychiatric Stabilization Unit (PSU)) (SD 00862-00870) **DAE, Ex. 47**: SDSD P&P MSD P.15 San Diego County Sheriff's Department Medical Services Division Operations Manual (Psychiatric Stabilization Unit-Admission Types) (SD **DAE, Ex. 47**: SDSD P&P MSD S.10 San Diego County Sheriff's Department Medical Services Division Operations Manual (Suicide Prevention & | |

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

23475

| | | | |
|---|---|---|---|
| | | Patient Safety Program) (SD 00614-00619)<br>**DAE, Ex. 47**: SDSD P&P MSD SNP.A.3 San Diego County Sheriff's Department Medical Services Division Operations Manual (Alcohol Withdrawal) (SD 00977-00982)<br>**DAE, Ex. 59:** 2023-10-23 Melissa Quiroz Depo., pp. 83: 5-20.<br>**DAE, Ex. 60:** 2023-10-24 Alto Depo., pp. 161: 13-17, 245:15-246:19, 268: 16-18, 32: 15-24.<br>**DAE, Ex. 59:** 2023-10-23 Melissa Quiroz Depo., pp. 83: 5-20, 131: 7-15, 134: 6-20. | |
| 59. | The Mental Health Clinicians had extensive training, education, and experience and received training on suicide prevention. | **DAE, Ex. 42:** Hosanna Alto's Training Transcript<br>**DAE, Ex. 43:** Hosanna Alto's Learner's Transcript<br>**DAE, Ex. 45:** Janine Sparks' Trainer's Transcript<br>**DAE, Ex. 60:** 2023-10-24 Alto Depo., pp. 32: 15-19, 33: 5-11, 33: 7-13, 34: 5-6, 36: 10-17, 38: 16 -25.<br>**DAE, Ex. 59:** 2023-10-23 Melissa Quiroz Depo., pp. 40: 12-21, | |

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

| | | | |
|---|---|---|---|
| | | 41: 12-19, 83: 5-20, 134: 6-20. | |
| 60. | The Liberty Providers were trained with regard to the County's policies on suicide prevention. | **DAE, Ex. 59:** 2023-10-23 Melissa Quiroz Depo., pp. 83: 5-20. | |
| 61. | The Liberty providers had extensive training, education, and experience. | **DAE, Ex. 57:** 2023-10-13 Rahmani Depo., pp. 15: 14-25, 16: 6-9, 16: 12-17, 17: 1-16, 17:17-18:4,18: 5-21, 28: 4-21,39:20-40:3. **DAE, Ex. 58:** 2023-10-17 Berlin Depo., pp. 15:22-16:13, 18:24-19:6, 19:7-19, 41: 1-20. **DAE, Ex. 56:** 2023-08-24 Ysla Depo., pp. 16: 10-19,19: 9-14. **DAE, Ex. 52**: 2023-07-18 Kagay Depo., VI, pp. 47:14-48:7. **DAE, Ex. 59:** 2023-10-23 Melissa Quiroz Depo., pp. 131: 7-15, 134: 6-20. **DAE, Ex. 78**: 2023-10-26 Derek Williamson Depo., pp. 32: 2-20. | |

**Issue 2:** Mental Health Clinician Defendants Alto and Sparks are entitled to summary judgment, or in the alternative, partial summary judgment of Plaintiff's Section 1983 Claim 1: 14th Amendment Deliberate Indifference because the elements are not established as to either Defendant.

| | | | |
|---|---|---|---|
| | Facts 1-49 are incorporated | | |

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

| | | | |
|---|---|---|---|
| | herein by reference. | | |

**Issue 3:** County is entitled to summary judgment, or in the alternative, partial summary judgment of Successor In Interest Plaintiff Marilyn's Morton's Claim 2: 14th Amendment Section 1983 *Monell* - Inadequate Suicide Prevention / Self-Harm Policy and Training Program because Plaintiff cannot establish the elements for municipal liability.

| | | | |
|---|---|---|---|
| | Facts 1-61 are incorporated herein by reference. | | |

**Issue 4:** County and Mental Health Clinician Alto and Sparks Defendants are entitled to summary judgment, or in the alternative, partial summary judgment of Plaintiffs' Claim 3: Failure to Summon Medical Care because the elements are not established, as there is no duty, no breach of duty, and no causation.

| | | | |
|---|---|---|---|
| | Facts 1-57 are incorporated herein by reference. | | |

**Issue 5:** County, Alto and Sparks Defendants are entitled to summary judgment, or in the alternative, partial summary judgment of Plaintiffs' Claim 4: Wrongful Death section 377.60 because the elements are not established, as there is no duty, no breach of duty, and no causation.

| | | | |
|---|---|---|---|
| | Facts 1-57 are incorporated herein by reference. | | |

**Issue 6:** Mental Health Clinician Defendants Alto and Sparks are entitled to summary judgment, or in the alternative, partial summary judgment of Plaintiffs' Claim 5: Professional Negligence because the elements are not established, as there is no duty, no breach of duty, and no causation.

| | | | |
|---|---|---|---|
| | Facts 1-57 are incorporated herein by reference. | | |

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

**Issue 7:** Summary adjudication of Plaintiffs' punitive damages claims against the Mental Health Clinician Defendants is proper.

| | | | |
|---|---|---|---|
| | Facts 1-54 are incorporated herein by reference. | | |

DATED: May 17, 2024

COLLINS + COLLINS LLP

By: Bianca Bonjean

BIANCA M. BONJEAN
MICHAEL L. WRONIAK
RADA FELDMAN
Attorneys for Defendants
COUNTY OF SAN DIEGO, HOSANNA ALTO and JANINE SPARKS

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101