**Michael L. Wroniak, Esq. (State Bar No. 210347)**
**Rada Feldman, Esq. (State Bar No. 285931)**
**Bianca M. Bonjean, Esq. (State Bar No. 342297)**
**Sofia Torrez, Esq. (State Bar No. 355321)**
**COLLINS + COLLINS LLP**
**750 The City Drive, Suite 400**
**Orange, CA 92868**
**(714) 823-4100 – FAX (714) 823-4101**
**Email:  mwroniak@ccllp.law**
**Email:  rfeldman@ccllp.law**
**Email:  bbonjean@ccllp.law**
**Email:  storrez@ccllp.law**

Attorneys for Defendants
COUNTY OF SAN DIEGO and JANINE SPARKS

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN MORTON, Individually, and as Successor in Interest to JOSEPH MORTON, and DEAN MORTON, Individually, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SAN DIEGO, BIJAN RAHMANI, Individually, HOSANNA ALTO, Individually, MATTHEW BERLIN, Individually, LIBERTY HEALTHCARE, JANINE SPARKS, Individually, CHRISTOPHER KAGAY, Individually, AND DOES 1-10, inclusive, <br><br> Defendants. | CASE NO. 3:21-cv-01428-RBM-DDL <br> ***Assigned to Judge Ruth Bermudez Montenegro, Courtroom 5B; Magistrate Judge David D. Leshner, Courtroom 2D*** <br><br> **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF COUNTY OF SAN DIEGO'S MOTION FOR RECONSIDERATION OF DISCOVERY ORDERS COMPELLING THE PRODUCTION OF CIRB REPORTS AND RELATED DOCUMENTS [ECF 97, 105] (FRCP 60(b))** <br><br> *[Filed concurrently with Notice of Motion, Memorandum of Points and Authorities, and Declaration of Bianca Bonjean]* <br><br> **Hearing Date: September 29, 2025** <br> **Courtroom:** |

23475

1

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone  (714) 823-4100
Fax    (714) 823-4101

1
2
3
4
5

**[NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT]**

**Complaint Filed: 08/09/2021**
**Trial Date:        None Set**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

Defendant County of San Diego hereby requests that this Court take judicial notice pursuant to Federal Rule of Evidence 201 of the existence and contents of the following documents which are on file in the United States District Courts for the Southern District:

**Exh. 1:** Declaration of Michael Baranic in Opposition to Plaintiffs' Motion to Compel and attachments thereto filed June 9, 2023, (Dkt. 153-2) in the matter entitled *The Estate of Elisa Serna, et al. vs. County of San Diego, et al.,* United States District Court Case No. 3: 20cv2096-LAB-DDL, filed October 26, 2020.

**Exh. 2:** Declaration of Michael Baranic in Opposition to Intervenors' Motion to Intervene and Unseal Critical Incident Review Board Documents and attachments thereto filed on April 12, 2023 (Dkt. 361-1), in the matter entitled *Frankie Greer vs. County of San Diego, et al.,* United States District Court Case No. 3:19-cv-00378-JO-DEB, filed February 25, 2019.

**Exh. 3:** Declaration of Michael Baranic in support of Defendant County of San Diego's Objections to Discovery Order and Motion for Reconsideration and attachments thereto filed February 21, 2025, (Dkt. 186-2) in the matter entitled *Justino Rupard, et al. v. County of San Diego, et al.*, United States District Court Case No. 3:23-cv-1357-CAB-BLM, filed July 26, 2023.

Rule 201 of the Federal Rules of Evidence authorizes the Court to take judicial notice, upon request by a party, of facts that are not subject to reasonable dispute because (a) they are "generally known within the trial court's territorial jurisdiction;" or (b) they "can accurately and readily be determined from sources whose accuracy cannot

*23475*

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF COUNTY'S MOTION FOR RECONSIDERATION

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone   (714) 823-4100
Fax      (714) 823-4101

reasonably be questioned." Fed. R. Evid. 201(b) and (d).

County requests that this Court take judicial notice of these Declarations which were filed as evidence in support of motions and oppositions by the County of San Diego concerning issues of whether Critical Incident Review Board ("CIRB") reports are protected by the attorney-client privilege. The Declarations and their contents are demonstrative of evidence considered by the Courts in reaching their respective rulings on the issues of CIRB and the attorney-client privilege as applied to CIRB reports and CIRB documents.

Accordingly, County Defendants respectfully request that the Court take judicial notice of these documents.

DATED: August 25, 2025          COLLINS + COLLINS LLP


By: _____
    BIANCA M. BONJEAN
    MICHAEL L. WRONIAK
    RADA FELDMAN
    SOFIA TORREZ
    Attorneys for Defendants
    COUNTY OF SAN DIEGO and JANINE
    SPARKS

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA  92868-4940
Phone  (714) 823-4100
Fax      (714) 823-4101

*23475*

3

# EXHIBIT 1

1   CLAUDIA G. SILVA, County Counsel (SBN 167868)
    FERNANDO KISH, Senior Deputy (SBN 236961)
2   SARAH LANHAM, Senior Deputy (SBN 213555)
    Office of County Counsel, County of San Diego
3   1600 Pacific Highway, Room 355
    San Diego, California 92101-2469
4   Telephone: (619) 531-5244; (619) 531-4713; Fax: (619) 531-6005
    E-mail: fernando.kish@sdcounty.ca.gov; sarah.lanham@sdcounty.ca.gov
5
6   Attorneys for Defendants County of San Diego, William Gore, Barbara Lee, Lorna
    Roque, and Hazel Camama

7

8                       **UNITED STATES DISTRICT COURT**

9                      **SOUTHERN DISTRICT OF CALIFORNIA**

10

11  THE ESTATE OF ELISA SERNA by and )   No. 20cv2096-LAB-DDL
    through its personal administrator,      )
12  Douglas Gilliland; S.H., a minor, by and )
    through her guardian ad litem PALOMA )    **DECLARATION OF MICHAEL**
13  SERNA; MICHAEL SERNA, and            )    **BARANIC IN OPPOSITION TO**
    PALOMA SERNA,                        )    **PLAINTIFFS' MOTION TO COMPEL**
14                                       )    **RE: REQUESTS FOR PRODUCTION**
              Plaintiffs,                )    **NOS. 2, 12, AND 13; AND MOTION TO**
15                                       )    **COMPEL UNREDACTED COPY OF**
         v.                              )    **CSD000316-324**
16                                       )
    COUNTY OF SAN DIEGO, WILLIAM )
17  GORE in his individual capacity,         )
    BARBARA LEE, in her individual       )
18  capacity, MARK O'BRIEN, in his           )
    individual capacity, FRIEDERIKE C.   )
19  VON LINTIG, in her individual            )
    capacity, LORNA ROQUE, in her        )
20  individual capacity, DANALEE         )
    PASCUA, in her individual capacity,  )
21  HAZEL CAMAMA, in her individual      )
    capacity, LACEE LOVISA, in her           )
22  individual capacity, REISHONE        )
    FOSTER, in her individual capacity,  )
23  COAST CORRECTIONAL MEDICAL )
    GROUP; and DOES 3-30,                    )
24                                       )
              Defendants.                )
25                                       )
                                         )
26                                       )
                                         )
27  ──────────────────────────────────   )

28

                                                        20cv2096-LAB-DDL

I, Michael Baranic, hereby declare as follows:

1.    I am and have been a licensed California attorney in good standing for the past 23 years, and I am the Chief Legal Advisor and Director of Sheriff's Legal Affairs for the County of San Diego Sheriff's Department. I have personal knowledge of all matters set forth herein, except for those matters which are based upon my information and belief. As to those matters, I am informed and believe that all such matters are true. If called upon as a witness, I could and would competently testify to the matters stated herein.

2.    I have been employed with the San Diego County Sheriff's Department since 2018. In 2022, I was appointed Director of Legal Affairs and the Sheriff's Chief Legal Advisor by Sheriff Kelly Martinez. Prior to this position, I served as a Legal Advisor under Sheriff Bill Gore and Sheriff Anthony Ray.

3.    As the Chief Legal Advisor and Director of Legal Affairs, I am a member of the Sheriff's Executive Team and oversee the Sheriff's Legal Affairs Unit which provides legal advice to the Sheriff, Command Staff, and all Department employees. Additionally, as the Chief Legal Advisor, I am on the Sheriff's Department Critical Incident Review Board (CIRB) wherein my role's purpose is to provide legal advice, assess civil liability and exposure, and prepare for possible litigation in my capacity as department legal counsel and Chief Legal Advisor.

4.    As part of my position, I am familiar with the policies and procedures for the Sheriff's Department, including specifically, those relating to CIRB. I am also familiar with the above-captioned lawsuit entitled *The Estate of Elisa Serna, et al. vs. County of San Diego, et al.*, United States District Court Case No. 3: 20cv2096-LAB-DDL.

5.    With respect to the above-entitled matter, I am informed that Plaintiffs seek CIRB reports and any "spreadsheet, chart, log, document, report or memoranda reflecting the recommendations or conclusions of CIRB for any and all in-custody deaths during the period from November 1, 2015 through December 1, 2019." There are a total of 35 CIRB Memo Packets which contain CIRB reports for that time period, and there is a

20cv2096-LAB-DDL

CIRB Tracking Spreadsheet.  I have reviewed and am familiar with these records and with the County's Privilege Log and Amended Privilege Log concerning these records identified as CSD 000235-236 and 002318-002630 (collectively, the "CIRB Reports") and CSD-002650-002651.  The CIRB Reports and CIRB Tracking Spreadsheet are protected from disclosure because these documents contain confidential communications between Robert Faigin, my predecessor, and my client, the San Diego County Sheriff's Department (the "Department"), and because they contain confidential medical and employment information of non-parties.

6.     As stated above, one of my duties as Chief Legal Advisor for the Department is that I am a non-voting member of CIRB.  The voting members of CIRB consist of Commanders from the Law Enforcement, Court Services and Detention Services bureaus.  The only other non-voting member is the Commander from Human Resource Services Bureau.  Commanders are among the highest level of leadership in the Department.

7.     The purpose of the CIRB is specified in the Department's Policy and Procedure ("P&P") section 4.23:

> **The purpose of this board is to consult with department legal counsel when an incident occurs which may give rise to litigation. The focus of the CIRB will be to assess the department's civil exposure as a result of a given incident.**

Attached hereto as Exhibit A is a true and correct copy of section 4.23 of the Department's Policies and Procedures Manual that was in effect during the time period from September 1, 2016 through December 1, 2019.  It is true that there are ancillary benefits to CIRB in that policies, procedures and trainings can and are revised and/or implemented in certain circumstances, but the primary purpose is risk management. Even as to these ancillary issues, the purpose of CIRB is "so that potential liability can be avoided in the future."  Ex. A. Otherwise, neither I, nor my predecessor, would have a need to attend.

- 2 -

20cv2096-LAB-DDL

8. *In fact, of the 35 CIRB reports requested, seven of those instances resulted in litigation, and Government Tort Claims were filed for four others*. *And, of those 35, which include Elisa Serna, 32 were men, Elisa Serna was the only person to die from dehydration as a complication of drug withdrawal, she was the only one who was pregnant, and she was being treated in the Medical Observation Unit.* None of the 34 other CIRB Reports involve pregnant women, none involved death from dehydration, only two involved heroin (both men), only one other CIRB report concerned a person being treated in the MOB (not for withdrawal), and only two others concerned women, one of whom died of natural causes.

## The CIRB Reports and Memo Packets Are Privileged

9. Because the purpose of CIRB is risk management with a focus on potential litigation, and because I provide and my predecessor provided my client with legal advice during the CIRB meetings, which is memorialized in the Reports, the CIRB Reports are protected from disclosure by the attorney-client privilege. From my review of the CIRB reports, my predecessor, Robert Faigan, regularly provided legal advice at the CIRB meetings. General examples of the confidential communications that I have, and Mr. Faigan had before me, with the client during CIRB meetings include advice concerning the procedural status of an incident, potential legal defenses, and discussions concerning evidence preservation in advance of litigation. On occasion, communications from the Office of County Counsel were included in the CIRB Reports. All of these communications are made in confidence and in the course of the attorney-client relationship with necessary persons for the primary purpose of providing legal advice to the Department.

10. Further, the confidentiality of the CIRB reports is memorialized in the Department's Policy and Procedure 4.23, of which every employee in the Department should be aware. The reason confidentiality is crucial to the CIRB process is to ensure the free flow of information to allow CIRB to reach its opinions and recommendations, and receive legal advice, about the Department's policies following a critical incident.

- 3 -

11.     CIRB review is a bifurcated process with both phases kept confidential. First, the confidential "Presentation" session meeting is held with necessary persons (CIRB Attendees) for the purpose of relaying information to the CIRB members to assist Sheriff's Legal for the primary purpose of providing legal advice to the Department on liability and exposure.  After the Presentation session, all invited attendees leave.

12.     Thereafter, Sheriff's Legal and the rest of the CIRB Board meet for the confidential Closed session.  An authorized DIS Lieutenant representative attends in the capacity of CIRB liaison to transcribe or summarize and memorialize the discussion for Sheriff's Legal.

13.     At the conclusion of the Closed session, the confidential CIRB report is prepared by an authorized DIS representative for transmittal to Sheriff's Legal.  The report is kept confidential and is maintained in my office in the Legal Affairs section of the Office of the Sheriff.

14.     The confidential attorney-client privileged CIRB Report and its contents is prepared by an authorized DIS representative for attorney review by Sheriff's Legal and transmitted to Sheriff's Legal, via the DIS Lieutenant, the Undersheriff, and the Sheriff, for the purpose of assisting Sheriff's Legal to provide legal advice to the Sheriff.  During the Closed session portion of CIRB, the authorized DIS Lieutenant representative functions in a necessary role akin to a scribe or administrative assistant for Sheriff's Legal and uses the CIRB notes for DIS to prepare the confidential attorney-client privileged CIRB Report.  The CIRB Report and its contents were prepared for the purpose of communicating to Sheriff's Legal Counsel and for counsel's review in the course of the attorney-client relationship and confidential transmittal to counsel.  The CIRB Report and its contents are marked "ATTORNEY-CLIENT PRIVILEGED" and this is a confidential document prepared in anticipation of litigation and contains attorney-client privileged information.

15.     Similarly, the CIRB Memo Packet which contains the CIRB Report and its contents were prepared by an authorized DIS representative for attorney review by

- 4 -

Sheriff's Legal. The CIRB Memo Packet includes a cover sheet signed by the CIRB Chair and transmitted to Sheriff's Legal, via the DIS Lieutenant, the Undersheriff and the Sheriff and was prepared on a form that states in bold letters at the top "ATTORNEY-CLIENT PRIVILEGED" and is sent to Sheriff's Legal for purpose of transmitting the CIRB Report prepared by the authorized DIS representative in the role as CIRB liaison. The CIRB Report and its contents is on a form that states in bold letters at the top "ATTORNEY-CLIENT PRIVILEGED," is a confidential document prepared in anticipation of litigation and contains attorney-client privileged information. This is always confidential and attorney-client privileged. Currently, the CIRB report is seen only by Sheriff's Legal, the Undersheriff, the Sheriff, and the DIS Lieutenant and authorized DIS representative who assisted in preparation of the report. In the past, the Assistant Sheriff for the affected bureau also reviewed the CIRB reports.

16. Importantly, in addition to being protected from disclosure by the attorney-client privilege, the CIRB reports are also protected in that they contain private and confidential medical information of 34 individuals other than Ms. Serna. The private and medical information of these non-parties cannot be disclosed.

17. In addition, the 34 non-party CIRB reports contain private, confidential employment information relating to employees of the Department. For example, the CIRB report may include discussions about remedial measures, including potential investigations or disciplinary actions against employees, so that potential liability can be avoided in the future. However, CIRB itself does not investigate, recommend nor carry out any employee discipline. That is done through the Internal Affairs process.

### **Confidential Attorney-Client Privileged CIRB Spreadsheet Is Privileged**

18. The CIRB Tracking Spreadsheet is generated by DIS in its capacity as CIRB liaison and/or liaison to Sheriff's Legal and is prepared solely for the purpose of tracking privileged CIRB review and communicating with Sheriff's Legal and/or CIRB and for Sheriff's Legal's review in the course of the attorney-client relationship. It contains "action items" as to each CIRB event, i.e., the conclusions and recommendations of the

20cv2096-LAB-DDL

CIRB.  As such, the "action item" portion of the CIRB Tracking Spreadsheet is protected by the privilege.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.  Executed this 9th day of June 2023, at San Diego, California.

_____

MICHAEL P. BARANIC

20cv2096-LAB-DDL

EXHIBIT A

**San Diego County Sheriff's Department – Procedure Section**

---

> **4.23 DEPARTMENT COMMITTEES AND REVIEW BOARDS**

**Definitions**

- Committee:  A committee is a group of people delegated to perform a particular task or on-going function.

  Standing Committee:  A committee that has on-going responsibilities and functions.

  Ad Hoc Committee:  A committee formed for a specific purpose, case, or situation.

- Review Board:  A review board is an organized body of investigators who review specific incidents and report their findings to a higher authority.

**Responsibility**

Each committee/review board shall have an assigned task and scope of responsibility.

**Membership**

Each committee/review board shall have a defined membership and a chairperson appointed by the Sheriff or Undersheriff.  When indicated, a committee or review board may add other Department staff to its membership.  A committee chair may select temporary committee members to establish membership rules for the formation of the committee.

**Decision Making Authority**

- Each committee shall have a reviewing officer with final decision-making authority.

- Each review board shall report its findings to the Office of the Sheriff, which shall have final decision-making authority.

**Record of Proceedings**

- Each committee chairperson shall keep a record of their proceedings on file.

- Reports generated by review boards shall be kept on file in the Office of the Sheriff, Legal Affairs.

The Committees and Review Boards of the Sheriff's Department are as follows:

**Uniform and Safety Equipment Committee**

Responsibility:

Consider any changes in the uniform, dress standards, safety equipment and personal equipment worn or used by Department personnel and making recommendations to the Sheriff relative thereto;

Maintaining and publishing, semiannually, a roster of authorized uniform dealers and their addresses and publishing, without delay, the names and addresses of any dealers added to or deleted from the list;

---

## San Diego County Sheriff's Department – Procedure Section

Supplying authorized dealers with copies of the Department's uniform, safety and personal equipment specifications and Department directives pertaining to the same;

Originating and maintaining correspondence concerning uniform, safety and personal equipment matters.

Membership:

Chairperson - Assistant Sheriff, Human Resource Services Bureau, or designee;

Commander, Law Enforcement Support Command, or designee;

Three (3) members from the Law Enforcement Services Bureau, one of the rank of Captain or above, one Sergeant, and one Deputy Sheriff;

Three (3) members from the Court Services Bureau, one of the rank of Captain or above, one Sergeant, and one Deputy Sheriff or Detention/Courts Deputy Sheriff;

Three (3) members from the Detentions Services Bureau, one of the rank of Captain or above, one Sergeant-Detentions, and one Deputy Sheriff Detentions/Courts;

One Community Service Officer;

One (1) representative from the Deputy Sheriff's Association; and,

Others as approved by the chairperson.

Reviewing Officer:

The Undersheriff is the reviewing officer on all matters within the jurisdiction of the Uniform and Safety Equipment Committee.

### Strategic Planning Committee

Responsibility:

The Office of the Sheriff's Strategic Planning Manager shall be responsible for advising the Sheriff and Undersheriff on all matters of major Department concern; including:

Charting the Department's future strategy;

Reviewing and revising priorities and goals of the Department;

Directing a management planning system to devise long-range plans to enhance Department effectiveness;

Establishing task forces on an ad-hoc basis to formulate specific long-range plans;

Assigning Department command staff as task force leaders.

Membership:

Strategic Planning Manager/Senior Policy Advisor

Others as approved by the Strategic Planning Manager
Reviewing Officer:

## San Diego County Sheriff's Department – Procedure Section

The Undersheriff is the reviewing officer on all matters within the jurisdiction of the Long-Range Strategic Planning Ad-Hoc Committee.

**Critical Incident Review Board**

Responsibility:

The purpose of this board is to consult with department legal counsel when an incident occurs which may give rise to litigation. The focus of the CIRB will be to assess the department's civil exposure as a result of a given incident. The CIRB will carefully review those incidents from multiple perspectives, including training, tactics, policies, and procedures with the ultimate goal of identifying problem areas and recommending remedial actions so that potential liability can be avoided in the future.

The Standards and Compliance Manager of the Division of Inspectional Services shall ensure that a copy of all related reports is forwarded to each member of the Critical Incident Review Board, for each critical incident to be reviewed by the review board, within 30 days of the completion of the investigation, and no later than seven (7) days prior to the date of the Critical Incident Review Board convening. Copies of audio and video recordings will be available to members of the Critical Incident Review Board upon request.

Membership:

The Critical Incident Review Board shall consist of voting and non-voting members.

Voting members:

- A Commander from Law Enforcement
- A Commander from Court Services
- A Commander from Detention Services

Non-voting members:

- The Chief Legal Advisor
- Commander from Human Resources

The Human Resource Services Bureau Commander shall chair the meeting.

Also in attendance shall be a representative from the Facility or Unit Commander from the employee's chain of command, the Division of Inspectional Services Standards and Compliance Manager, Weapons Training Unit, In-Service Training Unit and Detention Training Unit.

The Division of Inspectional Services Sergeant, along with the investigator assigned to the incident must be present.

Other representatives may be requested to attend a CIRB at the discretion of the chair.

**The Critical Incident Review Board shall convene as follows:**

## San Diego County Sheriff's Department – Procedure Section

Preliminary Critical Incident Review Board:
Within two (2) weeks of the occurrence of a critical incident for a preliminary assessment.


Standard Critical Incident Review Board:

Within thirty (30) days of a District Attorney's review letter involving a critical incident; and within thirty (30) days of the completion of the investigation of a critical incident.

When requested by the Sheriff, Undersheriff, Assistant Sheriff, or a board member.

**The following incidents are deemed critical incidents and shall be reviewed by the CIRB:**

In custody death, other than natural causes;
Use of deadly force by a department employee;
Pursuits resulting in any injury requiring hospital admittance or major property damage;
Death or serious injury resulting from action of a member of this Department;

Note:  Serious injury means a serious impairment of physical condition, including but not limited to: loss of consciousness, concussion, bone fracture, protracted loss or impairment of function of any bodily member or organ, a wound requiring extensive suturing, and serious disfigurement.

Law Enforcement related injuries requiring hospital admittance;
Discharge of a firearm by sworn personnel;
Any other incident involving the discharge of a firearm, major property damage, or major vehicle damage by a member of this Department or other critical incident which, in the judgment of the Sheriff, Undersheriff, Assistant Sheriff, or board member warrants review.

Presentation:

At the beginning of the CIRB the investigators involved in the investigation of the critical incident will present facts and circumstances to the members of the CIRB.  At the conclusion of the presentation each board member will have an opportunity to question the investigator regarding the specific facts and circumstances surrounding the critical incident.

Additional Investigation:

If after the presentation, additional investigation is determined to be necessary, the CIRB will continue the proceedings and return the case to the Standards and Compliance Manager of the Division of Inspectional Services for further follow up.  The Division of Inspectional Services is responsible for working with the investigators involved in the case to ensure that all follow up investigations are completed appropriately and timely.  The matter shall be reset for hearing before the CIRB within 30 days of being returned for follow up.

Policy Violations:

After hearing from all necessary parties, the three Commanders will vote to make a determination as to whether or not a policy violation may exist.

If a majority of the voting members determine that a policy violation may have occurred, the case will be forwarded to Internal Affairs, assigned an Internal Affairs case number and investigated.  After the case is investigated by Internal Affairs, the case will be forwarded to the command for review consistent with the Department's policies and procedures.  If, after

**San Diego County Sheriff's Department – Procedure Section**

an Internal Affairs investigation, it is determined that no violation occurred, then the Internal Affairs case will be forwarded through the command to be reviewed and approved by the voting members of the Critical Incident Review Board.

If, during the Critical Incident Review Board, the majority of the voting members determine that no policy violations have occurred, the CIRB case will be forwarded to the Standards and Compliance Manager of the Division of Inspectional Services for the generation of a report, consistent with the Board's findings, at the conclusion of the CIRB.
Training:

The CIRB is also tasked with making recommendations for training based upon the analysis of critical incidents. If the Board identifies significant training issues, the Board will direct those issues to the Training Lieutenant. The Training Lieutenant will be required to prepare a written report to the Standards and Compliance Manager of the Division of Inspectional Services within thirty (30) days outlining the actions taken based upon the Boards direction.

Policies:

If the CIRB identifies policy issues of concern while reviewing a critical incident, the Board will direct its concerns to the Standards and Compliance Manager of the Division of Inspectional Services. The Standards and Compliance Manager will ensure that the proposed policy recommendations are prepared and present them for approval to  SOPC within thirty (30) days of the CIRB.

Distribution of Reports:

Within seven (7) days of the CIRB, the Facility or Unit Commander, from the employee's chain of command, will meet with the employee and debrief them as to the results of the CIRB. The Facility of Unit Commander will submit in writing to the Standards and Compliance Manager of the Division of Inspectional Services that the meeting has taken place.

Within forty five (45) days of the CIRB, the Standards and Compliance Manager of the Division of Inspectional Services will prepare a report summarizing the actions and conclusions of the board. The CIRB report shall contain specific findings with regard to whether the review board found any policy violations, and training or policy issues, as well as what actions were taken by the department. A copy of the CIRB Confidential Report and other related reports shall be filed in the Legal Affairs Section, Office of the Sheriff.

**Awards and Recognition Board**

Responsibility:

The Awards and Recognition Board shall make determinations regarding the appropriateness of all Departmental awards, with the exception of the Report of Exemplary Performance. (Related section 3.23)

Membership:

Chairperson: Commander, Human Resource Services Bureau

Commander, Law Enforcement Services Bureau

Commander, Detention Services Bureau

Commander, Court Services Bureau

## San Diego County Sheriff's Department – Procedure Section

Public Information Officer, Public Affairs

Representative, Management Services Bureau

Representative, Deputy Sheriff's Association

Other Departmental personnel may participate on this board at the request of the chairperson.

Reviewing Officer:

The Undersheriff is the reviewing officer on all matters within the purview of the Awards and Recognition Board.

### Employee Recognition Committee

Responsibility:

The Employee Recognition Committee shall ensure nominations meet the criteria and determine the award limits for cash awards and leave awards at the beginning of each fiscal year.  (Related section 3.49)

Membership:

Chairperson:  To be elected by members of the committee.

Membership consists of one professional staff member from the following:

Detention Services Bureau

Law Enforcement Services Bureau

Court Services Bureau

Management Services Bureau

Human Resource Services Bureau

Office of the Sheriff

Public Affairs

Reviewing Officer:

The Assistant Sheriff of the Human Resource Services Bureau is the reviewing officer for all matters within the purview of the Employee Recognition Committee.

### Information Technology Policies and Priorities Committee

Responsibility:

The information Technology Policies and Priorities Committee (ITPPC) is the review body for the proposal and institution of information technology related policies, procedures and project priorities.  Additionally the committee:

**San Diego County Sheriff's Department – Procedure Section**

- Evaluates the IT strategies and initiatives

- Scrutinizes the scope and priorities of projects

-  Visualizes the importance of short and long term IT objectives

- Balances automated business process needs against fiscal constraints

- Factors in architectural and infrastructure related impacts

- Clearly identifies staffing requirements short and long term

- Makes informed recommendations to the Executive Management Team (EMT)

- Reviews and recommends IT policies, procedures and priorities for EMT adoption and approval

Membership:

The committee is comprised of Commanders from each bureau that are knowledgeable about the importance of information technology and the importance of specific initiatives as they relate to the mission of the Sheriff's Department.

Sub-Committee:

The ITPPC shall establish an Information Technology Sub-Committee responsible for reviewing and making recommendations to the ITPPC relative to new projects and/or technologies as they become available.

Sub-Committee Membership:

The sub-committee will be chaired by a Captain and will have representatives assigned from each bureau as necessary.

