# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN MORTON, et al.,<br><br>                           Plaintiffs,<br>v.<br>COUNTY OF SAN DIEGO, et al.,<br><br>                           Defendants. | Case No.: 3:21-cv-01428-RBM-DDL<br><br>**ORDER REQUIRING FURTHER JOINT STATUS REPORT** |

On November 7, 2025, the Court vacated the pretrial scheduling order and ordered the Parties to meet and confer to determine four agreed-upon trial dates in April, May, or June 2026. (Doc. 307.) The Parties timely filed a Joint Status Report indicating they were unable to determine an agreed-upon date, although it appears there may be some time in July that works for the Parties. (Doc. 310 at 2–3.)

The Court **ORDERS** the Parties to meet and confer to determine three agreed-upon trial dates in July or August 2026. On or before **November 26, 2025**, the Parties shall **FILE** a further joint status report with those proposed dates.

**IT IS SO ORDERED**.

DATE: November 18, 2025

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE