**Michael L. Wroniak, Esq. (State Bar No. 210347)**
**Rada Feldman, Esq. (State Bar No. 285931)**
**Bianca M. Bonjean, Esq. (State Bar No. 342297)**
**Sofia Torrez, Esq. (State Bar No. 355321)**
**COLLINS + COLLINS LLP**
**750 The City Drive, Suite 400**
**Orange, CA 92868**
**(714) 823-4100 – FAX (714) 823-4101**
Email:  mwroniak@ccllp.law
Email:  rfeldman@ccllp.law
Email:  bbonjean@ccllp.law
Email:  storrez@ccllp.law

Attorneys for Defendants
COUNTY OF SAN DIEGO and JANINE SPARKS

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN MORTON, Individually, and as Successor in Interest to JOSEPH MORTON, and DEAN MORTON, Individually,<br><br>        Plaintiffs,<br>  vs.<br><br>COUNTY OF SAN DIEGO, BIJAN RAHMANI, Individually, HOSANNA ALTO, Individually, MATTHEW BERLIN, Individually, LIBERTY HEALTHCARE, JANINE SPARKS, Individually, CHRISTOPHER KAGAY, Individually, AND DOES 1-10, inclusive,<br>        Defendants. | CASE NO. 3:21-cv-01428-RBM-DDL<br>*Judge Ruth Bermudez Montenegro, Courtroom 5D; Magistrate Judge David D. Leshner, Courtroom 2D*<br><br>**JOINT STATUS REPORT [ECF No. 311]**<br><br>**Complaint Filed:  08/09/2021**<br>**Trial Date:** |

      Defendants County of San Diego and Janine Sparks ("County Defendants"); Defendants Liberty Healthcare of California, Bijan Rahmani, Matthew Berlin, and Christopher Kagay ("Liberty Defendants"); and Plaintiffs Marilyn Morton, individually and as successor in interest to Joseph Morton, and Dean Morton ("Plaintiffs")

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone  (714) 823-4100
Fax       (714) 823-4101

(collectively, "the Parties") submit this further joint status report pursuant to the Court's Order dated November 18, 2025 (Dkt. 311):

1. The Parties met and conferred to determine three agreed-upon trial dates and propose the following dates:
   a. August 10, 2026
   b. August 17, 2026
   c. August 3, 2026
2. The Parties' estimate for the length of trial is 8-10 days.
3. If possible, due to an expert availability issue, the parties prefer August 10 or 17, but they can make August 3 work, as well. Additionally, it is noted that the parties have also agreed to accommodate scheduling for a defense expert availability issue the week of August 24-31.

DATED: November 25, 2025          COLLINS + COLLINS LLP


                                  By: __/s/ Rada Feldman_____
                                      MICHAEL L. WRONIAK
                                      RADA FELDMAN
                                      BIANCA M. BONJEAN
                                      SOFIA TORREZ
                                      Attorneys for Defendants
                                      COUNTY OF SAN DIEGO and JANINE SPARKS


DATED: November 25, 2025          By: _/s/ Danielle Renee Pena_____
                                      DANIELLE RENEE PENA
                                      Attorney for Plaintiffs DEAN MORTON
                                      and MARILYN MORTON, Individually,
                                      and as Successor in Interest to Joseph Morton

23475

2

FURTHER JOINT STATUS REPORT

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax    (714) 823-4101

| | | |
|---|---|---|
| 1 | DATED: November 25, 2025 | By: __/s/ Joseph M. McMullen_____ |
| 2 | | JOSEPH M. MCMULLEN |
| 3 | | Attorney for Plaintiffs DEAN MORTON and MARILYN MORTON, Individually, and as Successor in Interest to Joseph Morton |

DATED: November 25, 2025   By: ___/s/ Grace Jun_____
GRACE JUN
Attorney for Plaintiffs DEAN MORTON and MARILYN MORTON, Individually, and as Successor in Interest to Joseph Morton

DATED: November 25, 2025   By: __/s/ Corey Krueger_____
COREY KRUEGER
Attorney for Defendants BIJAN RAHMANI, MATTHEW BERLIN, CHRISTOPHER KAGAY, and LIBERTY HEALTHCARE OF CALIFORNIA, INC., erroneously sued and served herein as Liberty Healthcare

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

*23475*