# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN MORTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SAN DIEGO, et al., <br><br> Defendants. | Case No.: 3:21-cv-01428-RBM-DDL <br><br> **ORDER RESETTING TRIAL AND PRETRIAL DATES** |

On November 7, 2025, on its own motion, the Court vacated the pretrial scheduling order (Doc. 285) and all deadlines therein. (Doc. 307.) On November 25, 2025, the Parties submitted a Joint Status Report informing the Court of agreed-upon trial dates. (Doc. 312.) Accordingly, the Court resets the trial and pretrial dates as follows:

| Event | Date/Deadline |
|---|---|
| File Memoranda of Contentions of Fact and Law Pursuant to Local Rule 16.1(f)(2) | May 28, 2026 |
| Pretrial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(3) | June 4, 2026 |
| Meet and Confer Pursuant to Local Rule 16.1(f)(4) | June 11, 2026 |
| Plaintiffs' Counsel Provides Opposing Counsel with Proposed Pretrial Order | June 18, 2026 |

| Parties Lodge Proposed Final Pretrial Conference Order Pursuant to Local Rule 16.1(f)(6) | June 25, 2026 |
|---|---|
| Final Pretrial Conference | July 2, 2026 at 1:30 p.m. |
| Trial | August 17, 2026 at 8:30 a.m. |

**IT IS SO ORDERED**.

DATE:  December 2, 2025

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE