Danielle R. Pena, Esq., SBN 286002
dpena@PHGLawGroup.com
PHG Law Group
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone:  (619) 826-8060
Facsimile:   (619) 826-8065

Grace Jun, Esq., SBN 287973
grace@gracejunlaw.com
501 West Broadway, Suite 1480
San Diego, CA 92101-6036
TEL: (619) 841-1408

Attorneys for Plaintiffs Marilyn Morton and
Dean Morton

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN MORTON, Individually, and as Successor in Interest to JOSEPH MORTON, and DEAN MORTON, by and through his successor in interest, MARILYN MORTON. | Case No. 21-cv-01428-RBM-DDL |
| Plaintiffs, | **NOTICE OF THE DEATH OF PLAINTIFF MARILYN MORTON** |
| v. | |
| COUNTY OF SAN DIEGO, JANINE SPARKS, Individually, BIJAN RAHMANI, Individually, HOSANNA ALTO, Individually, MATTHEW BERLIN, Individually, CHRISTOPHER KAGAY, Individually, LIBERTY HEALTHCARE, and DOES 1-10, inclusive, | |
| Defendants. | |

Plaintiff Marilyn Morton passed away peacefully at her home in Kenosha, Wisconsin, on March 23, 2026. Ms. Morton was 74 years old.

There are three surviving children of Marilyn Morton and Dean Morton: Linnea Morton, Brian Morton, and Elizabeth Helminiak. They are also the siblings of decedent Joseph Morton, whose death forms the basis of this case. Linnea Morton, Brian Morton, and Elizabeth Helminiak are the successors in interest to Marilyn Morton and Dean Morton. Plaintiffs will file a motion under Fed. R. Civ. P. 25(a) to substitute Linnea Morton, Brian Morton, and Elizabeth Helminiak as successors in interest to Marilyn Morton and Dean Morton.

Respectfully submitted,

PHG LAW GROUP,
GRACE JUN LAW, PC

Dated:  May 28, 2026          by:    *s/ Grace Jun*
                                            GRACE JUN
                                            Attorneys for Plaintiffs

2

NOTICE OF DEATH OF PLAINTIFF          CASE NO. 21-CV-01428-RBM-DDL