**Michael L. Wroniak, Esq. (State Bar No. 210347)**
**Rada Feldman, Esq. (State Bar No. 285931)**
**Bianca M. Bonjean, Esq. (State Bar No. 342297)**
**Cristina I. Butoiu, Esq. (State Bar No. 335902)**
**COLLINS + COLLINS LLP**
**750 The City Drive, Suite 400**
**Orange, CA 92868**
**(714) 823-4100 – FAX (714) 823-4101**
**Email: mwroniak@ccllp.law**
**Email: rfeldman@ccllp.law**
**Email: bbonjean@ccllp.law**
**Email: cbutoiu@ccllp.law**

Attorneys for Defendants
COUNTY OF SAN DIEGO and JANINE SPARKS

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN MORTON, Individually, and as Successor in Interest to JOSEPH MORTON, and DEAN MORTON, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN DIEGO, BIJAN RAHMANI, Individually, HOSANNA ALTO, Individually, MATTHEW BERLIN, Individually, LIBERTY HEALTHCARE, JANINE SPARKS, Individually, CHRISTOPHER KAGAY, Individually, AND DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 3:21-cv-01428-RBM-DDL<br>*Judge Ruth Bermudez Montenegro, Courtroom 5D; Magistrate Judge David D. Leshner, Courtroom 2D*<br><br>**DEFENDANTS COUNTY OF SAN DIEGO AND JANINE SPARKS' OBJECTION TO PLAINTIFF'S SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION TO WILLIAM GORE**<br><br>**Complaint Filed: 08/09/2021**<br>**Trial Date:        08/17/2026** |

///

///

23475

1

DEFENDANTS COUNTY OF SAN DIEGO AND JANINE SPARKS' OBJECTION TO PLAINTIFF'S SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION TO WILLIAM GORE

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE THAT NON-PARTY WILLIAM GORE ("Gore") and Defendants Janine Sparks and County of San Diego (collectively, "Responding Party") hereby object to Plaintiffs'  MARILYN MORTON, Individually, and as Successor in Interest to JOSEPH MORTON, and DEAN MORTON, Individually, Subpoena to Non-Party William Gore to Appear and Testify at Trial, scheduled for August 17, 2026, at 8:30 a.m. at the Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, CA 92101, Courtroom 5B (the "Subpoena") pursuant to Federal Rules of Civil Procedure ("FRCP"), Rule 45, upon the following grounds:

1. This is Objection is made on the grounds that it is well established in this circuit and in this district that County Sheriffs, including Gore specifically, are considered high-level officials to whom the apex doctrine applies. *Myles v. County of San Diego*, 15CV1985-BEN (BLM), 2016 WL 4366543, at *3–4 (S.D. Cal. Aug. 15, 2016) (finding Gore a high-level official subject to the apex doctrine and collecting cases). Plaintiff has a burden to show the need for Gore testimony, which she does not meet.

2. This Objection is also made on the grounds that Plaintiff seeks information that is neither relevant to any party's claim, proportionate, nor necessary for the case. *Amini Innovation Corp. v. McFerran Home Furnishings, Inc*., 300 F.R.D. 406, 409-410 (C.D. Cal. 2014); *Mi Familia Vota v. Hobbs*, 343 F.R.D. 71, 81 (D. Ariz. 2022) Gore's testimony is entirely unnecessary as he has no personal knowledge or involvement with the incident that forms the basis of this lawsuit because he did not speak with, give direction to, or encourage anyone regarding any actions taken prior to or during the incident.

3. This Objection is also made on the grounds that it imposes an undue burden on Gore. *Amini Innovation Corp. v. McFerran Home Furnishings, Inc*., 300 F.R.D. 406, 410 (C.D. Cal. 2014); *Mi Familia Vota v. Hobbs*, 343 F.R.D. 71, 81 (D. Ariz. 2022).  It would be unduly burdensome and expensive for Gore to testify at trial since he is now elderly, retired in February 2022, and is no longer employed by the County. *Amini*

23475

2

DEFENDANTS COUNTY OF SAN DIEGO AND JANINE SPARKS' OBJECTION TO PLAINTIFF'S SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION TO WILLIAM GORE

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA  92868-4940
Phone   (714) 823-4100
Fax       (714) 823-4101

*Innovation Corp. v. McFerran Home Furnishings, Inc*., 300 F.R.D. 406, 410 (C.D. Cal. 2014), *Mi Familia Vota v. Hobbs*, 343 F.R.D. 71, 81 (D. Ariz. 2022)

4. This Objection is further made on the grounds of the availability of the information from other sources. *Amini Innovation Corp. v. McFerran Home Furnishings, Inc*., 300 F.R.D. 406, 409-410 (C.D. Cal. 2014). Gore is not a named defendant in this lawsuit and Plaintiff has not demonstrated Gore has unique, firsthand knowledge that cannot be obtained through less burdensome means. Furthermore, Gore's testimony is unreasonably cumulative as Plaintiff has already obtained testimony from multiple witnesses, including multiple Rule 30(b)(6) witnesses, designated by the County, and information already produced by the County in this lawsuit.

5. Additionally, this Objection is made on the grounds that the trial subpoena is procedurally defective because it is overly broad in scope, time period, and lacks any particularity as to the scope of Gore's testimony. *Amini Innovation Corp. v. McFerran Home Furnishings, Inc*., 300 F.R.D. 406, 410 (C.D. Cal. 2014); *Mi Familia Vota v. Hobbs*, 343 F.R.D. 71, 81 (D. Ariz. 2022).

6. Furthermore, this Objection is made on the grounds that the identity of the prosecuting party remains unknown and until the defect is cured, the subpoena on Gore is procedurally improper and premature pursuant to FRCP Rule 25.

