Danielle R. Pena, Esq., SBN 286002
dpena@PHGLawGroup.com
PHG Law Group
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone:  (619) 826-8060
Facsimile:   (619) 826-8065

Grace Jun, Esq., SBN 287973
grace@gracejunlaw.com
501 West Broadway, Suite 1480
San Diego, CA 92101-6036
TEL: (619) 841-1408

Attorneys for Plaintiffs Marilyn Morton and Dean Morton

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN MORTON, Individually, and as Successor in Interest to JOSEPH MORTON, and DEAN MORTON, by and through his successor in interest, MARILYN MORTON.<br><br>                              Plaintiffs,<br><br>        v.<br><br>COUNTY OF SAN DIEGO, JANINE SPARKS, Individually, BIJAN RAHMANI, Individually, HOSANNA ALTO, Individually, MATTHEW BERLIN, Individually, CHRISTOPHER KAGAY, Individually, LIBERTY HEALTHCARE, and DOES 1-10, inclusive,<br><br>                              Defendants. | Case No. 21-cv-01428-RBM-DDL<br><br>**PLAINTIFFS' PRETRIAL DISCLOSURES** |

Pursuant to Federal Rule of Civil Procedure 26, Plaintiffs hereby submit the following Pretrial Disclosures.

## I.    WITNESSES TO BE CALLED AT TRIAL BY PLAINTIFFS:

| Witness Name and Address | Narrative |
|---|---|
| Linnea Morton<br>c/o Danielle R. Pena<br>PHG Law Group<br>501 West Broadway<br>Suite 1480<br>San Diego, CA 92101 | Linnea Morton is the sister of Joseph Morton and the daughter of Marilyn Morton and Dean Morton. Ms. Morton is expected to testify on the issue of damages. |
| Janine Sparks<br>c/o Collins + Collins LLP<br>2011 Palomar Airport Road<br>Suite 207<br>Carlsbad, CA 92011 | Defendant Sparks will testify on issues of liability related to her failure to treat Joseph Morton. |
| Bijan Rahmani<br>c/o Corey Kreuger<br>400 Continental Boulevard<br>Suite 6125<br>El Segundo, CA 90245 | Defendant Rahmani will testify on issues of liability related to his interactions with Joseph Morton. |
| Hosanna Alto<br>c/o Collins + Collins LLP<br>2011 Palomar Airport Road<br>Suite 207<br>Carlsbad, CA 92011 | Ms. Alto Will testify on issues of liability related to her interactions with Joseph Morton. |

PLAINTIFFS' PRETRIAL DISCLOSURES CASE NO. 21-CV-01428-RBM-DDL

| Witness Name and Address | Narrative |
|---|---|
| Matthew Berlin c/o Corey Kreuger 400 Continental Boulevard Suite 6125 El Segundo, CA 90245 | Defendant Berlin will testify on issues of liability related to his interactions with Joseph Morton. |
| Christopher Kagay c/o Corey Kreuger 400 Continental Boulevard Suite 6125 El Segundo, CA 90245 | Defendant Kagay Will testify on issues of liability related to Joseph Morton. |
| Samantha Macanlalay c/o Collins + Collins LLP 2011 Palomar Airport Road Suite 207 Carlsbad, CA 92011 | Nurse Macanlalay was the intake nurse at the Vista Detention Facility who documented Mr. Morton's suicide risk factors. She is expected to testify on issues related to liability. |
| Daniel Iverson | Morton made suicidal statements to this arresting officer, which were relayed to the intake staff at the Vista Detention Facility (VDF), and set forth in the intake screening. |
| Deputy Lois Guillory | Percipient witness. Deputy Guillory was the Mental Health Liaison Deputy that was told by Deputy Meyers that Joseph Morton planned to kill himself with a sheet. Deputy Guillory relayed this information to Defendant Berlin. |

3

PLAINTIFFS' PRETRIAL DISCLOSURES CASE NO. 21-CV-01428-RBM-DDL

| Witness Name and Address | Narrative |
|---|---|
| Deputy Marc Myers | Housing Deputy that was told by Morton that he planned to kill himself with a sheet |
| Melissa Quiroz<br>c/o Collins + Collins LLP<br>2011 Palomar Airport Road<br>Suite 207<br>Carlsbad, CA 92011 | County FRCP 30(b)(6) witness who will testify on issues of policies and training relevant to Plaintiffs' *Monell* theories of liability. |
| Jon Montgomery<br>c/o Collins + Collins LLP<br>2011 Palomar Airport Road<br>Suite 207<br>Carlsbad, CA 92011 | San Diego County FRCP 30(b)(6) witness who will testifying regarding Mr. Morton's medical and mental health treatment at VDF. |
| Francis Ysla, M.D.<br>c/o Corey Kreuger<br>400 Continental Boulevard<br>Suite 6125<br>El Segundo, CA 90245 | Liberty FRCP 30(b)(6) witness who will testify regarding training, supervision, and oversight of Liberty employees working at San Diego County jails. |
| Jeffrey Metzner<br>c/o Danielle R. Pena<br>PHG Law Group<br>501 West Broadway<br>Suite 1480<br>San Diego, CA 92101 | Dr. Metzner is Plaintiffs' retained correctional psychiatrist. Dr. Metzner will testify regarding the reasonableness of the conduct of the individual defendants in this case and will further testify regarding the adequacy of San Diego Sheriff's Department policies, procedures and training related to suicide prevention. |

PLAINTIFFS' PRETRIAL DISCLOSURES CASE NO. 21-CV-01428-RBM-DDL

| Witness Name and Address | Narrative |
| --- | --- |
| Kaycea Campbell<br>c/o Danielle R. Pena<br>PHG Law Group<br>501 West Broadway<br>Suite 1480<br>San Diego, CA 92101 | Kaycea Campbel is Plaintiffs' retained economist. Dr. Campbell will testify regarding decedent Joseph Morton's economic damages including lost income. |
| Robert Canning | Dr. Canning is a psychologist who conducted the expert review of San Diego County Sheriff's Department mental health practices for Disability Rights California's (DRC's) April 2018 report entitled, *Suicides in San Diego County Jail: A System Failing People with Mental Illness*. Dr. Canning is expected to testify regarding his findings and recommendations which were featured in DRC's report. |
| William D. Gore<br>4046 Eagle Street<br>San Diego, CA 92103 | Retired Sheriff Gore was the San Diego County Sheriff during Mr. Morton's death. Sheriff Gore issued a written response to a Grand Jury report regarding suicides in San Diego County jails. He also issued a written response to DRC's April 2018 report and the recommendations made by Dr. Canning. |
| Abraham Ibarra | Third party witness who was an inmate at the same time as Joseph Morton.  Inmate Ibarra may have information relating to Mr. Morton's suicidal ideation. |

5

PLAINTIFFS' PRETRIAL DISCLOSURES CASE NO. 21-CV-01428-RBM-DDL

| Witness Name and Address | Narrative |
|---|---|
| Custodian of Records / Designated Agent/Representative of State Auditor of California | This witness will establish the foundation for the State Auditor's February 2022 report on San Diego County Jails. |
| Custodian of Records / Designated Agent/Representative, San Diego County Grand Jury | This witness will establish the foundation for the Amended Grand Jury Report, *Examining the Issue of Suicides in San Diego Jails*, filed May 4, 2017. |
| Custodian of Records, National Commission on Correctional Health Care (NCCHC) | This witness will establish the foundation for the NCCHC's Technical Assistance Audit / Report issued to the San Diego County Sheriff's Department in 2017. |
| Custodian of Records, San Diego County Medical Examiner's Office | This witness will establish the foundation for Medical Examiner's reports and autopsies for other inmates who committed suicide at San Diego County jails. |

## II. WITNESSES THAT MAY BE CALLED AT TRIAL BY PLAINTIFFS

| Witness Name and Address | Narrative |
|---|---|
| Brian Morton c/o Danielle R. Pena PHG Law Group 501 West Broadway Suite 1480 San Diego, CA 92101 | Brian Morton is the brother of Joseph Morton and the daughter of Marilyn Morton and Dean Morton. Mr. Morton is expected to testify on the issue of damages. |

PLAINTIFFS' PRETRIAL DISCLOSURES CASE NO. 21-CV-01428-RBM-DDL

| Witness Name and Address | Narrative |
|---|---|
| Elizabeth Helminiak<br>c/o Danielle R. Pena<br>PHG Law Group<br>501 West Broadway<br>Suite 1480<br>San Diego, CA 92101 | Elizabeth Helminiak is the sister of Joseph Morton and the daughter of Marilyn Morton and Dean Morton. Ms. Helminiak is expected to testify on the issue of damages. |
| Linnea Pitts<br>c/o Danielle R. Pena<br>PHG Law Group<br>501 West Broadway<br>Suite 1480<br>San Diego, CA 92101 | Ms. Pitts is the sister of Marilyn Morton, the mother of Joseph Morton. Ms. Pitts is expected to testify on issues of damages. |
| Liz Puntillo<br>c/o Danielle R. Pena<br>PHG Law Group<br>501 West Broadway<br>Suite 1480<br>San Diego, CA 92101 | Ms. Puntillo is the sister of Marilyn Morton. Ms. Puntillo is expected to testify on the issue of damages. |
| Elaine Loung<br>c/o Danielle R. Pena<br>PHG Law Group<br>501 West Broadway<br>Suite 1480<br>San Diego, CA 92101 | Ms. Loung was the girlfriend of Joseph Morton at the time of his death. Ms. Luong is expected to testify on the issue of damages. |

