Corey E. Krueger, Esq. (SBN 244989)
ckrueger@tresslerllp.com
Alexandra Sennet, Esq. (SBN 360861)
asennet@tresslerllp.com
TRESSLER LLP
400 Continental Boulevard, Suite 6125
El Segundo, California 90245
Telephone: (310) 203-4800
Fax: (323) 486-2704

Attorneys for Defendants, BIJAN RAHMANI, MATTHEW BERLIN, CHRISTOPHER KAGAY, and LIBERTY HEALTHCARE OF CALIFORNIA, INC., erroneously sued and served herein as Liberty Healthcare

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN MORTON, Individually, and as Successor in Interest to JOSEPH MORTON, and DEAN MORTON, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN DIEGO, BIJAN RAHMANI, Individually, HOSANNA ALTO, Individually, MATTHEW BERLIN, Individually, LIBERTY HEALTHCARE, JANINE SPARKS, Individually, CHRISTOPHER KAGAY, Individually, AND DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:21-cv-01428-RBM-DDL<br><br>*Honorable Ruth Bermudez Montenegro*<br>*Magistrate Judge: David D. Leshner*<br>*Courtroom 2D*<br><br>**FED. R. CIV. P. 26(a)(3) PRE-TRIAL DISCLOSURES BY DEFENDANTS LIBERTY HEALTHCARE OF CALIFORNIA, INC., BIJAN RAHMANI, MATTHEW BERLIN, AND CHRISTOPHER KAGAY**<br><br>Complaint Filed:   August 9, 2021<br>Trial Date:        August 17, 2026 |

COME NOW defendants LIBERTY HEALTHCARE OF CALIFORNIA, INC., BIJAN RAHMANI, MATTHEW BERLIN, and CHRISTOPHER KAGAY (hereinafter, the "Liberty Defendants") and hereby submit the following disclosures

1

pursuant to Fed. R. Civ. P. 26(a)(3) and reserve the right to supplement these as trial preparation progresses.

Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(i), the Liberty Defendants provide the following names and, if not previously provided, the addresses and telephone numbers of each witness, separately identifying those the party expects to present and those it may call if the need arises:

**(a)    Witnesses the Liberty Defendants expect to present:**

| | |
|---|---|
| 1.  Bijan Rahmani | Through Counsel for Liberty |
| 2.  Matthew Berlin | Through Counsel for Liberty |
| 3.  Christopher Kagay | Through Counsel for Liberty |
| 4.  Gregory Davis, M.D. | Through Counsel for Liberty |
| 5.  Richard Lewis Ruffalo, M.D. | Through Counsel for Liberty |
| 6.  Dr. Francis Ysla | Through Counsel for Liberty |
| 7.  Lisa Boesky, Ph.D. | Through Counsel for Liberty |
| 8.  David T. Fractor, Ph.D. | Through Counsel for Liberty |
| 9.  Marilyn Morton (deceased) | Via deposition (see below) |
| 10.  Linnea Morton | Through plaintiffs' counsel |
| 11.  Elaine Luong | Through plaintiffs' counsel |

The above witnesses may be contacted through counsel for the Liberty Defendants.

**(b)    Witnesses the Liberty Defendants may call if the need arises:**

| | |
|---|---|
| 1.  Lindsay Jameson | Through County's counsel |
| 2.  Billy Duke | Through County's counsel |
| 3.  Michael Raguine | Through County's Counsel |
| 4.  Nancy Booth | Through County's Counsel |
| 5.  Jon Montgomery, M.D. | Through County's Counsel |
| 6.  Nas Rafi | Through County's Counsel |

**LIBERTY DEFENDANTS' PRE-TRIAL DISCLOSURES**
Case No. 3:21-cv-01428-RBM-DDL

| 7.  Andrea Medina | Through County's Counsel |
|---|---|
| 8.  Myra Rada | Through County's Counsel |
| 9.  Hosanna Alto | Through County's Counsel |
| 10.  Samantha Macanlalay, R.N. | Through County's Counsel |
| 11.  Janine Sparks | Through County's Counsel |
| 12.  Lois Guillory | Through County's Counsel |
| 13.  Sgt. Luis Gomez | Through County's Counsel |
| 14.  Matthew McArdle | Through County's Counsel |
| 15.  Kaycea Campbell | Through County's Counsel |
| 16.  Deputy Marc Myers | Through County's Counsel |
| 17.  Jeffrey Metzner, M.D. | Through County's Counsel |
| 18.  Kenneth Carabello | Through Counsel for Liberty |