Reviewing Body:

The Executive Management Team shall be the reviewing body for all matters under the purview of this committee.

**Sheriff's Operational Planning Committee (SOPC)**

The Chairperson shall be responsible for developing the agenda for the SOPC meetings. Recommendations will be presented to the Sheriff and Undersheriff at the weekly standing meeting with the Assistant Sheriffs and the Executive Director by the Chairperson.  The responsibility for documenting the activities of the SOPC shall fall to the person serving as the Chairperson.  Meetings will be held twice a month.

Responsibility:

Act as a clearinghouse for the development of department-wide plans relating to the acquisition and deployment of financial resources;

To review and make recommendations to the Sheriff, Undersheriff and Assistant Sheriffs/Executive Director concerning major projects, re-organizations of Department bureaus, and revisions to Department policies and procedures;

**San Diego County Sheriff's Department – Procedure Section**

To support the development of the Department's five-year financial forecast by reviewing and recommending operational priorities, funding sources and where necessary, program reductions;

To serve as the Department's Unfunded Needs Committee in order to set priorities and allocate funding for one-time and/or short term projects or equipment acquisition with the independent authority to allocate funds for projects up to $250,000 with the concurrence of the Chief Financial Officer. Recommendations for higher amounts shall be forwarded to the Sheriff, Undersheriff and Assistant Sheriffs/Executive Director.

To serve as the Department's Grants Committee, wherein grant funded programs are reviewed, monitored and usage of grant funds are discussed, prioritized, approved or disapproved as appropriate. The grant programs to be reviewed shall include but not be limited to those related to program enhancement, homeland security, routine equipment acquisition and technology.

To serve as the implementing body for the Sheriff's project and/or program reviews as outlined in the Sheriff's Business Planning System (SBPS). SOPC participants shall nominate projects and/or programs suitable for review from their respective bureaus. The intent of the reviews is to establish project priorities, make resource allocation decisions or recommendations and to ensure proper adherence to the Department's mission, vision, values and policies and procedures.

Membership:

The chairperson and vice chairperson positions shall rotate amongst the voting members every two years. All decisions by the SOPC, including the selection of the chairperson and vice chairperson shall be made on a consensus basis.

A quorum, comprised of 50% +1 of the voting committee members, must be met to hold a meeting.

Voting SOPC members shall include:

All Sheriff's Commanders

Chief Financial Officer

Director of Support Services

Sheriff's Senior Policy Advisor

Technology Manager

Others as approved by the Chairperson

Reviewing Officer:

The Undersheriff shall be the reviewing officer for all matters under the purview of the Sheriff's Operational Planning Committee.

**Forms Committee**

SECTION 4 Organization

**San Diego County Sheriff's Department – Procedure Section**

Responsibility:

The Forms Committee is responsible for:

Ensuring a centralized forms control function within the Department through design, modification, consolidation and print approval of all Department forms.

Purging of all unnecessary, duplicative or outmoded forms.

Membership:

Chairperson – Executive Director, Management Services Bureau or designee

Other members as appointed by the chair, upon approval of the Executive Director, Management Services Bureau.

Reviewing Officer:

The reviewing officer for the Forms Committee is the Executive Director, Management Services Bureau. (9-1-16)

**EXHIBIT 2**



Steven E. Boehmer. Esq. (SBN 144817)
Carrie L. Mitchell, Esq. (SBN 221845)
McDOUGAL BOEHMER FOLEY
LYON MITCHELL & ERICKSON
8100 La Mesa Blvd., Suite 200
La Mesa, California 91942
Telephone: (619) 440-4444; Fax: (619) 440-4907
Email:      cmitchell@mcdougallawfirm.com
            sboehmer@mcdougallawfirm.com

Attorneys for Defendants, County of San Diego, Sheriff William Gore, Alfred
Joshua, M.D., Barbara Lee, Macy Germono, Francisco Bravo, Christopher Simms
and M. Campos (#3780)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FRANKIE GREER,

                    Plaintiff,

v.

COUNTY OF SAN DIEGO, WILLIAM
GORE in his individual capacity,
ALFRED JOSHUA in his individual
capacity, BARBARA LEE, in her
individual capacity and DOES 1 to 100,

                    Defendants.

Case No.: 19-cv-00378-JO-DEB

DECLARATION OF MICHAEL
BARANIC, ESQ. IN OPPOSITION
TO INTERVENORS' MOTION TO
INTERVENE AND UNSEAL
CRITICAL INCIDENT REVIEW
BOARD DOCUMENTS [ECF NO.
307-2]

Date:       April 26, 2023
Time:       9:00 a.m.
Judge:      Jinsook Ohta
Courtroom:  4C

I, Michael Baranic, hereby declare as follows:

1.     I am an attorney licensed to practice law in the State of California and
am the Chief Legal Advisor and Director of Sheriff's Legal Affairs for the County
of San Diego Sheriff's Department. I have personal knowledge of all matters set
forth herein, except for those matters which are based upon my information and
belief. I am informed and believe that all such matters are true. If called upon as a
witness, I could and would competently testify to the matters stated herein.

2.     This declaration is submitted in opposition to media intervenors'
motion to intervene and unseal Critical Incident Review Board ("CIRB") documents.

DECLARATION OF MICHAEL BARANIC, ESQ. IN OPPOSITION TO INTERVENORS' MOTION TO
INTERVENE AND UNSEAL CRITICAL INCIDENT REVIEW BOARD DOCUMENTS [ECF NO. 307-2]

3.      I have been employed with the San Diego County Sheriff's Department since 2018 and currently serve as the Chief Legal Advisor and Director of Sheriff's Legal Affairs to the Sheriff's Department. I was appointed Director of Legal Affairs and the Sheriff's Chief Legal Advisor by Sheriff Kelly Martinez in 2022. I previously served as a Legal Advisor under Sheriff Bill Gore and Sheriff Anthony Ray.  Before my appointment in 2022, Robert Faigin, Esq., the former Chief Legal Advisor and Director of Legal Affairs for the Department, served as head of the Sheriff's Legal Affairs Unit. As the Chief Legal Advisor, Mr. Faigin was a member of the CIRB Board. I was involved with and participated in CIRB reviews in the role of a Legal Advisor and department counsel.

4.      As the Chief Legal Advisor and Director of Legal Affairs, I am a member of the Sheriff's Executive Team and oversee the Sheriff's Legal Affairs Unit which provides legal advice to the Sheriff, Command Staff, and all Department employees. Additionally, as the Chief Legal Advisor, I am on the Sheriff's Department Critical Incident Review Board in which my role's primary purpose is providing legal advice, assessing civil liability and exposure, and preparing for possible litigation in my capacity as department legal counsel and Chief Legal Advisor.

5.      As part of my position, I am familiar with the policies and procedures for the Sheriff's Department, including specifically, the Sheriff's Department Critical Incident Review Board. The purpose of the CIRB is specified in the San Diego County Sheriff's Department Policy and Procedure ("P&P") section 4.23, a true and correct copy of which is attached hereto as Exhibit A.  The primary purpose of the CIRB is to gather information and consult with department legal counsel to assess the department's civil exposure when an incident occurs which may give rise to litigation. The focus of the CIRB is to assess the department's civil exposure as a result of a given incident.  The primary purpose is to protect the Department from

legal liability and exposure by providing legal advice to the Department, assessing the Department's civil liability and risk exposure, and in anticipation of potential litigation as a result of a given incident. The review may identify potential misconduct, criminal negligence or behavior, policy violations, training deficiencies, or other areas where the Department can improve and make facilities safer for staff and those in custody.

6.     As described in San Diego Sheriff's Department P&P 4.23 Department Committees and Review Boards, communications and documents generated as part of the privileged CIRB review are confidential and protected from disclosure. The confidential CIRB privileged review and communications occur within the attorney-client relationship between necessary privileged persons and/or the CIRB Board for the purpose of obtaining legal advice and assisting Sheriff's Legal counsel in rendering legal advice.

7.     The CIRB reports and its contents are on a form that states in bold letters at the top "ATTORNEY-CLIENT PRIVILEGED," is a confidential document prepared in anticipation of litigation and contains attorney-client privileged information. These documents have always been considered confidential and attorney-client privileged. The CIRB PowerPoint presentations and the contents are prepared for the purpose of communicating to Sheriff's Legal counsel and the CIRB Board and for counsel's review in the course of the attorney-client relationship and confidential transmittal to counsel for the primary purpose of providing legal advice by Sheriff's Legal to the Department on liability and exposure.

8.     I reviewed and am familiar with the confidential attorney-client and work product privileged CIRB reports and related records prepared for Sheriff's Legal attorney review that are the subject of the motion to unseal those records. The CIRB-related records consist of eleven CIRB reports/documents and two PowerPoint presentations prepared for specific critical incidents that occurred

3

between 2011 to 2017. I am also aware that this Court has held that these reports are not protected by the attorney client and attorney work product privileges because it found that the primary purpose of CIRB was not to obtain legal advice and ordered that those documents be produced only to plaintiff's attorney subject to a protective order. Those documents were subsequently filed by plaintiff under seal in opposition to the County's motion for summary judgment and were ordered to remain sealed by the Court.

9.   I am unaware of any CIRB reports ever having been made available to the public. Sheriff's Department employees understand that they are speaking in confidence during CIRB meetings. Sheriff's Department employees are aware that their conversations, opinions, comments, suggestions and evaluations as expressed during the CIRB meetings are expected to be kept confidential. This promotes an open exchange of ideas, suggestions and evaluation of possible issues regarding a given critical incident. Discussions include training, tactics, policies, and procedures with the ultimate goal of identifying problem areas and recommending remedial actions so that potential liability can be avoided in the future. Reviewing incidents that may give rise to liability from multiple perspectives is entirely consistent and appropriate with providing legal advice.

10.   The Sheriff's Department and its employees would be severely prejudiced if their confidential communications, *ex post facto*, would now made available to the public. The County will also be severely prejudiced if the open and frank discussions that were conducted in a confidential forum and summarized in the CIRB reports are made available to the public. The discussions occurred with the understanding and belief that they were confidential and protected by the attorney-client privilege. Additionally, the documents contain the questions and statements of the Department's chief attorney.

11.   There is also a real concern for the privacy rights of individuals and

DECLARATION OF MICHAEL BARANIC, ESQ. IN OPPOSITION TO INTERVENORS' MOTION TO INTERVENE AND UNSEAL CRITICAL INCIDENT REVIEW BOARD DOCUMENTS [ECF NO. 307-2]

witnesses.   Release of confidential medical and mental health information may violate the Health Insurance Portability and Accountability Act ("HIPAA") and privacy rights of third parties.   The CIRB reports and materials contain, among other personal information, decedent autopsy information, criminal histories, graphic photographs, and medical records.  Some of the information, including the graphic photographs, medical information, criminal history information, and peace officer personnel information is protected from public release under state and/or federal law.

12.   Destroying the longstanding protection afforded to the CIRB process and related documents by unsealing the documents will also have very real practical consequences in the future. With the protection of knowing conversations occurring during CIRB are confidential, Sheriff's Department personnel are able to speak frankly and openly with counsel. The potential chilling effect of knowing that such conversations would be revealed to the public would render the CIRB process meaningless.  The discussions during CIRB are a frank assessment of the incident under review, including what went right, what went wrong, the potential liability associated with the incident under review and what steps could be taken to mitigate future risk.  If the participants knew that their discussions with counsel during CIRB and their candid statements, opinions or assessments of a case were going to be disclosed to the public, participants and board members would be reluctant to engage in those discussions.  The harm includes the very real likelihood that potential changes that could be implemented to mitigate future risks will not be identified or

/ / /

/ / /

/ / /

/ / /

DECLARATION OF MICHAEL BARANIC, ESQ. IN OPPOSITION TO INTERVENORS' MOTION TO INTERVENE AND UNSEAL CRITICAL INCIDENT REVIEW BOARD DOCUMENTS [ECF NO. 307-2]

1    implemented because those usually come about as a byproduct of the robust debate

2    during the CIRB process.

3       I declare under penalty of perjury under the laws of the State of California and

4    the United States of America that the foregoing is true and correct. Executed this 12th

5    day of April, 2023, at San Diego, California.

6

7    _____

   MICHAEL P. BARANIC

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF MICHAEL BARANIC, ESQ. IN OPPOSITION TO INTERVENORS' MOTION TO
INTERVENE AND UNSEAL CRITICAL INCIDENT REVIEW BOARD DOCUMENTS [ECF NO. 307-2]

EXHIBIT A

## San Diego County Sheriff's Department – Procedure Section

Membership:

Strategic Planning Manager

Others as approved by the Strategic Planning Manager

Reviewing Officer:

The Undersheriff is the reviewing officer on all matters within the jurisdiction of the Long-Range Strategic Planning Ad-Hoc Committee.

**Critical Incident Review Board**

Responsibility:

The purpose of this board is to consult with department legal counsel when an incident occurs which may give rise to litigation.  The focus of the CIRB will be to assess the department's civil exposure as a result of a given incident.  The CIRB will carefully review those incidents from multiple perspectives, including training, tactics, policies, and procedures with the ultimate goal of identifying problem areas and recommending remedial actions so that potential liability can be avoided in the future.

The Lieutenant of the Division of Inspectional Services shall ensure that a copy of all related reports is forwarded to each member of the Critical Incident Review Board, for each critical incident to be reviewed by the review board, within 30 days of the completion of the investigation, and no later than seven (7) days prior to the date of the Critical Incident Review Board convening.  Copies of audio and video recordings will be available to members of the Critical Incident Review Board upon request.

Membership:

The Critical Incident Review Board shall consist of voting and non voting members.

Voting members:

- A Commander from Law Enforcement
- A Commander from Court Services
- A Commander from Detention Services

Non voting members:

- The Chief Legal Advisor
- Commander from Human Resources

The Commander from the Human Resources Services Bureau shall chair the meeting.

Also in attendance shall be a representative from the Facility or Unit Commander from the employee's chain of command and the Lieutenants from the Division of Inspectional Services, Internal Affairs and Training.

A representative from the Division of Inspectional Services, along with the investigator assigned to the incident must be present.

Other representatives may be requested to attend a CIRB at the discretion of the chair.

## San Diego County Sheriff's Department – Procedure Section

**The Critical Incident Review Board shall convene as follows:**

Preliminary Critical Incident Review Board:
Within two (2) weeks of the occurrence of a critical incident for a preliminary assessment.

Standard Critical Incident Review Board:
Within thirty (30) days of a District Attorney's review letter involving a critical incident; and within thirty (30) days of the completion of the investigation of a critical incident.

When requested by the Sheriff, Undersheriff, Assistant Sheriff, or a board member.

**The following incidents are deemed critical incidents and shall be reviewed by the CIRB:**

In custody death, other than natural causes;
Use of deadly force by a department employee;
Pursuits resulting in any injury requiring hospital admittance or major property damage;
Death or serious injury resulting from action of a member of this Department;

Note:  Serious injury means a serious impairment of physical condition, including but not limited to: loss of consciousness, concussion, bone fracture, protracted loss or impairment of function of any bodily member or organ, a wound requiring extensive suturing, and serious disfigurement.

Law Enforcement related injuries requiring hospital admittance;
Discharge of a firearm by sworn personnel;
Any other incident involving the discharge of a firearm, major property damage, or major vehicle damage by a member of this Department or other critical incident which, in the judgment of the Sheriff, Undersheriff, Assistant Sheriff, or board member warrants review.

Presentation:

At the beginning of the CIRB the investigators involved in the investigation of the critical incident will present facts and circumstances to the members of the CIRB.  At the conclusion of the presentation each board member will have an opportunity to question the investigator regarding the specific facts and circumstances surrounding the critical incident.

Additional Investigation:

If after the presentation, additional investigation is determined to be necessary, the CIRB will continue the proceedings and return the case to the Lieutenant of the Division of Inspectional Services for further follow up.  The Division of Inspectional Services is responsible for working with the investigators involved in the case to ensure that all follow up investigations are completed appropriately and timely.  The matter shall be reset for hearing before the CIRB within 30 days of being returned for follow up.

Policy Violations:

After hearing from all necessary parties, the three Commanders will vote to make a determination as to whether or not a policy violation may exist.

If a majority of the voting members determine that a policy violation may have occurred, the case will be forwarded to Internal Affairs, assigned an Internal Affairs case number and investigated.  After the case is investigated by Internal Affairs, the case will be forwarded to the command for review consistent with the Department's policies and procedures.  If, after an Internal Affairs investigation, it is determined that no violation occurred, then the Internal

**San Diego County Sheriff's Department – Procedure Section**

Affairs case will be forwarded through the command to be reviewed and approved by the voting members of the Critical Incident Review Board.

If, during the Critical Incident Review Board, the majority of the voting members determine that no policy violations have occurred, the CIRB case will be forwarded to the Lieutenant of the Division of Inspectional Services for the generation of a report, consistent with the Board's findings, at the conclusion of the CIRB.

Training:

The CIRB is also tasked with making recommendations for training based upon the analysis of critical incidents.  If the Board identifies significant training issues, the Board will direct those issues to the Training Lieutenant.  The Training Lieutenant will be required to prepare a written report to the Lieutenant of the Division of Inspectional Services within thirty (30) days outlining the actions taken based upon the Boards direction.

Policies:

If the CIRB identifies policy issues of concern while reviewing a critical incident, the Board will direct its concerns to the Lieutenant of the Division of Inspectional Services.  The Lieutenant will ensure that the proposed policy recommendations are prepared and present them for approval to EMT within thirty (30) days of the CIRB.

Distribution of Reports:

Within seven (7) days of the CIRB, the Facility or Unit Commander, from the employee's chain of command, will meet with the employee and debrief them as to the results of the CIRB.  The Facility of Unit Commander will submit in writing to the Lieutenant of the Division of Inspectional Services that the meeting has taken place.

Within forty five (45) days of the CIRB, the Lieutenant of the Division of Inspectional Services will prepare a report summarizing the actions and conclusions of the board.  The CIRB report shall contain specific findings with regard to whether the review board found any policy violations, and training or policy issues, as well as what actions were taken by the department.  A copy of the CIRB Confidential Report and other related  reports shall be filed in the Legal Affairs Section, Office of the Sheriff.

**Awards and Recognition Board**

Responsibility:

The Awards and Recognition Board shall make determinations regarding the appropriateness of all Departmental awards, with the exception of the Report of Exemplary Performance. (Related section 3.23)

Membership:

Chairperson: Commander, Human Resource Services Bureau

Commander, Law Enforcement Services Bureau

Commander, Detention Services Bureau

Commander, Court Services Bureau

# EXHIBIT 3

**CLAUDIA G. SILVA, County Counsel (SBN 167868)**
**ANDREI DUMITRESCU, Senior Deputy (State Bar No. 320456)**
**OFFICE OF COUNTY COUNSEL, SAN DIEGO**
**1600 Pacific Highway, Room 355**
**San Diego, CA 92101**
**619-531-6229**
**Email: andrei.dumitrescu@sdcounty.ca.gov**

**Rada Feldman, Esq. (State Bar No. 285931)**
**Adam A. Ainslie, Esq. (State Bar No. 311427)**
**Kristina Aghazaryan, Esq. (State Bar No. 343598)**
**COLLINS + COLLINS LLP**
**2011 Palomar Airport Road, Suite 207**
**Carlsbad, CA 92011**
**(760) 274-2110 - FAX (760) 274-2111**
**Email: rfeldman@ccllp.law; aainslie@ccllp.law; kaghazaryan@ccllp.law**

Attorneys for Defendants
COUNTY OF SAN DIEGO, BILL GORE, KELLY MARTINEZ, JON MONTGOMERY, CHRISTINA GOODALL (sued as CHRISTINA ANOSIKE), MIGUEL AGUILERA, JASON VILADIU, GUSTAVO MARTINEZ, JEFF AMADO, ERNESTO AGUIRRE, TREYVONNE JAMES (sued in duplicate J. TREYVONNE), BERNARDO ROMERO, MICHAEL JOHNSON, ANDREW TORRES, ALLEN WERESKI, BLADE ROMANS, AND LINDA GUTIERREZ

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTINO RUPARD, et al.<br><br>              Plaintiffs,<br><br>    vs.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>              Defendants. | CASE NO. 3:23-cv-1357-CAB-BLM<br>*Assigned to Hon. Cathy Ann Bencivengo; Magistrate Hon. Barbara L. Major; Dept. 15A*<br><br>**DECLARATION OF MICHAEL BARANIC IN SUPPORT OF DEFENDANT COUNTY OF SAN DIEGO'S OBJECTIONS TO DISCOVERY ORDER AND MOTION FOR RECONSIDERATION**<br><br>**Complaint Filed:   07/26/2023**<br>**FAC Filed:        11/21/2023** |

## DECLARATION OF MICHAEL BARANIC

|  | SAC Filed: | 03/07/2024 |
|---|---|---|
|  | Trial Date: | 02/02/2026 |

## <u>DECLARATION OF MICHAEL BARANIC</u>

I, MICHAEL BARANIC, hereby declare as follows:

1.    I am an attorney licensed to practice law in the State of California and am the Chief Legal Advisor and Director of Sheriff's Legal Affairs for the County of San Diego Sheriff's Office[1]. I have personal knowledge of all matters set forth herein, except for those matters which are based upon my information and belief. I am informed and believe that all such matters are true. If called upon as a witness, I could and would competently testify to the matters stated herein.

2.    This declaration is submitted in support of Defendant the County of San Diego's ("County") Objection to Discovery Order and Motion For Reconsideration of Order Granting Plaintiff's Motion to Compel Production of Critical Incident Review Board ("CIRB") Documents. ECF No. 176.

3.    I have been employed with the San Diego County Sheriff's Department since 2018 and currently serve as the Chief Legal Advisor and Director of Sheriff's Legal Affairs to the Sheriff's Department. I was appointed Director of Legal Affairs and the Sheriff's Chief Legal Advisor by Sheriff Kelly Martinez in 2022. I previously served as a Legal Advisor under Sheriff Bill Gore and Sheriff Anthony Ray.[2]

4.    As the Chief Legal Advisor and Director of Legal Affairs, I am a member

_____

[1] Effective September 2024, the name of the organization changed from the San Diego County Sheriff's Department to the San Diego County Sheriff's Office.  For purposes of this Declaration, "Sheriff's Department" and "Sheriff's Office" are used interchangeably.

[2] Before my appointment in 2022, Robert Faigin, Esq., the former Chief Legal Advisor and Director of Legal Affairs for the Department, served as head of the Sheriff's Legal Affairs Unit. As the Chief Legal Advisor, Mr. Faigin was a member of the CIRB Board. I was involved with and participated in CIRB reviews in the role of a Legal Advisor and department counsel.

**DECLARATION OF MICHAEL BARANIC**

COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

of the Sheriff's Executive Team and oversee the Sheriff's Legal Affairs Unit which provides legal advice to the Sheriff, Command Staff, and all Department employees. Additionally, as the Chief Legal Advisor, I am on the Sheriff's Department Critical Incident Review Board in which my role's primary purpose is providing legal advice, assessing civil liability and exposure, and preparing for possible litigation in my capacity as department legal counsel and Chief Legal Advisor.

5.    As part of my position, I am familiar with the policies and procedures for the Sheriff's Department, including specifically, the Sheriff's Department Critical Incident Review Board ("CIRB"). I am also familiar with the above-captioned lawsuit entitled *Justino Rupard, et al. v. County of San Diego, et al.*, S.D. Cal. Case No. 3:23-cv-1357-CAB-BLM, filed July 26, 2023.

**Original/Revised Requests For Production Nos. 16, 17, 18, 19, and 34:**

6.    With respect to the above-entitled matter, I am informed that Plaintiff seeks all CIRB reports and "[a]ny spreadsheet, chart, log, document, report or memoranda reflecting the recommendations or conclusions of the Sheriff's Department Critical Incident Review Board (CIRB)" relating to the Lonnie Rupard matter and seven other in-custody deaths from 2019 through March 16, 2022, and the date of the Lonnie Rupard incident on March 17, 2022. I reviewed and am familiar with these records and the County's privilege logs concerning these records.[3] The CIRB-related records consist of eight CIRB reports and four CIRB PowerPoints prepared for specific critical incidents that occurred between 2019 and 2022, including the Lonnie Rupard incident.[4] The confidential attorney-client and work product

---

[3] I reviewed and am familiar with County's Privilege Log in response to Plaintiff's Original/Revised Request For Production (RFP) Nos. 16, 17, 18, 19, and 34, which seeks the CIRB reports for in-custody deaths that occurred between December 2019 and March 2022 that was provided to Plaintiff, and the identified CIRB reports and CIRB-related PowerPoints at issue that are detailed in County's privilege logs regarding these records.

[4] There are seven respective CIRB reports for the seven other in-custody death matters from the 2019 to March 2022 timeframe and one CIRB report for the Lonnie Rupard

**DECLARATION OF MICHAEL BARANIC**

COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

1  privileged CIRB reports and CIRB PowerPoints were prepared for the primary purpose
2  of giving legal advice to the Department by Sheriff's Legal counsel on civil liability
3  and risk management, assessment, and mitigation and in anticipation of litigation, and
4  are protected from disclosure.

5      7.    I reviewed and am familiar with the confidential attorney-client and work
6  product privileged CIRB reports and related CIRB PowerPoint records prepared for
7  Sheriff's Legal attorney review that are the subject of Plaintiff's motion to compel
8  these records. I am also aware that the Court in this action has held that these reports
9  are not protected by the attorney-client and attorney work product privileges because
10  it found that the primary purpose of CIRB was not to obtain legal advice and has
11  ordered that those documents be produced with redactions after in-camera review.

12     8.    The CIRB reports and CIRB PowerPoints are protected from disclosure
13  because these documents contain confidential communications between Robert Faigin,
14  my predecessor, and my client, the San Diego County Sheriff's Department (the
15  "Department"), and because they may contain confidential medical and employment
16  information of non-parties.

17  **Critical Incident Review Board (CIRB):**

18     9.    The relevant policies and procedures related to the CIRB are set forth
19  in San Diego County Sheriff's Department Policy and Procedure ("P&P") section
20  4.23. A true and correct copy is attached as **Exhibit "A"** to my previously filed
21  Declarations, which are attached and incorporated by reference and identified in
22  Paragraph 10 below. The CIRB privileged review and communications are
23  confidential, and all occur within the attorney-client relationship, and are protected
24  from disclosure as confidential attorney-client and work product privileged
25  communications and/or documents transmitted or generated for the primary purpose
26

27  matter (collectively, the "CIRB reports"). As to the Lonnie Rupard matter, there is one
28  CIRB PowerPoint and of the seven other in-custody death matters requested, there are
   three matters with CIRB PowerPoints (collectively, the "CIRB PowerPoints").

**DECLARATION OF MICHAEL BARANIC**

COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite
207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

of Sheriff's Legal attorney review and legal advice to the Department regarding liability and exposure resulting from a given incident.

10.    For ease of reference, and because of similarity of the discovery sought, attached as **Exhibit "1"** to this Declaration is a true and correct copy of my previous Declarations and attachment Exhibit "A" thereto of the relevant San Diego Sheriff P&P section 4.23 that was in effect from 2019 to 2022, which was the relevant time for the Rupard matter, and which was submitted and filed, as follows: **Exh. 1-1:** Declarations and attachments thereto filed on August 7, 2023 and March 14, 2023 respectively (Dkt. 119-1, Exhs. A-B and Dkt. 58-1, Exh. A), for the matter entitled *Marilyn Morton, et al. vs. County of San Diego, et al.,* United States District Court Case No. 3:21-cv-01428-MMA-DDL, filed August 9, 2021; **Exh. 1-2:** Declaration and attachments thereto filed June 10, 2023 (Dkt. 361-1), for the matter entitled *The Estate of Elisa Serna, et al. vs. County of San Diego, et al*., United States District Court Case No. 3: 20cv2096-LAB-DDL; **Exh. 1-3:** Declarations and attachments thereto filed on April 12, 2023 (Dkt. 153-2, Exh. A), for the matter entitled *Frankie Greer vs. County of San Diego, et al.,* United States District Court Case No. 3:19-cv-00378-JO-DEB, filed February 25, 2019.