7. This Objection is also made on the grounds that Plaintiff failed to timely identify Gore as a witness as required under FRCP 26(e) and is thus prohibited from calling Former Sheriff Gore as a witness under FRCP 37(c)(1).

8. This Objection is further made on the grounds that Plaintiff served Gore on May 20, 2026, which is well past the October 27, 2023 discovery cutoff date established by this Court.

9. This Objection is also made on the grounds that Plaintiff never noticed Gore's deposition and thus the information sought by Plaintiff and whether it would even be admissible is unknown.

///

*23475*

DEFENDANTS COUNTY OF SAN DIEGO AND JANINE SPARKS' OBJECTION TO PLAINTIFF'S SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION TO WILLIAM GORE

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

10. This Objection is further made that the information sought by Plaintiff is protected by the attorney-client privilege, official information privilege, and work product doctrine.

DATED:  June 3, 2026                    COLLINS + COLLINS LLP

                                        By: _____
                                        CRISTINA I. BUTOIU
                                        MICHAEL L. WRONIAK
                                        RADA FELDMAN
                                        BIANCA M. BONJEAN
                                        Attorneys for Defendants
                                        COUNTY OF SAN DIEGO and JANINE SPARKS

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA  92868-4940
Phone   (714) 823-4100
Fax        (714) 823-4101

23475

4

DEFENDANTS COUNTY OF SAN DIEGO AND JANINE SPARKS' OBJECTION TO PLAINTIFF'S SUBPOENA
TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION TO WILLIAM GORE

**PROOF OF SERVICE**
**(CCP §§ 1013(a) and 2015.5; FRCP 5)**

State of California,            )
                               )  ss.
County of Los Angeles.         )

I am employed in the County of Pasadena. I am over the age of 18 and not a party to the within action. My business address is 790 E. Colorado Boulevard, Suite 600, Pasadena CA 91101.

On this date, I served the foregoing document described as **DEFENDANTS COUNTY OF SAN DIEGO AND JANINE SPARKS' OBJECTION TO PLAINTIFF'S SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION TO WILLIAM GORE** on the interested parties in this action by placing same in a sealed envelope, addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ **(BY MAIL)** - I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail in Pasadena, California to be served on the parties as indicated on the attached service list. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY CERTIFIED MAIL)** – I caused such envelope(s) with postage thereon fully prepaid via Certified Mail Return Receipt Requested to be placed in the United States Mail in Pasadena, California.

☐ **FEDERAL EXPRESS** - I caused the envelope to be delivered to an authorized courier or driver authorized to receive documents with delivery fees provided for.

☒ **(BY ELECTRONIC FILING AND/OR SERVICE)** – I served a true copy, with all exhibits, electronically on designated recipients listed on the attached service list.

☐ **(ELECTRONIC SERVICE PER CODE CIV. PROC., § 1010.6)** – By prior consent or request or as required by rules of court (Code Civ. Proc., § 1010.6 (amended Jan. 1, 2021); Code Civ. Proc., § 1013(g); Cal. Rules of Court, rule 2.251(a)).

☐ **(BY PERSONAL SERVICE)** - I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

Executed on **June 3, 2026** at Pasadena**,** California.

☐ **(STATE)** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
MICHELE L. SCHEE
mschee@ccllp.law

**COLLINS + COLLINS** LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

23475

5

DEFENDANTS COUNTY OF SAN DIEGO AND JANINE SPARKS' OBJECTION TO PLAINTIFF'S SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION TO WILLIAM GORE

**MORTON, et al v. COUNTY OF SAN DIEGO, et al.**
**United States District Court-Southern District Case Number: 3:21-cv-01428-RBM-DDL**
**CCLLP File Number: 23475**

**SERVICE LIST**

Danielle Renee Pena
PHG LAW GROUP
501 West Broadway Suite 1480
San Diego, CA 92014
T: (619) 826-8060 – Fax: (619) 826-8065
dpena@PHGLawgroup.com;
lpierce@PHGLawgroup.com
**ATTORNEYS FOR PLAINTIFFS DEAN MORTON and MARILYN MORTON, Individually, and as Successor in Interest to Joseph Morton**

Grace Jun
501 West Broadway, Suite 1480
San Diego, CA 92101-6036
T: (619) 841-1408
grace@gracejunlaw.com
**ATTORNEYS FOR PLAINTIFFS DEAN MORTON and MARILYN MORTON, Individually, and as Successor in Interest to Joseph Morton**

Joseph M. McMullen
Law Offices of Joseph M. McMullen
501 West Broadway, Suite 1510
San Diego, CA 92101-6036
T: (619) 501-2000
joe@jmm-legal.com
**ATTORNEYS FOR PLAINTIFFS DEAN MORTON and MARILYN MORTON, Individually, and as Successor in Interest to Joseph Morton**

Corey E. Krueger
Alexandra Sennet
TRESSLER LLP
6100 Center Drive, Suite 1175
Los Angeles, CA 90045
T: (310) 203-4800; Fax: (323) 486-2704
ckrueger@tresslerllp.com
JPatterson@tresslerllp.com
asennet@tresslerllp.com
**ATTORNEYS FOR DEFENDANTS BIJAN RAHMANI, MATTHEW BERLIN, CHRISTOPHER KAGAY and LIBERTY HEALTHCARE OF CALIFORNIA, INC., erroneously sued and served herein as Liberty Healthcare**

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA  92868-4940
Phone  (714) 823-4100
Fax      (714) 823-4101

23475

6

DEFENDANTS COUNTY OF SAN DIEGO AND JANINE SPARKS' OBJECTION TO PLAINTIFF'S SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION TO WILLIAM GORE