7

PLAINTIFFS' PRETRIAL DISCLOSURES CASE NO. 21-CV-01428-RBM-DDL

| Witness Name and Address | Narrative |
|---|---|
| Maya Rada<br>c/o Collins + Collins LLP<br>2011 Palomar Airport Road<br>Suite 207<br>Carlsbad, CA 92011 | Nurse at Vista Detention Facility who was notified when Mr. Morton was removed from enhanced observation housing. Ms. Rada will testify on issues related to liability. |
| James Paul | Arresting officer for Joseph Morton from May 7, 2020 that resulted in a "5150" hold. |
| Deputy J. Bennetts, Jr. | Percipient witness who was the Mental Health Liaison Deputy on 5/11/2020 when Rahmani saw Morton |
| Nurse Lindsay Jameson | Percipient witness who was notified of Morton's EOH Placement and clearance from CIWA protocols |
| Deputy Talamantez | Classification deputy and percipient witness who may testify on issues of liability |
| Deputy Odenwalder | Housing deputy and percipient witness who may testify on issues of liability. |
| PERT Clinician Kapchinsky | Percipient witness and PERT Clinician who originally placed Joseph Morton on a "5150" hold on May 7, 2020. |
| Nurse Andrea Medina | Percipient witness who may testify on issues of liability. |

8

PLAINTIFFS' PRETRIAL DISCLOSURES CASE NO. 21-CV-01428-RBM-DDL

| Witness Name and Address | Narrative |
|---|---|
| Deputy Hightower | Supervisor on medical note clearing from CIWA and updated note. |
| Captain Billy Duke | Percipient witness who was notified of the critical incident on 5/18/2020 |
| Michael Raguine | SRN on call during 5/18/2020 critical incident |
| Nas Rafi | Medical personnel who reviewed Joseph Morton's CVS pharmacy records |
| Derek Williamson c/o Collins + Collins LLP 2011 Palomar Airport Road Suite 207 Carlsbad, CA 92011 | San Diego County FRCP 30(b)(6) witness who testify regarding policies and procedures in place at the Vista Detention Facility during Joseph Morton's death. |
| Luis Gomez c/o Collins + Collins LLP 2011 Palomar Airport Road Suite 207 Carlsbad, CA 92011 | San Diego County FRCP 30(b)(6) witness who will testify as to surveillance video at the Vista Detention Facility (VDF), including applicable policies and procedures. |
| Matthew McArdle c/o Collins + Collins LLP 2011 Palomar Airport Road Suite 207 Carlsbad, CA 92011 | San Diego County FRCP 30(b)(6) who will testify as to surveillance video at VDF, including applicable policies and procedures. |

PLAINTIFFS' PRETRIAL DISCLOSURES CASE NO. 21-CV-01428-RBM-DDL

| Witness Name and Address | Narrative |
|---|---|
| Any witness that must be called for foundation or authentication purposes | |
| Any witness disclosed by any other party in their pretrial disclosures | |
| Any treating medical provider of Joseph Morton | |

## III. WITNESS TESTIMONY EXPECTED TO BE PRESENTED BY DEPOSITION

Plaintiffs designate the deposition transcript of Marilyn Morton in its entirety due to the fact that Ms. Morton unfortunately passed away on March 23, 2026.

## IV. EXHIBITS PLAINTIFFS EXPECT TO OFFER AT TRIAL

| *Morton v. County of San Diego, et al.* | 21-cv-01428-RBM-DDL | | |
|---|---|---|---|
| Plaintiff's List of Exhibits | | | |
| Number | Date Marked | Date Admitted | Description |
| 1. | | | San Diego County Sheriff's Department Arrest/Juvenile Contact Report from May 12, 2020, Incident |
| 2. | | | San Diego County Sheriff's Department Officer Report of Daniel Iverson |
| 3. | | | Follow-Up Investigation Report from In Custody Death of Joseph Moton by Det. B. Simpson |

10

PLAINTIFFS' PRETRIAL DISCLOSURES CASE NO. 21-CV-01428-RBM-DDL

| *Morton v. County of San Diego, et al.* | | | 21-cv-01428-RBM-DDL |
|---|---|---|---|
| Plaintiff's List of Exhibits | | | |
| 4. | | | Medical Clearance Performed by Samantha Macanlalay on May 11, 2020 |
| 5. | | | Receiving Screening Performed by Samantha Macanlalay on May 11, 2020 |
| 6. | | | Incident Reports for Joseph Morton from May 11-14, 2020 |
| 7. | | | ISP Assessment/Follow-Up Completed by Bijan Rahmani on May 11, 2020 |
| 8. | | | Policy MSD.S.10 – Suicide Prevention & Patient Safety Program |
| 9. | | | ISP Assessment/Follow-Up Completed by Hosanna Alto on May 12, 2020 |
| 10. | | | Progress Notes for Joseph Morton |
| 11. | | | San Diego Sheriff's Department Follow-Up Investigative Report by Det. B. Simpson |
| 12. | | | ISP Assessment/Follow-Up for MHC's Performed by Matthew Berlin |
| 13. | | | Policy J.5 – Inmate Suicide Prevention Practices & Inmate Safety Program |
| 14. | | | Policy MSD.M.13 – Medical Observation Beds |
| 15. | | | Sick Call Scheduling for Joseph Morton |

11

PLAINTIFFS' PRETRIAL DISCLOSURES CASE NO. 21-CV-01428-RBM-DDL

| *Morton v. County of San Diego, et al.* | | | 21-cv-01428-RBM-DDL |
|---|---|---|---|
| Plaintiff's List of Exhibits | | | |
| 16. | | | Cancellation of Joseph Morton's Sick Call |
| 17. | | | Visit Indicator for Janine Sparks for May 13-15, 2020 |
| 18. | | | Training Transcript for Hosanna H. Alto |
| 19. | | | Learner Transcript for Hosanna H. Alto |
| 20. | | | Incident Report from 5/11/2020 |
| 21. | | | Incident Report from 5/12/2020 |
| 22. | | | Email from Jake Villeneuve to Francis Ysla Forwarding Mathew Berlin's Email Regarding Joseph Morton Suicide |
| 23. | | | Emails with Christopher Francis Ysla and Christopher Kagay regarding Morton Suicide |
| 24. | | | Email from Jake Villenueve to Matthew Berlin Asking Dr. Berlin to Add to Incident Report |
| 25. | | | Progress Notes from 5/11/2020 through 5/18/2020 |
| 26. | | | Emails Between Christopher Kagay and Francis Isla re Recent In Custody Death |
| 27. | | | Sick Calls for Joseph Morton |

12

PLAINTIFFS' PRETRIAL DISCLOSURES CASE NO. 21-CV-01428-RBM-DDL

| *Morton v. County of San Diego, et al.* | | | 21-cv-01428-RBM-DDL |
|---|---|---|---|
| Plaintiff's List of Exhibits | | | |
| 28. | | | Call from Joseph Morton to Elaine Loung from 5/12/2020 |
| 29. | | | Call from Joseph Morton to Elaine Loung from 5/16/2020 |
| 30. | | | Call from Joseph Morton to Elaine Loung from 5/17/2020 |
| 31. | | | Suicide Note to Lainey Luong |
| 32. | | | Call from Joseph Morton to Elaine Loung |
| 33. | | | Call from Joseph Morton to Elaine Loung |
| 34. | | | Call from Joseph Morton to Elaine Loung |
| 35. | | | Call from Joseph Morton to Elaine Loung |
| 36. | | | Call from Joseph Morton to Elaine Loung |
| 37. | | | Call from Joseph Morton to Elaine Loung |
| 38. | | | Suicide Note to Morton Family |
| 39. | | | Call from Joseph Morton to Marilyn Morton |
| 40. | | | Transcript of Call from Joseph Morton to Marilyn Morton |
| 41. | | | Call from Joseph Morton to Marilyn Morton |
| 42. | | | Transcript of Call from Joseph Morton to Marilyn Morton |