The Liberty Defendants reserve the right to call at trial any witness disclosed by any other part pursuant to Fed R. Civ. P. 26(a)(3) as a witness and to elicit testimony and opinions consistently with said disclosure, thereby fully incorporating all other party disclosures as if fully set forth herein.  The Liberty Defendants also reserve all rights to amend and supplement these disclosures to identify additional relevant information, witnesses, documents and/or damages. Further, the Liberty Defendants herein disclose only relevant, non-privileged, and discoverable information.  Any disclosure of information or materials protected as attorney work product or by the attorney-client privilege is inadvertent, and without waiver of any of the protections afforded such information and materials. The Liberty Defendants make these initial disclosures without waiver of the right to invoke the protections of privilege, confidentiality or privacy, or any right to object to the documents, witnesses and information identified in these disclosures on any grounds, including privilege, relevancy, materiality, confidentiality, or on any other grounds. These disclosures are not, and should not be deemed, an admission or concession by The Liberty Defendants in any way.

**LIBERTY DEFENDANTS' PRE-TRIAL DISCLOSURES**
Case No. 3:21-cv-01428-RBM-DDL

Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(ii), the Liberty Defendants designate the following witness whose testimony the Liberty Defendants expect to present by deposition:

Marilyn Morton (deceased):  Deposition taken (and video recorded) May 9, 2023.  The Liberty Defendants designate the following testimony, and reserve the right to counter-designate, to use any portion for impeachment, and to supplement these designations as trial preparation progresses, including but not limited to following the Court's rulings on motions in limine.

Designations:  12:1–12:9; 24:21–25:3; 39:9–40:7; 43:1–43:12; 43:14–48:13; 49:17–52:3; 53:8–54:20; 58:6–60:19; 63:4–74:21; 75:2–78:1; 78:23–79:13; 83:11–86:2; 87:13–90:5; 96:10–97:25; 99:1–99:19; 102:10–104:23; 108:10–110:21; 112:2–112:7; 116:25–118:11; 121:10–122:14; 124:2–124:24; 128:7–129:23; 133:12–135:13; 137:12–140:1; 142:17–143:14; 148:24–151:2; 154:19–156:14; 169:16–172:8; 199:18–201:8; 203:2–205:7.

Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(iii), the Liberty Defendants identify the following documents or other exhibits, including summaries of other evidence—separately identifying those items the party expects to offer and those it may offer if the need arises:

**(a)    Exhibits the Liberty Defendants expects to offer:**

| Ex. | Date | Title / Description | Bates |
|-----|------|---------------------|-------|
| A | | Arrest Report | SD00002-00016 |
| B | | Intake Medical Screening by Macanlalay | SD00255-00273 |
| C | | Comprehensive Detox Screen | SD00274-00276 |
| D | | Gatekeeping Assessment by Dr. Rahmani | SD00243-00244 |

**LIBERTY DEFENDANTS' PRE-TRIAL DISCLOSURES**
Case No. 3:21-cv-01428-RBM-DDL

| | | | |
|---|---|---|---|
| E | | Incident Report re Rahmani Assessment | SD00277-00287 |
| F | | Gatekeeper Discharge by Devereaux | SD00289 |
| G | | QMHP Sick Call ISP | SD06992 |
| H | | Gatekeeping Assessment by Dr. Berlin | SD00241-00242 |
| I | | Incident Report re Berlin Gatekeeping Assessment | SD00301-00312 |
| J | | CVS Records of Morton | |
| K | | Medical Chart Review by Nas Rafi | SD05875 |
| L | | Psych Chart Review | SD05877-05878 |
| M | | CIWA Follow-Up by Medina RN | SD05881 |
| N | | Incident Report re CIWA Clearance | SD00247-00248 |
| O | | Medical Chart Review by Nas Rafi | SD05876 |
| P | | Sick Calls Morton | SD00131;    00334; 05873-5883; 06992 |
| Q | | Investigative Report by Sgt. Brown | SD01751-01791 |
| R | | DOPS Spreadsheet for Janine Sparks | SD06925-06928 |
| S | | Emails from Berlin and Liberty of Incident | SD04499, LIB00000001-2, |