11.    In my role as Chief Legal Advisor, I am a member of the Sheriff's Department Critical Incident Review Board (CIRB). The purpose of the CIRB is specified in the P&P section 4.23. The attached **Exhibit "A"** to these Declarations has true and correct copies of the relevant San Diego Sheriff P&P section 4.23 that were in effect from 2019 to 2022.

12.    To avoid repetition of the same matters, this Declaration refers to and incorporates by reference the attached **Exhibits "1-1, 1-2, and 1-3"** of my prior Declarations and attachment Exhibit "A" thereto that were submitted and filed in these matters. Specifically, the facts and background regarding CIRB described in **Exh. 1-1 (Morton)**: ¶¶ 9-18, 20-39, 41 (Dkt. 119-1, Exhs. A-B) and ¶¶ 6-25, 30-32 (Dkt. 58-1, Exh. A); **Exh. 1-2 (Serna)**: ¶¶ 6-7, 9-15; **Exh. 1-3 (Greer):** ¶¶ 3-7, 9-

**DECLARATION OF MICHAEL BARANIC**

COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

1   12 (Dkt. 153-2, Exh. A), are pertinent to this Motion for Reconsideration of the

2   Discovery Order granting Plaintiff's Motion to Compel which seeks the CIRB

3   reports and related records regarding the seven other in-custody death matters from

4   2019 to March 2022 and the Lonnie Rupard matter.

5          13.   As set forth in my prior Declarations filed in the other matters (attached

6   hereto as **Exhs. "1-1, 1-2, 1-3")** regarding the privileged CIRB reports and detailing

7   the privileged CIRB review process, and relevant P&P section 4.23's purpose and

8   procedures, the CIRB reports are attorney-client and work product privileged and

9   are prepared for the primary purpose of the provision of legal advice by Sheriff's

10  Legal counsel to the Department on civil liability and exposure, and in anticipation

11  of litigation. Likewise, legal advice was the primary purpose of the CIRB reports

12  for the Lonnie Rupard matter and the respective seven other matters, which were

13  prepared for the purpose of providing legal advice to the Department on civil

14  liability and risk management, assessment, and mitigation, and in anticipation of

15  litigation.

16  **Confidential Attorney-Client Privileged CIRB Reports:**

17         14.   As part of my prior role as Legal Advisor and current role as Chief Legal

18  Advisor, I have knowledge of and am familiar with the CIRB review of the Lonnie

19  Rupard matter and the seven other matters. The CIRB report for the Lonnie Rupard

20  matter and the respective seven CIRB reports for the other seven in-custody death

21  matters and contents therein were prepared by Division of Inspectional Services

22  (DIS) for attorney review by Sheriff's Legal and at counsel's direction. The primary

23  purpose of the preparation of the CIRB reports was for Sheriff's Legal counsel to

24  provide legal advice to the Department regarding civil liability and exposure from

25  the in-custody death incidents, and in anticipation of litigation.[5]

26

27
─────────────────────────
28  [5] The CIRB reports and related records sought here include matters that either actually
    resulted in lawsuits and/or tort claims. ***In fact, of the seven CIRB reports requested***

COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite
207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

**DECLARATION OF MICHAEL BARANIC**

15.    All communications and documents generated as part of the CIRB process are confidential because they occur within the attorney-client relationship and are for the purpose of obtaining legal advice and assisting Sheriff's Legal counsel in rendering legal advice.

16.    Confidential CIRB privileged review and communications occur within the attorney-client relationship between necessary privileged persons and/or the CIRB Board for the purpose of obtaining legal advice and assisting Sheriff's Legal counsel in rendering legal advice. See **Exhibits 1-1, 1-2, and 1-3**, and attachment Exhibit "A" thereto for discussion in detail.

17.    The CIRB reports and its contents are on a form that states in bold letters at the top "ATTORNEY-CLIENT PRIVILEGED," is a confidential document prepared in anticipation of litigation and contains attorney-client privileged information.[6] These documents have always been considered confidential and attorney-client privileged. The CIRB reports are kept confidential and maintained in my office in the Legal Affairs Unit of the Office of the Sheriff.

18.    There are eight respective CIRB reports, one each for the other seven in-custody death matters and one for the Lonnie Rupard matter. The respective eight CIRB reports are a confidential attorney-client and work product privileged document that was prepared for the primary purpose of providing legal advice, and in anticipation of litigation. The CIRB reports, marked "Confidential Attorney-Client Privileged," were prepared by a DIS Lieutenant representative at direction of Sheriff's Legal counsel, and transmitted to Sheriff's Legal in order to facilitate the

---

*for the other in-custody death incidents from 2019 to March 2022, all seven of those instances resulted in litigation and/or a Government Tort Claim was filed.*

[6] As previously detailed in **Exhibits 1-1, 1-2, and 1-3**, and attachment Exhibit "A" thereto, the CIRB report, marked "Confidential Attorney-Client Privileged," is prepared by a DIS Lieutenant representative at direction of counsel, and transmitted to Sheriff's Legal in order to facilitate the providing of legal advice regarding the Department's civil liability and exposure from a given incident that may result in potential liability.

COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

**DECLARATION OF MICHAEL BARANIC**

1  providing of legal advice regarding the Department's civil liability and exposure from

2  the respective suicide incidents.

3  **Confidential Attorney-Client Privileged CIRB PowerPoint:**

4       19.    There are four CIRB PowerPoints, three regarding three of the other

5  matters and one regarding Lonnie Rupard matter. The respective CIRB PowerPoints

6  and their contents were prepared for attorney review by Sheriff's Legal. The CIRB

7  PowerPoint presentations and the contents are prepared for the purpose of

8  communicating to Sheriff's Legal counsel and the CIRB Board and for counsel's

9  review in the course of the attorney-client relationship and confidential transmittal

10 to counsel for the primary purpose of providing legal advice by Sheriff's Legal to

11 the Department on liability and exposure.

12      20.    There is a longstanding protection afforded to the CIRB process and

13 related documents. Because consulting with counsel is the primary purpose of the

14 CIRB, an order requiring the disclosing of the documents will also have very real

15 practical consequences in the future.  With the protection of knowing conversations

16 occurring during CIRB are confidential, Sheriff's Department personnel are able to

17 speak frankly and openly with counsel. All communications and documents

18 generated as part of the CIRB process are confidential because they occur within

19 the attorney-client relationship and are for the purpose of obtaining legal advice and

20 assisting Sheriff's Legal counsel in rendering legal advice.

21      21.    The CIRB reports have always been treated as protected attorney client

22 communications and maintained in the Chief Legal Advisor's office in the Legal

23 Affairs Unit of the Office of the Sheriff.

24      22.    In my role as Chief Legal Advisor, I participate in the CIRB and

25 maintain the confidential CIRB reports in the Legal Affairs Unit of the Office of the

26 Sheriff. In my role on the CIRB, I provide legal advice in my capacity as the Chief

27 Legal Advisor for the Sheriff's Department, with the expectation that all

28 communications are made in confidence and shall remain so, and in the course of

COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite
207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

25163

8

**DECLARATION OF MICHAEL BARANIC**

the attorney-client relationship with necessary privileged persons for the primary purpose of providing legal advice to the Department on critical incident matters triggering anticipated litigation, assessing the Department's liability and exposure, and protecting the Department against potential litigation from a given incident.

23. The confidential CIRB privileged review and communications occur in the course of the attorney-client relationship with the Department and CIRB.

24. The CIRB meetings at which the respective incidents that are the subject of the eight CIRB reports and related records were held between July 2019 and June 2023. As to all eight respective matters, the CIRB would have met in closed session to discuss anticipated litigation as a result of a given incident. The purpose of the Board is to consult with legal counsel to assess the department's civil exposure as a result of a given incident.

25. Mr. Faigin as Chief Legal Advisor would have participated in the Closed session of the CIRB reviews of the other respective matters that occurred between July 2019 and February 2022, and in the Closed session of the CIRB review that occurred on April 20, 2022, regarding the Lonnie Rupard matter. In his role on the CIRB, Mr. Faigin would have provided legal advice in his capacity as the Chief Legal Advisor for the Sheriff's Department, with the expectation that all communications are made in confidence and shall remain so, in the course of the attorney-client relationship and for the primary purpose of advising the Department and assessing the Department's legal liability and civil exposure related to the respective matters. A respective Closed session of the CIRB review was held during this time regarding six of the other matters at-issue and the Lonnie Rupard matter. I was involved in and participated in the CIRB review in June 2021 of one of the other matters in the role of a Legal Advisor and department counsel. At the time Mr. Faigin was the Chief Legal Advisor, there were occasions where I served as Mr. Faigin's designee/Acting Chief Legal Advisor in his absence, and in this role, I would have participated in the Closed session of the CIRB review of the one other matter that occurred in February 2022 as Mr.

**DECLARATION OF MICHAEL BARANIC**

COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite
207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

1  Faigin's designee/Acting Chief Legal Advisor.

2      26.    In my role as Chief Legal Advisor, I participated in the Closed session

3  of the CIRB review regarding one of the other matters that occurred May 2023.

4      27.    I am unaware of any CIRB reports ever having been made available to the

5  public. Sheriff's Department employees understand that they are speaking in

6  confidence during CIRB meetings. Sheriff's Department employees are aware that their

7  conversations, opinions, comments, suggestions and evaluations as expressed during

8  the CIRB meetings are expected to be kept confidential. This promotes an open

9  exchange of ideas, suggestions and evaluation of possible issues regarding a given

10  critical incident. Discussions include training, tactics, policies, and procedures with the

11  ultimate goal of identifying problem areas and recommending remedial actions so that

12  potential liability can be avoided in the future. Reviewing incidents that may give rise

13  to liability from multiple perspectives is entirely consistent and appropriate with

14  providing legal advice.

15      28.    Importantly, in addition to being protected from disclosure by the

16  attorney-client privilege, the CIRB reports are also protected in that they contain

17  private and confidential medical information of seven individuals other than decedent.

18  The private and medical information of these non-parties cannot be disclosed.

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite
207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

25163

10

**DECLARATION OF MICHAEL BARANIC**

29.    In addition, the non-party CIRB reports may contain private, confidential employment information relating to employees of the Department. For example, the CIRB report may include discussions about remedial measures, including potential disciplinary actions against employees, so that potential liability can be avoided in the future. CIRB itself does not investigate, recommend nor carry out any employee discipline; this is done through the Internal Affairs process.

I declare under penalty of perjury that the foregoing is true and correct. Executed this February 21, 2025, at San Diego, California.

MICHAEL P. BARANIC

**DECLARATION OF MICHAEL BARANIC**

COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite
207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

25163

**EXHIBIT 1-1**

Fernando Kish, Senior Deputy (State Bar No. 236961)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, CA 92101-2469
(619) 531-4896 – FAX (619) 531-6005
Email: fernando.kish@sdcounty.ca.gov

Michael L. Wroniak, Esq. (State Bar No. 210347)
Rada Feldman, Esq. (State Bar No. 285931)
Bianca M. Bonjean, Esq. (State Bar No. 342297)
COLLINS + COLLINS LLP
750 The City Drive, Suite 400
Orange, CA 92868
(714) 823-4100 – FAX (714) 823-4101
Email: mwroniak@ccllp.law
Email: rfeldman@ccllp.law
Email: bbonjean@ccllp.law

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAMANTHA MACANLALAY and HOSANNA ALTO

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN MORTON, Individually, and as Successor in Interest to JOSEPH MORTON, and DEAN MORTON, Individually,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>COUNTY OF SAN DIEGO, SAMANTHA MACANLALAY, Individually, BIJAN RAHMANI, Individually, HOSANNA ALTO, Individually, MATTHEW BERLIN, Individually, LIBERTY HEALTHCARE, AND DOES 1-10, inclusive,<br><br>                    Defendants. | CASE NO. 3:21-cv-01428-MMA-DDL<br>*Judge Michael M. Anello, Courtroom 3D*<br><br>**DECLARATION OF MICHAEL BARANIC, ESQ. IN SUPPORT OF COUNTY DEFENDANTS' OPPOSITION TO MOTION TO MOTION TO COMPEL FURTHER RESPONSES TO AMENDED RFP NO. 26 (DOCKET 114)**<br><br>**Complaint Filed: 08/09/2021**<br>**Trial Date:        None** |

23475

DECLARATION OF MICHAEL BARANIC IN SUPPORT OF OPPOSITION TO MTN TO COMPEL

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax   (714) 823-4101

# DECLARATION OF MICHAEL BARANIC

I, MICHAEL BARANIC, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of California and am the Chief Legal Advisor and Director of Sheriff's Legal Affairs for the County of San Diego Sheriff's Department. I have personal knowledge of all matters set forth herein, except for those matter which are expressly based upon my information and belief. I am informed and believe that all such matters are true. If called upon as a witness, I could and would competently testify to the matters stated herein.

2. This declaration is submitted in support of Defendant the County of San Diego's ("County") Opposition to Plaintiffs' Motion to Compel Further Responses to the Amended Production of Documents (Dkt. 114).

3. I have been employed with the San Diego County Sheriff's Department since 2018 and currently serve as the Chief Legal Advisor and Director of Sheriff's Legal Affairs to the Sheriff's Department. I was appointed Director of Legal Affairs and the Sheriff's Chief Legal Advisor by Sheriff Kelly Martinez in 2022. I previously served as a Legal Advisor under Sheriff Bill Gore and Sheriff Anthony Ray.

4. As the Chief Legal Advisor and Director of Legal Affairs, I am a member of the Sheriff's Executive Team and oversee the Sheriff's Legal Affairs Unit which provides legal advice to the Sheriff, Command Staff, and all Department employees. Additionally, as the Chief Legal Advisor, I am on the Sheriff's Department Critical Incident Review Board (CIRB) in which my role's primary purpose is to provide legal advice, assess civil liability and exposure, and prepare for possible litigation in my capacity as department legal counsel and Chief Legal Advisor.

5. As part of my position, I am familiar with the policies and procedures for the Sheriff's Department, including specifically, the Sheriff's Department Critical Incident Review Board ("CIRB"). I am also familiar with the above-captioned lawsuit entitled *Marilyn Morton, et al. vs. County of San Diego, et al.*, United States District Court Case No. 3:21-cv-01428-MMA-DDL, filed August 9, 2021.

23475

DECLARATION OF MICHAEL BARANIC IN SUPPORT OF OPPOSITION TO MTN TO COMPEL

**COLLINS + COLLINS** LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

**Amended Request For Production No. 26**:

6.    With respect to the above-entitled matter, I am informed that Plaintiffs' Amended Request For Production No. 26 to County seeks all Critical Incident Review Board (CIRB) and Internal Affairs (IA) reports for in-custody suicides from 2015 through the date of the Joseph Morton incident on May 17, 2020. I reviewed and am familiar with County's Privilege Log in response to Plaintiffs' Amended Request For Production (RFP) No. 26 which seeks the CIRB and IA reports for in-custody suicides that occurred between January 2015 and May 2020 that was provided to Plaintiffs on July 24, 2023, and the identified CIRB and IA reports at issue that are detailed in County's Privilege Log (referenced in this log as "**UIN Doc. Nos. 1-22**").

7.    There were twenty (20) in-custody deaths during the timeframe requested in Plaintiffs' Amended RFP No. 26, including Joseph Morton. There are 19 respective CIRB reports (UIN Doc. Nos. 1-19) for the 19 other in-custody suicide matters from the January 2015 to May 2020 timeframe requested (collectively, the "CIRB reports"). The confidential attorney-client and work product privileged CIRB reports were prepared for the primary purpose of giving legal advice to the Department by Sheriff's Legal counsel on civil liability and risk management, assessment, and mitigation and in anticipation of litigation, and are protected from disclosure.

8.    There was no IA investigation and therefore no IA report prepared for the in-custody suicide of Joseph Morton. Of the 19 other in-custody suicide incidents from the January 2015 to May 2020 timeframe requested, there are three matters with IA reports (UIN Doc. Nos. 20-22). The respective CIRB reports for the three in-custody suicide matters with IA reports identified in UIN Doc. Nos. 20, 21, and 22 are listed as UIN Doc. Nos. 3, 7, 19, respectively. CIRB itself does not investigate, recommend nor carry out any employee discipline. That is done through the Internal Affairs process.

///

///

23475

DECLARATION OF MICHAEL BARANIC IN SUPPORT OF OPPOSITION TO MTN TO COMPEL

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone    (714) 823-4100
Fax       (714) 823-4101

**Critical Incident Review Board (CIRB)**:

9.      The relevant policies and procedures related to the CIRB are set forth in San Diego County Sheriff's Department Policy and Procedure ("P&P") section 4.23. A true and correct copy is attached as **Exhibit "A"** to this Declaration. The CIRB privileged review and communications are confidential, and all occur within the attorney-client relationship, and are protected from disclosure as confidential attorney-client and work product privileged communications and/or documents transmitted or generated for the primary purpose of Sheriff's Legal attorney review and legal advice to the Department regarding liability and exposure resulting from a given incident.

10.      In my role as Chief Legal Advisor, I am a member of the Sheriff's Department Critical Incident Review Board (CIRB). The purpose of the CIRB is specified in the P&P section 4.23. The attached **Exhibit "A"** to this Declaration are true and correct copies of the relevant SD Sheriff P&P section 4.23 that were in effect from 2015 to 2020.[1] The CIRB consists of department leadership and the Sheriff's Legal Advisor and performs a privileged critical review of an incident triggering anticipated litigation, such as an in-custody suicide. Under P&P § 4.23, the CIRB's stated primary purpose is to consult Sheriff's Legal counsel when an incident occurs which may give rise to litigation regarding civil liability and exposure from a given incident.

11.      For ease of reference, and because of similarity of the discovery sought, attached as **Exhibit "B"** to this Declaration is a true and correct copy of my previous Declaration and attachment Exhibit "A" thereto of the relevant SD Sheriff P&P section 4.23 that was in effect in 2020 and 2021, which was the relevant time for the

_____

[1] **Exhibit "A-1"** is a true and correct copy of SD Sheriff P&P § 4.23 that was in effect between September 2016 and May 2020. Because P&P section 4.23 had been updated on 09/1/2016, also attached as **Exhibit "A-2"** is a true and correct copy of P&P § 4.23 in effect between August 2016 and September 2016, and as **Exhibit "A-3"** is a true and correct copy of P&P § 4.23 in effect between January 2015 and September 2016.

23475

4

DECLARATION OF MICHAEL BARANIC IN SUPPORT OF OPPOSITION TO MTN TO COMPEL

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone    (714) 823-4100
Fax       (714) 823-4101

Morton matter, and was submitted and filed in this action on March 14, 2023, for County's Opposition to Plaintiffs' Motion to Compel (Dkt. 56) the CIRB report and records for the Morton matter (Dkt. 58-1, Exh. A).[2]

       12.    The relevant SD Sheriff P&P section 4.23 that was in effect from 2015 to 2020 states that the primary purpose of the Board is to consult Sheriff's Legal regarding the Department's civil liability and exposure from a given incident which may give rise to litigation. Specifically, it states: "Responsibility: The purpose of this board is to consult with department legal counsel when an incident occurs which may give rise to litigation. The focus of the CIRB will be to assess the department's civil exposure as a result of a given incident." See attached **Exhibit "A."**

       13.    The CIRB conducts a review of critical incidents, which, during the relevant time period, included in-custody deaths (other than natural causes)[3] such as a jail inmate's suicide, for the primary purpose of the providing of legal advice by department legal counsel assessing the department's civil exposure and liability as a result of a given incident. The CIRB consists of the Chief Legal Advisor and four commanders (one from each bureau). As described in SD Sheriff P&P section 4.23, communications and documents generated as part of the privileged CIRB review are confidential and protected from disclosure. The confidential CIRB privileged review and communications occur within the attorney-client relationship between necessary privileged persons and/or the CIRB for the purpose of obtaining legal advice and

---

[2] To avoid repetition of the same matters already presented, this Declaration refers to and incorporates by reference the attached **Exh. B** of my Declaration and attachment Exhibit "A" thereto that was submitted and filed 03/14/2023 for County's Opposition to Plaintiffs' Motion to Compel the CIRB report and records for the Morton matter (Dkt. 58-1, Exh. A). Specifically, the facts and background described in ¶¶ 6-25, 30-32 are pertinent to this Opposition to Plaintiffs' Motion to Compel which seeks the 19 CIRB reports for other in-custody suicide matters from 2015 to May 2020.

[3] On March 29, 2022, SD Sheriff P&P section 4.23 was amended to include the review of all in-custody deaths, including those that result from natural causes.

23475

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

1    assisting Sheriff's Legal counsel in rendering legal advice.[4]

2        14.    The CIRB report, marked "Confidential Attorney-Client Privileged", is

3    prepared by a Division of Inspectional Services (DIS) Lieutenant representative at

4    direction of counsel, and transmitted to Sheriff's Legal in order to facilitate the

5    providing of legal advice regarding the Department's civil liability and exposure from

6    a given incident that may result in potential liability.

7        15.    The CIRB privileged review of a given incident is a bifurcated process.[5]

8    The CIRB report, marked "Confidential Attorney-Client Privileged", is generated at

9    direction of counsel by an authorized DIS representative, after the confidential

10   privileged Closed session. A confidential privileged Closed session is held between

11   the Sheriff's Legal Advisor and the rest of the CIRB for the primary purpose of

12   obtaining legal advice from Sheriff's Legal regarding the department's civil liability

13   and exposure from a given incident triggering anticipated litigation. An authorized

14   DIS Lieutenant[6] representative attends to take notes of the discussion for/at the

---

[4] The CIRB's purpose is to gather information and consult with department legal counsel for the primary purpose of the provision of legal advice by Sheriff's Legal counsel to assess the department's civil exposure and risk when an incident occurs which may give rise to litigation. Based upon the legal advice provided by Sheriff's Legal counsel, the Board's review may identify potential misconduct, criminal negligence or behavior, policy violations, training deficiencies, or other areas where the Department can improve and make facilities safer for staff and those in custody. The primary purpose is to provide legal advice assessing the Department's civil liability and risk, and in anticipation of potential litigation as a result of a given incident, to protect the Department from legal liability and exposure.

[5] As detailed below, first, a confidential privileged Presentation session meeting is held with necessary privileged persons (CIRB Attendees) to relay information to the CIRB and Sheriff's Legal counsel for the purpose of assisting counsel in providing legal advice to the CIRB on the department's liability and exposure. After the Presentation session, all invited attendees leave. See also **Exhs. A-B.**

[6] At times, the Division of Inspectional Services was led by a professional staff Executive Manager, rather than by a sworn lieutenant.  The Executive Manager is an unclassified, at-will management position and serves at the pleasure of the Sheriff.

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone   (714) 823-4100
Fax      (714) 823-4101

23475

DECLARATION OF MICHAEL BARANIC IN SUPPORT OF OPPOSITION TO MTN TO COMPEL

direction of Sheriff's Legal and to prepare a marked "Confidential Attorney-Client Privileged" CIRB report of the discussion, which is then sent to counsel for counsel's review for facilitating the provision of legal advice to the Sheriff regarding civil liability and exposure. The discussions at the Closed session CIRB meeting may include Sheriff's Legal counsel providing legal advice to the Board voting members on policy, training, or remedial issues. The primary purpose of the legal advice is risk management and assessing potential liability of the department.

16.    I reviewed and am familiar with the confidential attorney-client and work product privileged CIRB reports for the 19 other in-custody suicide matters listed in County's Privilege Log. The respective CIRB reports are confidential attorney-client communications and work product privileged documents protected from disclosure and discussed below. The CIRB reports are protected from disclosure because these documents memorialize confidential communications between Robert Faigin, my predecessor, and my client, the San Diego County Sheriff's Department (the "Department"), and contain confidential medical and employment information of non-parties. The respective CIRB reports and contents therein were prepared by DIS for attorney review by Sheriff's Legal and at direction of counsel for the primary purpose of providing legal advice to the Sheriff on the Department's civil liability and exposure from an incident triggering potential litigation.

**Confidential Attorney-Client Privileged CIRB Reports**:

17.    There are 19 respective CIRB reports, one each for the other 19 in-custody suicide matters (UIN Doc. Nos. 1-19). The respective 19 CIRB reports are a confidential attorney-client and work product privileged document that was prepared for the primary purpose of providing legal advice, and in anticipation of litigation. The CIRB reports, marked "Confidential Attorney-Client Privileged", were prepared by a

---

The job duties and responsibilities of the DIS Executive Manager are the same as the DIS Lieutenant.  For purposes of this Declaration, reference to the "DIS Lieutenant" includes the DIS Executive Manager when DIS was led by an Executive Manager.
23475

DECLARATION OF MICHAEL BARANIC IN SUPPORT OF OPPOSITION TO MTN TO COMPEL

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA  92868-4940
Phone   (714) 823-4100
Fax       (714) 823-4101

DIS Lieutenant representative at direction of Sheriff's Legal counsel, and transmitted to Sheriff's Legal in order to facilitate the providing of legal advice regarding the Department's civil liability and exposure from the respective suicide incidents. As part of my prior role as Legal Advisor and current role as Chief Legal Advisor, I have knowledge of and am familiar with the CIRB review of the respective 19 matters.

18. The respective CIRB Reports and contents therein were prepared by DIS for attorney review by Sheriff's Legal and at counsel's direction. The primary purpose of the preparation of the CIRB reports was for Sheriff's Legal counsel to provide legal advice to the Department regarding civil liability and exposure from the in-custody suicide incidents, and in anticipation of litigation.

19. The CIRB reports sought here include matters that either actually resulted in lawsuits and/or tort claims. ***In fact, of the 19 CIRB reports requested for the other in-custody suicide incidents from 2015 to May 2020, 5 of those instances resulted in litigation, and a Government Tort Claim was filed for 1 other***.

20. In my role as Chief Legal Advisor, I participate in the CIRB and maintain the confidential CIRB reports in the Legal Affairs Unit of the Office of the Sheriff. In my role on the CIRB, I provide legal advice in my capacity as the Chief Legal Advisor for the Sheriff's Department, with the expectation that all communications are made in confidence and shall remain so, and in the course of the attorney-client relationship with necessary privileged persons for the primary purpose of providing legal advice to the Department on critical incident matters triggering anticipated litigation, assessing the Department's liability and exposure, and protecting the Department against potential litigation from a given incident.

21. In the CIRB privileged review, I provide legal advice to the Board, necessary privileged personnel within the Department, and the Sheriff and Command Staff in my capacity as department legal counsel and Chief Legal Advisor, for the primary purpose of advising the Department regarding legal liability and exposure for incidents triggering anticipated litigation, assessing the Department's liability and risk,

23475

DECLARATION OF MICHAEL BARANIC IN SUPPORT OF OPPOSITION TO MTN TO COMPEL

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone   (714) 823-4100
Fax      (714) 823-4101

1   and to protect the Department against possible litigation. The confidential CIRB

2   privileged review and communications occur in the course of the attorney-client

3   relationship with the Department and CIRB.

4        22.    Before my appointment in 2022, Robert Faigin, Esq., the former Chief

5   Legal Advisor and Director of Legal Affairs for the Department, served as head of the

6   Sheriff's Legal Affairs Unit. As the Chief Legal Advisor, Mr. Faigin was a member of

7   the CIRB. I was involved with and participated in CIRB reviews in the role of a Legal

8   Advisor and department counsel.

9        23.    The CIRB meetings at which the respective incidents that are the subject

10   of the 19 CIRB reports were held between January 2015 and October 2019. As to all

11   19 respective matters, the CIRB would have met in **closed** session to discuss

12   anticipated litigation as a result of a given incident. The purpose of the Board is to

13   consult with legal counsel to assess the department's civil exposure as a result of a

14   given incident. See attached **Exhibit "A,"** which explains the purpose and

15   procedures.[7]

16        24.    Mr. Faigin as the Chief Legal Advisor participated in the CIRB and

17   maintained the confidential CIRB reports in the Legal Affairs Unit of the Office of the

18   Sheriff. In his role on the CIRB, Mr. Faigin provided legal advice in his capacity as

19   the Chief Legal Advisor for the Sheriff's Department, with the expectation that all

---

[7] A bifurcated process occurs with a Presentation session and Closed session:
- First, the confidential privileged "Presentation" session meeting is held with necessary privileged persons (CIRB attendees) for the purpose of relaying information to the CIRB members to assist Sheriff's Legal for the primary purpose of providing legal advice to the Department on liability and exposure. After the Presentation session, all invited attendees leave.
- Sheriff's Legal and the rest of the CIRB meet for the confidential privileged Closed session. An authorized DIS Lieutenant representative attends in the capacity of CIRB liaison and to transcribe and memorialize the discussion for Sheriff's Legal.
- Then, the confidential attorney-client privileged CIRB report is prepared by an authorized DIS representative for transmittal to Sheriff's Legal.