13

PLAINTIFFS' PRETRIAL DISCLOSURES CASE NO. 21-CV-01428-RBM-DDL

| *Morton v. County of San Diego, et al.* | | | 21-cv-01428-RBM-DDL |
|---|---|---|---|
| Plaintiff's List of Exhibits | | | |
| 43. | | | Call from Joseph Morton to Marilyn Morton |
| 44. | | | Transcript of Call from Joseph Morton to Marilyn Morton |
| 45. | | | Call from Joseph Morton to Marilyn Morton |
| 46. | | | Transcript of Call from Joseph Morton to Marilyn Morton |
| 47. | | | Call from Det. Nicholas Sisto to Marilyn Morton |
| 48. | | | SOAP Notes for Joseph Morton |
| 49. | | | Internal County Email from Katrina San Nicolas to Melisssa Quiroz Regarding the In-Custody death of Joseph Morton |
| 50. | | | San Diego Sheriff's Department Incident Report of J. Bennett |
| 51. | | | May 26, 2020, Email from Kristin Sanchez to Geoff Twitchell Regarding Providers Not Completing Mental Health Issues Training |
| 52. | | | Email to Ramsey Khouri and Rachel Tait from Kevin Rice Regarding Suicide Risk and Watch |

14

PLAINTIFFS' PRETRIAL DISCLOSURES CASE NO. 21-CV-01428-RBM-DDL

| *Morton v. County of San Diego, et al.* | | | 21-cv-01428-RBM-DDL |
|---|---|---|---|
| Plaintiff's List of Exhibits | | | |
| 53. | | | May 11, 2020, Video Surveillance - Vehicle Entrance |
| 54. | | | May 11, 2020, Video Surveillance - Vehicle Exit |
| 55. | | | May 11, 2020, Video Surveillance – Vehicle Sally Entrance 2 |
| 56. | | | May 11, 2020, Video Surveillance – Vehicle Sallyport 1 |
| 57. | | | May 11, 2020, Video Surveillance – Vehicle Sallyport 2 |
| 58. | | | May 11, 2020, Video Surveillance – Vehicle Sallyport 3 |
| 59. | | | May 11, 2020, Video Surveillance – Vehicle Sallyport 4 |
| 60. | | | May 11, 2020, Video Surveillance – Vehicle Sallyport 5 |
| 61. | | | May 11, 2020, Video Surveillance – RM Sallyport 2 |
| 62. | | | May 11, 2020, Video Surveillance – RM Corridor 3 |
| 63. | | | May 11, 2020, Video Surveillance – Vehicle Entrance 1 |
| 64. | | | May 11, 2020, Video Surveillance – Vehicle Entrance 2 |

15

PLAINTIFFS' PRETRIAL DISCLOSURES CASE NO. 21-CV-01428-RBM-DDL

| *Morton v. County of San Diego, et al.* | | | 21-cv-01428-RBM-DDL |
|---|---|---|---|
| Plaintiff's List of Exhibits | | | |
| 65. | | | May 11, 2020, Video Surveillance – Sobriety 1 |
| 66. | | | May 11, 2020, Video Surveillance – Sobriety 2 |
| 67. | | | May 11, 2020, Video Surveillance – Outside Male Intake Sally Port 1 |
| 68. | | | May 11, 2020, Video Surveillance - Outside Male Intake Sally Port 2 |
| 69. | | | May 11, 2020, Video Surveillance - Outside Male Intake Sally Port 3 |
| 70. | | | May 11, 2020, Video Surveillance – Male Intake Sally Port 1 |
| 71. | | | May 11, 2020, Video Surveillance – Male Intake Sally Port 2 |
| 72. | | | May 11, 2020, Video Surveillance – Pre-Intake 1 |
| 73. | | | May 11, 2020, Video Surveillance – Pre-Intake 2 |
| 74. | | | May 11, 2020, Video Surveillance – Make Intake Sally Port 1 |
| 75. | | | May 11, 2020, Video Surveillance – Make Intake Sally Port 2 |
| 76. | | | May 11, 2020, Video Surveillance – Male Intake Hallway 1 |

16

PLAINTIFFS' PRETRIAL DISCLOSURES CASE NO. 21-CV-01428-RBM-DDL

| *Morton v. County of San Diego, et al.* | | | 21-cv-01428-RBM-DDL |
|---|---|---|---|
| Plaintiff's List of Exhibits | | | |
| 77. | | | May 11, 2020, Video Surveillance – Male Intake Hallway 2 |
| 78. | | | May 11, 2020, Video Surveillance – Male Booking 1 |
| 79. | | | May 11, 2020, Video Surveillance – Male Booking 2 |
| 80. | | | May 11, 2020, Video Surveillance – Male Booking-Xray |
| 81. | | | May 11, 2020, Video Surveillance – Main Door Hall |
| 82. | | | May 11, 2020, Video Surveillance – (12) (18:41:00 to 23:59:59) |
| 83. | | | May 11, 2020, Video Surveillance – (11) (18:41:00 to 23:59:59) |
| 84. | | | May 12, 2020, Video Surveillance – (12) MedWard 1 (00:00:00 – 06:00:18) |
| 85. | | | May 12, 2020, Video Surveillance – (11) MedWard 1 (00:00:00 – 06:00:18) |
| 86. | | | May 17, 2020, Video Surveillance – (3) LW Mod5 Dayroom 2 (06:53:04 – 08:31:33) |
| 87. | | | May 17, 2020, Video Surveillance – (3) LW Mod5 Dayroom 2 (21:40:00 - 22:55:30) |

17

| Morton v. County of San Diego, et al. | | | 21-cv-01428-RBM-DDL |
|---|---|---|---|
| Plaintiff's List of Exhibits | | | |
| 88. | | | Gatekeeper Discharge Completed by Bijan Rahmani on May 11, 2020. |
| 89. | | | Gatekeeper Discharge Completed by Lynetta Devereaux on May 11, 2020. |
| 90. | | | RN ISP – Placement/Wellness Check Completed by Paul Mata on May 11, 2020 |
| 91. | | | General Informed Consent Completed by Samantha Macanlalay on May 11, 2020 |
| 92. | | | EMAR, Electronic Administration Record for Joseph Morton |
| 93. | | | Scheduled Appointments for Joseph Morton From 5/13/2020 to 5/20/2020 |
| 94. | | | Photos of Lower West Module 5 |
| 95. | | | Photos of Lower West Module 5 Cell 14 and its Contents |
| 96. | | | Policy J.4 – Enhanced Observation Housing (EOH): Definition and Use |
| 97. | | | Policy J.5 – Inmate Suicide Prevention Practices & Inmate Safety Program |
| 98. | | | Policy M.4 – Suicide Prevention and Focused Response Team |
| 99. | | | Policy MSD.A.10 – Suicide Prevention & Patient Safety Program |

18

PLAINTIFFS' PRETRIAL DISCLOSURES CASE NO. 21-CV-01428-RBM-DDL

| *Morton v. County of San Diego, et al.* | | | 21-cv-01428-RBM-DDL |
|---|---|---|---|
| Plaintiff's List of Exhibits | | | |
| 100. | | | Audio Recording of Det. Sisto's Call Notifying Marilyn Morton of Joseph Morton's Death |
| 101. | | | Medical Examiner's report and autopsy of the suicide death of Jon Nelson |
| 102. | | | Medical Examiner's report and autopsy of the suicide death of Kristopher NeSmith |
| 103. | | | Medical Examiner's report and autopsy of the suicide death of Jason Stey |
| 104. | | | Medical Examiner's report and autopsy of the suicide death of Sergio Valenzuela |
| 105. | | | Medical Examiner's report and autopsy of the suicide death of Jason Nishimoto |
| 106. | | | Medical Examiner's report and autopsy of the suicide death of Martin Dozal |
| 107. | | | Medical Examiner's report and autopsy of the suicide death of Nicholas Medel |
| 108. | | | Medical Examiner's report and autopsy of the suicide death of Christopher Cook |
| 109. | | | Medical Examiner's report and autopsy of the suicide death of Richard Boulanger |
| 110. | | | Medical Examiner's report and autopsy of the suicide death of Pedro Arellano |

19

| *Morton v. County of San Diego, et al.* | | | 21-cv-01428-RBM-DDL |
|---|---|---|---|
| Plaintiff's List of Exhibits | | | |
| 111. | | | Medical Examiner's report and autopsy of the suicide death of Heron Moriarty |
| 112. | | | Medical Examiner's report and autopsy of the suicide death of Nicholas Helton |
| 113. | | | Medical Examiner's report and autopsy of the suicide death of Sergio Almejo |
| 114. | | | Medical Examiner's report and autopsy of the suicide death of Chadwick Moore |
| 115. | | | Medical Examiner's report and autopsy of the suicide death of Michael Sullivan |
| 116. | | | Medical Examiner's report and autopsy of the suicide death of Frederick Jefferson |
| 117. | | | Medical Examiner's report and autopsy of the suicide death of Donald Ralph |
| 118. | | | Amended Grand Jury Report, Examining the Issue of Suicide in San Diego Jails, filed May 4, 2017 |
| 119. | | | San Diego County Sheriff's Office Response to 2017 Amended Grand Jury Report |
| 120. | | | NCCHC Technical Assistance Report |