**LIBERTY DEFENDANTS' PRE-TRIAL DISCLOSURES**
Case No. 3:21-cv-01428-RBM-DDL

| | | | 000000005-8 |
|---|---|---|---|
| T | | Email from Kagay | LIB00000003-4 |
| U | | Audio Logs | SD02055; SD01847; SD01848; SD01863; SD02090; SD02059; SD02093; SD02088; SD02094; SD02072; SD02075 |
| V | | Video Surveillance, Lower West, Cam003 (LW5) dated 05/13/2020 | CONFIDENTIAL SD 03233-03339 |
| W | | Video Surveillance, Lower West, Cam003 (LW5) dated 05/14/2020 | CONFIDENTIAL SD 03340-03448 |
| X | | Video Surveillance, Lower West, Cam003 (LW5) dated 05/15/2020 | CONFIDENTIAL SD 03449-03557 |
| Y | | Video Surveillance, Lower West, Cam003 (LW5) dated 05/16/2020 | CONFIDENTIAL SD 03558-03667 |
| Z | | Video Surveillance, Lower West, Cam003 (LW5) dated 05/17/2020 | CONFIDENTIAL SD 03668-03771 |
| AA | | Video Surveillance, Lower West, Cam003 (LW5) dated 05/12/2020 | CONFIDENTIAL SD 03132-3232 |
| AB | | Medical Chart Review 05- | CONFIDENTIAL |

6

**LIBERTY DEFENDANTS' PRE-TRIAL DISCLOSURES**
Case No. 3:21-cv-01428-RBM-DDL

| | | | |
|---|---|---|---|
| | | 13-20 | SD 05875 |
| AC | | Medical Chart Review 05-15-20 | CONFIDENTIAL SD 05876 |
| AD | | Psych Chart Review 05-13-20 | CONFIDENTIAL SD 05877 |
| AE | | Psych SC 05-12-20 | CONFIDENTIAL SD 05878 |
| AF | | Psych SC 05-20-20 | CONFIDENTIAL SD 05879 |
| AG | | QMHP 05-13-20 | CONFIDENTIAL SD 05880 |
| AH | | RN SC 05-13-20 | CONFIDENTIAL SD 05881 |
| AI | | Second Stage Nurse Eval 05-11-20 | CONFIDENTIAL SD 05882 |
| AJ | | Tmp50D1-Morton Sick Cals | CONFIDENTIAL SD 05883 |
| AK | | QMHP Sick Call | CONFIDENTIAL SD 06992 |
| AL | | Liberty Defendants' Rule 26(a)(1) disclosures and supplemental | |
| AM | | Liberty Defendants' Rule 26(a)(2) disclosures and supplemental | |
| AN | | Liberty Defendants' Rebuttal Expert Witness Designations | |

**LIBERTY DEFENDANTS' PRE-TRIAL DISCLOSURES**
Case No. 3:21-cv-01428-RBM-DDL

| | | | |
|---|---|---|---|
| | | and Disclosures | |
| AO | 12/06/2023 | Expert Report of Lisa Boesky, Ph.D. | |
| AP | 12/18/2023 | Rebuttal Expert Report of Lisa Boesky, Ph.D. | |
| AQ | 12/06/2023 | Expert Report of Richard Lewis Ruffalo, M.D. | |
| AR | 11/30/2023 | Expert Report of Gregory Davis, M.D. | |
| AS | 12/15/2023 | Rebuttal Expert Report of David T. Fractor, Ph.D. | |
| AT | | Report and Rebuttal Report by Dr. Jeffrey Metzner | |
| AU | | Report by Kristina Tyler | |
| AV | | Report by Kathryn Wild | |
| AW | | Report by Dr. Mace Beckson | |
| AX | | Report by Dr. Kaycea Campbell | |
| AY | | Plaintiffs' Rebuttal Expert Witness Designations and Disclosures and Reports therein. | |
| AZ | 05/12/2020 | Audio recording of jail call — Joseph Morton & Marilyn Morton (M. Morton Dep. Ex. 10) | SD02090 (CONF.) |
| BA | 05/12/2020 | Transcription of jail call — | SD04681-SD04685 |