23475

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone   (714) 823-4100
Fax       (714) 823-4101

communications were made in confidence and would remain so, and in the course of the attorney-client relationship and for the primary purpose of advising the Department and assessing the Department's legal liability and civil exposure related to the respective matters.

25. Mr. Faigin as Chief Legal Advisor would have participated in the Closed session of the CIRB reviews of the respective 19 matters that occurred between January 2015 and October 2020. In his role on the CIRB, Mr. Faigin would have provided legal advice in his capacity as the Chief Legal Advisor for the Sheriff's Department, with the expectation that all communications are made in confidence and shall remain so, in the course of the attorney-client relationship and for the primary purpose of advising the Department and assessing the Department's legal liability and civil exposure related to the respective matters.

26. The only attendees at the Closed session should have been the CIRB members and one necessary privileged representative from DIS for purposes of transcribing and memorializing the discussions at the CIRB Closed session in the role as CIRB liaison.

27. The confidential attorney-client privileged CIRB reports regarding the respective incidents were generated between March 2015 and October 2020, concerning the discussions at the CIRB Closed session held for the respective matters. The reports are kept confidential and maintained in my office in the Legal Affairs Unit of the Office of the Sheriff.

28. At the conclusion of the respective Closed session, the confidential CIRB reports would have been prepared by an authorized DIS representative for transmittal to Sheriff's Legal. The reports are kept confidential and maintained in my office in the Legal Affairs Unit of the Office of the Sheriff.

29. The respective confidential attorney-client privileged CIRB reports and contents therein were prepared by an authorized DIS representative for attorney review by Sheriff's Legal and transmitted to Sheriff's Legal, via the DIS Lieutenant,

23475

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

DECLARATION OF MICHAEL BARANIC IN SUPPORT OF OPPOSITION TO MTN TO COMPEL

the Undersheriff, and the Sheriff, for the purpose of assisting Sheriff's Legal to provide legal advice to the Sheriff. During the Closed session portion of CIRB, the authorized DIS Lieutenant representative functions in a necessary role akin to a scribe or administrative assistant for Sheriff's Legal and uses the CIRB notes for DIS to prepare the confidential attorney-client privileged CIRB report.[8] The CIRB reports and the contents therein were prepared for the purpose of communicating to Sheriff's Legal Counsel and for counsel's review in the course of the attorney-client relationship and confidential transmittal to counsel.  Each CIRB report and its contents are marked "ATTORNEY-CLIENT PRIVILEGED", is a confidential document prepared in anticipation of litigation and contains attorney-client privileged information.

## CIRB Memo Packets with CIRB Reports:

30.     Similarly, the CIRB Memo Packets which contain the CIRB reports and the contents therein were prepared by an authorized DIS representative for attorney review by Sheriff's Legal. The CIRB Memo Packet includes a cover sheet signed by the CIRB Chair and transmitted to Sheriff's Legal, via the DIS Lieutenant, the Undersheriff and the Sheriff and was prepared on a form that states in bold letters at the top "ATTORNEY-CLIENT PRIVILEGED" and is sent to Sheriff's Legal for the purpose of transmitting the CIRB report prepared by the authorized DIS representative in the role as CIRB liaison. The CIRB report and its contents is on a form that states in bold letters at the top "ATTORNEY-CLIENT PRIVILEGED," is a confidential document prepared in anticipation of litigation and contains attorney-client privileged information. This is always confidential and attorney-client privileged. The CIRB report is seen only by Sheriff's Legal, the Undersheriff, the Sheriff, and the DIS

---

[8] The authorized DIS Lieutenant representative sits in the CIRB for the purpose of summarizing the discussions, and prepares the CIRB Report using the notes for transmittal to Sheriff's Legal, the Undersheriff and the Sheriff for the purpose of assisting Sheriff's Legal to provide advice to the Sheriff.

23475

DECLARATION OF MICHAEL BARANIC IN SUPPORT OF OPPOSITION TO MTN TO COMPEL

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone   (714) 823-4100
Fax      (714) 823-4101

1    Lieutenant and authorized DIS representative who assisted in preparation of the

2    report.[9]

3         31.    In addition to being protected from disclosure by the attorney-client

4    privilege, the CIRB reports are also protected in that they may contain private and

5    confidential medical information of 19 individuals other than Morton. The private and

6    medical information of these non-parties cannot be disclosed.

7         32.    Additionally, the 19 non-party CIRB reports may contain private,

8    confidential employment information relating to employees of the Department. For

9    example, the CIRB report may include discussions about remedial measures, including

10   potential investigations or disciplinary actions against employees, so that potential

11   liability can be avoided in the future. However, CIRB itself does not investigate,

12   recommend nor carry out any employee discipline. That is done through the Internal

13   Affairs process.

14        33.    As detailed above, legal advice is the primary purpose for the preparation

15   of the CIRB report, which is generated by an authorized DIS representative at the

16   direction of counsel and sent to counsel, in order to facilitate the providing of legal

17   advice to the Department regarding liability and risk.

18        34.    Further, because the purpose of CIRB is risk management with a focus on

19   potential litigation, and because I provide and my predecessor provided my client with

20   legal advice during the CIRB meetings, which is memorialized in the Reports, the

21   CIRB Reports are protected from disclosure by the attorney-client privilege. From my

22   review of the CIRB reports, I am informed and believe that my predecessor, Robert

23   Faigan, regularly provided legal advice at the CIRB meetings. General examples of

24   the confidential communications that I have, and Mr. Faigan had before me, with the

25   client during CIRB meetings include advice concerning the procedural status of an

26

27   ───────────────

28   [9] In the past, the Assistant Sheriff for the affected bureau also reviewed the CIRB
     reports.
     23475

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone   (714) 823-4100
Fax     (714) 823-4101

12

DECLARATION OF MICHAEL BARANIC IN SUPPORT OF OPPOSITION TO MTN TO COMPEL

incident, potential legal defenses, and discussions concerning evidence preservation in advance of litigation. On occasion, communications from the Office of County Counsel were included in the CIRB Reports. All of these communications are made in confidence and in the course of the attorney-client relationship with necessary persons for the primary purpose of providing legal advice to the Department.

35.     Further, the confidentiality of the CIRB reports is memorialized in the Department's P&P section 4.23, of which every employee in the Department should be aware. The reason confidentiality is crucial to the CIRB process is to ensure the free flow of information to allow CIRB to reach its opinions and recommendations, and receive legal advice, about the Department's policies following a critical incident. CIRB review is a bifurcated process with both phases kept confidential. First, the confidential "Presentation" session meeting is held with necessary persons (CIRB attendees) for the purpose of relaying information to the CIRB members to assist Sheriff's Legal for the primary purpose of providing legal advice to the Department on liability and exposure. After the Presentation session, all invited attendees leave. Thereafter, Sheriff's Legal and the rest of the CIRB meet for the confidential Closed session. An authorized DIS Lieutenant representative attends in the capacity of CIRB liaison to transcribe or summarize and memorialize the discussion for Sheriff's Legal.

36.     The primary purpose of the CIRB is for Sheriff's Legal counsel to provide legal advice to the CIRB regarding the department's civil liability and risk exposure. As stated above, one of my duties as Chief Legal Advisor for the Department is that I am a non-voting member of CIRB. The voting members of CIRB consist of Commanders from the Law Enforcement, Court Services and Detention Services bureaus. The only other non-voting member is the Commander from the Human Resource Services Bureau. Commanders are among the highest level of leadership in the Department.

37.     As set forth in P&P section 4.23, the primary purpose of the CIRB is to consult with Sheriff's Legal in order to receive legal advice regarding the

*23475*

DECLARATION OF MICHAEL BARANIC IN SUPPORT OF OPPOSITION TO MTN TO COMPEL

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone   (714) 823-4100
Fax      (714) 823-4101

department's risk management, exposure, and potential liability. This may include providing legal advice to the CIRB on policy, training, or remedial issues based upon which the voting CIRB members may take actions. In such instances, legal advice is the primary purpose of the communications with the CIRB. In such instances, the legal advice provided by Sheriff's Legal is the primary purpose of the CIRB's discussions and is provided to assess, protect, or mitigate the department's liability and exposure. The CIRB would not exist or convene but for Sheriff's Legal counsel's presence, involvement, and role of providing legal advice to the CIRB on the department's liability and risk.

38. It is true that there are ancillary benefits to CIRB in that policies, procedures and trainings can and are revised and/or implemented in certain circumstances, but the primary purpose is giving/receiving legal advice from Sheriff's Legal on risk management. Even as to these ancillary issues, the purpose of CIRB is "so that potential liability can be avoided in the future." See **Exh. "A**." Otherwise, neither I, nor my predecessor, would have a need to attend.

39. As set forth in ¶¶ 6-25, 30-32 of my prior Declaration (attached hereto as **Exh. "B"**) regarding the privileged CIRB report for the Morton matter and detailing the privileged CIRB review process, and relevant P&P section 4.23's purpose and procedures, the CIRB reports are attorney-client and work product privileged and are prepared for the primary purpose of the provision of legal advice by Sheriff's Legal counsel to the Department on civil liability and exposure, and in anticipation of litigation. Likewise, legal advice was the primary purpose of the CIRB reports for the respective 19 matters, which were prepared for the purpose of providing legal advice to the Department on civil liability and risk management, assessment, and mitigation, and in anticipation of litigation.

40. The CIRB reports were prepared in anticipation of litigation as a result of the respective 19 other in-custody suicide incidents. Notably, the CIRB Closed session

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

for the Morton matter was held after a Tort Claim had been filed, and the CIRB report was prepared after the Tort Claim was rejected.

41.     Further, historically, P&P section 4.23 has contained the language stating that the primary purpose of CIRB to provide legal advice on the Department's liability and exposure from a given incident that may result in litigation. See Dkt. 83-1, Exh. 1, which contains the relevant SD Sheriff P&P section 4.23 that was in effect on November 16, 2004, from the historical file maintained by DIS. The P&P section 4.23 policy language from 2004 is attached as Exhibit "1" to the Declaration of David Perkins (the Lieutenant currently assigned to DIS), and was previously submitted and filed in this action on May 8, 2023, in support of County's Supplemental Brief in Opposition to Plaintiffs' Motion to Compel the CIRB report/records for the Morton matter. As in **Exhibit "A,"** the policy language in the 2004 P&P section 4.23 states that the purpose of CIRB is to consult with legal counsel for assessment of civil exposure as a result of anticipated litigation (See Dkt. 83-1, Exh. 1: 2004 P&P section 4.23, p. 4).

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 7th day of August 2023, at San Diego, California.

MICHAEL P. BARANIC

23475

DECLARATION OF MICHAEL BARANIC IN SUPPORT OF OPPOSITION TO MTN TO COMPEL

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone   (714) 823-4100
Fax     (714) 823-4101

EXHIBIT A

# EXHIBIT A-1

**San Diego County Sheriff's Department – Procedure Section**

---

**4.23 DEPARTMENT COMMITTEES AND REVIEW BOARDS**

**Definitions**

- Committee:  A committee is a group of people delegated to perform a particular task or on-going function.

  Standing Committee:  A committee that has on-going responsibilities and functions.

  Ad Hoc Committee:  A committee formed for a specific purpose, case, or situation.

- Review Board:  A review board is an organized body of investigators who review specific incidents and report their findings to a higher authority.

**Responsibility**

Each committee/review board shall have an assigned task and scope of responsibility.

**Membership**

Each committee/review board shall have a defined membership and a chairperson appointed by the Sheriff or Undersheriff.  When indicated, a committee or review board may add other Department staff to its membership.  A committee chair may select temporary committee members to establish membership rules for the formation of the committee.

**Decision Making Authority**

- Each committee shall have a reviewing officer with final decision-making authority.

- Each review board shall report its findings to the Office of the Sheriff, which shall have final decision-making authority.

**Record of Proceedings**

- Each committee chairperson shall keep a record of their proceedings on file.

- Reports generated by review boards shall be kept on file in the Office of the Sheriff, Legal Affairs.

The Committees and Review Boards of the Sheriff's Department are as follows:

**Uniform and Safety Equipment Committee**

Responsibility:

Consider any changes in the uniform, dress standards, safety equipment and personal equipment worn or used by Department personnel and making recommendations to the Sheriff relative thereto;

Maintaining and publishing, semiannually, a roster of authorized uniform dealers and their addresses and publishing, without delay, the names and addresses of any dealers added to or deleted from the list;

---

## San Diego County Sheriff's Department – Procedure Section

Supplying authorized dealers with copies of the Department's uniform, safety and personal equipment specifications and Department directives pertaining to the same;

Originating and maintaining correspondence concerning uniform, safety and personal equipment matters.

Membership:

Chairperson - Assistant Sheriff, Human Resource Services Bureau, or designee;

Commander, Law Enforcement Support Command, or designee;

Three (3) members from the Law Enforcement Services Bureau, one of the rank of Captain or above, one Sergeant, and one Deputy Sheriff;

Three (3) members from the Court Services Bureau, one of the rank of Captain or above, one Sergeant, and one Deputy Sheriff or Detention/Courts Deputy Sheriff;

Three (3) members from the Detentions Services Bureau, one of the rank of Captain or above, one Sergeant-Detentions, and one Deputy Sheriff Detentions/Courts;

One Community Service Officer;

One (1) representative from the Deputy Sheriff's Association; and,

Others as approved by the chairperson.

Reviewing Officer:

The Undersheriff is the reviewing officer on all matters within the jurisdiction of the Uniform and Safety Equipment Committee.

### Strategic Planning Committee

Responsibility:

The Office of the Sheriff's Strategic Planning Manager shall be responsible for advising the Sheriff and Undersheriff on all matters of major Department concern; including:

Charting the Department's future strategy;

Reviewing and revising priorities and goals of the Department;

Directing a management planning system to devise long-range plans to enhance Department effectiveness;

Establishing task forces on an ad-hoc basis to formulate specific long-range plans;

Assigning Department command staff as task force leaders.

Membership:

Strategic Planning Manager/Senior Policy Advisor

Others as approved by the Strategic Planning Manager
Reviewing Officer:

**San Diego County Sheriff's Department – Procedure Section**

The Undersheriff is the reviewing officer on all matters within the jurisdiction of the Long-Range Strategic Planning Ad-Hoc Committee.

**Critical Incident Review Board**

Responsibility:

The purpose of this board is to consult with department legal counsel when an incident occurs which may give rise to litigation. The focus of the CIRB will be to assess the department's civil exposure as a result of a given incident. The CIRB will carefully review those incidents from multiple perspectives, including training, tactics, policies, and procedures with the ultimate goal of identifying problem areas and recommending remedial actions so that potential liability can be avoided in the future.

The Standards and Compliance Manager of the Division of Inspectional Services shall ensure that a copy of all related reports is forwarded to each member of the Critical Incident Review Board, for each critical incident to be reviewed by the review board, within 30 days of the completion of the investigation, and no later than seven (7) days prior to the date of the Critical Incident Review Board convening. Copies of audio and video recordings will be available to members of the Critical Incident Review Board upon request.

Membership:

The Critical Incident Review Board shall consist of voting and non-voting members.

Voting members:

- A Commander from Law Enforcement
- A Commander from Court Services
- A Commander from Detention Services

Non-voting members:

- The Chief Legal Advisor
- Commander from Human Resources

The Human Resource Services Bureau Commander shall chair the meeting.

Also in attendance shall be a representative from the Facility or Unit Commander from the employee's chain of command, the Division of Inspectional Services Standards and Compliance Manager, Weapons Training Unit, In-Service Training Unit and Detention Training Unit.

The Division of Inspectional Services Sergeant, along with the investigator assigned to the incident must be present.

Other representatives may be requested to attend a CIRB at the discretion of the chair.

**The Critical Incident Review Board shall convene as follows:**

**San Diego County Sheriff's Department – Procedure Section**

Preliminary Critical Incident Review Board:
Within two (2) weeks of the occurrence of a critical incident for a preliminary assessment.


Standard Critical Incident Review Board:

Within thirty (30) days of a District Attorney's review letter involving a critical incident; and within thirty (30) days of the completion of the investigation of a critical incident.

When requested by the Sheriff, Undersheriff, Assistant Sheriff, or a board member.

**The following incidents are deemed critical incidents and shall be reviewed by the CIRB:**

In custody death, other than natural causes;
Use of deadly force by a department employee;
Pursuits resulting in any injury requiring hospital admittance or major property damage;
Death or serious injury resulting from action of a member of this Department;

Note:  Serious injury means a serious impairment of physical condition, including but not limited to: loss of consciousness, concussion, bone fracture, protracted loss or impairment of function of any bodily member or organ, a wound requiring extensive suturing, and serious disfigurement.

Law Enforcement related injuries requiring hospital admittance;
Discharge of a firearm by sworn personnel;
Any other incident involving the discharge of a firearm, major property damage, or major vehicle damage by a member of this Department or other critical incident which, in the judgment of the Sheriff, Undersheriff, Assistant Sheriff, or board member warrants review.

Presentation:

At the beginning of the CIRB the investigators involved in the investigation of the critical incident will present facts and circumstances to the members of the CIRB.  At the conclusion of the presentation each board member will have an opportunity to question the investigator regarding the specific facts and circumstances surrounding the critical incident.

Additional Investigation:

If after the presentation, additional investigation is determined to be necessary, the CIRB will continue the proceedings and return the case to the Standards and Compliance Manager of the Division of Inspectional Services for further follow up.  The Division of Inspectional Services is responsible for working with the investigators involved in the case to ensure that all follow up investigations are completed appropriately and timely.  The matter shall be reset for hearing before the CIRB within 30 days of being returned for follow up.

Policy Violations:

After hearing from all necessary parties, the three Commanders will vote to make a determination as to whether or not a policy violation may exist.

If a majority of the voting members determine that a policy violation may have occurred, the case will be forwarded to Internal Affairs, assigned an Internal Affairs case number and investigated.  After the case is investigated by Internal Affairs, the case will be forwarded to the command for review consistent with the Department's policies and procedures.  If, after

**San Diego County Sheriff's Department – Procedure Section**

an Internal Affairs investigation, it is determined that no violation occurred, then the Internal Affairs case will be forwarded through the command to be reviewed and approved by the voting members of the Critical Incident Review Board.

If, during the Critical Incident Review Board, the majority of the voting members determine that no policy violations have occurred, the CIRB case will be forwarded to the Standards and Compliance Manager of the Division of Inspectional Services for the generation of a report, consistent with the Board's findings, at the conclusion of the CIRB.
Training:

The CIRB is also tasked with making recommendations for training based upon the analysis of critical incidents. If the Board identifies significant training issues, the Board will direct those issues to the Training Lieutenant. The Training Lieutenant will be required to prepare a written report to the Standards and Compliance Manager of the Division of Inspectional Services within thirty (30) days outlining the actions taken based upon the Boards direction.

Policies:

If the CIRB identifies policy issues of concern while reviewing a critical incident, the Board will direct its concerns to the Standards and Compliance Manager of the Division of Inspectional Services. The Standards and Compliance Manager will ensure that the proposed policy recommendations are prepared and present them for approval to SOPC within thirty (30) days of the CIRB.

Distribution of Reports:

Within seven (7) days of the CIRB, the Facility or Unit Commander, from the employee's chain of command, will meet with the employee and debrief them as to the results of the CIRB. The Facility of Unit Commander will submit in writing to the Standards and Compliance Manager of the Division of Inspectional Services that the meeting has taken place.

Within forty five (45) days of the CIRB, the Standards and Compliance Manager of the Division of Inspectional Services will prepare a report summarizing the actions and conclusions of the board. The CIRB report shall contain specific findings with regard to whether the review board found any policy violations, and training or policy issues, as well as what actions were taken by the department. A copy of the CIRB Confidential Report and other related reports shall be filed in the Legal Affairs Section, Office of the Sheriff.

**Awards and Recognition Board**

Responsibility:

The Awards and Recognition Board shall make determinations regarding the appropriateness of all Departmental awards, with the exception of the Report of Exemplary Performance. (Related section 3.23)

Membership:

Chairperson: Commander, Human Resource Services Bureau

Commander, Law Enforcement Services Bureau

Commander, Detention Services Bureau

Commander, Court Services Bureau

**San Diego County Sheriff's Department – Procedure Section**

Public Information Officer, Public Affairs

Representative, Management Services Bureau

Representative, Deputy Sheriff's Association

Other Departmental personnel may participate on this board at the request of the chairperson.

Reviewing Officer:

The Undersheriff is the reviewing officer on all matters within the purview of the Awards and Recognition Board.


**Employee Recognition Committee**

Responsibility:

The Employee Recognition Committee shall ensure nominations meet the criteria and determine the award limits for cash awards and leave awards at the beginning of each fiscal year.  (Related section 3.49)

Membership:

Chairperson:  To be elected by members of the committee.

Membership consists of one professional staff member from the following:

Detention Services Bureau

Law Enforcement Services Bureau

Court Services Bureau

Management Services Bureau

Human Resource Services Bureau

Office of the Sheriff

Public Affairs

Reviewing Officer:

The Assistant Sheriff of the Human Resource Services Bureau is the reviewing officer for all matters within the purview of the Employee Recognition Committee.


**Information Technology Policies and Priorities Committee**

Responsibility:

The information Technology Policies and Priorities Committee (ITPPC) is the review body for the proposal and institution of information technology related policies, procedures and project priorities.  Additionally the committee:

**San Diego County Sheriff's Department – Procedure Section**

- Evaluates the IT strategies and initiatives

- Scrutinizes the scope and priorities of projects

-  Visualizes the importance of short and long term IT objectives

- Balances automated business process needs against fiscal constraints

- Factors in architectural and infrastructure related impacts

- Clearly identifies staffing requirements short and long term

- Makes informed recommendations to the Executive Management Team (EMT)

- Reviews and recommends IT policies, procedures and priorities for EMT adoption and approval

Membership:

The committee is comprised of Commanders from each bureau that are knowledgeable about the importance of information technology and the importance of specific initiatives as they relate to the mission of the Sheriff's Department.

Sub-Committee:

The ITPPC shall establish an Information Technology Sub-Committee responsible for reviewing and making recommendations to the ITPPC relative to new projects and/or technologies as they become available.

Sub-Committee Membership:

The sub-committee will be chaired by a Captain and will have representatives assigned from each bureau as necessary.

Reviewing Body:

The Executive Management Team shall be the reviewing body for all matters under the purview of this committee.

**Sheriff's Operational Planning Committee (SOPC)**

The Chairperson shall be responsible for developing the agenda for the SOPC meetings. Recommendations will be presented to the Sheriff and Undersheriff at the weekly standing meeting with the Assistant Sheriffs and the Executive Director by the Chairperson.  The responsibility for documenting the activities of the SOPC shall fall to the person serving as the Chairperson.  Meetings will be held twice a month.

Responsibility:

Act as a clearinghouse for the development of department-wide plans relating to the acquisition and deployment of financial resources;

To review and make recommendations to the Sheriff, Undersheriff and Assistant Sheriffs/Executive Director concerning major projects, re-organizations of Department bureaus, and revisions to Department policies and procedures;

## San Diego County Sheriff's Department – Procedure Section

To support the development of the Department's five-year financial forecast by reviewing and recommending operational priorities, funding sources and where necessary, program reductions;

To serve as the Department's Unfunded Needs Committee in order to set priorities and allocate funding for one-time and/or short term projects or equipment acquisition with the independent authority to allocate funds for projects up to $250,000 with the concurrence of the Chief Financial Officer.  Recommendations for higher amounts shall be forwarded to the Sheriff, Undersheriff and Assistant Sheriffs/Executive Director.

To serve as the Department's Grants Committee, wherein grant funded programs are reviewed, monitored and usage of grant funds are discussed, prioritized, approved or disapproved as appropriate.  The grant programs to be reviewed shall include but not be limited to those related to program enhancement, homeland security, routine equipment acquisition and technology.

To serve as the implementing body for the Sheriff's project and/or program reviews as outlined in the Sheriff's Business Planning System (SBPS).  SOPC participants shall nominate projects and/or programs suitable for review from their respective bureaus.  The intent of the reviews is to establish project priorities, make resource allocation decisions or recommendations and to ensure proper adherence to the Department's mission, vision, values and policies and procedures.

Membership:

The chairperson and vice chairperson positions shall rotate amongst the voting members every two years.  All decisions by the SOPC, including the selection of the chairperson and vice chairperson shall be made on a consensus basis.

A quorum, comprised of 50% +1of the voting committee members, must be met to hold a meeting.

Voting SOPC members shall include:

All Sheriff's Commanders

Chief Financial Officer

Director of Support Services

Sheriff's Senior Policy Advisor

Technology Manager

Others as approved by the Chairperson

Reviewing Officer:

The Undersheriff shall be the reviewing officer for all matters under the purview of the Sheriff's Operational Planning Committee.

**Forms Committee**

Responsibility:

The Forms Committee is responsible for:

Ensuring a centralized forms control function within the Department through design, modification, consolidation and print approval of all Department forms.

Purging of all unnecessary, duplicative or outmoded forms.

Membership:

Chairperson – Executive Director, Management Services Bureau or designee

Other members as appointed by the chair, upon approval of the Executive Director, Management Services Bureau.

Reviewing Officer:

The reviewing officer for the Forms Committee is the Executive Director, Management Services Bureau. (9-1-16)

EXHIBIT A-2

**San Diego County Sheriff's Department – Procedure Section**

---

<div style="border: 1px solid black;">

**4.23 DEPARTMENT COMMITTEES AND REVIEW BOARDS**

</div>

**Definitions**

- Committee:  A committee is a group of people delegated to perform a particular task or on-going function.

  Standing Committee:  A committee that has on-going responsibilities and functions.

  Ad Hoc Committee:  A committee formed for a specific purpose, case, or situation.

- Review Board:  A review board is an organized body of investigators who review specific incidents and report their findings to a higher authority.

**Responsibility**

Each committee/review board shall have an assigned task and scope of responsibility.

**Membership**

Each committee/review board shall have a defined membership and a chairperson appointed by the Sheriff or Undersheriff.  When indicated, a committee or review board may add other Department staff to its membership.  A committee chair may select temporary committee members to establish membership rules for the formation of the committee.

**Decision Making Authority**

- Each committee shall have a reviewing officer with final decision-making authority.

- Each review board shall report its findings to the Office of the Sheriff, which shall have final decision-making authority.

**Record of Proceedings**

- Each committee chairperson shall keep a record of their proceedings on file.

  - Reports generated by review boards shall be kept on file in the Office of the Sheriff, Legal Affairs.

The Committees and Review Boards of the Sheriff's Department are as follows:

**Uniform and Safety Equipment Committee**

Responsibility:

Consider any changes in the uniform, dress standards, safety equipment and personal equipment worn or used by Department personnel and making recommendations to the Sheriff relative thereto;

---

## San Diego County Sheriff's Department – Procedure Section

Maintaining and publishing, semiannually, a roster of authorized uniform dealers and their addresses and publishing, without delay, the names and addresses of any dealers added to or deleted from the list;

Supplying authorized dealers with copies of the Department's uniform, safety and personal equipment specifications and Department directives pertaining to the same;

Originating and maintaining correspondence concerning uniform, safety and personal equipment matters.