20

PLAINTIFFS' PRETRIAL DISCLOSURES CASE NO. 21-CV-01428-RBM-DDL

| *Morton v. County of San Diego, et al.* | | | 21-cv-01428-RBM-DDL |
|---|---|---|---|
| Plaintiff's List of Exhibits | | | |
| 121. | | | Lindsay Hayes, Report on Suicide Prevention Practices within the San Diego County Jail System, June 22, 2018 |
| 122. | | | Disability Rights California, Suicides in Sn Diego County Jail: A System Failing People with Mental Illness, April 2018 |
| 123. | | | San Diego County Sheriff's Department's response to the Disability Rights California Report |
| 124. | | | California State Auditor Report and San Diego County Sheriff's Office Response |
| 125. | | | May 19, 2020, County Internal Email from Janine Sparks to Melissa Quiroz Regarding Last Week's Scheduling |
| 126. | | | May 19, 2020, Janine's List from Sick Call Viewer QMHP |
| 127. | | | QMHP ISP f/u Appt Entered by Samantha Macanlalay on May 11, 2020. |
| 128. | | | May 11, 2020, AXON Body 2 X81023729 Initial Arrest of Joseph Morton (20:59:20 – 20:59:33) |
| 129. | | | May 11, 2020, AXON Body 2 X81023729 Initial Arrest of Joseph Morton (20:59:20 – 21:01:03) |

21

PLAINTIFFS' PRETRIAL DISCLOSURES CASE NO. 21-CV-01428-RBM-DDL

| Morton v. County of San Diego, et al. | 21-cv-01428-RBM-DDL |
|---|---|

| Plaintiff's List of Exhibits | | | |
|---|---|---|---|
| 130. | | | May 11, 2020, AXON Body 2 X81023729 Initial Arrest of Joseph Morton (21:52:58 – 22:06:36) |
| 131. | | | May 11, 2020, AXON Body 2 X81023729 Initial Arrest of Joseph Morton (22:06:39 – 22:20:35) |
| 132. | | | May 11, 2020, AXON Body 2 X81023729 Initial Arrest of Joseph Morton (22:46:22 – 22:48:13) |
| 133. | | | Four Jail Calls Between Marilyn Morton and Joseph Morton |
| 134. | | | SDSD Detentions: Vista Detention Green Sheet Procedure J.4.V – Enhanced Observation Housing (EOH); Definition and Use |
| 135. | | | SDSD Detentions: Vista Detention Green Sheet Procedure L.1.V – Laundry Schedule |
| 136. | | | Internal emails from Liberty Health Staff regarding the in custody death of Joseph Morton |
| 137. | | | Janine Sparks VDF DOPS Visit Indicator for Dates 5/13/2020 – 5/16/2020 |
| 138. | | | Morton Family Photos, Letters, and Cards |

22

PLAINTIFFS' PRETRIAL DISCLOSURES CASE NO. 21-CV-01428-RBM-DDL

| Morton v. County of San Diego, et al. | 21-cv-01428-RBM-DDL |
|---|---|
| Plaintiff's List of Exhibits | |

| 139. | | | Deposition Transcript and Exhibits of Marilyn Morton |
|---|---|---|---|

## V.   EXHIBITS PLAINTIFFS MAY OFFER AT TRIAL

| Morton v. County of San Diego, et al. | 21-cv-01428-RBM-DDL |
|---|---|
| Plaintiff's List of Exhibits | |

| Number | Date Marked | Date Admitted | Description |
|---|---|---|---|
| 140. | | | Email from Thomas Seiver Regarding Morton Suicide |
| 141. | | | County of San Diego Inter-Department Correspondence Regarding 7-Day Quarantine Proposal |
| 142. | | | County Internal Emails Regarding Preparation for the Death Reviews with Documents Pertaining to Joseph Morton |
| 143. | | | Letter from San Diego County Sheriff's Department to Vista Fire Department Requesting Records and Reports from Incident |
| 144. | | | Jeffrey L. Metzner, M.D., P.C.'s Expert Reports and File |
| 145. | | | Kaycea Campbell PH.D.; Expert Report and File |

23

PLAINTIFFS' PRETRIAL DISCLOSURES CASE NO. 21-CV-01428-RBM-DDL

| *Morton v. County of San Diego, et al.* | | | 21-cv-01428-RBM-DDL |
|---|---|---|---|
| Plaintiff's List of Exhibits | | | |
| 146. | | | Defendant County of San Diego's Supplemental Response to Plaintiff Marilyn Morton's Interrogatory No. 21 (Set Three) |
| 147. | | | County Internal Email Regarding ICD Morton |
| 148. | | | County Internal Email Regarding Joseph Morton and Family Requesting Records |
| 149. | | | Emails Between Jeffrey McDonald and Linnea Morton |
| 150. | | | Claim Form Against the County of San Diego |
| 151. | | | February 26, 2021, Letter from Christopher S. Morris to Christopher Miedico Requesting Joseph Morton's Jail Medical Records With Declarations |
| 152. | | | Follow-Up Investigation Report from In Custody Death of Joseph Moton by Sgt. A. Brown |
| 153. | | | County Internal Email Regarding Joseph Morton and Family Requesting Records |
| 154. | | | Hosanna H. Alto's Resume |
| 155. | | | Matthew Berlin, Psy.D Resume |

24

PLAINTIFFS' PRETRIAL DISCLOSURES CASE NO. 21-CV-01428-RBM-DDL

| *Morton v. County of San Diego, et al.* | | | 21-cv-01428-RBM-DDL |
|---|---|---|---|
| Plaintiff's List of Exhibits | | | |
| 156. | | | Plaintiffs' Expert Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) |
| 157. | | | Plaintiff Marilyn Morton's Seventh Notice of Taking Deposition of the County of San Diego's 30(b)(6) Witness(es) on Topic 11 |
| 158. | | | Email from Daniel Dennis re Pre-CIRB Meeting |
| 159. | | | Pre-CIRB Meeting Attendee List |
| 160. | | | San Diego Sheriff's Department Homicide Unit – Team 1 – In Custody Death, Case Number 20121404, Sunday, May 17, 2020, Vista Detention Facility (VDF) Presentation |
| 161. | | | Emails Regarding Preliminary Death Review |
| 162. | | | Morbidity Review – Joseph Morton 20921478 |
| 163. | | | Suicide Prevention and Focused Response Team (SPFRT) Meeting Minutes |

25

PLAINTIFFS' PRETRIAL DISCLOSURES CASE NO. 21-CV-01428-RBM-DDL

| *Morton v. County of San Diego, et al.* | | | 21-cv-01428-RBM-DDL |
|---|---|---|---|
| Plaintiff's List of Exhibits | | | |
| 164. | | | Plaintiff Marily Morton's Sixth Amended Notice of Taking Deposition of the County of San Diego's 30(b)(6) Witness(es) |
| 165. | | | Christopehr Kagay, RN, MSH, PMHNP-BC Resume |
| 166. | | | Statement of Elaine Loung |
| 167. | | | CATCH Computer and Technology Crimes High Tech Task Force Device Examination Report for Initial Report |
| 168. | | | Bijan Rahmani's Resume |
| 169. | | | What is EOH? – Treatment Plan |
| 170. | | | San Diego County Sheriff's Department Officer Report of Alexander Martinez |
| 171. | | | San Diego County Sheriff's Department Officer Report of James Paul |
| 172. | | | May 7, 2020, Departmental Report for San Diego Police Department Incident: 20605443 |
| 173. | | | San Diego Sheriff's Department Inmate Detail Report for Joseph Morton |
| 174. | | | County of San Diego – Department of Purchasing and Contracting No. 555357 Amendment No. 5 |

26

PLAINTIFFS' PRETRIAL DISCLOSURES CASE NO. 21-CV-01428-RBM-DDL

| *Morton v. County of San Diego, et al.* | 21-cv-01428-RBM-DDL |
|---|---|
| Plaintiff's List of Exhibits | |

| 175. | | | County of San Diego – Department of Purchasing and Contracting No. 555357 Amendment No. 4 |
|---|---|---|---|
| 176. | | | County of San Diego – Department of Purchasing and Contracting No. 555357 Amendment No. 3 |
| 177. | | | County of San Diego – Department of Purchasing and Contracting No. 555357 Amendment No. 2 |
| 178. | | | County of San Diego – Department of Purchasing and Contracting No. 555357 Amendment No. 1 |
| 179. | | | San Diego County Sheriff's Department Regional Crime Laboratory – Laboratory Service Report (Autopsy) SDSD Case #20121404 – Event 4 |
| 180. | | | San Diego County Sheriff's Department Regional Crime Laboratory – Laboratory Service Report (Collection of Major Case Prints) SDSD Case #20121404 – Event 5 |
| 181. | | | San Diego County Sheriff's Department Regional Crime Laboratory – Laboratory Service Report (Collection of Major Case Prints) SDSD Case #20121404 – Event 6 |