8

**LIBERTY DEFENDANTS' PRE-TRIAL DISCLOSURES**

Case No. 3:21-cv-01428-RBM-DDL

| | | Joseph Morton & Marilyn Morton (M. Morton Dep. Ex. 11) | (CONF.) |
|---|---|---|---|
| BB | 05/15/2020 | Audio & transcription — Joseph Morton & Marilyn Morton (M. Morton Dep. Exs. 4 & 5) | Audio: M. Morton Dep. Ex. 4; Tr. SD04586-SD04590 (CONF.) |
| BC | 05/16/2020 | Audio & transcription — Joseph Morton & Marilyn Morton (M. Morton Dep. Exs. 6 & 7) | Audio: M. Morton Dep. Ex. 6; Tr. SD04594-SD04602 (CONF.) |
| BD | 05/17/2020 | Audio & transcription — Joseph Morton & Marilyn Morton (M. Morton Dep. Exs. 8 & 9) | Audio: M. Morton Dep. Ex. 8; Tr. SD04603-SD04608 (CONF.) |
| BE | 05/12/2020 | Audio & transcription of jail call — Joseph Morton & Elaine Luong (Luong Dep. Exs. 1 & 2) | Audio SD02059; Tr. SD04583-SD04585 (CONF.) |
| BF | 05/16/2020 | Audio & transcription of jail call — Joseph Morton & Elaine Luong (Luong Dep. Exs. 3 & 4) | Audio SD02093; Tr. SD04591-SD04593 (CONF.) |
| BG | 05/17/2020 | Audio & transcription of jail call — Joseph Morton & Elaine Luong (Luong Dep. Exs. 5 & 6) | Audio SD02075; Tr. SD04609-SD04611 (CONF.) |

9

**LIBERTY DEFENDANTS' PRE-TRIAL DISCLOSURES**
Case No. 3:21-cv-01428-RBM-DDL

| BH | 05/12-05/17/2020 | Sgt. A. Brown Follow-Up Investigative Report (contains transcriptions of Morton/Marilyn & Morton/Luong jail calls and inmate emails) | SD04573-SD04614 (CONF.) |
|---|---|---|---|
| BI | 05/08-05/10/2020 | Alvarado Parkway Institute records (pre-incarceration 5150 hold; discharge summary showing decedent was OFFERED an SSRI and anti-craving medication and DECLINED both; discharged on no medications) | JM000583-JM000638 |

(b)     **Exhibits the Liberty Defendants may offer if the need arises:**

| Ex. | Date | Title / Description | Bates |
|---|---|---|---|
| BJ | 1/30/24 | Fourth Amended Complaint | |
| BK | 2/26/24 | Answer to Fourth Amended Complaint (Liberty Defendants) | |
| BL | | Plaintiff's Responses to Liberty's Interrogatories | |
| BM | | Plaintiff's Responses to Berlin's Interrogatories | |
| BN | | Plaintiff's Responses to Rahmani's Interrogatories | |

**LIBERTY DEFENDANTS' PRE-TRIAL DISCLOSURES**
Case No. 3:21-cv-01428-RBM-DDL

| BO | | Plaintiff's Responses to County Defendants' Interrogatories | |
| BP | | Plaintiff's Responses to Liberty's Request for Production | |
| BQ | | Plaintiff's Responses to Berlin's Request for Production | |
| BR | | Plaintiff's Responses to Rahmani's Request for Production | |
| BS | | Plaintiff's Responses to County Defendants' Request for Production | |
| BT | | Matthew Berlin's Responses to Plaintiff's Interrogatories | |
| BU | | Matthew Berlin's Responses to Plaintiff's Request for Production | |
| BV | | Matthew Berlin's Responses to County's Interrogatories | |
| BW | | Matthew Berlin's Responses to County's Request for Production | |
| BX | | Rahmani's Responses to Plaintiff's Interrogatories | |