Membership:

Chairperson - Assistant Sheriff, Human Resource Services Bureau, or designee;

Commander, Law Enforcement Support Command, or designee;

Three (3) members from the Law Enforcement Services Bureau, one of the rank of Captain or above, one Sergeant, and one Deputy Sheriff;

Three (3) members from the Court Services Bureau, one of the rank of Captain or above, one Sergeant, and one Deputy Sheriff or Detention/Courts Deputy Sheriff;

Three (3) members from the Detentions Services Bureau, one of the rank of Captain or above, one Sergeant-Detentions, and one Deputy Sheriff Detentions/Courts;

One Community Service Officer;

One (1) representative from the Deputy Sheriff's Association; and,

Others as approved by the chairperson.

Reviewing Officer:

The Undersheriff is the reviewing officer on all matters within the jurisdiction of the Uniform and Safety Equipment Committee.

**Strategic Planning Committee**

Responsibility:

The Office of the Sheriff's Strategic Planning Manager shall be responsible for advising the Sheriff and Undersheriff on all matters of major Department concern; including:

Charting the Department's future strategy;

Reviewing and revising priorities and goals of the Department;

Directing a management planning system to devise long-range plans to enhance Department effectiveness;

Establishing task forces on an ad-hoc basis to formulate specific long-range plans;

Assigning Department command staff as task force leaders.

**San Diego County Sheriff's Department – Procedure Section**

Membership:

Strategic Planning Manager/Senior Policy Advisor

Others as approved by the Strategic Planning Manager

Reviewing Officer:

The Undersheriff is the reviewing officer on all matters within the jurisdiction of the Long-Range Strategic Planning Ad-Hoc Committee.

**Critical Incident Review Board**

Responsibility:

The purpose of this board is to consult with department legal counsel when an incident occurs which may give rise to litigation. The focus of the CIRB will be to assess the department's civil exposure as a result of a given incident. The CIRB will carefully review those incidents from multiple perspectives, including training, tactics, policies, and procedures with the ultimate goal of identifying problem areas and recommending remedial actions so that potential liability can be avoided in the future.

The Standards and Compliance Manager of the Division of Inspectional Services shall ensure that a copy of all related reports is forwarded to each member of the Critical Incident Review Board, for each critical incident to be reviewed by the review board, within 30 days of the completion of the investigation, and no later than seven (7) days prior to the date of the Critical Incident Review Board convening. Copies of audio and video recordings will be available to members of the Critical Incident Review Board upon request.

Membership:

The Critical Incident Review Board shall consist of voting and non-voting members.

Voting members:

- A Commander from Law Enforcement
- A Commander from Court Services
- A Commander from Detention Services

Non-voting members:

- The Chief Legal Advisor
- Commander from Human Resources

The Human Resources Services Bureau shall chair the meeting.

Also in attendance shall be a representative from the Facility or Unit Commander from the employee's chain of command, the Division of Inspectional Services Standards and Compliance Manager, Weapons Training Unit, In-Service Training Unit and Detention Training Unit.

The Division of Inspectional Services Sergeant, along with the investigator assigned to the incident must be present.

**San Diego County Sheriff's Department – Procedure Section**

Other representatives may be requested to attend a CIRB at the discretion of the chair.

**The Critical Incident Review Board shall convene as follows:**

Preliminary Critical Incident Review Board:
Within two (2) weeks of the occurrence of a critical incident for a preliminary assessment.

Standard Critical Incident Review Board:

Within thirty (30) days of a District Attorney's review letter involving a critical incident; and within thirty (30) days of the completion of the investigation of a critical incident.

When requested by the Sheriff, Undersheriff, Assistant Sheriff, or a board member.

**The following incidents are deemed critical incidents and shall be reviewed by the CIRB:**

In custody death, other than natural causes;
Use of deadly force by a department employee;
Pursuits resulting in any injury requiring hospital admittance or major property damage;
Death or serious injury resulting from action of a member of this Department;

Note:  Serious injury means a serious impairment of physical condition, including but not limited to: loss of consciousness, concussion, bone fracture, protracted loss or impairment of function of any bodily member or organ, a wound requiring extensive suturing, and serious disfigurement.

Law Enforcement related injuries requiring hospital admittance;
Discharge of a firearm by sworn personnel;
Any other incident involving the discharge of a firearm, major property damage, or major vehicle damage by a member of this Department or other critical incident which, in the judgment of the Sheriff, Undersheriff, Assistant Sheriff, or board member warrants review.

Presentation:

At the beginning of the CIRB the investigators involved in the investigation of the critical incident will present facts and circumstances to the members of the CIRB.  At the conclusion of the presentation each board member will have an opportunity to question the investigator regarding the specific facts and circumstances surrounding the critical incident.

Additional Investigation:

If after the presentation, additional investigation is determined to be necessary, the CIRB will continue the proceedings and return the case to the Standards and Compliance Manager of the Division of Inspectional Services for further follow up.  The Division of Inspectional Services is responsible for working with the investigators involved in the case to ensure that all follow up investigations are completed appropriately and timely.  The matter shall be reset for hearing before the CIRB within 30 days of being returned for follow up.

Policy Violations:

After hearing from all necessary parties, the three Commanders will vote to make a determination as to whether or not a policy violation may exist.

SECTION 4 Organization

## San Diego County Sheriff's Department – Procedure Section

If a majority of the voting members determine that a policy violation may have occurred, the case will be forwarded to Internal Affairs, assigned an Internal Affairs case number and investigated. After the case is investigated by Internal Affairs, the case will be forwarded to the command for review consistent with the Department's policies and procedures. If, after an Internal Affairs investigation, it is determined that no violation occurred, then the Internal Affairs case will be forwarded through the command to be reviewed and approved by the voting members of the Critical Incident Review Board.

If, during the Critical Incident Review Board, the majority of the voting members determine that no policy violations have occurred, the CIRB case will be forwarded to the Standards and Compliance Manager of the Division of Inspectional Services for the generation of a report, consistent with the Board's findings, at the conclusion of the CIRB.
Training:

The CIRB is also tasked with making recommendations for training based upon the analysis of critical incidents. If the Board identifies significant training issues, the Board will direct those issues to the Training Lieutenant. The Training Lieutenant will be required to prepare a written report to the Standards and Compliance Manager of the Division of Inspectional Services within thirty (30) days outlining the actions taken based upon the Boards direction.

Policies:

If the CIRB identifies policy issues of concern while reviewing a critical incident, the Board will direct its concerns to the Standards and Compliance Manager of the Division of Inspectional Services. The Standards and Compliance Manager will ensure that the proposed policy recommendations are prepared and present them for approval to SOPC within thirty (30) days of the CIRB.

Distribution of Reports:

Within seven (7) days of the CIRB, the Facility or Unit Commander, from the employee's chain of command, will meet with the employee and debrief them as to the results of the CIRB. The Facility of Unit Commander will submit in writing to the Standards and Compliance Manager of the Division of Inspectional Services that the meeting has taken place.

Within forty five (45) days of the CIRB, the Standards and Compliance Manager of the Division of Inspectional Services will prepare a report summarizing the actions and conclusions of the board. The CIRB report shall contain specific findings with regard to whether the review board found any policy violations, and training or policy issues, as well as what actions were taken by the department. A copy of the CIRB Confidential Report and other related reports shall be filed in the Legal Affairs Section, Office of the Sheriff.

**Awards and Recognition Board**

Responsibility:

The Awards and Recognition Board shall make determinations regarding the appropriateness of all Departmental awards, with the exception of the Report of Exemplary Performance. (Related section 3.23)

Membership:

Chairperson: Commander, Human Resource Services Bureau

Commander, Law Enforcement Services Bureau

**San Diego County Sheriff's Department – Procedure Section**

Commander, Detention Services Bureau

Commander, Court Services Bureau

Public Information Officer, Public Affairs

Representative, Management Services Bureau

Representative, Deputy Sheriff's Association

Other Departmental personnel may participate on this board at the request of the chairperson.

Reviewing Officer:

The Undersheriff is the reviewing officer on all matters within the purview of the Awards and Recognition Board.


**Employee Recognition Committee**

Responsibility:

The Employee Recognition Committee shall ensure nominations meet the criteria and determine the award limits for cash awards and leave awards at the beginning of each fiscal year.  (Related section 3.49)

Membership:

Chairperson:  To be elected by members of the committee.

Membership consists of one professional staff member from the following:

Detention Services Bureau

Law Enforcement Services Bureau

Court Services Bureau

Management Services Bureau

Human Resource Services Bureau

Office of the Sheriff

Public Affairs

Reviewing Officer:

The Assistant Sheriff of the Human Resource Services Bureau is the reviewing officer for all matters within the purview of the Employee Recognition Committee.

## San Diego County Sheriff's Department – Procedure Section

**Information Technology Policies and Priorities Committee**

Responsibility:

The information Technology Policies and Priorities Committee (ITPPC) is the review body for the proposal and institution of information technology related policies, procedures and project priorities.  Additionally the committee:

- Evaluates the IT strategies and initiatives

- Scrutinizes the scope and priorities of projects

- Visualizes the importance of short and long term IT objectives

- Balances automated business process needs against fiscal constraints

- Factors in architectural and infrastructure related impacts

- Clearly identifies staffing requirements short and long term

- Makes informed recommendations to the Executive Management Team (EMT)

- Reviews and recommends IT policies, procedures and priorities for EMT adoption and approval

Membership:

The committee is comprised of Commanders from each bureau that are knowledgeable about the importance of information technology and the importance of specific initiatives as they relate to the mission of the Sheriff's Department.

Sub-Committee:

The ITPPC shall establish an Information Technology Sub-Committee responsible for reviewing and making recommendations to the ITPPC relative to new projects and/or technologies as they become available.

Sub-Committee Membership:

The sub-committee will be chaired by a Captain and will have representatives assigned from each bureau as necessary.

Reviewing Body:

The Executive Management Team shall be the reviewing body for all matters under the purview of this committee.

**Sheriff's Operational Planning (SOPC) Committee**

The Chairperson shall be responsible for developing the agenda for the SOPC meetings.  Recommendations will be presented to the Sheriff and Undersheriff at the weekly standing meeting with the Assistant Sheriffs and the Executive Director by the Chairperson.  The responsibility for documenting the activities of the SOPC shall fall to the person serving as the Chairperson.  Meetings will be held twice a month.

**San Diego County Sheriff's Department – Procedure Section**

Responsibility:

Act as a clearinghouse for the development of department-wide plans relating to the acquisition and deployment of financial resources;

To review and make recommendations to the Sheriff, Undersheriff and Assistant Sheriffs/Executive Director concerning major projects, re-organizations of Department bureaus, and revisions to Department policies and procedures.

To support the development of the Department's five-year financial forecast by reviewing and recommending operational priorities, funding sources and where necessary, program reductions;

To serve as the Department's Unfunded Needs Committee in order to set priorities and allocate funding for one-time and/or short term projects or equipment acquisition with the independent authority to allocate funds for projects up to $250,000 with the concurrence of the Chief Financial Officer.  Recommendations for higher amounts shall be forwarded to the Sheriff, Undersheriff and Assistant Sheriffs/Executive Director.

To serve as the Department's Grants Committee, wherein grant funded programs are reviewed, monitored and usage of grant funds are discussed, prioritized, approved or disapproved as appropriate.  The grant programs to be reviewed shall include but not be limited to those related to program enhancement, homeland security, routine equipment acquisition and technology.

To serve as the implementing body for the Sheriff's project and/or program reviews as outlined in the Sheriff's Business Planning System (SBPS).  SOPC participants shall nominate projects and/or programs suitable for review from their respective bureaus.  The intent of the reviews is to establish project priorities, make resource allocation decisions or recommendations and to ensure proper adherence to the Department's mission, vision, values and policies and procedures.

Membership:

Chairperson – The chair and vice chair positions shall rotate amongst the participants semi-annually.  All decisions by the SOPC, including the selection of the chairperson and vice chairperson shall be made on a consensus basis.

All Sheriff's Commanders;

Chief Financial Officer:

Director of Support Services, Management Services Bureau; and,

Others as approved by the Chairperson

Reviewing Officer:

The Undersheriff shall be the reviewing officer for all matters under the purview of the Sheriff's Operational Planning Committee.

**Forms Committee**

Responsibility:

The Forms Committee is responsible for:

**San Diego County Sheriff's Department – Procedure Section**

Ensuring a centralized forms control function within the Department through design, modification, consolidation and print approval of all Department forms.

Purging of all unnecessary, duplicative or outmoded forms.

Membership:

Chairperson – Executive Director, Management Services Bureau or designee

Other members as appointed by the chair, upon approval of the Executive Director, Management Services Bureau.

Reviewing Officer:

The reviewing officer for the Forms Committee is the Executive Director, Management Services Bureau.  (08-12-16)

EXHIBIT A-3

**San Diego County Sheriff's Department – Procedure Section**

| |
|---|
| **4.23 DEPARTMENT COMMITTEES AND REVIEW BOARDS** |

**Definitions**

- Committee:  A committee is a group of people delegated to perform a particular task or on-going function.

  Standing Committee:  A committee that has on-going responsibilities and functions.

  Ad Hoc Committee:  A committee formed for a specific purpose, case, or situation.

- Review Board:  A review board is an organized body of investigators who review specific incidents and report their findings to a higher authority.

**Responsibility**

Each committee/review board shall have an assigned task and scope of responsibility.

**Membership**

Each committee/review board shall have a defined membership and a chairperson appointed by the Sheriff or Undersheriff.  When indicated, a committee or review board may add other Department staff to its membership.  A committee chair may select temporary committee members to establish membership rules for the formation of the committee.

**Decision Making Authority**

- Each committee shall have a reviewing officer with final decision-making authority.

- Each review board shall report its findings to the Office of the Sheriff, which shall have final decision-making authority.

**Record of Proceedings**

- Each committee chairperson shall keep a record of their proceedings on file.

- Reports generated by review boards shall be kept on file in the Office of the Sheriff, Legal Affairs.

The Committees and Review Boards of the Sheriff's Department are as follows:

**Uniform and Safety Equipment Committee**

Responsibility:

Consider any changes in the uniform, dress standards, safety equipment and personal equipment worn or used by Department personnel and making recommendations to the Sheriff relative thereto;

SECTION 4 Organization

## San Diego County Sheriff's Department – Procedure Section

Maintaining and publishing, semiannually, a roster of authorized uniform dealers and their addresses and publishing, without delay, the names and addresses of any dealers added to or deleted from the list;

Supplying authorized dealers with copies of the Department's uniform, safety and personal equipment specifications and Department directives pertaining to the same;

Originating and maintaining correspondence concerning uniform, safety and personal equipment matters.

Membership:

Chairperson - Assistant Sheriff, Human Resource Services Bureau, or designee;

Commander, Law Enforcement Support Command, or designee;

Three (3) members from the Law Enforcement Services Bureau, one of the rank of Captain or above, one Sergeant, and one Deputy Sheriff;

Three (3) members from the Court Services Bureau, one of the rank of Captain or above, one Sergeant, and one Deputy Sheriff or Detention/Courts Deputy Sheriff;

Three (3) members from the Detentions Services Bureau, one of the rank of Captain or above, one Sergeant-Detentions, and one Deputy Sheriff Detentions/Courts;

One Community Service Officer;

One (1) representative from the Deputy Sheriff's Association; and,

Others as approved by the chairperson.

Reviewing Officer:

The Undersheriff is the reviewing officer on all matters within the jurisdiction of the Uniform and Safety Equipment Committee.

### Long-Range Strategic Planning Ad-Hoc Committee

Responsibility:

The Office of the Sheriff's Strategic Planning Manager shall be responsible for advising the Sheriff and Undersheriff on all matters of major Department concern; including:

Charting the Department's future strategy;

Reviewing and revising priorities and goals of the Department;

Directing a management planning system to devise long-range plans to enhance Department effectiveness;

Establishing task forces on an ad-hoc basis to formulate specific long-range plans;

Assigning Department command staff as task force leaders.

## San Diego County Sheriff's Department – Procedure Section

Membership:

Strategic Planning Manager

Others as approved by the Strategic Planning Manager

Reviewing Officer:

The Undersheriff is the reviewing officer on all matters within the jurisdiction of the Long-Range Strategic Planning Ad-Hoc Committee.

**Critical Incident Review Board**

Responsibility:

The purpose of this board is to consult with department legal counsel when an incident occurs which may give rise to litigation. The focus of the CIRB will be to assess the department's civil exposure as a result of a given incident. The CIRB will carefully review those incidents from multiple perspectives, including training, tactics, policies, and procedures with the ultimate goal of identifying problem areas and recommending remedial actions so that potential liability can be avoided in the future.

The Lieutenant of the Division of Inspectional Services shall ensure that a copy of all related reports is forwarded to each member of the Critical Incident Review Board, for each critical incident to be reviewed by the review board, within 30 days of the completion of the investigation, and no later than seven (7) days prior to the date of the Critical Incident Review Board convening. Copies of audio and video recordings will be available to members of the Critical Incident Review Board upon request.

Membership:

The Critical Incident Review Board shall consist of voting and non voting members.

Voting members:

- A Commander from Law Enforcement
- A Commander from Court Services
- A Commander from Detention Services

Non voting members:

- The Chief Legal Advisor
- Commander from Human Resources

The Commander from the Human Resources Services Bureau shall chair the meeting.

Also in attendance shall be a representative from the Facility or Unit Commander from the employee's chain of command and the Lieutenants from the Division of Inspectional Services, Internal Affairs and Training.

A representative from the Division of Inspectional Services, along with the investigator assigned to the incident must be present.

Other representatives may be requested to attend a CIRB at the discretion of the chair.

SECTION 4 Organization

## San Diego County Sheriff's Department – Procedure Section

**The Critical Incident Review Board shall convene as follows:**

Preliminary Critical Incident Review Board:
Within two (2) weeks of the occurrence of a critical incident for a preliminary assessment.

Standard Critical Incident Review Board:
Within thirty (30) days of a District Attorney's review letter involving a critical incident; and within thirty (30) days of the completion of the investigation of a critical incident.

When requested by the Sheriff, Undersheriff, Assistant Sheriff, or a board member.

**The following incidents are deemed critical incidents and shall be reviewed by the CIRB:**

In custody death, other than natural causes;
Use of deadly force by a department employee;
Pursuits resulting in any injury requiring hospital admittance or major property damage;
Death or serious injury resulting from action of a member of this Department;

Note: Serious injury means a serious impairment of physical condition, including but not limited to: loss of consciousness, concussion, bone fracture, protracted loss or impairment of function of any bodily member or organ, a wound requiring extensive suturing, and serious disfigurement.

Law Enforcement related injuries requiring hospital admittance;
Discharge of a firearm by sworn personnel;
Any other incident involving the discharge of a firearm, major property damage, or major vehicle damage by a member of this Department or other critical incident which, in the judgment of the Sheriff, Undersheriff, Assistant Sheriff, or board member warrants review.

Presentation:

At the beginning of the CIRB the investigators involved in the investigation of the critical incident will present facts and circumstances to the members of the CIRB. At the conclusion of the presentation each board member will have an opportunity to question the investigator regarding the specific facts and circumstances surrounding the critical incident.

Additional Investigation:

If after the presentation, additional investigation is determined to be necessary, the CIRB will continue the proceedings and return the case to the Lieutenant of the Division of Inspectional Services for further follow up. The Division of Inspectional Services is responsible for working with the investigators involved in the case to ensure that all follow up investigations are completed appropriately and timely. The matter shall be reset for hearing before the CIRB within 30 days of being returned for follow up.

Policy Violations:

After hearing from all necessary parties, the three Commanders will vote to make a determination as to whether or not a policy violation may exist.

If a majority of the voting members determine that a policy violation may have occurred, the case will be forwarded to Internal Affairs, assigned an Internal Affairs case number and investigated. After the case is investigated by Internal Affairs, the case will be forwarded to the command for review consistent with the Department's policies and procedures. If, after an Internal Affairs investigation, it is determined that no violation occurred, then the Internal

## San Diego County Sheriff's Department – Procedure Section

Affairs case will be forwarded through the command to be reviewed and approved by the voting members of the Critical Incident Review Board.

If, during the Critical Incident Review Board, the majority of the voting members determine that no policy violations have occurred, the CIRB case will be forwarded to the Lieutenant of the Division of Inspectional Services for the generation of a report, consistent with the Board's findings, at the conclusion of the CIRB.

Training:

The CIRB is also tasked with making recommendations for training based upon the analysis of critical incidents. If the Board identifies significant training issues, the Board will direct those issues to the Training Lieutenant. The Training Lieutenant will be required to prepare a written report to the Lieutenant of the Division of Inspectional Services within thirty (30) days outlining the actions taken based upon the Boards direction.

Policies:

If the CIRB identifies policy issues of concern while reviewing a critical incident, the Board will direct its concerns to the Lieutenant of the Division of Inspectional Services. The Lieutenant will ensure that the proposed policy recommendations are prepared and present them for approval to EMT within thirty (30) days of the CIRB.

Distribution of Reports:

Within seven (7) days of the CIRB, the Facility or Unit Commander, from the employee's chain of command, will meet with the employee and debrief them as to the results of the CIRB. The Facility of Unit Commander will submit in writing to the Lieutenant of the Division of Inspectional Services that the meeting has taken place.

Within forty five (45) days of the CIRB, the Lieutenant of the Division of Inspectional Services will prepare a report summarizing the actions and conclusions of the board. The CIRB report shall contain specific findings with regard to whether the review board found any policy violations, and training or policy issues, as well as what actions were taken by the department. A copy of the CIRB Confidential Report and other related reports shall be filed in the Legal Affairs Section, Office of the Sheriff.

**Awards and Recognition Board**

Responsibility:

The Awards and Recognition Board shall make determinations regarding the appropriateness of all Departmental awards, with the exception of the Report of Exemplary Performance. (Related section 3.23)

Membership:

Chairperson: Commander, Human Resource Services Bureau

Commander, Law Enforcement Services Bureau

Commander, Detention Services Bureau

Commander, Court Services Bureau

SECTION 4 Organization

**San Diego County Sheriff's Department – Procedure Section**

Chief of Staff, Office of the Sheriff

Public Information Officer, Public Affairs

Sheriff's Support Services Manager, Management Services Bureau

Representative, Deputy Sheriff's Association

Administrative Secretary III, Public Affairs

Other Departmental personnel may participate on this board at the request of the chairperson.

Reviewing Officer:

The Undersheriff is the reviewing officer on all matters within the purview of the Awards and Recognition Board.

**Employee Recognition Committee**

Responsibility:

The Employee Recognition Committee shall ensure nominations meet the criteria and determine the award limits for cash awards and leave awards at the beginning of each fiscal year. (Related section 3.49)

Membership:

Chairperson: To be elected by members of the committee.

Membership consists of one professional staff member from the following:

Detention Services Bureau

Law Enforcement Services Bureau

Court Services Bureau

Management Services Bureau

Human Resource Services Bureau

Office of the Sheriff

Public Affairs

Reviewing Officer:

The Assistant Sheriff of the Human Resource Services Bureau is the reviewing officer for all matters within the purview of the Employee Recognition Committee.

## San Diego County Sheriff's Department – Procedure Section

**Board Action Review Committee (BARC)**

Responsibility:

Review pending and proposed Board of Supervisors agenda items to ensure proper item format, thoroughness and accuracy.

Ensure appropriate Department personnel are informed and afforded the opportunity for input on Board of Supervisors' agenda items.

Membership:

Chairperson: Director, Management Services Bureau

Other members appointed by the chair, to include at least one representative from each Bureau, subject to approval of the Undersheriff.

Reviewing Officer:

The Undersheriff and/or the Sheriff shall review all board items submitted by the Board Action Review Committee.

**Information Technology Policies and Priorities Committee**

Responsibility:

The information Technology Policies and Priorities Committee (ITPPC) is the review body for the proposal and institution of information technology related policies, procedures and project priorities.  Additionally the committee:

- Evaluates the IT strategies and initiatives

- Scrutinizes the scope and priorities of projects

- Visualizes the importance of short and long term IT objectives

- Balances automated business process needs against fiscal constraints

- Factors in architectural and infrastructure related impacts

- Clearly identifies staffing requirements short and long term

- Makes informed recommendations to the Executive Management Team (EMT)

- Reviews and recommends IT policies, procedures and priorities for EMT adoption and approval

Membership:

The committee is comprised of Commanders from each bureau that are knowledgeable about the importance of information technology and the importance of specific initiatives as they relate to the mission of the Sheriff's Department.

SECTION 4 Organization

## San Diego County Sheriff's Department – Procedure Section

Sub-Committee:

The ITPPC shall establish an Information Technology Sub-Committee responsible for reviewing and making recommendations to the ITPPC relative to new projects and/or technologies as they become available.

Sub-Committee Membership:

The sub-committee will be chaired by a Captain and will have representatives assigned from each bureau as necessary.

Reviewing Body:

The Executive Management Team shall be the reviewing body for all matters under the purview of this committee.

### Sheriff's Operational Planning (SOPC) Committee

The Chairperson shall be responsible for developing the agenda for the SOPC meetings. Recommendations will be presented to the Sheriff and Undersheriff at the weekly standing meeting with the Assistant Sheriffs and the Executive Director by the Chairperson. The responsibility for documenting the activities of the SOPC shall fall to the person serving as the Chairperson. Meetings will be held twice a month.

Responsibility:

Act as a clearinghouse for the development of department-wide plans relating to the acquisition and deployment of financial resources;

To review and make recommendations to the Sheriff, Undersheriff and Assistant Sheriffs/Executive Director concerning major projects, re-organizations of Department bureaus, and revisions to Department policies and procedures;

To support the development of the Department's five-year financial forecast by reviewing and recommending operational priorities, funding sources and where necessary, program reductions;

To serve as the Department's Unfunded Needs Committee in order to set priorities and allocate funding for one-time and/or short term projects or equipment acquisition with the independent authority to allocate funds for projects up to $250,000 with the concurrence of the Chief Financial Officer. Recommendations for higher amounts shall be forwarded to the Sheriff, Undersheriff and Assistant Sheriffs/Executive Director.

To serve as the Department's Grants Committee, wherein grant funded programs are reviewed, monitored and usage of grant funds are discussed, prioritized, approved or disapproved as appropriate. The grant programs to be reviewed shall include but not be limited to those related to program enhancement, homeland security, routine equipment acquisition and technology.

To serve as the implementing body for the Sheriff's project and/or program reviews as outlined in the Sheriff's Business Planning System (SBPS). SOPC participants shall nominate projects and/or programs suitable for review from their respective bureaus. The intent of the reviews is to establish project priorities, make resource allocation decisions or recommendations and to ensure proper adherence to the Department's mission, vision, values and policies and procedures.

SECTION 4 Organization

## San Diego County Sheriff's Department – Procedure Section

Membership:

Chairperson – The chair and vice chair positions shall rotate amongst the participants semi-annually.  All decisions by the SOPC, including the selection of the chairperson and vice chairperson shall be made on a consensus basis.

All Sheriff's Commanders;

Chief Financial Officer:

Director of Support Services, Management Services Bureau; and,

Others as approved by the Chairperson

Reviewing Officer:

The Undersheriff shall be the reviewing officer for all matters under the purview of the Sheriff's Operational Planning Committee.

### Forms Committee

Responsibility:

The Forms Committee is responsible for:

Ensuring a centralized forms control function within the Department through design, modification, consolidation and print approval of all Department forms.

Purging of all unnecessary, duplicative or outmoded forms.

Membership:

Chairperson – Executive Director, Management Services Bureau or designee

Other members as appointed by the chair, upon approval of the Executive Director, Management Services Bureau.