27

PLAINTIFFS' PRETRIAL DISCLOSURES CASE NO. 21-CV-01428-RBM-DDL

| *Morton v. County of San Diego, et al.* | | | 21-cv-01428-RBM-DDL |
|---|---|---|---|
| Plaintiff's List of Exhibits | | | |
| 182. | | | San Diego County Sheriff's Department Regional Crime Laboratory – Laboratory Service Report (Scene Investigation) SDSD Case #20121404 – Event 1 |
| 183. | | | San Diego County Sheriff's Department Regional Crime Laboratory – Laboratory Service Report (Scene Investigation) SDSD Case #20121404 – Event 2 |
| 184. | | | San Diego County Sheriff's Department Regional Crime Laboratory – Laboratory Service Report (Scene Investigation) SDSD Case #20121404 – Event 3 |
| 185. | | | County Internal Email from Danielle Benz Regarding ME Seal Autopsy Request |
| 186. | | | County Internal Email Correspondence from Julia Shelby Regarding Incoming Call Query |
| 187. | | | Inmate Email Archive – Email for Joseph Morton from Elaine Luong, ID 8467661 |
| 188. | | | Inmate Email Archive – Email for Joseph Morton from Elaine Luong, ID 8467637 |
| 189. | | | Inmate Email Archive – Email for Joseph Morton from Elaine Luong, ID 8465175 |

28

PLAINTIFFS' PRETRIAL DISCLOSURES CASE NO. 21-CV-01428-RBM-DDL

| *Morton v. County of San Diego, et al.* | | | 21-cv-01428-RBM-DDL |
|---|---|---|---|
| Plaintiff's List of Exhibits | | | |
| 190. | | | Classification Navigator for Joseph Morton |
| 191. | | | Inmate Death Notification Checklist for Inmate Joseph Morton |
| 192. | | | Email/Letter from Detective Brian Simpson to Elaine Luong Regarding Suicide Note |
| 193. | | | Email/Letter from Detective Brian Simpson to Marilyn Morton Regarding Suicide Note |
| 194. | | | San Diego County Sheriff's Department Vital Signs Listed for Joseph Morton |
| 195. | | | San Diego County Sheriffs Department – Area Activities Summary Report for Fac. 007 Area: Lower West |
| 196. | | | San Diego County Sheriffs Department – Inmate History Summary Report |
| 197. | | | San Diego Sheriffs Department Booking Intake/ Personal Property Inventory Case no. 20120541 |
| 198. | | | San Diego Sheriffs Department Probable Cause Declaration For Warrantless Arrest Case no. 20120541 |

29

PLAINTIFFS' PRETRIAL DISCLOSURES CASE NO. 21-CV-01428-RBM-DDL

| *Morton v. County of San Diego, et al.* | 21-cv-01428-RBM-DDL |
|---|---|
| Plaintiff's List of Exhibits | |

| | | | |
|---|---|---|---|
| 199. | | | San Diego County Sheriff's Department Mug Shot Profile-Facecard for Joseph Morton |
| 200. | | | Vista Detention Facility Medical Services Deployment, Shift Schedule for May 17, 2020. |
| 201. | | | Comprehensive Detox Screen Completed by Samantha Macanlalay on May 11, 2020. |
| 202. | | | Mandown Assessment Completed by Lindsay Jameson on May 17, 2020 |
| 203. | | | Autopsy Photos of Joseph Morton |
| 204. | | | Policy J.1 – Safety Cells: Definition and Use |
| 205. | | | Policy J.2 – Sobering Cells: Definition and Use |
| 206. | | | Policy J.3 Segregation: Definition and Use |
| 207. | | | Policy J.7 – Emergency Transportation of Incarcerated Persons with Mental Health Needs |
| 208. | | | Miscellaneous Policies J.8-9 |
| 209. | | | Policy M.5 – Medical Emergencies |

30

PLAINTIFFS' PRETRIAL DISCLOSURES CASE NO. 21-CV-01428-RBM-DDL

| _Morton v. County of San Diego, et al._ | | | 21-cv-01428-RBM-DDL |
|---|---|---|---|
| Plaintiff's List of Exhibits | | | |
| 210. | | | Policy M.6 – Life Threatening Emergencies: Code Blue |
| 211. | | | Policy M.7 – Inmate Deaths |
| 212. | | | Policy M. 9 – Receiving Screening |
| 213. | | | Policy M.15: Sick Call |
| 214. | | | Policy M.24: Emergency Sedation and Involuntary Medications |
| 215. | | | Policy M.25 – Psychiatric Stabilization Units |
| 216. | | | Miscellaneous Policies M.1-3,11-13, 17-23, 26-29, 32-46 |
| 217. | | | Policy M.47 – Suspected Opioid Overdose |
| 218. | | | Policy M.48 – Naloxone Issuance and Storage |
| 219. | | | Policy MSD.S.13 – Special Medications: Ordering, Procuring and Administration |
| 220. | | | Policy A.1.1 – Access to Care |
| 221. | | | Policy SNP.A.1 – Abrasions (Superficial) and Open Wound Care |
| 222. | | | San Diego Sheriff's Department – Policy and Procedure Manual |

31

PLAINTIFFS' PRETRIAL DISCLOSURES CASE NO. 21-CV-01428-RBM-DDL

| *Morton v. County of San Diego, et al.* | | | 21-cv-01428-RBM-DDL |
|---|---|---|---|
| Plaintiff's List of Exhibits | | | |
| 223. | | | San Diego County Sheriff's Department Public Information Plan 2020 |
| 224. | | | County of San Diego Medical Examiner's Department Investigative Narrative of Jessica Magana |
| 225. | | | County of San Diego Medical Examiner's Department Autopsy and Toxicology Report by Eric Hirsch |
| 226. | | | San Diego County Sheriff's Department Crime/Incident Report of Celso Lopez on May 18, 2020 |
| 227. | | | San Diego County Sheriff's Department Officer Report of Scott Paris on May 19, 2020 |
| 228. | | | San Diego County Sheriff's Department Officer Report of Tyler Edwards on May 18, 2020 |
| 229. | | | San Diego County Sheriff's Department Officer Report of Steven Frazier on May 18, 2020 |
| 230. | | | San Diego County Sheriff's Department Officer Report of Megan Granquist on May 18, 2020 |

32

PLAINTIFFS' PRETRIAL DISCLOSURES CASE NO. 21-CV-01428-RBM-DDL

| *Morton v. County of San Diego, et al.* | 21-cv-01428-RBM-DDL |
|---|---|
| Plaintiff's List of Exhibits | |

| | | | |
|---|---|---|---|
| 231. | | | San Diego County Sheriff's Department Officer Report of Paul Lewis on May 19, 2020. |
| 232. | | | San Diego Regional Deputy's Report – Narrative of Det. N. Sisto Regarding Call with Linnea Morton on May 18, 2020 |
| 233. | | | San Diego Sheriff's Department Follow-up Investigative Report of Det. B. Simpson regarding attending Joseph Morton's Autopsy on May 18. 2020 |
| 234. | | | San Diego Sheriff's Department Follow-up Investigative Report of Det. B. Simpson Regarding the In-custody Death of Joseph Morton on May 17, 2020 |
| 235. | | | San Diego Sheriff's Department Follow-up Investigative Report of Sgt. A. Brown Regarding Joseph Morton's Jail Telephone Communications on May 17, 2020 |
| 236. | | | San Diego Sheriff's Department Follow-up Investigative Report – Synopsis of Det. B. Simpson |
| 237. | | | San Diego Sheriff's Department Follow-up Investigative Report of Det. B. Szymanski |

33

PLAINTIFFS' PRETRIAL DISCLOSURES CASE NO. 21-CV-01428-RBM-DDL

| *Morton v. County of San Diego, et al.* | | | 21-cv-01428-RBM-DDL |
|---|---|---|---|
| Plaintiff's List of Exhibits | | | |
| 238. | | | Letter from the San Diego Sheriff's Department to Sheriff's Detention Investigations Unit Regarding Withholding Release of Autopsy, Toxicology and Investigator's Reports |
| 239. | | | San Diego Sheriff's Department Follow-up Investigative Report Regarding the Statement of Freddy Church |
| 240. | | | San Diego Sheriff's Department Follow-up Investigative Reports Regarding the Statement of Deputy D. Johnson |
| 241. | | | San Diego Sheriff's Department Follow-up Investigative Reports Regarding the Statement of Deputy M. Madrigal |
| 242. | | | San Diego Sheriff's Department Follow-up Investigative Report Regarding the Statement of Deputy J. Reyes |
| 243. | | | San Diego Sheriff's Department Follow-up Investigative Report Regarding the Statement of Deputy F. Vallejo |
| 244. | | | San Diego Sheriff's Department Follow-up Investigative Report Regarding the Statement of Abraham Ibarra |