11

**LIBERTY DEFENDANTS' PRE-TRIAL DISCLOSURES**

Case No. 3:21-cv-01428-RBM-DDL

| BY | | Rahmani's Responses to Plaintiff's Request for Production | |
| BZ | | Rahmani's Responses to County's Interrogatories | |
| CA | | Rahmani's Responses to County's Request for Production | |
| CB | | County's Responses to All sets of Liberty's Interrogatories | |
| CC | | County's Responses to All sets of Liberty's Request for Production | |
| CD | | County's Responses to ALL sets of Plaintiff's Interrogatories | |
| CE | | County's Responses to ALL sets of Plaintiff's Request for Production | |
| CF | | Morton Face Sheet | SD00196-00198 |
| CG | | Vital Signs | SD00335 |
| CH | | EMAR Medication Administration | SD00211-00220 |
| CI | | Man Down Assessment SD | SD00325-00327 |
| CJ | | Progress Notes | SD00328-00333 |
| CK | | Letter Elaine to Morton | SD00098 |
| CL | | Letter to Elaine Luong | SD00109-00110 |

12

**LIBERTY DEFENDANTS' PRE-TRIAL DISCLOSURES**

Case No. 3:21-cv-01428-RBM-DDL

| CM | | Letter to Family | SD00107-00108, 00487-00488 |
|---|---|---|---|
| CN | | Email Sparks re FW_last week | SD01819 |
| CO | | Investigative Report by Sisto | SD01812 |
| CP | | Investigative Report by Simpson | SD01812-01816 |
| CQ | | Email from and to L. Morton re Records Request | SD04648-04651 |
| CR | | SDSD Policies and Procedures | SD04934-04938, 04944-04948, 04947-04978, 05311-05316 |
| CS | | SDSD Medical Services | SD00711-00720, 00728-00732, 00848-00850, 00862-00870, 00888-00921, 00928-00933, 00977-00982 |
| CT | | SDSD Detention Services Bureau – Vista Detention Facility Green Sheets re: Covid 19 | SD04889-SD04928 |
| CU | | SDSD Detention Services Bureau – Manual of Policies and Procedures SDSD Detention Services Bureau – | SD04929-SD04983 SD04984-SD04991 SD04992-SD05126 SD05127-05329 |

**LIBERTY DEFENDANTS' PRE-TRIAL DISCLOSURES**
Case No. 3:21-cv-01428-RBM-DDL

| | | | |
|---|---|---|---|
| | | Vista Detention Facility Green Sheets SDSD Detention Services Bureau – Detentions Academy Courses SDSD Detention Services Bureau – Training Materials and Related Documents | |
| CV | | Training Transcript for Hosanna H. Alto Training Transcript for Samantha A. Macanalaly | CONFIDENTIAL SD 05330-SD05336 CONFIDENTIAL SD 05337-SD05344 |
| CW | | SDSD Medical Services Division – Policies and Related Materials | SD 05345-SD 05372 |
| CX | | SDSD Medical Services Division – Learner Transcript of Samantha A. Macanalay | CONFIDENTIAL SD05373-SF05374 |
| CY | | SDSD Medical Services Division – Learner Transcript of Hosanna H. Alto | CONFIDENTIAL SD05375 |
| CZ | | Supervisor Evaluations and Policies re: Hosanna H. Alto | CONFIDENTIAL SD05376-SD05389 |
| DA | | Curriculum Vitae of Hosanna H. Alto Supervisor Evaluations of Policies re: Samantha A. Macanlalay | CONFIDENTIAL SD05390-SD05392 CONFIDENTIAL SD05425-SD05541 |
| DB | | Emails exchanged between | CONFIDENTIAL |