Reviewing Officer:

The reviewing officer for the Forms Committee is the Executive Director, Management Services Bureau.  (2-2-09) (Reviewed 4-11-2011)

EXHIBIT B

Fernando Kish, Senior Deputy (State Bar No. 236961)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, CA 92101-2469
(619) 531-4896 – FAX (619) 531-6005
Email: fernando.kish@sdcounty.ca.gov

Michael L. Wroniak, Esq. (State Bar No. 210347)
Rada Feldman, Esq. (State Bar No. 285931)
Bianca M. Bonjean, Esq. (State Bar No. 342297)
COLLINS + COLLINS LLP
750 The City Drive, Suite 400
Orange, CA 92868
(714) 823-4100 – FAX (714) 823-4101
Email: mwroniak@ccllp.law
Email: rfeldman@ccllp.law
Email: bbonjean@ccllp.law

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAMANTHA MACANLALAY and HOSANNA ALTO

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN MORTON, Individually, and as Successor in Interest to JOSEPH MORTON, and DEAN MORTON, Individually,<br><br>                      Plaintiffs,<br><br>     vs.<br><br>COUNTY OF SAN DIEGO, SAMANTHA MACANLALAY, Individually, BIJAN RAHMANI, Individually, HOSANNA ALTO, Individually, MATTHEW BERLIN, Individually, LIBERTY HEALTHCARE, AND DOES 1-10, inclusive,<br><br>                 Defendants. | CASE NO. 3:21-cv-01428-MMA-DDL<br>*Judge Michael M. Anello, Courtroom 3D*<br><br><br>**DECLARATION OF MICHAEL BARANIC, ESQ. IN SUPPORT OF COUNTY DEFENDANTS' OPPOSITION TO MOTION TO COMPEL PRODUCTION OF DOCUMENTS (DOCKET 56)**<br><br><br><br>**Complaint Filed: 08/09/2021**<br>**Trial Date:     None** |

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

# DECLARATION OF MICHAEL BARANIC

I, MICHAEL BARANIC, hereby declare as follows:

1.     I am an attorney licensed to practice law in the State of California and am the Chief Legal Advisor and Director of Sheriff's Legal Affairs for the County of San Diego Sheriff's Department. I have personal knowledge of all matters set forth herein, except for those matter which are based upon my information and belief. I am informed and believe that all such matters are true. If called upon as a witness, I could and would competently testify to the matters stated herein.

2.     This declaration is submitted in support of Defendant the County of San Diego's ("County") Opposition to Plaintiffs' Motion to Compel Production of Documents (Dkt. 56).

3.     I have been employed with the San Diego County Sheriff's Department since 2018 and currently serve as the Chief Legal Advisor and Director of Sheriff's Legal Affairs to the Sheriff's Department. I was appointed Director of Legal Affairs and the Sheriff's Chief Legal Advisor by Sheriff Kelly Martinez in 2022. I previously served as a Legal Advisor under Sheriff Bill Gore and Sheriff Anthony Ray.

4.     As the Chief Legal Advisor and Director of Legal Affairs, I am a member of the Sheriff's Executive Team and oversee the Sheriff's Legal Affairs Unit which provides legal advice to the Sheriff, Command Staff, and all Department employees. Additionally, as the Chief Legal Advisor, I am on the Sheriff's Department Critical Incident Review Board (CIRB) in which my role's primary purpose is providing legal advice, assessing civil liability and exposure, and preparing for possible litigation in my capacity as department legal counsel and Chief Legal Advisor.

5.     As part of my position, I am familiar with the policies and procedures for the Sheriff's Department, including specifically, the Sheriff's Department Critical Incident Review Board ("CIRB"). I am also familiar with the above-captioned lawsuit entitled *Marilyn Morton, et al. vs. County of San Diego, et al.*, United States District Court Case No. 3:21-cv-01428-MMA-DDL, filed August 9, 2021.

23475

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone  (714) 823-4100
Fax     (714) 823-4101

**Critical Incident Review Board (CIRB)**:

6.     With respect to the above-entitled matter, I am informed that Plaintiffs seek the CIRB records for the Decedent Joseph Morton in-custody suicide death incident, among other confidential attorney-client and work product privileged communications and documents. I reviewed and am familiar with County's Privilege Log and supplemental Privilege Log re: Critical Incident Review Board (CIRB)-related records that was provided to Plaintiffs in discovery in this action, and the identified CIRB-related records at issue that are detailed in County's Privilege Log and supplemental Privilege Log (referenced in logs as "**UIN Doc. Nos. 1-40**").

7.     The CIRB privileged review and communications are confidential, and all occur within the attorney-client relationship, and are protected from disclosure as confidential attorney-client and work product privileged communications and/or documents transmitted or generated for the primary purpose of Sheriff's Legal attorney review and legal advice to the Department regarding liability and exposure resulting from a given incident.

8.     In my role as Chief Legal Advisor, I am a member of the Sheriff's Department Critical Incident Review Board (CIRB). The purpose of the CIRB is specified in the San Diego County Sheriff's Department Policy and Procedure ("P&P") section 4.23. A true and correct copy is attached as **Exhibit "A"** to this Declaration. The attached **Exhibit "A"** is a true and correct copy of the relevant SD Sheriff P&P section 4.23 that was in effect in 2020 and 2021.

9.     The CIRB conducts a review of critical incidents, which include in-custody deaths (other than natural causes) such as a jail inmate's suicide, for the primary purpose of assessing the department's civil exposure and liability as a result of a given incident. The CIRB is comprised of department leadership and the Sheriff's Legal Advisor and performs a critical review of each incident. The CIRB Board consists of the Chief Legal Advisor and 4 commanders (one from each bureau). The primary purpose of the CIRB is to gather information and consult with department

23475

DECLARATION OF MICHAEL BARANIC IN SUPPORT OF OPPOSITION TO MTN TO COMPEL

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone  (714) 823-4100
Fax    (714) 823-4101

1  legal counsel to assess the department's civil exposure when an incident occurs which

2  may give rise to litigation. The focus of the CIRB is to assess the department's civil

3  exposure as a result of a given incident.

4      10.    The primary purpose is to protect the Department from legal liability and

5  exposure by providing legal advice to the Department, assessing the Department's

6  civil liability and risk exposure, and in anticipation of potential litigation as a result of

7  a given incident. The review may identify potential misconduct, criminal negligence

8  or behavior, policy violations, training deficiencies, or other areas where the

9  Department can improve and make facilities safer for staff and those in custody.

10      11.    As described in SD Sheriff P&P 4.23 Department Committees and

11  Review Boards, communications and documents generated as part of the privileged

12  CIRB review are confidential and protected from disclosure. The confidential CIRB

13  privileged review and communications occur within the attorney-client relationship

14  between necessary privileged persons and/or the CIRB Board for the purpose of

15  obtaining legal advice and assisting Sheriff's Legal counsel in rendering legal advice.

16      12.    The CIRB privileged review of a given incident is a bifurcated process.

17  The critical point is when the privileged communications and documents transmitted

18  or generated as part of the confidential CIRB privileged process occurred:

19      A) Critical Incident Event Triggering CIRB Review, Preparation For CIRB;

20      B) Presentation session CIRB meeting with Privileged Persons CIRB

21      Attendees;

22      C) Closed session CIRB meeting;

23      D) Action Items via Chain of affected Command via Division of Inspectional

24      Services (DIS) in capacity as CIRB liaison; and

25      E) "Confidential Attorney-Client Privileged" CIRB Report to Sheriff's Legal.

26      13.    I reviewed and am familiar with the confidential attorney-client and work

27  product privileged CIRB-related records prepared for Sheriff's Legal attorney review

28  listed in County's Privilege Log and supplemental Privilege Log re: CIRB-related

*23475*

4

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone   (714) 823-4100
Fax     (714) 823-4101

records. The CIRB-related records are confidential attorney-client communications and work product privileged documents protected from disclosure, and discussed in turn below.[1]

14. **Confidential Attorney-Client Privileged CIRB Report**: The CIRB Report and its contents were prepared for attorney review by Sheriff's Legal.

15. As part of my prior role as Legal Advisor and current role as Chief Legal Advisor, I have knowledge of and am familiar with the CIRB review of the Joseph Morton matter.

16. In my role as Chief Legal Advisor, I participate in the CIRB and maintain the confidential CIRB reports in the Legal Affairs Section of the Office of the Sheriff. In my role on the CIRB Board, I provide legal advice in my capacity as the Chief Legal Advisor for the Sheriff's Department, with the expectation that all communications are made in confidence and shall remain so, and in the course of the attorney-client relationship with necessary privileged persons for the primary purpose of providing legal advice to the Department on critical incident matters triggering anticipated litigation, assessing the Department's liability and exposure, and protecting the Department against potential litigation from a given incident.

17. In the CIRB privileged review, I provide legal advice to the Board, necessary privileged personnel within the Department, and the Sheriff and Command Staff in my capacity as department legal counsel and Chief Legal Advisor, for the primary purpose of advising the Department regarding legal liability and exposure for incidents triggering anticipated litigation, assessing the Department's liability and risk, and to protect the Department against possible litigation. The confidential CIRB

---

[1] The identified CIRB-related records consist of the following confidential attorney-client and work product privileged documents: (a) the CIRB report; (b) the PowerPoint; (c) the Synopsis; (d) emails between necessary privileged persons made for purpose of assisting in obtaining legal advice and attorney review by Sheriff's Legal counsel; and (e) DIS tracking CIRB spreadsheet.

23475

DECLARATION OF MICHAEL BARANIC IN SUPPORT OF OPPOSITION TO MTN TO COMPEL

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

privileged review and communications occur in the course of the attorney-client relationship with the Department, with critical point distinctions for particular identified CIRB records as detailed below.

18.     Before my appointment in 2022, Robert Faigin, Esq., the former Chief Legal Advisor and Director of Legal Affairs for the Department, served as head of the Sheriff's Legal Affairs Unit. As the Chief Legal Advisor, Mr. Faigin was a member of the CIRB Board. I was involved with and participated in CIRB reviews in the role of a Legal Advisor and department counsel.

19.     The CIRB meeting at which the incident that is the subject of this lawsuit was discussed was held on November 18, 2020. The CIRB Board met in **closed** session to discuss anticipated litigation as a result of a given incident. The purpose of the Board is to consult with legal counsel to assess the department's civil exposure as a result of a given incident. See attached **Exhibit "A,"** which more fully explains the purpose and procedures.[2]

20.     Mr. Faigin as the Chief Legal Advisor participated in the CIRB and maintained the confidential CIRB reports in the Legal Affairs Section of the Office of the Sheriff. In his role on the CIRB Board, Mr. Faigin provided legal advice in his capacity as the Chief Legal Advisor for the Sheriff's Department, with the expectation

---

[2] A bifurcated process occurs with a Presentation session and Closed session:

- First, the confidential privileged "Presentation" session meeting is held with necessary privileged persons (CIRB Attendees) for the purpose of relaying information to the CIRB members to assist Sheriff's Legal for the primary purpose of providing legal advice to the Department on liability and exposure. After the Presentation session, all invited attendees leave.
- Sheriff's Legal and the rest of the CIRB Board meet for the confidential privileged Closed session. An authorized DIS Lieutenant representative attends in the capacity of CIRB liaison and to transcribe and memorialize the discussion for Sheriff's Legal.
- Then, the confidential attorney-client privileged CIRB report is prepared by an authorized DIS representative for transmittal to Sheriff's Legal.

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone  (714) 823-4100
Fax    (714) 823-4101

that all communications are made in confidence and shall remain so, and in the course of the attorney-client relationship and for the primary purpose of advising the Department and assessing the Department's legal liability and civil exposure related to the Joseph Morton matter.

21. **Closed Session ("CIRB Board")**: Mr. Faigin as Chief Legal Advisor participated in the Closed session of the CIRB review that occurred on November 18, 2020. In his role on the CIRB Board, Mr. Faigin provided legal advice in his capacity as the Chief Legal Advisor for the Sheriff's Department, with the expectation that all communications are made in confidence and shall remain so, in the course of the attorney-client relationship and for the primary purpose of advising the Department and assessing the Department's legal liability and civil exposure related to the Joseph Morton matter.

22. The only attendees at the Closed session were the CIRB Board members and one necessary privileged representative from DIS for purposes of transcribing and memorializing the discussions at the CIRB Closed session in the role as CIRB liaison.

23. The confidential attorney-client privileged CIRB Report regarding the incident giving rise to this lawsuit was generated on February 24, 2021, concerning the discussions at the CIRB Closed session held on November 18, 2020. The report is kept confidential and is maintained in my office in the Legal Affairs section of the Office of the Sheriff.

24. The confidential attorney-client privileged CIRB Report and its contents were prepared for attorney review by Sheriff's Legal by an authorized DIS representative and transmitted to Sheriff's Legal, via the DIS Lieutenant, the Undersheriff, and the Sheriff, for the purpose of assisting Sheriff's Legal to provide legal advice to the Sheriff. During the Closed session portion of CIRB, the authorized DIS Lieutenant representative functions in a necessary role akin to a scribe or administrative assistant for Sheriff's Legal and uses the CIRB notes for DIS to prepare

DECLARATION OF MICHAEL BARANIC IN SUPPORT OF OPPOSITION TO MTN TO COMPEL

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone   (714) 823-4100
Fax      (714) 823-4101

the confidential attorney-client privileged CIRB Report.[3] The CIRB Report and its contents were prepared for the purpose of communicating to Sheriff's Legal Counsel and for counsel's review in the course of the attorney-client relationship and confidential transmittal to counsel. The CIRB Report and its contents are marked "ATTORNEY-CLIENT PRIVILEGED" and this is a confidential document prepared in anticipation of litigation and contains attorney-client privileged information.

25. **CIRB Memo Packet with CIRB Report:** The CIRB Memo Packet with the CIRB Report and CIRB Report and its contents were prepared for attorney review by Sheriff's Legal. The CIRB Memo Packet includes a cover sheet signed by the CIRB Chair and transmitted to Sheriff's Legal, via the DIS Lieutenant, the Undersheriff and the Sheriff and was prepared on a form that states in bold letters at the top "ATTORNEY-CLIENT PRIVILEGED" and is sent to Sheriff's Legal for purpose of transmitting the CIRB Report prepared by the authorized DIS representative in the role as CIRB liaison. The CIRB Report and its contents is on a form that states in bold letters at the top "ATTORNEY-CLIENT PRIVILEGED," is a confidential document prepared in anticipation of litigation and contains attorney-client privileged information. This is always confidential and attorney-client privileged. The CIRB report is seen only by Sheriff's Legal, the Undersheriff, the Sheriff, and the DIS Lieutenant and authorized DIS representative who assisted in preparation of the report.

26. <u>**Confidential Attorney-Client Privileged CIRB PowerPoint**</u>: The CIRB PowerPoint and its contents were prepared for attorney review by Sheriff's Legal. The CIRB PowerPoint and its contents were prepared for the purpose of communicating to Sheriff's Legal Counsel and the CIRB Board and for counsel's review in the course of

---

[3] The authorized DIS Lieutenant representative sat in the CIRB for the purpose of transcribing the discussions, and prepares the CIRB Report using the notes for transmittal to Sheriff's Legal, the Undersheriff and the Sheriff for the purpose of assisting Sheriff's Legal to provide advice to the Sheriff.

23475

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

the attorney-client relationship and confidential transmittal to counsel.

27.    The CIRB PowerPoint was prepared by the authorized DIS representative for the CIRB Presentation session attended by necessary privileged persons (CIRB Attendees) for Sheriff's Legal attorney review. The CIRB PowerPoint was presented to necessary privileged persons attending the Presentation session to assist and relay information to Sheriff's Legal for the primary purpose of providing legal advice by Sheriff's Legal to the Department on liability and exposure.

28.    **Confidential Attorney-Client Privileged CIRB Synopsis**: The CIRB Synopsis and its contents were prepared by DIS for attorney review by Sheriff's Legal. The CIRB Synopsis and its contents were prepared for the purpose of communicating to Sheriff's Legal Counsel and the CIRB Board and for counsel's review in the course of the attorney-client relationship and confidential transmittal to counsel. The CIRB Synopsis and its contents are marked "ATTORNEY-CLIENT PRIVILEGED" and this is a confidential document prepared in anticipation of litigation and contains attorney-client privileged information.

29.    The CIRB Synopsis was prepared by the authorized DIS representative for the CIRB Presentation session attended by necessary privileged persons (CIRB Attendees) for attorney review by Sheriff's Legal. The CIRB Synopsis was sent to necessary privileged persons to assist with the primary purpose of providing legal advice by Sheriff's Legal to the Department on liability and exposure.

30.    **Emails between necessary privileged persons for/by Sheriff's Legal attorney review**: The emails and their contents between necessary privileged persons sent before and after the CIRB to assist and relay information to Sheriff's Legal for the primary purpose of obtaining and relaying legal advice provided by Sheriff's Legal Counsel to the Department as part of the privileged CIRB review on liability and exposure resulting from a given incident triggering anticipated litigation.

31.    **Before CIRB**: The CIRB review is triggered for a given incident when a "critical incident" occurs or when requested by the Sheriff, the Undersheriff, an

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone  (714) 823-4100
Fax    (714) 823-4101

Assistant Sheriff, or a CIRB board member. An inmate's suicide death triggers anticipated litigation and CIRB privileged review for the primary purpose of legal advice provided by the Sheriff's Legal Advisor to the Department on liability and exposure. The authorized DIS representative in the role of CIRB liaison facilitates the preparation of information from necessary privileged persons within the Department to assist with Sheriff's Legal Counsel's attorney review for the primary purpose of providing legal advice for the CIRB privileged review. The emails and their contents sent before the CIRB were communicated between necessary privileged persons to assist with the primary purpose of obtaining legal advice provided by Sheriff's Legal to the Department on liability and exposure.

32.     **After CIRB**: After the CIRB Closed session, the authorized DIS representative via Chain of Command at direction of CIRB Board and Sheriff's Legal sends email notifications to affected Command regarding Action Items. The emails and their contents sent after the CIRB were communicated between necessary privileged persons to assist with the primary purpose of communicating legal advice provided by Sheriff's Legal to the Department on liability and exposure.

33.     <u>**Confidential Attorney-Client Privileged CIRB Spreadsheet**</u>: The CIRB Tracking Spreadsheet is generated by DIS in its capacity as CIRB liaison.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this <u>13th</u> day of March, 2023, at San Diego, California.

_____
MICHAEL BARANIC

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone   (714) 823-4100
Fax      (714) 823-4101

23475

10

DECLARATION OF MICHAEL BARANIC IN SUPPORT OF OPPOSITION TO MTN TO COMPEL

EXHIBIT A

**San Diego County Sheriff's Department - Policy Section**

---

### 4.20 CITIZEN VOLUNTEER PROGRAM

This Department will develop and use citizen volunteers to enhance and expand law enforcement services to the citizens of San Diego County.  Division managers and station/facility commanders are responsible for ensuring that maximum benefits are derived from the use of volunteers in accordance with this and related county policies.  (04-01-98) (Reviewed 3-6-2013)

### 4.21 DEPARTMENT CORRESPONDENCE

All Sheriff's Department personnel preparing or processing Department correspondence will comply with the procedure listed as described in this manual.  (07-13-98) (Reviewed 4-11-2011)

### 4.23 DEPARTMENT COMMITTEES AND REVIEW BOARDS

The Sheriff will establish committees and review boards to accomplish specific Departmental assignments, as well as on-going tasks and functions.  (8-12-16)

### 4.24 RISK MANAGEMENT UNIT

The Risk Management Unit will coordinate all work related and non-work related injuries and illnesses in compliance with Cal/OSHA regulations relating to workplace health and safety.  It is our departmental philosophy that risk management activities shall take place at all levels of the Sheriff's Department; however, the Risk Management Unit shall primarily handle issues of employee health and safety in the workplace and the conditions that may cause employee injuries.

For detailed compliance information, refer to Safety Procedures posted on the Medical Liaison Unit's (MLU) intranet site. The Department Safety Coordinator will update and maintain the Safety Procedures. (01-23-18)

### 4.25 DIVISION OF INSPECTIONAL SERVICES

The Division of Inspectional Services shall assess internal processes and review high-risk events in order to promote a more efficient, effective and economical operational environment throughout the Department.

The Division of Inspectional Services (DIS) will coordinate liability issues related to use of force, vehicle operations, application of law, jail conditions, and any action by staff that causes an injury. Additionally, they will liaison with the Citizens' Law Enforcement Review Board and County Counsel Claims Division. DIS will work with department-wide subject matter experts to review and facilitate updates to Department Policy and Procedure. It is our Department's philosophy that risk management activities shall take place at all levels of the Sheriff's Department.  However, the Division of Inspectional Services shall primarily handle issues of liability in the workplace and actions that may cause injury and/or property damage. (Revised 01-16-19)

---

**SECTION 4 Organization**

**San Diego County Sheriff's Department – Procedure Section**

| |
|---|
| **4.23 DEPARTMENT COMMITTEES AND REVIEW BOARDS** |

**Definitions**

- Committee:  A committee is a group of people delegated to perform a particular task or on-going function.

  Standing Committee:  A committee that has on-going responsibilities and functions.

  Ad Hoc Committee:  A committee formed for a specific purpose, case, or situation.

- Review Board:  A review board is an organized body of investigators who review specific incidents and report their findings to a higher authority.

**Responsibility**

Each committee/review board shall have an assigned task and scope of responsibility.

**Membership**

Each committee/review board shall have a defined membership and a chairperson appointed by the Sheriff or Undersheriff.  When indicated, a committee or review board may add other Department staff to its membership.  A committee chair may select temporary committee members to establish membership rules for the formation of the committee.

**Decision Making Authority**

- Each committee shall have a reviewing officer with final decision-making authority.

- Each review board shall report its findings to the Office of the Sheriff, which shall have final decision-making authority.

**Record of Proceedings**

- Each committee chairperson shall keep a record of their proceedings on file.

- Reports generated by review boards shall be kept on file in the Office of the Sheriff, Legal Affairs.

The Committees and Review Boards of the Sheriff's Department are as follows:

**Uniform and Safety Equipment Committee**

Responsibility:

Consider any changes in the uniform, dress standards, safety equipment and personal equipment worn or used by Department personnel and making recommendations to the Sheriff relative thereto;

Maintaining and publishing, semiannually, a roster of authorized uniform dealers and their addresses and publishing, without delay, the names and addresses of any dealers added to or deleted from the list;

## San Diego County Sheriff's Department – Procedure Section

Supplying authorized dealers with copies of the Department's uniform, safety and personal equipment specifications and Department directives pertaining to the same;

Originating and maintaining correspondence concerning uniform, safety and personal equipment matters.

Membership:

Chairperson - Assistant Sheriff, Human Resource Services Bureau, or designee;

Commander, Law Enforcement Support Command, or designee;

Three (3) members from the Law Enforcement Services Bureau, one of the rank of Captain or above, one Sergeant, and one Deputy Sheriff;

Three (3) members from the Court Services Bureau, one of the rank of Captain or above, one Sergeant, and one Deputy Sheriff or Detention/Courts Deputy Sheriff;

Three (3) members from the Detentions Services Bureau, one of the rank of Captain or above, one Sergeant-Detentions, and one Deputy Sheriff Detentions/Courts;

One Community Service Officer;

One (1) representative from the Deputy Sheriff's Association; and,

Others as approved by the chairperson.

Reviewing Officer:

The Undersheriff is the reviewing officer on all matters within the jurisdiction of the Uniform and Safety Equipment Committee.

**Strategic Planning Committee**

Responsibility:

The Office of the Sheriff's Strategic Planning Manager shall be responsible for advising the Sheriff and Undersheriff on all matters of major Department concern; including:

Charting the Department's future strategy;

Reviewing and revising priorities and goals of the Department;

Directing a management planning system to devise long-range plans to enhance Department effectiveness;

Establishing task forces on an ad-hoc basis to formulate specific long-range plans;

Assigning Department command staff as task force leaders.

Membership:

Strategic Planning Manager/Senior Policy Advisor

Others as approved by the Strategic Planning Manager

**San Diego County Sheriff's Department – Procedure Section**

Reviewing Officer:

The Undersheriff is the reviewing officer on all matters within the jurisdiction of the Long-Range Strategic Planning Ad-Hoc Committee.

**Critical Incident Review Board**

Responsibility:

The purpose of this board is to consult with department legal counsel when an incident occurs which may give rise to litigation. The focus of the CIRB will be to assess the department's civil exposure as a result of a given incident. The CIRB will carefully review those incidents from multiple perspectives, including training, tactics, policies, and procedures with the ultimate goal of identifying problem areas and recommending remedial actions so that potential liability can be avoided in the future.

The Standards and Compliance Manager of the Division of Inspectional Services shall ensure that a copy of all related reports is forwarded to each member of the Critical Incident Review Board, for each critical incident to be reviewed by the review board, within 30 days of the completion of the investigation, and no later than seven (7) days prior to the date of the Critical Incident Review Board convening. Copies of audio and video recordings will be available to members of the Critical Incident Review Board upon request.

Membership:

The Critical Incident Review Board shall consist of voting and non-voting members.

Voting members:

- A Commander from Law Enforcement
- A Commander from Court Services
- A Commander from Detention Services

Non-voting members:

- The Chief Legal Advisor
- Commander from Human Resources

The Human Resource Services Bureau Commander shall chair the meeting.

Also in attendance shall be a representative from the Facility or Unit Commander from the employee's chain of command, the Division of Inspectional Services Standards and Compliance Manager, Weapons Training Unit, In-Service Training Unit and Detention Training Unit.

The Division of Inspectional Services Sergeant, along with the investigator    assigned to the incident must be present.

Other representatives may be requested to attend a CIRB at the discretion of the chair.

**The Critical Incident Review Board shall convene as follows:**

Preliminary Critical Incident Review Board:
Within two (2) weeks of the occurrence of a critical incident for a preliminary assessment.

## San Diego County Sheriff's Department – Procedure Section

Standard Critical Incident Review Board:

Within thirty (30) days of a District Attorney's review letter involving a critical incident; and within thirty (30) days of the completion of the investigation of a critical incident.

When requested by the Sheriff, Undersheriff, Assistant Sheriff, or a board member.

**The following incidents are deemed critical incidents and shall be reviewed by the CIRB:**

In custody death, other than natural causes;
Use of deadly force by a department employee;
Pursuits resulting in any injury requiring hospital admittance or major property damage;
Death or serious injury resulting from action of a member of this Department;

Note: Serious injury means a serious impairment of physical condition, including but not limited to: loss of consciousness, concussion, bone fracture, protracted loss or impairment of function of any bodily member or organ, a wound requiring extensive suturing, and serious disfigurement.

Law Enforcement related injuries requiring hospital admittance;
Discharge of a firearm by sworn personnel;
Any other incident involving the discharge of a firearm, major property damage, or major vehicle damage by a member of this Department or other critical incident which, in the judgment of the Sheriff, Undersheriff, Assistant Sheriff, or board member warrants review.

Presentation:

At the beginning of the CIRB the investigators involved in the investigation of the critical incident will present facts and circumstances to the members of the CIRB. At the conclusion of the presentation each board member will have an opportunity to question the investigator regarding the specific facts and circumstances surrounding the critical incident.

Additional Investigation:

If after the presentation, additional investigation is determined to be necessary, the CIRB will continue the proceedings and return the case to the Standards and Compliance Manager of the Division of Inspectional Services for further follow up. The Division of Inspectional Services is responsible for working with the investigators involved in the case to ensure that all follow up investigations are completed appropriately and timely. The matter shall be reset for hearing before the CIRB within 30 days of being returned for follow up.

Policy Violations:

After hearing from all necessary parties, the three Commanders will vote to make a determination as to whether or not a policy violation may exist.

If a majority of the voting members determine that a policy violation may have occurred, the case will be forwarded to Internal Affairs, assigned an Internal Affairs case number and investigated. After the case is investigated by Internal Affairs, the case will be forwarded to the command for review consistent with the Department's policies and procedures. If, after an Internal Affairs investigation, it is determined that no violation occurred, then the Internal Affairs case will be forwarded through the command to be reviewed and approved by the voting members of the Critical Incident Review Board.