34

PLAINTIFFS' PRETRIAL DISCLOSURES CASE NO. 21-CV-01428-RBM-DDL

| *Morton v. County of San Diego, et al.* | | | 21-cv-01428-RBM-DDL |
|---|---|---|---|
| Plaintiff's List of Exhibits | | | |
| 245. | | | San Diego Sheriff's Department Follow-up Investigative Report Regarding the Statement of Marilyn Morton. |
| 246. | | | San Diego Sheriff's Department Follow-up Investigative Reports Regarding the Statement of RN E. Baluca. |
| 247. | | | San Diego Sheriff's Department Follow-up Investigative Report Regarding the Statement of RN L. Jameson |
| 248. | | | San Diego Sheriff's Department Follow-up Investigative Report Regarding the Statement of RN P. Matta |
| 249. | | | San Diego Sheriff's Department Follow-up Investigative Report Regarding the Statement of RN R. Moralde |
| 250. | | | San Diego Sheriff's Department Follow-up Investigative Report Regarding the Statement of RN J. Preechar |
| 251. | | | Audio Recording of Det. S Paris's Interview with Inmate Abraham Ibarra |
| 252. | | | Audio Recording of Det. S Paris's Interview with Inmate David Woodard |
| 253. | | | Audio Recording of Det. S Paris's Interview with Inmate Erick Arguelles |

35

| *Morton v. County of San Diego, et al.* | 21-cv-01428-RBM-DDL |
|---|---|
| Plaintiff's List of Exhibits | |

| | | | |
|---|---|---|---|
| 254. | | | Audio Recording of Det. S Paris's Interview with Inmate John Howard |
| 255. | | | Audio Recording of Det. S Paris's Interview with Inmate Jose Avitia |
| 256. | | | Audio Recording of Det. S Paris's Interview with Inmate Justin Kikuchi |
| 257. | | | Audio Recording of Det. S Paris's Interview with Inmate Kris Kopicki |
| 258. | | | Audio Recording of Det. S Paris's Interview with Inmate Michael Inglett |
| 259. | | | Audio Recording of Det. S Paris's Interview with Inmate Michael Wrzek |
| 260. | | | Audio Recording of Det. S Paris's Interview with Inmate Nicholas Rin |
| 261. | | | Audio Recording of Det. S Paris's Interview with Inmate Richard Gaoiran |
| 262. | | | Audio Recording of Det. S Paris's Interview with Inmate Richard Jaime |
| 263. | | | Audio Recording of Det. S Paris's Interview with Inmate Robert Franco |
| 264. | | | Audio Recording of Det. S Paris's Interview with Inmate Shaun Vanreeth |
| 265. | | | Audio Recording of Det. S Paris's Interview with Inmate Stephen Holmes |

PLAINTIFFS' PRETRIAL DISCLOSURES CASE NO. 21-CV-01428-RBM-DDL

| *Morton v. County of San Diego, et al.* | 21-cv-01428-RBM-DDL |
|---|---|
| Plaintiff's List of Exhibits | |

| 266. | | | Audio Recording of Det. S Paris's Interview with Inmate Timothy Durfee |
|---|---|---|---|
| 267. | | | Audio Recording of Det. S Paris's Interview with Inmate Wesley Norton |
| 268. | | | Audio Recording of Det. Sisto's Call Notifying Elaine Luong of Joseph Morton's Death |
| 269. | | | Audio Recording of Det. B. Simpson's Interview with Deputy Church |
| 270. | | | Audio Recording of Det. Szymanski and Det. B. Simpson's Follow-up Interview with Deputy Church |
| 271. | | | Audio Recording of Det. Gardiner's Interview with Deputy Johnson |
| 272. | | | Audio Recording of Det. Stathis' Interview with Deputy Johnson |
| 273. | | | Audio Recording of Det. Kearny and Det. Gardiner's Interview with Deputy Madrigal |
| 274. | | | Audio Recording of Det. Simpson and Det. Szymanski's Interview Follow-up with Deputy Madrigal |
| 275. | | | Audio Recording of Det. Gardiner and Det. Kearny's Interview of Deputy Reyes |

37

PLAINTIFFS' PRETRIAL DISCLOSURES CASE NO. 21-CV-01428-RBM-DDL

| Morton v. County of San Diego, et al. | | | 21-cv-01428-RBM-DDL |
|---|---|---|---|
| Plaintiff's List of Exhibits | | | |
| 276. | | | Audio Recording of Det. Gardiner and Det. Kearny's Interview of Deputy Vallejo |
| 277. | | | Audio Recording of Follow-up Questions to Abraham Ibarra Through a Deputy |
| 278. | | | Audio Recorded Phone Call of Det. B. Simpson's Interview of Abraham Ibarra |
| 279. | | | Audio Recorded Phone Call of Det. B. Simpson's Interview of Elaine Luong |
| 280. | | | Audio Recorded Phone Call of Det. B. Simpson's Interview of Marilyn Morton |
| 281. | | | Audio Recorded Phone Call of Det. B. Simpson and Marilyn Morton Regarding Requesting Records |
| 282. | | | Audio Recording of Det. Gardiner and Det. Kearny's Interview of RN Irma Baluca |
| 283. | | | Audio Recording of Det. Gardiner and Det. Kearny's Interview of Charge Nurse Jameson |
| 284. | | | Audio Recording of Det. Gardiner and Det. Kearny's Interview of Nurse Paul Mata |
| 285. | | | Audio Recording of Det. Gardiner and Det. Kearny's Interview of RN Moralde. |

38

| *Morton v. County of San Diego, et al.* | 21-cv-01428-RBM-DDL |
|---|---|
| Plaintiff's List of Exhibits | |

| 286. | | | Audio Recording of Det. Gardiner and Det. Kearny's Interview of RN Preechar |
|---|---|---|---|
| 287. | | | Audio Recording of Det. Simpson Leaving Elaine Luong a Voicemail |
| 288. | | | Audio Recording of Det. Simpson Notifying Elaine Luong of the Letter Joseph Morton Wrote for Her |
| 289. | | | Audio Recording of Linnea Morton Calling Det. Simpson Regarding Release of Medical Records |
| 290. | | | Audio Recording of Elaine Luong Calling Det. Simpson Regarding Mailing the Letter from Joseph Morton |
| 291. | | | Audio Recording of Det. Simpson Leaving Linnea Morton a Voicemail |
| 292. | | | Om-Site Urgent QMHP Assessment PowerPoint |
| 293. | | | Intake QMHP Referral Update Slides PowerPoint |
| 294. | | | April 20, 2020, County of San Diego Letter from Jail Population Management to Detention Services Bureau Regarding a 7-Day Quarantine Proposal |

PLAINTIFFS' PRETRIAL DISCLOSURES CASE NO. 21-CV-01428-RBM-DDL

| *Morton v. County of San Diego, et al.* | | | 21-cv-01428-RBM-DDL |
|---|---|---|---|
| Plaintiff's List of Exhibits | | | |
| 295. | | | Medical Services Training Bulletin Regarding Masks in a Correctional Setting |
| 296. | | | Medical Services Training Bulletin Regarding COVID-19 Precautions: In-Custody Management |
| 297. | | | Medical Services Training Bulletin Regarding COVID-19 Precautions: Medical Intake Process |
| 298. | | | Human Infection with 2019 Novel Coronavirus Person Under Investigation (PUI) and Case Report Form |
| 299. | | | Coronavirus Disease 2019 CDC Infographic |
| 300. | | | 2019 Novel Coronavirus (2019-nCoV) |
| 301. | | | COVID19 Protocols Screenshot from Skills Content Management |
| 302. | | | CDC Health Advisory – Elevated Influenza Activity: Influenza B/Victoria and A(H1N1) pdm09Virusesarethe Predominant Viruses |
| 303. | | | Criteria to Guide Evaluation of Patients Under Investigation (PUI) for 2019 NOVEL CORONAVIRUS (2019 – nCoV) |

PLAINTIFFS' PRETRIAL DISCLOSURES CASE NO. 21-CV-01428-RBM-DDL

| *Morton v. County of San Diego, et al.* | | | 21-cv-01428-RBM-DDL |
|---|---|---|---|
| Plaintiff's List of Exhibits | | | |
| 304. | | | The California Department of Health – News Release: Two Confirmed Cases of Novel Coronavirus in California |
| 305. | | | May 11, 2020, AXON BWC of Mistaken Identity Stop |
| 306. | | | May 11, 2020, AXON Body 2 X81367612 Statement from Jason Knox |
| 307. | | | May 11, 2020, AXON Body 2 X81367612 (21:54:07 – 22:21:12) |
| 308. | | | May 11, 2020, AXON Body 2 X81367612 (22:47:20 – 22:49:12) |
| 309. | | | Thirty-Three Jail Calls Between Various Bond Agencies and Joseph Morton |
| 310. | | | One Jail Call Regarding Joseph Morton Asking Others for Help to Pay His Bail |
| 311. | | | Four Jail Calls |
| 312. | | | One Jail Call Made by Joseph Morton to A Wrong Number |
| 313. | | | Two Jail Calls |
| 314. | | | July 30, 2020, County Internal Email from Christopher Thibodeaux to Laura de la Torre Regarding Incoming Call Query |