14

**LIBERTY DEFENDANTS' PRE-TRIAL DISCLOSURES**

Case No. 3:21-cv-01428-RBM-DDL

| | | | |
|---|---|---|---|
| | | Liberty Healthcare personnel on May 18, 2020, regarding Joseph Morton | SD 04499-04512 |
| DC | | Emails and Attachments exchanged regarding Joseph Morton | CONFIDENTIAL SD04513-04888 |
| DD | | Video Surveillance, Lower West, Cam010 (LW5 Dayroom) dated 05/12/2020 | CONFIDENTIAL SD 03772-03876 |
| DE | | Video Surveillance, Lower West, Cam010 (LW5 Dayroom) dated 05/13/2020 | CONFIDENTIAL SD 03877-03985 |
| DF | | Video Surveillance, Lower West, Cam010 (LW5 Dayroom) dated 05/14/2020 | CONFIDENTIAL SD 03986-04098 |
| DG | | Video Surveillance, Lower West, Cam010 (LW5 Dayroom) dated 05/15/2020 | CONFIDENTIAL SD 04099-04209 |
| DH | | Video Surveillance, Lower West, Cam010 (LW5 Dayroom) dated 05/16/2020 | CONFIDENTIAL SD 04210-04320 |
| DI | | Video Surveillance, Lower West, Cam010 (LW5 Dayroom) dated 05/17/2020 | CONFIDENTIAL SD 04321-04426 |
| DJ | | Video Lapse Documentation (PDF) | CONFIDENTIAL SD 04427 |
| DK | | Video Lapse Documentation | CONFIDENTIAL |

**LIBERTY DEFENDANTS' PRE-TRIAL DISCLOSURES**

Case No. 3:21-cv-01428-RBM-DDL

| | | | |
|---|---|---|---|
| | | (xlsx) | SD 04428 |
| DL | | Body-worn Camera Footage dated 05/11/2020 | CONFIDENTIAL SD 04429-04435 |
| DM | | 01. Vehicle Sally Entrance 1__ (1).mp4 | CONFIDENTIAL SD 02097 |
| DN | | 02. Vehicle Sally Entrance 2__ (2).mp4 | CONFIDENTIAL SD 02098 |
| DO | | 03. Outside Male Intake Sally Port 1__ (3).mp4 | CONFIDENTIAL SD 02099 |
| DP | | 04. Outside Male Intake Sally Port 2__ (4).mp4 | CONFIDENTIAL SD 02100 |
| DQ | | 05. Outside Male Intake Sally Port 3__ (5).mp4 | CONFIDENTIAL SD 02101 |
| DR | | 06. Male Intake Sally Port 1__ (6).mp4 | CONFIDENTIAL SD 02102 |
| DS | | 07. Male Intake Sally Port 2__ (7).mp4 | CONFIDENTIAL SD 02103 |
| DT | | 08. Pre-Intake 1__ (8).mp4 | CONFIDENTIAL SD 02104 |
| DU | | 09. Pre-Intake 2__ (9).mp4 | CONFIDENTIAL SD 02105 |
| DV | | 10. Male Intake Sally Port 1__ (10).mp4 | CONFIDENTIAL SD 02106 |
| DW | | 11. Male Intake Sally Port 2__ (11).mp4 | CONFIDENTIAL SD 02107 |
| DX | | 12. Male Intake Hallway 1__ (12).mp4 | CONFIDENTIAL SD 02108 |

16

| | | | |
|---|---|---|---|
| DY | | 13. Male Intake Hallway 2__ (13).mp4 | CONFIDENTIAL SD 02109 |
| DZ | | 14. Male Booking 1__ (14).mp4 | CONFIDENTIAL SD 02110 |
| EA | | 15. Male Booking 2__ (15).mp4 | CONFIDENTIAL SD 02111 |
| EB | | 16. Male Booking-Xray__(16).mp4 | CONFIDENTIAL SD 02112 |
| EC | | San Diego County Sheriff Floor Evacuation List | CONFIDENTIAL SD 05542-SD05545 |
| ED | | Rescue Report – AED Summary | CONFIDENTIAL SD 05546-SD05587 |
| EE | | San Diego County Sheriff's Department Health Information Management | CONFIDENTIAL SD 05588 – SD05689 |
| EF | | Training Bulletin For "QMHP Role in Critical Incidents" | SD 05843-SD05844 |
| EG | | Training Bulletin for "MSD LUT 21 Suicide Detection and Prevention" | SD 05845-SD05855 |
| EH | | VDF DOPS Spreadsheet for Janine Sparks 5/13/2020 | CONFIDENTIAL SD 06925 |
| EI | | VDF DOPS Spreadsheet for Janine Sparks 5/14/2020 | CONFIDENTIAL SD 06926 |
| EJ | | VDF DOPS Spreadsheet for Janine Sparks 5/15/2020 | CONFIDENTIAL SD 06927 |
| EK | | VDF DOPS Spreadsheet for | CONFIDENTIAL |