## San Diego County Sheriff's Department – Procedure Section

If, during the Critical Incident Review Board, the majority of the voting members determine that no policy violations have occurred, the CIRB case will be forwarded to the Standards and Compliance Manager of the Division of Inspectional Services for the generation of a report, consistent with the Board's findings, at the conclusion of the CIRB.
Training:

The CIRB is also tasked with making recommendations for training based upon the analysis of critical incidents. If the Board identifies significant training issues, the Board will direct those issues to the Training Lieutenant. The Training Lieutenant will be required to prepare a written report to the Standards and Compliance Manager of the Division of Inspectional Services within thirty (30) days outlining the actions taken based upon the Boards direction.

Policies:

If the CIRB identifies policy issues of concern while reviewing a critical incident, the Board will direct its concerns to the Standards and Compliance Manager of the Division of Inspectional Services. The Standards and Compliance Manager will ensure that the proposed policy recommendations are prepared and present them for approval to SOPC within thirty (30) days of the CIRB.

Distribution of Reports:

Within seven (7) days of the CIRB, the Facility or Unit Commander, from the employee's chain of command, will meet with the employee and debrief them as to the results of the CIRB. The Facility of Unit Commander will submit in writing to the Standards and Compliance Manager of the Division of Inspectional Services that the meeting has taken place.

Within forty five (45) days of the CIRB, the Standards and Compliance Manager of the Division of Inspectional Services will prepare a report summarizing the actions and conclusions of the board. The CIRB report shall contain specific findings with regard to whether the review board found any policy violations, and training or policy issues, as well as what actions were taken by the department. A copy of the CIRB Confidential Report and other related reports shall be filed in the Legal Affairs Section, Office of the Sheriff.

**Awards and Recognition Board**

Responsibility:

The Awards and Recognition Board shall make determinations regarding the appropriateness of all Departmental awards, with the exception of the Report of Exemplary Performance. (Related section 3.23)

Membership:

Chairperson: Commander, Human Resource Services Bureau

Commander, Law Enforcement Services Bureau

Commander, Detention Services Bureau

Commander, Court Services Bureau

Public Information Officer, Public Affairs

Representative, Management Services Bureau

**San Diego County Sheriff's Department – Procedure Section**

Representative, Deputy Sheriff's Association

Other Departmental personnel may participate on this board at the request of the chairperson.

Reviewing Officer:

The Undersheriff is the reviewing officer on all matters within the purview of the Awards and Recognition Board.

**Employee Recognition Committee**

Responsibility:

The Employee Recognition Committee shall ensure nominations meet the criteria and determine the award limits for cash awards and leave awards at the beginning of each fiscal year. (Related section 3.49)

Membership:

Chairperson: To be elected by members of the committee.

Membership consists of one professional staff member from the following:

Detention Services Bureau

Law Enforcement Services Bureau

Court Services Bureau

Management Services Bureau

Human Resource Services Bureau

Office of the Sheriff

Public Affairs

Reviewing Officer:

The Assistant Sheriff of the Human Resource Services Bureau is the reviewing officer for all matters within the purview of the Employee Recognition Committee.

**Information Technology Policies and Priorities Committee**

Responsibility:

The information Technology Policies and Priorities Committee (ITPPC) is the review body for the proposal and institution of information technology related policies, procedures and project priorities. Additionally the committee:

- Evaluates the IT strategies and initiatives

- Scrutinizes the scope and priorities of projects

**San Diego County Sheriff's Department – Procedure Section**

- Visualizes the importance of short and long term IT objectives

- Balances automated business process needs against fiscal constraints

- Factors in architectural and infrastructure related impacts

- Clearly identifies staffing requirements short and long term

- Makes informed recommendations to the Executive Management Team (EMT)

- Reviews and recommends IT policies, procedures and priorities for EMT adoption and approval

Membership:

The committee is comprised of Commanders from each bureau that are knowledgeable about the importance of information technology and the importance of specific initiatives as they relate to the mission of the Sheriff's Department.

Sub-Committee:

The ITPPC shall establish an Information Technology Sub-Committee responsible for reviewing and making recommendations to the ITPPC relative to new projects and/or technologies as they become available.

Sub-Committee Membership:

The sub-committee will be chaired by a Captain and will have representatives assigned from each bureau as necessary.

Reviewing Body:

The Executive Management Team shall be the reviewing body for all matters under the purview of this committee.

**Sheriff's Operational Planning Committee (SOPC)**

The Chairperson shall be responsible for developing the agenda for the SOPC meetings. Recommendations will be presented to the Sheriff and Undersheriff at the weekly standing meeting with the Assistant Sheriffs and the Executive Director by the Chairperson. The responsibility for documenting the activities of the SOPC shall fall to the person serving as the Chairperson. Meetings will be held twice a month.

Responsibility:

Act as a clearinghouse for the development of department-wide plans relating to the acquisition and deployment of financial resources;

To review and make recommendations to the Sheriff, Undersheriff and Assistant Sheriffs/Executive Director concerning major projects, re-organizations of Department bureaus, and revisions to Department policies and procedures;

To support the development of the Department's five-year financial forecast by reviewing and recommending operational priorities, funding sources and where necessary, program reductions;

**San Diego County Sheriff's Department – Procedure Section**

To serve as the Department's Unfunded Needs Committee in order to set priorities and allocate funding for one-time and/or short term projects or equipment acquisition with the independent authority to allocate funds for projects up to $250,000 with the concurrence of the Chief Financial Officer.  Recommendations for higher amounts shall be forwarded to the Sheriff, Undersheriff and Assistant Sheriffs/Executive Director.

To serve as the Department's Grants Committee, wherein grant funded programs are reviewed, monitored and usage of grant funds are discussed, prioritized, approved or disapproved as appropriate.  The grant programs to be reviewed shall include but not be limited to those related to program enhancement, homeland security, routine equipment acquisition and technology.

To serve as the implementing body for the Sheriff's project and/or program reviews as outlined in the Sheriff's Business Planning System (SBPS).  SOPC participants shall nominate projects and/or programs suitable for review from their respective bureaus.  The intent of the reviews is to establish project priorities, make resource allocation decisions or recommendations and to ensure proper adherence to the Department's mission, vision, values and policies and procedures.

Membership:

The chairperson and vice chairperson positions shall rotate amongst the voting members every two years.  All decisions by the SOPC, including the selection of the chairperson and vice chairperson shall be made on a consensus basis.

A quorum, comprised of 50% +1of the voting committee members, must be met to hold a meeting.

Voting SOPC members shall include:

All Sheriff's Commanders

Chief Financial Officer

Director of Support Services

Sheriff's Senior Policy Advisor

Technology Manager

Others as approved by the Chairperson

Reviewing Officer:

The Undersheriff shall be the reviewing officer for all matters under the purview of the Sheriff's Operational Planning Committee.


**Forms Committee**

Responsibility:

The Forms Committee is responsible for:

**San Diego County Sheriff's Department – Procedure Section**

Ensuring a centralized forms control function within the Department through design, modification, consolidation and print approval of all Department forms.

Purging of all unnecessary, duplicative or outmoded forms.

Membership:

Chairperson – Executive Director, Management Services Bureau or designee

Other members as appointed by the chair, upon approval of the Executive Director, Management Services Bureau.

Reviewing Officer:

The reviewing officer for the Forms Committee is the Executive Director, Management Services Bureau. (9-1-16)

## 4.24 RISK MANAGEMENT UNIT

The goal of the Risk Management Unit shall be to prevent and reduce workplace injuries, increase operational efficiency by identifying, assessing and controlling exposures to risk in the Sheriff's Department daily working environment.

All efforts designed to monitor, assess, manage and control the occurrence of employee health and safety issues and activities shall be referred to as "Risk Management".

The Risk Management Unit shall be managed by a Senior Departmental Human Resources Officer and overseen by the Sheriff's Human Resource Services Bureau Captain.

The Risk Management Unit shall work in a cooperative effort with the following Human Resource divisions/units to review, evaluate, and recommend resolutions to employee health and safety issues:

- Personnel Division;
- Training Division;
- Internal Affairs Division.

Day-to-day exposures to risk shall be identified at the division level and referred to the Risk Management Unit for assessment and recommendations for resolution.

**Risk Management Unit Functions**

The following is a list of job functions coordinated by the Risk Management Unit:

- Work related injuries (Worker's Compensation claims, disability retirements, injury leaves, modification of duties)

- Compliance with Cal OSHA regulations and handling of complaints

- Compliance with the Family Medical Leave Act

- Catastrophic Leave requests

**San Diego County Sheriff's Department – Procedure Section**

- Mandatory physicals for safety members

- Ergonomic evaluations of workspaces

- Universal Waste Program

- Coordinate Department Automated Electronic Defibrillator Program

**Notification of the Risk Management Unit**

The Risk Management Unit shall be informed in accordance with the Communications Center call-out procedure immediately of any of the following incidents:

- Serious injury that results in hospitalization or death of an employee.
- Serious vehicle accident that results in hospitalization or death of an employee.
- Violation of Cal/OSHA regulations.

An employee's immediate supervisor shall provide the necessary documents and, as soon as practical, notify the Risk Management Unit of the following:

- Any employee or volunteer injury that occurred on duty
- Any off duty injury or employee condition that requires modification to a work assignment
- Any request for Family Medical Leave or Catastrophic Leave
- Any violation or complaint about Cal OSHA Regulations  (01-23-18)

---

| **4.25 DIVISION OF INSPECTIONAL SERVICES** |

The Division of Inspectional Services (DIS) is assigned to the Office of the Sheriff.  The goal of the Division of Inspectional Services shall be to prevent and reduce liability costs, increase operational efficiency by identifying and assessing the actions that expose staff to risk in the daily working environment.

Division of Inspectional Services shall assist Department management in the identification of risks and the evaluations of internal controls and business processes.  Recommendations will be made to Department management that promote efficient, effective, and economical delivery of law enforcement services.

The following job functions are coordinated by DIS:

- Vehicle Operations related to pursuits, collisions, and other driving errors resulting in injury or property damage including off-road vehicle use.

- Use of Force (lethal/nonlethal weapons, physical restraint, officer involved shootings, law enforcement K-9 bites, etc.).

- Application of Law (laws of arrest, forcible entry, search and seizure, tactical operations, etc.).
- Department Policy and Procedure Review and Update.

- All County Claims

- DMV Driver's License Pull Program

---

SECTION 4 Organization

**San Diego County Sheriff's Department – Procedure Section**

- Jail Conditions (including inmate medical/psychiatric care).

- Prison Rape Elimination Act (PREA) Coordinator

The Division of Inspectional Services Executive Manager shall oversee the following functions:

- Procedure for Policy and Procedure revisions, additions and deletions;
- Development of Department  Performance Review Plans
- Performance Reviews
- Inspections and Control;
- Critical Incident Review;
- Liaison with Citizens' Law Enforcement Review Board (CLERB)
- Claims Investigations

The Division of Inspectional Services will conduct performance reviews/inspections addressing the adequacy of internal Departmental controls.  Comprehensive review and appraisal of Departmental operations will assist management personnel in accomplishing Departmental objectives and goals.  The review process is related to examination of the following:

- Compliance with Departmental policies, procedures, rules, regulations, orders, directives and memoranda.
- Compliance with the County of San Diego rules, directives, and regulations.
- Compliance with applicable local, state, and federal law.
- Economic and efficient use of Departmental resources.
- Protection of Departmental assets.
- Reliability and integrity of Departmental information.
- Quality of job performance (in relation to guidelines and procedures directing the task).
- Maintenance of professional standards.

A performance review/inspection will be initiated as follows:

- In accordance with the Department's Performance Review Plan.
- The Sheriff or Undersheriff may request a review of any bureau/operational area/unit or function within the Department.
- Assistant Sheriffs may request a review of any operational area/command/unit/function within their bureau.
- Commanders may request a review of any command/unit/function within their operational area.
- Captains may request a review of any unit/function within their command.

Upon completion of the review, the Division of Inspectional Services will prepare a report articulating their findings and recommendations.  This report will be forwarded to the requestor with copies sent to those individuals in the requestor's chain of command to the level of Assistant Sheriff.

**Notification of Division of Inspectional Services**

The Division of Inspectional Services shall be informed in accordance with the Communications Center call-out procedure immediately of any of the following incidents:

- Any discharge of a firearm, intentional or accidental other than dispatching animal or weapons qualifications
- Use of deadly force

**San Diego County Sheriff's Department – Procedure Section**

- Use of force resulting in serious injury or death
- Collisions involving sheriff vehicles resulting in serious injury, death or major property damage
- Pursuits resulting in serious injury, death or major property damage
- In custody deaths other than hospital death where death was expected from medical condition or illness
- Work related injuries requiring hospitalization to any employee or volunteer
- All PREA related allegations that a detainee/inmate was sexually abused.
- Escapes and attempt escapes.

In addition to the above, DIS is to be notified of the following incidents that occur in Sheriff's Facilities:

- Suicides and attempt suicides
- Escapes and attempt escapes
- High profile erroneous releases

Note: Serious injury is defined as an impairment of physical condition, including but not limited to, loss of consciousness, bone fracture, protracted loss or impairment of function of any bodily member or organ, a wound requiring extensive suturing and serious disfigurement. (Revised 01-16-19)

| 4.26 INTERNAL CRIMINAL INVESTIGATIONS UNIT |
|---|

Text deleted 2-2-09

**EXHIBIT 1-2**

1  CLAUDIA G. SILVA, County Counsel (SBN 167868)
   FERNANDO KISH, Senior Deputy (SBN 236961)
2  SARAH LANHAM, Senior Deputy (SBN 213555)
   Office of County Counsel, County of San Diego
3  1600 Pacific Highway, Room 355
   San Diego, California 92101-2469
4  Telephone: (619) 531-5244; (619) 531-4713; Fax: (619) 531-6005
   E-mail: fernando.kish@sdcounty.ca.gov; sarah.lanham@sdcounty.ca.gov
5
   Attorneys for Defendants County of San Diego, William Gore, Barbara Lee, Lorna
6  Roque, and Hazel Camama

7

8                    **UNITED STATES DISTRICT COURT**

9                    **SOUTHERN DISTRICT OF CALIFORNIA**

10

11 THE ESTATE OF ELISA SERNA by and          )    No. 20cv2096-LAB-DDL
   through its personal administrator,        )
12 Douglas Gilliland; S.H., a minor, by and   )
   through her guardian ad litem PALOMA       )    **DECLARATION OF MICHAEL**
13 SERNA; MICHAEL SERNA, and                  )    **BARANIC IN OPPOSITION TO**
   PALOMA SERNA,                              )    **PLAINTIFFS' MOTION TO COMPEL**
14                                            )    **RE: REQUESTS FOR PRODUCTION**
              Plaintiffs,                     )    **NOS. 2, 12, AND 13; AND MOTION TO**
15                                            )    **COMPEL UNREDACTED COPY OF**
          v.                                  )    **CSD000316-324**
16                                            )
   COUNTY OF SAN DIEGO, WILLIAM               )
17 GORE in his individual capacity,           )
   BARBARA LEE, in her individual             )
18 capacity, MARK O'BRIEN, in his             )
   individual capacity, FRIEDERIKE C.         )
19 VON LINTIG, in her individual              )
   capacity, LORNA ROQUE, in her              )
20 individual capacity, DANALEE               )
   PASCUA, in her individual capacity,        )
21 HAZEL CAMAMA, in her individual            )
   capacity, LACEE LOVISA, in her             )
22 individual capacity, REISHONE              )
   FOSTER, in her individual capacity,        )
23 COAST CORRECTIONAL MEDICAL                 )
   GROUP; and DOES 3-30,                      )
24                                            )
25            Defendants.                     )
                                              )
26 _____   )
27
28
                                                                20cv2096-LAB-DDL

I, Michael Baranic, hereby declare as follows:

1. I am and have been a licensed California attorney in good standing for the past 23 years, and I am the Chief Legal Advisor and Director of Sheriff's Legal Affairs for the County of San Diego Sheriff's Department. I have personal knowledge of all matters set forth herein, except for those matters which are based upon my information and belief. As to those matters, I am informed and believe that all such matters are true. If called upon as a witness, I could and would competently testify to the matters stated herein.

2. I have been employed with the San Diego County Sheriff's Department since 2018. In 2022, I was appointed Director of Legal Affairs and the Sheriff's Chief Legal Advisor by Sheriff Kelly Martinez. Prior to this position, I served as a Legal Advisor under Sheriff Bill Gore and Sheriff Anthony Ray.

3. As the Chief Legal Advisor and Director of Legal Affairs, I am a member of the Sheriff's Executive Team and oversee the Sheriff's Legal Affairs Unit which provides legal advice to the Sheriff, Command Staff, and all Department employees. Additionally, as the Chief Legal Advisor, I am on the Sheriff's Department Critical Incident Review Board (CIRB) wherein my role's purpose is to provide legal advice, assess civil liability and exposure, and prepare for possible litigation in my capacity as department legal counsel and Chief Legal Advisor.

4. As part of my position, I am familiar with the policies and procedures for the Sheriff's Department, including specifically, those relating to CIRB. I am also familiar with the above-captioned lawsuit entitled *The Estate of Elisa Serna, et al. vs. County of San Diego, et al.*, United States District Court Case No. 3: 20cv2096-LAB-DDL.

5. With respect to the above-entitled matter, I am informed that Plaintiffs seek CIRB reports and any "spreadsheet, chart, log, document, report or memoranda reflecting the recommendations or conclusions of CIRB for any and all in-custody deaths during the period from November 1, 2015 through December 1, 2019." There are a total of 35 CIRB Memo Packets which contain CIRB reports for that time period, and there is a

- 1 -

1  CIRB Tracking Spreadsheet.  I have reviewed and am familiar with these records and
2  with the County's Privilege Log and Amended Privilege Log concerning these records
3  identified as CSD 000235-236 and 002318-002630 (collectively, the "CIRB Reports")
4  and CSD-002650-002651.  The CIRB Reports and CIRB Tracking Spreadsheet are
5  protected from disclosure because these documents contain confidential communications
6  between Robert Faigin, my predecessor, and my client, the San Diego County Sheriff's
7  Department (the "Department"), and because they contain confidential medical and
8  employment information of non-parties.

9       6.    As stated above, one of my duties as Chief Legal Advisor for the
10  Department is that I am a non-voting member of CIRB.  The voting members of CIRB
11  consist of Commanders from the Law Enforcement, Court Services and Detention
12  Services bureaus.  The only other non-voting member is the Commander from Human
13  Resource Services Bureau.  Commanders are among the highest level of leadership in the
14  Department.

15       7.    The purpose of the CIRB is specified in the Department's Policy and
16  Procedure ("P&P") section 4.23:

17            **The purpose of this board is to consult with department**
18            **legal counsel when an incident occurs which may give rise**
19            **to litigation. The focus of the CIRB will be to assess the**
20            **department's civil exposure as a result of a given incident.**

21  Attached hereto as Exhibit A is a true and correct copy of section 4.23 of the
22  Department's Policies and Procedures Manual that was in effect during the time period
23  from September 1, 2016 through December 1, 2019.  It is true that there are ancillary
24  benefits to CIRB in that policies, procedures and trainings can and are revised and/or
25  implemented in certain circumstances, but the primary purpose is risk management.
26  Even as to these ancillary issues, the purpose of CIRB is "so that potential liability can be
27  avoided in the future."  Ex. A. Otherwise, neither I, nor my predecessor, would have a
28  need to attend.

20cv2096-LAB-DDL

8. ***In fact, of the 35 CIRB reports requested, seven of those instances resulted in litigation, and Government Tort Claims were filed for four others**. **And, of those 35, which include Elisa Serna, 32 were men, Elisa Serna was the only person to die from dehydration as a complication of drug withdrawal, she was the only one who was pregnant, and she was being treated in the Medical Observation Unit.*** None of the 34 other CIRB Reports involve pregnant women, none involved death from dehydration, only two involved heroin (both men), only one other CIRB report concerned a person being treated in the MOB (not for withdrawal), and only two others concerned women, one of whom died of natural causes.

## The CIRB Reports and Memo Packets Are Privileged

9. Because the purpose of CIRB is risk management with a focus on potential litigation, and because I provide and my predecessor provided my client with legal advice during the CIRB meetings, which is memorialized in the Reports, the CIRB Reports are protected from disclosure by the attorney-client privilege. From my review of the CIRB reports, my predecessor, Robert Faigan, regularly provided legal advice at the CIRB meetings. General examples of the confidential communications that I have, and Mr. Faigan had before me, with the client during CIRB meetings include advice concerning the procedural status of an incident, potential legal defenses, and discussions concerning evidence preservation in advance of litigation. On occasion, communications from the Office of County Counsel were included in the CIRB Reports. All of these communications are made in confidence and in the course of the attorney-client relationship with necessary persons for the primary purpose of providing legal advice to the Department.

10. Further, the confidentiality of the CIRB reports is memorialized in the Department's Policy and Procedure 4.23, of which every employee in the Department should be aware. The reason confidentiality is crucial to the CIRB process is to ensure the free flow of information to allow CIRB to reach its opinions and recommendations, and receive legal advice, about the Department's policies following a critical incident.

20cv2096-LAB-DDL

11.     CIRB review is a bifurcated process with both phases kept confidential. First, the confidential "Presentation" session meeting is held with necessary persons (CIRB Attendees) for the purpose of relaying information to the CIRB members to assist Sheriff's Legal for the primary purpose of providing legal advice to the Department on liability and exposure.  After the Presentation session, all invited attendees leave.

12.     Thereafter, Sheriff's Legal and the rest of the CIRB Board meet for the confidential Closed session.  An authorized DIS Lieutenant representative attends in the capacity of CIRB liaison to transcribe or summarize and memorialize the discussion for Sheriff's Legal.

13.     At the conclusion of the Closed session, the confidential CIRB report is prepared by an authorized DIS representative for transmittal to Sheriff's Legal.  The report is kept confidential and is maintained in my office in the Legal Affairs section of the Office of the Sheriff.

14.     The confidential attorney-client privileged CIRB Report and its contents are prepared by an authorized DIS representative for attorney review by Sheriff's Legal and transmitted to Sheriff's Legal, via the DIS Lieutenant, the Undersheriff, and the Sheriff, for the purpose of assisting Sheriff's Legal to provide legal advice to the Sheriff.  During the Closed session portion of CIRB, the authorized DIS Lieutenant representative functions in a necessary role akin to a scribe or administrative assistant for Sheriff's Legal and uses the CIRB notes for DIS to prepare the confidential attorney-client privileged CIRB Report.  The CIRB Report and its contents were prepared for the purpose of communicating to Sheriff's Legal Counsel and for counsel's review in the course of the attorney-client relationship and confidential transmittal to counsel.  The CIRB Report and its contents are marked "ATTORNEY-CLIENT PRIVILEGED" and this is a confidential document prepared in anticipation of litigation and contains attorney-client privileged information.

15.     Similarly, the CIRB Memo Packet which contains the CIRB Report and its contents were prepared by an authorized DIS representative for attorney review by

- 4 -

Sheriff's Legal. The CIRB Memo Packet includes a cover sheet signed by the CIRB Chair and transmitted to Sheriff's Legal, via the DIS Lieutenant, the Undersheriff and the Sheriff and was prepared on a form that states in bold letters at the top "ATTORNEY-CLIENT PRIVILEGED" and is sent to Sheriff's Legal for purpose of transmitting the CIRB Report prepared by the authorized DIS representative in the role as CIRB liaison. The CIRB Report and its contents is on a form that states in bold letters at the top "ATTORNEY-CLIENT PRIVILEGED," is a confidential document prepared in anticipation of litigation and contains attorney-client privileged information. This is always confidential and attorney-client privileged. Currently, the CIRB report is seen only by Sheriff's Legal, the Undersheriff, the Sheriff, and the DIS Lieutenant and authorized DIS representative who assisted in preparation of the report. In the past, the Assistant Sheriff for the affected bureau also reviewed the CIRB reports.

16. Importantly, in addition to being protected from disclosure by the attorney-client privilege, the CIRB reports are also protected in that they contain private and confidential medical information of 34 individuals other than Ms. Serna. The private and medical information of these non-parties cannot be disclosed.

17. In addition, the 34 non-party CIRB reports contain private, confidential employment information relating to employees of the Department. For example, the CIRB report may include discussions about remedial measures, including potential investigations or disciplinary actions against employees, so that potential liability can be avoided in the future. However, CIRB itself does not investigate, recommend nor carry out any employee discipline. That is done through the Internal Affairs process.

**Confidential Attorney-Client Privileged CIRB Spreadsheet Is Privileged**

18. The CIRB Tracking Spreadsheet is generated by DIS in its capacity as CIRB liaison and/or liaison to Sheriff's Legal and is prepared solely for the purpose of tracking privileged CIRB review and communicating with Sheriff's Legal and/or CIRB and for Sheriff's Legal's review in the course of the attorney-client relationship. It contains "action items" as to each CIRB event, i.e., the conclusions and recommendations of the

20cv2096-LAB-DDL

1  CIRB.  As such, the "action item" portion of the CIRB Tracking Spreadsheet is protected
2  by the privilege.

3    I declare under penalty of perjury under the laws of the State of California and the
4  United States of America that the foregoing is true and correct.  Executed this 9th day of
5  June 2023, at San Diego, California.

6
7  _____
8    MICHAEL P. BARANIC
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

20cv2096-LAB-DDL

EXHIBIT A

**San Diego County Sheriff's Department – Procedure Section**

---

| **4.23 DEPARTMENT COMMITTEES AND REVIEW BOARDS** |
| :--- |

**Definitions**

- Committee:  A committee is a group of people delegated to perform a particular task or on-going function.

  Standing Committee:  A committee that has on-going responsibilities and functions.

  Ad Hoc Committee:  A committee formed for a specific purpose, case, or situation.

- Review Board:  A review board is an organized body of investigators who review specific incidents and report their findings to a higher authority.

**Responsibility**

Each committee/review board shall have an assigned task and scope of responsibility.

**Membership**

Each committee/review board shall have a defined membership and a chairperson appointed by the Sheriff or Undersheriff.  When indicated, a committee or review board may add other Department staff to its membership.  A committee chair may select temporary committee members to establish membership rules for the formation of the committee.

**Decision Making Authority**

- Each committee shall have a reviewing officer with final decision-making authority.

- Each review board shall report its findings to the Office of the Sheriff, which shall have final decision-making authority.

**Record of Proceedings**

- Each committee chairperson shall keep a record of their proceedings on file.

- Reports generated by review boards shall be kept on file in the Office of the Sheriff, Legal Affairs.

The Committees and Review Boards of the Sheriff's Department are as follows:

**Uniform and Safety Equipment Committee**

Responsibility:

Consider any changes in the uniform, dress standards, safety equipment and personal equipment worn or used by Department personnel and making recommendations to the Sheriff relative thereto;

Maintaining and publishing, semiannually, a roster of authorized uniform dealers and their addresses and publishing, without delay, the names and addresses of any dealers added to or deleted from the list;

---

## San Diego County Sheriff's Department – Procedure Section

Supplying authorized dealers with copies of the Department's uniform, safety and personal equipment specifications and Department directives pertaining to the same;

Originating and maintaining correspondence concerning uniform, safety and personal equipment matters.

Membership:

Chairperson - Assistant Sheriff, Human Resource Services Bureau, or designee;

Commander, Law Enforcement Support Command, or designee;

Three (3) members from the Law Enforcement Services Bureau, one of the rank of Captain or above, one Sergeant, and one Deputy Sheriff;

Three (3) members from the Court Services Bureau, one of the rank of Captain or above, one Sergeant, and one Deputy Sheriff or Detention/Courts Deputy Sheriff;

Three (3) members from the Detentions Services Bureau, one of the rank of Captain or above, one Sergeant-Detentions, and one Deputy Sheriff Detentions/Courts;

One Community Service Officer;

One (1) representative from the Deputy Sheriff's Association; and,

Others as approved by the chairperson.

Reviewing Officer:

The Undersheriff is the reviewing officer on all matters within the jurisdiction of the Uniform and Safety Equipment Committee.