41

PLAINTIFFS' PRETRIAL DISCLOSURES CASE NO. 21-CV-01428-RBM-DDL

| *Morton v. County of San Diego, et al.* | 21-cv-01428-RBM-DDL |
|---|---|
| Plaintiff's List of Exhibits | |

| | | | |
|---|---|---|---|
| 315. | | | August 2, 2020, County Internal Email from Julian Shelby to Laura de la Torre Regarding Incoming Call Query |
| 316. | | | June 2, 2020, County Internal Email from Sandie Hargis to Danielle Benz Regarding Records Requested Related to Joseph Morton |
| 317. | | | Letters, Reports, and Run Sheets from the Vista Fire Department Regarding Incident 2020-032280 |
| 318. | | | May 18, 2020, County Internal Email from Jon Montgomery to Billy Duke Regarding the In-Custody Death of Joseph Morton |
| 319. | | | May 19, 2020, County Internal Email Chain Det. Nicholas Sisto, Aaron Brown, Lena Lovelace and Shawn Wray Regarding Contacting Linnea Morton |
| 320. | | | May 19, 2020, County Internal Email Chain Det. Nicholas Sisto, Aaron Brown and Shawn Wray Regarding Contacting Linnea Morton |

42

| *Morton v. County of San Diego, et al.* | 21-cv-01428-RBM-DDL |
|---|---|
| Plaintiff's List of Exhibits | |

| | | | |
|---|---|---|---|
| 321. | | | May 21, 2020, County Internal Email from Det. Nicholas Sisto to Det. Brian Simpson Regarding Linnea Morton's inquiry in Putting Hold on Joseph Morton's Bank Account |
| 322. | | | May 22, 2020, Email Chain between Det. Brian Simpson and Linnea Morton Regarding Bank Account Hold and Obtaining a Death Certificate |
| 323. | | | June 13, 2020, Email from Linnea Morton to San Diego Sheriff's Department Records Clerk Annette Ortiz-Sanchez with Attached Scans of Joseph Morton's Death Certificate, Records Request, and Drivers License |
| 324. | | | August 20, 2020, Forwarded Email to John Reagan Samaniego from Christopher Miedico with Attached Medical Examiners Reports Regarding Joseph Morton |
| 325. | | | May 26, 2020, County Internal Email from Det. Brian Simpson to Det. Peter Myers and Dep. Daniel Iverson Regarding Suicidal Statements Made by Joseph Morton During Arrest |

PLAINTIFFS' PRETRIAL DISCLOSURES CASE NO. 21-CV-01428-RBM-DDL

| | | | |
|---|---|---|---|
| *Morton v. County of San Diego, et al.* | | | 21-cv-01428-RBM-DDL |
| Plaintiff's List of Exhibits | | | |
| 326. | | | May 27, 2020, County Internal Email from Det. Brian Simpson to Nancy Booth Regarding AED Download |
| 327. | | | May 27, 2020, County Internal Email from Det. Brian Simpson to Det. Brian Simpson Regarding Dep. Lois Guillory's Observations and Actions Related to Joseph Morton |
| 328. | | | May 27, 2020, County Internal Email from Det. Brian Simpson to Det. Brian Simpson Regarding Dep. Hightower's Observations and Actions Related to Joseph Morton |
| 329. | | | May 27, 2020, County Internal Email from Det. Brian Simpson Forwarded to Rene Arce Regarding AED Download and Joseph Morton's Previous Mental Health Records |
| 330. | | | May 18, 2020, County Internal Email from Aaron Brown to Thomas Seiver and Shawn Wray Regarding In-Custody Death #20121404 |

44

PLAINTIFFS' PRETRIAL DISCLOSURES CASE NO. 21-CV-01428-RBM-DDL

| *Morton v. County of San Diego, et al.* | 21-cv-01428-RBM-DDL |
|---|---|
| Plaintiff's List of Exhibits | |

| | | | |
|---|---|---|---|
| 331. | | | May 30, 2020, County Internal Email from Dep. Daniel Iverson to Det. Brian Simpson Regarding BWC Capturing Joseph Morton's Asking Deputies to Shoot Him |
| 332. | | | May 27, 2020, County Internal Email from Chrisopher Miedico to Det. Brian Simpson Regarding Sending Over the AED on a CD |
| 333. | | | July 24, 2020, County Internal Email from Jameson Perham to Det. Brian Simpson Regarding In-Custody Death |
| 334. | | | May 19, 2020, County Internal Email Chain Between Det. Nicholas Sisto and Det. Brian Simpson Regarding Synopsis of the In-Custody Death of Joseph Morton |
| 335. | | | June 18, 2020, County Internal Email from Patricia McFadden, Sheriff's Records & ID Clerk, to Det. Brian Simpson Regarding Records Request with Attachment of Marilyn Morton's Driver's License and Joseph Morton's Death Certificate |

45

PLAINTIFFS' PRETRIAL DISCLOSURES CASE NO. 21-CV-01428-RBM-DDL

| *Morton v. County of San Diego, et al.* | 21-cv-01428-RBM-DDL |
|---|---|
| Plaintiff's List of Exhibits | |

| | | | |
|---|---|---|---|
| 336. | | | May 19, 2020, County Internal Email from Evidence Tech Brande Silverthorn Regarding the Death Investigation of Joseph Morton |
| 337. | | | May 19, 2020, County Internal Email from Detective Nicholas Sisto Regarding Obtaining a Copy of Joseph Morton's Autopsy Report |
| 338. | | | August 17, 2020, Email from NoReply@sdsheriff.net Regarding San Diego Sheriff's News Release: Death Investigation at Vista Detention Facility |
| 339. | | | San Diego County Sheriff's Department Homicide Unit - Media Information Regarding Death Investigation |
| 340. | | | May 18, 2020, County Internal Email from David Wettstead to Tyler Edward Regarding Observations and Actions Taken |
| 341. | | | May 18, 2020, County Internal Email from Lourdes Barbarin to Debbie Parker Regarding Notification of a Deceased Inmate |

46

PLAINTIFFS' PRETRIAL DISCLOSURES CASE NO. 21-CV-01428-RBM-DDL

| *Morton v. County of San Diego, et al.* | | | 21-cv-01428-RBM-DDL |
|---|---|---|---|
| Plaintiff's List of Exhibits | | | |
| 342. | | | May 18, 2020, County Internal Email from Det. Nicholas Sisto Regarding Autopsy Results |
| 343. | | | May 18, 2020, County Internal Email from Celso Lopez to Joseph Reyes with Scribe Notes Attachment |
| 344. | | | May 12, 2020, County Internal Email from Matthew Berlin to Kristin Sanchez with VDF DOPS Visit Indicator List |
| 345. | | | May 12, 2020, County Internal Email from Valarie Stallings Regarding List of Issued and No Complaint Defendants for 5-13-2020 |
| 346. | | | August 17, 2020, County Internal Email from Thomas Seiver with Attachments of Two Medical Examiner's Reports for Joseph Morton |
| 347. | | | May 14, 2020, County Internal Email Chain with Jose Estrada, Rafael Delira and David Odenwalder Regarding CIWA/COWS Bottles |
| 348. | | | County internal emails regarding the in-custody death of Joseph Morton. |

47

PLAINTIFFS' PRETRIAL DISCLOSURES CASE NO. 21-CV-01428-RBM-DDL

| *Morton v. County of San Diego, et al.* | | | 21-cv-01428-RBM-DDL |
|---|---|---|---|
| Plaintiff's List of Exhibits | | | |
| 349. | | | SDSD Detentions: Vista Detention Green Sheet Procedure I.43.V – Count Procedures of Incarcerated Persons |
| 350. | | | SDSD Detentions: Vista Detention Green Sheet Procedure J.I.V – Safety Cells; Definition and Use |
| 351. | | | SDSD Detentions: Vista Detention Green Sheet Procedure L.4.V – Housekeeping Plan |
| 352. | | | SDSD Detentions: Vista Detention Green Sheet Procedure L.6.V – Razors |
| 353. | | | SDSD Detentions: Vista Detention Green Sheet Procedure L.9.V – Haircut/Hair Care |
| 354. | | | SDSD Detentions: Vista Detention Green Sheet Procedure L.11.V – Personal Hygiene |
| 355. | | | SDSD Detentions: Vista Detention Green Sheet Procedure M.9.V – Receiving Screening |
| 356. | | | SDSD Detentions: Vista Detention Green Sheet Procedure M.41.V – Infection Control, Medical Waste |
| 357. | | | SDSD Detentions: Vista Detention Green Sheet Procedure P.9.V – Social Visiting |