17

**LIBERTY DEFENDANTS' PRE-TRIAL DISCLOSURES**
Case No. 3:21-cv-01428-RBM-DDL

| | | | |
|---|---|---|---|
| | | Janine Sparks 5/16/2020 | SD 06928 |
| EL | | Section J – Special Management Inmates | SD 05884 – SD 05913 |
| EM | | Section M – Medical & Health Care Services | SD 05914-SD06010 |
| EN | | Chronic Care 06-25-20 | CONFIDENTIAL SD 05873 |
| EO | | Dental SC 03-07-21 | CONFIDENTIAL SD 05874 |
| EP | | Internal Affairs Reports | CONFIDENTIAL SD 06929-SD06949 |
| EQ | | QMHP Training/Policy | SD 06950-SD06965 |
| ER | | COVID-related Training/Policy | SD 06966-SD06988 |
| ES | | Emails and Attachment relating to Janine Sparks | CONFIDENTIAL SD 06989-SD06991 |
| ET | | Interviews with Inmates conducted by Detective S. Paris | SD 01830-SD01846 |
| EU | | Interviews with Family of Joseph Morton conducted by Detective Sisto – Elaine Luong and Marilyn Morton | SD01847-SD01848 |
| EV | | Audio File with Deputy Church (Simpson) dated 05/29/20 | SD 01849 |
| EW | | Audio File with Deputy | SD 01850 |

18

| | | | |
|---|---|---|---|
| | | Johnson (Gardiner) dated 05/18/20 | |
| EX | | Audio File with Deputy Johnson (Stathes) dated 05/18/20 | SD 01851 |
| EY | | Audio File with Deputy Madrigal (Kearney) dated 05/18/20 | SD 01852 |
| EZ | | Audio File with Deputy Madrigal (Simpson) dated 05/29/20 | SD 01853 |
| FA | | Audio File with Deputy Reyes (Gardiner) dated 05/18/20 | SD 01854 |
| FB | | Audio File with Deputy Vallejo (Kearney) dated 05/18/20 | SD 01855 |
| FC | | Audio File with Deputy Church (Szymanski) dated 05/29/20 | SD 01856 |
| FD | | Phone Call with Abraham Ibarra dated 07/12/20 | SD 01857-01858 |
| FE | | Audio File with Deputy Madrigal (Szymanski) dated 05/29/20 | SD 01859 |
| FF | | Audio File of Elaine Luong (Simpson) dated 06/05/20 | SD 01860 |
| FG | | Audio File of Linnea Morton | SD 01861 |

19

**LIBERTY DEFENDANTS' PRE-TRIAL DISCLOSURES**

Case No. 3:21-cv-01428-RBM-DDL

| | | | |
|---|---|---|---|
| | | (Simpson) dated 06/03/20 | |
| FH | | Audio File of Elaine Luong (Simpson) dated 06/05/20 | SD 01862 |
| FI | | Audio File of Elaine Luong (Simpson) dated 05/26/20 | SD 01863 |
| FJ | | Audio File of Linnea Morton (Simpson) dated 05/26/20 | SD 01864 |
| FK | | Audio File of Elaine Luong (Simpson) dated 06/09/20 | SD 01865 |
| FL | | Audio File of Linnea Morton (Simpson, message) dated 06/05/20 | SD 01866 |
| FM | | Audio File of Linnea Morton (Simpson) dated 06/05/20 | SD 01867 |
| FN | | Audio File with RN Baluca dated 05/18/20 | SD 01868 |
| FO | | Audio File with RN Jameson dated 05/18/20 | SD 01869 |
| FP | | Audio File with RN Mata dated 05/18/20 | SD 01870 |
| FQ | | Audio File with RN Moralde dated 05/18/20 | SD 01871 |
| FR | | Audio File with RN Preechar dated 05/18/20 | SD 01872 |
| FS | | Vehicle Sally Entrance 1 | SD 01873 |
| FT | | Vehicle Sally Entrance 2 | SD 01874 |
| FU | | Outside Male Intake Sally Port | SD 01875 |