### Strategic Planning Committee

Responsibility:

The Office of the Sheriff's Strategic Planning Manager shall be responsible for advising the Sheriff and Undersheriff on all matters of major Department concern; including:

Charting the Department's future strategy;

Reviewing and revising priorities and goals of the Department;

Directing a management planning system to devise long-range plans to enhance Department effectiveness;

Establishing task forces on an ad-hoc basis to formulate specific long-range plans;

Assigning Department command staff as task force leaders.

Membership:

Strategic Planning Manager/Senior Policy Advisor

Others as approved by the Strategic Planning Manager
Reviewing Officer:

SECTION 4 Organization

## San Diego County Sheriff's Department – Procedure Section

The Undersheriff is the reviewing officer on all matters within the jurisdiction of the Long-Range Strategic Planning Ad-Hoc Committee.

**Critical Incident Review Board**

Responsibility:

The purpose of this board is to consult with department legal counsel when an incident occurs which may give rise to litigation. The focus of the CIRB will be to assess the department's civil exposure as a result of a given incident. The CIRB will carefully review those incidents from multiple perspectives, including training, tactics, policies, and procedures with the ultimate goal of identifying problem areas and recommending remedial actions so that potential liability can be avoided in the future.

The Standards and Compliance Manager of the Division of Inspectional Services shall ensure that a copy of all related reports is forwarded to each member of the Critical Incident Review Board, for each critical incident to be reviewed by the review board, within 30 days of the completion of the investigation, and no later than seven (7) days prior to the date of the Critical Incident Review Board convening. Copies of audio and video recordings will be available to members of the Critical Incident Review Board upon request.

Membership:

The Critical Incident Review Board shall consist of voting and non-voting members.

Voting members:

- A Commander from Law Enforcement
- A Commander from Court Services
- A Commander from Detention Services

Non-voting members:

- The Chief Legal Advisor
- Commander from Human Resources

The Human Resource Services Bureau Commander shall chair the meeting.

Also in attendance shall be a representative from the Facility or Unit Commander from the employee's chain of command, the Division of Inspectional Services Standards and Compliance Manager, Weapons Training Unit, In-Service Training Unit and Detention Training Unit.

The Division of Inspectional Services Sergeant, along with the investigator assigned to the incident must be present.

Other representatives may be requested to attend a CIRB at the discretion of the chair.

**The Critical Incident Review Board shall convene as follows:**

SECTION 4 Organization

## San Diego County Sheriff's Department – Procedure Section

Preliminary Critical Incident Review Board:
Within two (2) weeks of the occurrence of a critical incident for a preliminary assessment.

Standard Critical Incident Review Board:

Within thirty (30) days of a District Attorney's review letter involving a critical incident; and within thirty (30) days of the completion of the investigation of a critical incident.

When requested by the Sheriff, Undersheriff, Assistant Sheriff, or a board member.

**The following incidents are deemed critical incidents and shall be reviewed by the CIRB:**

In custody death, other than natural causes;
Use of deadly force by a department employee;
Pursuits resulting in any injury requiring hospital admittance or major property damage;
Death or serious injury resulting from action of a member of this Department;

Note: Serious injury means a serious impairment of physical condition, including but not limited to: loss of consciousness, concussion, bone fracture, protracted loss or impairment of function of any bodily member or organ, a wound requiring extensive suturing, and serious disfigurement.

Law Enforcement related injuries requiring hospital admittance;
Discharge of a firearm by sworn personnel;
Any other incident involving the discharge of a firearm, major property damage, or major vehicle damage by a member of this Department or other critical incident which, in the judgment of the Sheriff, Undersheriff, Assistant Sheriff, or board member warrants review.

Presentation:

At the beginning of the CIRB the investigators involved in the investigation of the critical incident will present facts and circumstances to the members of the CIRB. At the conclusion of the presentation each board member will have an opportunity to question the investigator regarding the specific facts and circumstances surrounding the critical incident.

Additional Investigation:

If after the presentation, additional investigation is determined to be necessary, the CIRB will continue the proceedings and return the case to the Standards and Compliance Manager of the Division of Inspectional Services for further follow up. The Division of Inspectional Services is responsible for working with the investigators involved in the case to ensure that all follow up investigations are completed appropriately and timely. The matter shall be reset for hearing before the CIRB within 30 days of being returned for follow up.

Policy Violations:

After hearing from all necessary parties, the three Commanders will vote to make a determination as to whether or not a policy violation may exist.

If a majority of the voting members determine that a policy violation may have occurred, the case will be forwarded to Internal Affairs, assigned an Internal Affairs case number and investigated. After the case is investigated by Internal Affairs, the case will be forwarded to the command for review consistent with the Department's policies and procedures. If, after

## San Diego County Sheriff's Department – Procedure Section

an Internal Affairs investigation, it is determined that no violation occurred, then the Internal Affairs case will be forwarded through the command to be reviewed and approved by the voting members of the Critical Incident Review Board.

If, during the Critical Incident Review Board, the majority of the voting members determine that no policy violations have occurred, the CIRB case will be forwarded to the Standards and Compliance Manager of the Division of Inspectional Services for the generation of a report, consistent with the Board's findings, at the conclusion of the CIRB.
Training:

The CIRB is also tasked with making recommendations for training based upon the analysis of critical incidents.  If the Board identifies significant training issues, the Board will direct those issues to the Training Lieutenant.  The Training Lieutenant will be required to prepare a written report to the Standards and Compliance Manager of the Division of Inspectional Services within thirty (30) days outlining the actions taken based upon the Boards direction.

Policies:

If the CIRB identifies policy issues of concern while reviewing a critical incident, the Board will direct its concerns to the Standards and Compliance Manager of the Division of Inspectional Services.  The Standards and Compliance Manager will ensure that the proposed policy recommendations are prepared and present them for approval to  SOPC within thirty (30) days of the CIRB.

Distribution of Reports:

Within seven (7) days of the CIRB, the Facility or Unit Commander, from the employee's chain of command, will meet with the employee and debrief them as to the results of the CIRB.  The Facility of Unit Commander will submit in writing to the Standards and Compliance Manager of the Division of Inspectional Services that the meeting has taken place.

Within forty five (45) days of the CIRB, the Standards and Compliance Manager of the Division of Inspectional Services will prepare a report summarizing the actions and conclusions of the board.  The CIRB report shall contain specific findings with regard to whether the review board found any policy violations, and training or policy issues, as well as what actions were taken by the department.  A copy of the CIRB Confidential Report and other related reports shall be filed in the Legal Affairs Section, Office of the Sheriff.

**Awards and Recognition Board**

Responsibility:

The Awards and Recognition Board shall make determinations regarding the appropriateness of all Departmental awards, with the exception of the Report of Exemplary Performance. (Related section 3.23)

Membership:

Chairperson: Commander, Human Resource Services Bureau

Commander, Law Enforcement Services Bureau

Commander, Detention Services Bureau

Commander, Court Services Bureau

## San Diego County Sheriff's Department – Procedure Section

Public Information Officer, Public Affairs

Representative, Management Services Bureau

Representative, Deputy Sheriff's Association

Other Departmental personnel may participate on this board at the request of the chairperson.

Reviewing Officer:

The Undersheriff is the reviewing officer on all matters within the purview of the Awards and Recognition Board.

### Employee Recognition Committee

Responsibility:

The Employee Recognition Committee shall ensure nominations meet the criteria and determine the award limits for cash awards and leave awards at the beginning of each fiscal year.  (Related section 3.49)

Membership:

Chairperson:  To be elected by members of the committee.

Membership consists of one professional staff member from the following:

Detention Services Bureau

Law Enforcement Services Bureau

Court Services Bureau

Management Services Bureau

Human Resource Services Bureau

Office of the Sheriff

Public Affairs

Reviewing Officer:

The Assistant Sheriff of the Human Resource Services Bureau is the reviewing officer for all matters within the purview of the Employee Recognition Committee.

### Information Technology Policies and Priorities Committee

Responsibility:

The information Technology Policies and Priorities Committee (ITPPC) is the review body for the proposal and institution of information technology related policies, procedures and project priorities.  Additionally the committee:

**San Diego County Sheriff's Department – Procedure Section**

- Evaluates the IT strategies and initiatives

- Scrutinizes the scope and priorities of projects

-  Visualizes the importance of short and long term IT objectives

- Balances automated business process needs against fiscal constraints

- Factors in architectural and infrastructure related impacts

- Clearly identifies staffing requirements short and long term

- Makes informed recommendations to the Executive Management Team (EMT)

- Reviews and recommends IT policies, procedures and priorities for EMT adoption and approval

Membership:

The committee is comprised of Commanders from each bureau that are knowledgeable about the importance of information technology and the importance of specific initiatives as they relate to the mission of the Sheriff's Department.

Sub-Committee:

The ITPPC shall establish an Information Technology Sub-Committee responsible for reviewing and making recommendations to the ITPPC relative to new projects and/or technologies as they become available.

Sub-Committee Membership:

The sub-committee will be chaired by a Captain and will have representatives assigned from each bureau as necessary.

Reviewing Body:

The Executive Management Team shall be the reviewing body for all matters under the purview of this committee.

**Sheriff's Operational Planning Committee (SOPC)**

The Chairperson shall be responsible for developing the agenda for the SOPC meetings. Recommendations will be presented to the Sheriff and Undersheriff at the weekly standing meeting with the Assistant Sheriffs and the Executive Director by the Chairperson.  The responsibility for documenting the activities of the SOPC shall fall to the person serving as the Chairperson.  Meetings will be held twice a month.

Responsibility:

Act as a clearinghouse for the development of department-wide plans relating to the acquisition and deployment of financial resources;

To review and make recommendations to the Sheriff, Undersheriff and Assistant Sheriffs/Executive Director concerning major projects, re-organizations of Department bureaus, and revisions to Department policies and procedures;

## San Diego County Sheriff's Department – Procedure Section

To support the development of the Department's five-year financial forecast by reviewing and recommending operational priorities, funding sources and where necessary, program reductions;

To serve as the Department's Unfunded Needs Committee in order to set priorities and allocate funding for one-time and/or short term projects or equipment acquisition with the independent authority to allocate funds for projects up to $250,000 with the concurrence of the Chief Financial Officer. Recommendations for higher amounts shall be forwarded to the Sheriff, Undersheriff and Assistant Sheriffs/Executive Director.

To serve as the Department's Grants Committee, wherein grant funded programs are reviewed, monitored and usage of grant funds are discussed, prioritized, approved or disapproved as appropriate. The grant programs to be reviewed shall include but not be limited to those related to program enhancement, homeland security, routine equipment acquisition and technology.

To serve as the implementing body for the Sheriff's project and/or program reviews as outlined in the Sheriff's Business Planning System (SBPS). SOPC participants shall nominate projects and/or programs suitable for review from their respective bureaus. The intent of the reviews is to establish project priorities, make resource allocation decisions or recommendations and to ensure proper adherence to the Department's mission, vision, values and policies and procedures.

Membership:

The chairperson and vice chairperson positions shall rotate amongst the voting members every two years. All decisions by the SOPC, including the selection of the chairperson and vice chairperson shall be made on a consensus basis.

A quorum, comprised of 50% +1of the voting committee members, must be met to hold a meeting.

Voting SOPC members shall include:

All Sheriff's Commanders

Chief Financial Officer

Director of Support Services

Sheriff's Senior Policy Advisor

Technology Manager

Others as approved by the Chairperson

Reviewing Officer:

The Undersheriff shall be the reviewing officer for all matters under the purview of the Sheriff's Operational Planning Committee.

**Forms Committee**

SECTION 4 Organization

**San Diego County Sheriff's Department – Procedure Section**

Responsibility:

The Forms Committee is responsible for:

Ensuring a centralized forms control function within the Department through design, modification, consolidation and print approval of all Department forms.

Purging of all unnecessary, duplicative or outmoded forms.

Membership:

Chairperson – Executive Director, Management Services Bureau or designee

Other members as appointed by the chair, upon approval of the Executive Director, Management Services Bureau.

Reviewing Officer:

The reviewing officer for the Forms Committee is the Executive Director, Management Services Bureau. (9-1-16)

**EXHIBIT 1-3**

Steven E. Boehmer. Esq. (SBN 144817)
Carrie L. Mitchell, Esq. (SBN 221845)
McDOUGAL BOEHMER FOLEY
LYON MITCHELL & ERICKSON
8100 La Mesa Blvd., Suite 200
La Mesa, California 91942
Telephone: (619) 440-4444; Fax: (619) 440-4907
Email:      cmitchell@mcdougallawfirm.com
              sboehmer@mcdougallawfirm.com

Attorneys for Defendants, County of San Diego, Sheriff William Gore, Alfred
Joshua, M.D., Barbara Lee, Macy Germono, Francisco Bravo, Christopher Simms
and M. Campos (#3780)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKIE GREER, | Case No.: 19-cv-00378-JO-DEB |
| Plaintiff, | DECLARATION OF MICHAEL BARANIC, ESQ. IN OPPOSITION TO INTERVENORS' MOTION TO INTERVENE AND UNSEAL CRITICAL INCIDENT REVIEW BOARD DOCUMENTS [ECF NO. 307-2] |
| v. | |
| COUNTY OF SAN DIEGO, WILLIAM GORE in his individual capacity, ALFRED JOSHUA in his individual capacity, BARBARA LEE, in her individual capacity and DOES 1 to 100, | |
| Defendants. | Date:       April 26, 2023
Time:       9:00 a.m.
Judge:      Jinsook Ohta
Courtroom:  4C |

I, Michael Baranic, hereby declare as follows:

1.      I am an attorney licensed to practice law in the State of California and am the Chief Legal Advisor and Director of Sheriff's Legal Affairs for the County of San Diego Sheriff's Department. I have personal knowledge of all matters set forth herein, except for those matters which are based upon my information and belief. I am informed and believe that all such matters are true. If called upon as a witness, I could and would competently testify to the matters stated herein.

2.      This declaration is submitted in opposition to media intervenors' motion to intervene and unseal Critical Incident Review Board ("CIRB") documents.

DECLARATION OF MICHAEL BARANIC, ESQ. IN OPPOSITION TO INTERVENORS' MOTION TO
INTERVENE AND UNSEAL CRITICAL INCIDENT REVIEW BOARD DOCUMENTS [ECF NO. 307-2]

2-ER-54

3.      I have been employed with the San Diego County Sheriff's Department since 2018 and currently serve as the Chief Legal Advisor and Director of Sheriff's Legal Affairs to the Sheriff's Department. I was appointed Director of Legal Affairs and the Sheriff's Chief Legal Advisor by Sheriff Kelly Martinez in 2022. I previously served as a Legal Advisor under Sheriff Bill Gore and Sheriff Anthony Ray.  Before my appointment in 2022, Robert Faigin, Esq., the former Chief Legal Advisor and Director of Legal Affairs for the Department, served as head of the Sheriff's Legal Affairs Unit. As the Chief Legal Advisor, Mr. Faigin was a member of the CIRB Board. I was involved with and participated in CIRB reviews in the role of a Legal Advisor and department counsel.

4.      As the Chief Legal Advisor and Director of Legal Affairs, I am a member of the Sheriff's Executive Team and oversee the Sheriff's Legal Affairs Unit which provides legal advice to the Sheriff, Command Staff, and all Department employees. Additionally, as the Chief Legal Advisor, I am on the Sheriff's Department Critical Incident Review Board in which my role's primary purpose is providing legal advice, assessing civil liability and exposure, and preparing for possible litigation in my capacity as department legal counsel and Chief Legal Advisor.

5.      As part of my position, I am familiar with the policies and procedures for the Sheriff's Department, including specifically, the Sheriff's Department Critical Incident Review Board. The purpose of the CIRB is specified in the San Diego County Sheriff's Department Policy and Procedure ("P&P") section 4.23, a true and correct copy of which is attached hereto as Exhibit A.  The primary purpose of the CIRB is to gather information and consult with department legal counsel to assess the department's civil exposure when an incident occurs which may give rise to litigation. The focus of the CIRB is to assess the department's civil exposure as a result of a given incident.  The primary purpose is to protect the Department from

DECLARATION OF MICHAEL BARANIC, ESQ. IN OPPOSITION TO INTERVENORS' MOTION TO INTERVENE AND UNSEAL CRITICAL INCIDENT REVIEW BOARD DOCUMENTS [ECF NO. 307-2]

legal liability and exposure by providing legal advice to the Department, assessing the Department's civil liability and risk exposure, and in anticipation of potential litigation as a result of a given incident. The review may identify potential misconduct, criminal negligence or behavior, policy violations, training deficiencies, or other areas where the Department can improve and make facilities safer for staff and those in custody.

6.      As described in San Diego Sheriff's Department P&P 4.23 Department Committees and Review Boards, communications and documents generated as part of the privileged CIRB review are confidential and protected from disclosure. The confidential CIRB privileged review and communications occur within the attorney-client relationship between necessary privileged persons and/or the CIRB Board for the purpose of obtaining legal advice and assisting Sheriff's Legal counsel in rendering legal advice.

7.      The CIRB reports and its contents are on a form that states in bold letters at the top "ATTORNEY-CLIENT PRIVILEGED," is a confidential document prepared in anticipation of litigation and contains attorney-client privileged information. These documents have always been considered confidential and attorney-client privileged. The CIRB PowerPoint presentations and the contents are prepared for the purpose of communicating to Sheriff's Legal counsel and the CIRB Board and for counsel's review in the course of the attorney-client relationship and confidential transmittal to counsel for the primary purpose of providing legal advice by Sheriff's Legal to the Department on liability and exposure.

8.      I reviewed and am familiar with the confidential attorney-client and work product privileged CIRB reports and related records prepared for Sheriff's Legal attorney review that are the subject of the motion to unseal those records. The CIRB-related records consist of eleven CIRB reports/documents and two PowerPoint presentations prepared for specific critical incidents that occurred

3                                    19-cv-00378-JO-DEB

DECLARATION OF MICHAEL BARANIC, ESQ. IN OPPOSITION TO INTERVENORS' MOTION TO
INTERVENE AND UNSEAL CRITICAL INCIDENT REVIEW BOARD DOCUMENTS [ECF NO. 307-2]

2-ER-56

between 2011 to 2017.  I am also aware that this Court has held that these reports are not protected by the attorney client and attorney work product privileges because it found that the primary purpose of CIRB was not to obtain legal advice and ordered that those documents be produced only to plaintiff's attorney subject to a protective order.   Those documents were subsequently filed by plaintiff under seal in opposition to the County's motion for summary judgment and were ordered to remain sealed by the Court.

9.     I am unaware of any CIRB reports ever having been made available to the public.  Sheriff's Department employees understand that they are speaking in confidence during CIRB meetings. Sheriff's Department employees are aware that their conversations, opinions, comments, suggestions and evaluations as expressed during the CIRB meetings are expected to be kept confidential.  This promotes an open exchange of ideas, suggestions and evaluation of possible issues regarding a given critical incident.  Discussions include training, tactics, policies, and procedures with the ultimate goal of identifying problem areas and recommending remedial actions so that potential liability can be avoided in the future.  Reviewing incidents that may give rise to liability from multiple perspectives is entirely consistent and appropriate with providing legal advice.

10.    The Sheriff's Department and its employees would be severely prejudiced if their confidential communications, *ex post facto*, would now made available to the public.  The County will also be severely prejudiced if the open and frank discussions that were conducted in a confidential forum and summarized in the CIRB reports are made available to the public.  The discussions occurred with the understanding and belief that they were confidential and protected by the attorney-client privilege.  Additionally, the documents contain the questions and statements of the Department's chief attorney.

11.    There is also a real concern for the privacy rights of individuals and

DECLARATION OF MICHAEL BARANIC, ESQ. IN OPPOSITION TO INTERVENORS' MOTION TO INTERVENE AND UNSEAL CRITICAL INCIDENT REVIEW BOARD DOCUMENTS [ECF NO. 307-2]

2-ER-57

1    witnesses.  Release of confidential medical and mental health information may

2    violate the Health Insurance Portability and Accountability Act ("HIPAA") and

3    privacy rights of third parties.  The CIRB reports and materials contain, among other

4    personal information, decedent autopsy information, criminal histories, graphic

5    photographs, and medical records.  Some of the information, including the graphic

6    photographs, medical information, criminal history information, and peace officer

7    personnel information is protected from public release under state and/or federal law.

8        12.    Destroying the longstanding protection afforded to the CIRB process

9    and related documents by unsealing the documents will also have very real practical

10   consequences in the future. With the protection of knowing conversations occurring

11   during CIRB are confidential, Sheriff's Department personnel are able to speak

12   frankly and openly with counsel. The potential chilling effect of knowing that such

13   conversations would be revealed to the public would render the CIRB process

14   meaningless.  The discussions during CIRB are a frank assessment of the incident

15   under review, including what went right, what went wrong, the potential liability

16   associated with the incident under review and what steps could be taken to mitigate

17   future risk.  If the participants knew that their discussions with counsel during CIRB

18   and their candid statements, opinions or assessments of a case were going to be

19   disclosed to the public, participants and board members would be reluctant to engage

20   in those discussions.  The harm includes the very real likelihood that potential

21   changes that could be implemented to mitigate future risks will not be identified or

22   / / /

23   / / /

24   / / /

25   / / /

26

27                                                     5                    19-cv-00378-JO-DEB

28

DECLARATION OF MICHAEL BARANIC, ESQ. IN OPPOSITION TO INTERVENORS' MOTION TO
INTERVENE AND UNSEAL CRITICAL INCIDENT REVIEW BOARD DOCUMENTS [ECF NO. 307-2]

2-ER-58

1    implemented because those usually come about as a byproduct of the robust debate

2    during the CIRB process.

3         I declare under penalty of perjury under the laws of the State of California and

4    the United States of America that the foregoing is true and correct. Executed this 12th

5    day of April, 2023, at San Diego, California.

6

7    _____

8    MICHAEL P. BARANIC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF MICHAEL BARANIC, ESQ. IN OPPOSITION TO INTERVENORS' MOTION TO
INTERVENE AND UNSEAL CRITICAL INCIDENT REVIEW BOARD DOCUMENTS [ECF NO. 307-2]

**San Diego County Sheriff's Department – Procedure Section**

Membership:

Strategic Planning Manager

Others as approved by the Strategic Planning Manager

Reviewing Officer:

The Undersheriff is the reviewing officer on all matters within the jurisdiction of the Long-Range Strategic Planning Ad-Hoc Committee.

**Critical Incident Review Board**

Responsibility:

The purpose of this board is to consult with department legal counsel when an incident occurs which may give rise to litigation. The focus of the CIRB will be to assess the department's civil exposure as a result of a given incident. The CIRB will carefully review those incidents from multiple perspectives, including training, tactics, policies, and procedures with the ultimate goal of identifying problem areas and recommending remedial actions so that potential liability can be avoided in the future.

The Lieutenant of the Division of Inspectional Services shall ensure that a copy of all related reports is forwarded to each member of the Critical Incident Review Board, for each critical incident to be reviewed by the review board, within 30 days of the completion of the investigation, and no later than seven (7) days prior to the date of the Critical Incident Review Board convening. Copies of audio and video recordings will be available to members of the Critical Incident Review Board upon request.

Membership:

The Critical Incident Review Board shall consist of voting and non voting members.

Voting members:

- A Commander from Law Enforcement
- A Commander from Court Services
- A Commander from Detention Services

Non voting members:

- The Chief Legal Advisor
- Commander from Human Resources

The Commander from the Human Resources Services Bureau shall chair the meeting.

Also in attendance shall be a representative from the Facility or Unit Commander from the employee's chain of command and the Lieutenants from the Division of Inspectional Services, Internal Affairs and Training.

A representative from the Division of Inspectional Services, along with the investigator assigned to the incident must be present.

Other representatives may be requested to attend a CIRB at the discretion of the chair.

SECTION 4 Organization

**San Diego County Sheriff's Department – Procedure Section**

**The Critical Incident Review Board shall convene as follows:**

Preliminary Critical Incident Review Board:
Within two (2) weeks of the occurrence of a critical incident for a preliminary assessment.

Standard Critical Incident Review Board:
Within thirty (30) days of a District Attorney's review letter involving a critical incident; and within thirty (30) days of the completion of the investigation of a critical incident.

When requested by the Sheriff, Undersheriff, Assistant Sheriff, or a board member.

**The following incidents are deemed critical incidents and shall be reviewed by the CIRB:**

In custody death, other than natural causes;
Use of deadly force by a department employee;
Pursuits resulting in any injury requiring hospital admittance or major property damage;
Death or serious injury resulting from action of a member of this Department;

Note: Serious injury means a serious impairment of physical condition, including but not limited to: loss of consciousness, concussion, bone fracture, protracted loss or impairment of function of any bodily member or organ, a wound requiring extensive suturing, and serious disfigurement.

Law Enforcement related injuries requiring hospital admittance;
Discharge of a firearm by sworn personnel;
Any other incident involving the discharge of a firearm, major property damage, or major vehicle damage by a member of this Department or other critical incident which, in the judgment of the Sheriff, Undersheriff, Assistant Sheriff, or board member warrants review.

Presentation:

At the beginning of the CIRB the investigators involved in the investigation of the critical incident will present facts and circumstances to the members of the CIRB. At the conclusion of the presentation each board member will have an opportunity to question the investigator regarding the specific facts and circumstances surrounding the critical incident.

Additional Investigation:

If after the presentation, additional investigation is determined to be necessary, the CIRB will continue the proceedings and return the case to the Lieutenant of the Division of Inspectional Services for further follow up. The Division of Inspectional Services is responsible for working with the investigators involved in the case to ensure that all follow up investigations are completed appropriately and timely. The matter shall be reset for hearing before the CIRB within 30 days of being returned for follow up.

Policy Violations:

After hearing from all necessary parties, the three Commanders will vote to make a determination as to whether or not a policy violation may exist.

If a majority of the voting members determine that a policy violation may have occurred, the case will be forwarded to Internal Affairs, assigned an Internal Affairs case number and investigated. After the case is investigated by Internal Affairs, the case will be forwarded to the command for review consistent with the Department's policies and procedures. If, after an Internal Affairs investigation, it is determined that no violation occurred, then the Internal

SECTION 4 Organization

**San Diego County Sheriff's Department – Procedure Section**

Affairs case will be forwarded through the command to be reviewed and approved by the voting members of the Critical Incident Review Board.

If, during the Critical Incident Review Board, the majority of the voting members determine that no policy violations have occurred, the CIRB case will be forwarded to the Lieutenant of the Division of Inspectional Services for the generation of a report, consistent with the Board's findings, at the conclusion of the CIRB.

Training:

The CIRB is also tasked with making recommendations for training based upon the analysis of critical incidents. If the Board identifies significant training issues, the Board will direct those issues to the Training Lieutenant. The Training Lieutenant will be required to prepare a written report to the Lieutenant of the Division of Inspectional Services within thirty (30) days outlining the actions taken based upon the Boards direction.

Policies:

If the CIRB identifies policy issues of concern while reviewing a critical incident, the Board will direct its concerns to the Lieutenant of the Division of Inspectional Services. The Lieutenant will ensure that the proposed policy recommendations are prepared and present them for approval to EMT within thirty (30) days of the CIRB.

Distribution of Reports:

Within seven (7) days of the CIRB, the Facility or Unit Commander, from the employee's chain of command, will meet with the employee and debrief them as to the results of the CIRB. The Facility of Unit Commander will submit in writing to the Lieutenant of the Division of Inspectional Services that the meeting has taken place.

Within forty five (45) days of the CIRB, the Lieutenant of the Division of Inspectional Services will prepare a report summarizing the actions and conclusions of the board. The CIRB report shall contain specific findings with regard to whether the review board found any policy violations, and training or policy issues, as well as what actions were taken by the department. A copy of the CIRB Confidential Report and other related reports shall be filed in the Legal Affairs Section, Office of the Sheriff.

**Awards and Recognition Board**

Responsibility:

The Awards and Recognition Board shall make determinations regarding the appropriateness of all Departmental awards, with the exception of the Report of Exemplary Performance. (Related section 3.23)

Membership:

Chairperson: Commander, Human Resource Services Bureau

Commander, Law Enforcement Services Bureau

Commander, Detention Services Bureau

Commander, Court Services Bureau

SECTION 4 Organization