48

PLAINTIFFS' PRETRIAL DISCLOSURES CASE NO. 21-CV-01428-RBM-DDL

| *Morton v. County of San Diego, et al.* | | | 21-cv-01428-RBM-DDL |
|---|---|---|---|
| Plaintiff's List of Exhibits | | | |
| 358. | | | SDSD Detentions: Vista Detention Green Sheet Procedure T.2.V – Inmate Orientation |
| 359. | | | SDSD Detentions: Vista Detention Green Sheet Procedure T.11.V – Exercise and Recreation |
| 360. | | | Detention Training Unit: Class 20.7 – Suicide Prevention |
| 361. | | | Detention Training Unit: Class 20.8 – Foundation and Definitions: Signs and Symptoms |
| 362. | | | Detention Training Unit: Class 20.2 – Trauma |
| 363. | | | Detention Training Unit: Class 20.9 – Safety |
| 364. | | | Detention Training Unit: Class 20.3 – Interventions and Resources |
| 365. | | | San Diego County Sheriff Line-Up Training: Suicide Detection and Prevention Part 1-4 |
| 366. | | | San Diego County Sheriff Line-Up Training: Excited Delirium Topic #82 |
| 367. | | | San Diego County Sheriff Line-Up Training: Under the Influence Recognition Refresher |

49

PLAINTIFFS' PRETRIAL DISCLOSURES CASE NO. 21-CV-01428-RBM-DDL

| *Morton v. County of San Diego, et al.* | | | 21-cv-01428-RBM-DDL |
|---|---|---|---|
| Plaintiff's List of Exhibits | | | |
| 368. | | | Addressing Mental Health Issues in Jail Course Schedule |
| 369. | | | Excited Delirium & Agitated Chaotic Events Course Schedule |
| 370. | | | ACO Supplemental Core Course Schedule |
| 371. | | | January 27, 2020, Training Bulletin Regarding a Qualified Mental Health Professional's Role during Critical Incidents |
| 372. | | | December 29, 2020, Training Bulletin Regarding Personal Protective Equipment for Staff |
| 373. | | | June 4, 2021, Training Bulletin Regarding 7-Day Quarantine Arraignment Cohort Separation |
| 374. | | | June 18, 2021, Training Bulletin Regarding Signs & Symptoms of Withdrawal |
| 375. | | | June 18, 2021, Training Bulletin Regarding Signs of Medical Distress and Life Threatening Emergencies |
| 376. | | | July 19, 2021, Training Bulletin Regarding Naloxone Update |

50

PLAINTIFFS' PRETRIAL DISCLOSURES CASE NO. 21-CV-01428-RBM-DDL

| *Morton v. County of San Diego, et al.* | | | 21-cv-01428-RBM-DDL |
|---|---|---|---|
| Plaintiff's List of Exhibits | | | |
| 377. | | | May 10, 2022, Training Bulletin Regarding Medically Supervised Withdrawal and Treatment |
| 378. | | | Psychiatric Emergency Response Team (PERT): Crisis Intervention Behavioral Health Training |
| 379. | | | 2020-2021 County of San Diego Covid-19 Continuity of Operations Phase Plans |
| 380. | | | March 16, 2022, DSB Covid-19 Operating Plan |
| 381. | | | 7 Day Quarantine Module: Staff and Module Precautions |
| 382. | | | Quarantine Module: Staff and Module Precautions |
| 383. | | | Suspected Covid-19 Module: Staff and Module Precautions |
| 384. | | | Covid-19 Positive Module: Staff and Module Precautions |
| 385. | | | High Risk Housing Module: Staff and Module Precautions |
| 386. | | | Community Medical Facilities COVID Guidelines |
| 387. | | | San Diego County Sheriff: Intensified Format Training Instructions – Medical Emergency Response |

51

PLAINTIFFS' PRETRIAL DISCLOSURES CASE NO. 21-CV-01428-RBM-DDL

| *Morton v. County of San Diego, et al.* | | | 21-cv-01428-RBM-DDL |
|---|---|---|---|
| Plaintiff's List of Exhibits | | | |
| 388. | | | Training Transcript of Samantha Macanlalay |
| 389. | | | Learner Transcript for Samantha Macanlalay |
| 390. | | | Employee Performance Appraisal Report and Training Certificates for Hosanna Alto |
| 391. | | | Employee Performance Appraisal Report and Training Certificates for Samantha Macanlalay |
| 392. | | | Samantha Macanlalay's Resume |
| 393. | | | San Diego County Vista Detention Facility Day Count and Floor Count Sheets |
| 394. | | | San Diego Sheriff's Department Inmate Roster of Facility 7 Area M |
| 395. | | | May 17, 2020, San Diego County Sheriff Floor Evacuation List for Facility 7 Area LW |
| 396. | | | AED Rescue Report |
| 397. | | | The San Diego Union Tribune Article: Vista Suicide is County's Second Jail Death This Year |
| 398. | | | Kaiser Documents for Joseph Morton |

52

PLAINTIFFS' PRETRIAL DISCLOSURES CASE NO. 21-CV-01428-RBM-DDL

| *Morton v. County of San Diego, et al.* | | | 21-cv-01428-RBM-DDL |
|---|---|---|---|
| Plaintiff's List of Exhibits | | | |
| 399. | | | Alvarado Parkway Institute: Behavioral Health System Information Regarding Joseph Morton Documents |
| 400. | | | Joseph Morton Earnings Statements from Mossy Volkswagen Escondido |
| 401. | | | Employee Handbook and Forms Related to Joseph Morton's Employment at Mossy Volkswagen Escondido |
| 402. | | | Mossy Volkswagen Escondido Time Detail Report for Joseph Morton from 2/21/2020 to 5/17/2020 |
| 403. | | | Instacart Employment Information for Joseph Morton |
| 404. | | | Deposition Transcript and Exhibits of Bijan Rahman |
| 405. | | | Deposition Transcript and Exhibits of Hosanna H. Alto |
| 406. | | | Deposition Transcript and Exhibits of Marc Myers |
| 407. | | | Deposition Transcript and Exhibits of Lois Guillory |
| 408. | | | Deposition Transcript and Exhibits of Janine Sparks |
| 409. | | | Deposition Transcript and Exhibits of Melissa Quiroz |

53

PLAINTIFFS' PRETRIAL DISCLOSURES CASE NO. 21-CV-01428-RBM-DDL

| *Morton v. County of San Diego, et al.* | | | 21-cv-01428-RBM-DDL |
|---|---|---|---|
| Plaintiff's List of Exhibits | | | |
| 410. | | | Deposition Transcript and Exhibits of Matthew Berlin |
| 411. | | | Deposition Transcript and Exhibits of Kaycea Campbell |
| 412. | | | Deposition Transcript and Exhibits of Luis Gomez |
| 413. | | | Deposition Transcript and Exhibits of Christopher Kagay |
| 414. | | | Deposition Transcript and Exhibits of Elaine Luong |
| 415. | | | Deposition Transcript and Exhibits of Matthew McArdle |
| 416. | | | Deposition Transcript and Exhibits of Jeffrey Metzner |
| 417. | | | Deposition Transcript and Exhibits of Jon Montgomery |
| 418. | | | Deposition Transcript and Exhibits of Linnea Morton |
| 419. | | | Deposition Transcript and Exhibits of Derek Williamson |
| 420. | | | Deposition Transcript and Exhibits of Francis Ysla |
| 421. | | | Discovery Responses from Defendant County of San Diego |

PLAINTIFFS' PRETRIAL DISCLOSURES CASE NO. 21-CV-01428-RBM-DDL

| *Morton v. County of San Diego, et al.* | | | 21-cv-01428-RBM-DDL |
|---|---|---|---|
| Plaintiff's List of Exhibits | | | |
| 422. | | | Discovery Responses from Defendant Hosanna Alto |
| 423. | | | Discovery Responses from Defendant Janine Sparks |
| 424. | | | Discovery Responses from Defendant Bijan Rahmani |
| 425. | | | Discovery Responses from Defendant Matthew Berlin |
| 426. | | | Discovery Responses from Defendant Christopher Kagay |
| 427. | | | Discovery Responses from Defendant Liberty Healthcare of California, Inc. |

Plaintiffs reserve the right to supplement these disclosures based upon Defendants' disclosures and meet and confer discussions regarding the Final Pretrial Conference Order.

Respectfully submitted,

Dated:  June 4, 2026          by:   *s/ Danielle R. Pena*
Danielle R. Pena
Attorneys for Plaintiffs

PLAINTIFFS' PRETRIAL DISCLOSURES CASE NO. 21-CV-01428-RBM-DDL