20

**LIBERTY DEFENDANTS' PRE-TRIAL DISCLOSURES**

Case No. 3:21-cv-01428-RBM-DDL

| | | 1 | |
|---|---|---|---|
| FV | | Male Intake Sally Port | SD 01876 |
| FW | | Male Intake Sally Port 1 | SD 01877 |
| FX | | Male Intake Sally Port 2 | SD 01878 |
| FY | | Male Intake Hallway 1 | SD 01879 |
| FZ | | Male Intake Hallway 2 | SD 01880 |
| GA | | Male Booking 1 | SD 01881 |
| GB | | Male Booking 2 | SD 01882 |
| GC | | Male Booking X-ray | SD 01883 |
| GD | | Outside Male Intake Sally Port 1 | SD 01884 |
| GE | | Outside Male Intake Sally Port 2 | SD 01885 |
| GF | | Outside Male Intake Sally Port 3 | SD 01886 |
| GG | | Pre-Intake 1 | SD 01887 |
| GH | | Pre-Intake 2 | SD 01888 |
| GI | | Medical EOH dated 05/11/20 | SD 01889-01953 |
| GJ | | Medical EOH dated 05/12/20 | SD 01954-02038 |
| GK | | Lower West Mod Videos dated 05/18/20 | SD 02039-02052 |
| GL | | Plaintiffs' Rule 26(a)(1) disclosures and supplemental | |
| GM | | Plaintiffs' Rule 26(a)(2) disclosures and supplemental | |
| GN | | County of San Diego's Rule 26(a)(1) disclosures and | |

**LIBERTY DEFENDANTS' PRE-TRIAL DISCLOSURES**
Case No. 3:21-cv-01428-RBM-DDL

| | | | |
|---|---|---|---|
| | | supplemental | |
| GO | | County of San Diego's Rule 26(a)(2) disclosures and supplemental | |
| GP | | County of San Diego's Rebuttal Expert Witness Designations and Disclosures and Reports therein. | |
| GQ | | NCCHC Standards for Mental Health Services in Correctional Facilities | |
| GR | | NCCHC Suicide Prevention Standards | |
| GS | | California State Auditor's Office Records | |

Further, the Liberty Defendants reserve the right to adopt and incorporate by reference the Rule 26(a)(2)(B) disclosures made by all other parties and expressly reserve the right to rely on the opinions, reports, and deposition testimony of the expert witnesses identified in any other party's disclosures and any other individuals identified by any other party in this case as rebuttal experts. Defendants will also retain the right to elicit expert testimony from individuals identified as "may call" or "will call" witnesses by other parties in their applicable field of expertise and experience.

The Liberty Defendants further reserve the right to: (1) offer any exhibit, or call any witness, identified or disclosed by any other party in this action; (2) use any document, testimony, recording, or other evidence solely for purposes of impeachment or rebuttal, which need not be disclosed under Rule 26(a)(3)(A); (3) use demonstrative exhibits, enlargements, charts, timelines, and summaries of

voluminous records under Fed. R. Evid. 1006, whether or not yet prepared; (4) supplement or amend these disclosures in light of the parties' exchange of disclosures and designations, the Court's rulings on motions in limine, and any further order of the Court; and (5) assert all objections to the admissibility of any exhibit, deposition designation, or testimony offered or designated by any other party. The designation or identification of any witness, deposition testimony, or exhibit herein is not a concession of admissibility, authenticity, or relevance, and is made without waiver of any objection.

Date:  June 4, 2026                    Tressler LLP


By: _____
    Corey E. Krueger, Esq.
    Alexandra Sennet, Esq.
    Attorneys for Defendants, BIJAN RAHMANI, MATTHEW BERLIN, CHRISTOPHER KAGAY, and LIBERTY HEALTHCARE OF CALIFORNIA, INC., erroneously sued and served herein as Liberty Healthcare

**LIBERTY DEFENDANTS' PRE-TRIAL DISCLOSURES**
Case No. 3:21-cv-01428-RBM-DDL