**Michael L. Wroniak, Esq. (State Bar No. 210347)**
**Rada Feldman, Esq. (State Bar No. 285931)**
**Bianca M. Bonjean, Esq. (State Bar No. 342297)**
**Cristina I. Butoiu, Esq. (State Bar No. 335902)**
**COLLINS + COLLINS LLP**
**750 The City Drive, Suite 400**
**Orange, CA 92868**
**(714) 823-4100 – FAX (714) 823-4101**
**Email:  mwroniak@ccllp.law**
**Email:  rfeldman@ccllp.law**
**Email:  bbonjean@ccllp.law**
**Email:  cbutoiu@ccllp.law**

Attorneys for Defendants
COUNTY OF SAN DIEGO and JANINE SPARKS

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN MORTON, Individually, and as Successor in Interest to JOSEPH MORTON, and DEAN MORTON, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN DIEGO, BIJAN RAHMANI, Individually, HOSANNA ALTO, Individually, MATTHEW BERLIN, Individually, LIBERTY HEALTHCARE, JANINE SPARKS, Individually, CHRISTOPHER KAGAY, Individually, AND DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 3:21-cv-01428-RBM-DDL<br>*Judge Ruth Bermudez Montenegro, Courtroom 5D; Magistrate Judge David D. Leshner, Courtroom 2D*<br><br>**DEFENDANTS COUNTY OF SAN DIEGO and JANINE SPARKS' NINETEENTH SUPPLEMENTAL DISCLOSURE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26**<br><br>**Complaint Filed:  08/09/2021**<br>**Trial Date:         08/17/2026** |

///

///

///

*23475*

1

**COUNTY DEFENDANTS' NINETEENTH SUPPLEMENTAL DISCLOSURE**

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA  92868-4940
Phone   (714) 823-4100
Fax        (714) 823-4101

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, Defendants County of San Diego and Hosanna Alto ("County Defendants") hereby submit the following supplemental disclosure:

These disclosures are subject to further amendment to reflect additional information obtained in discovery, investigation, and research. County Defendants' disclosures are made without waiving any applicable privilege including but not limited to the attorney client privilege and/or the attorney work product doctrine, and the official information privilege. Additionally, County Defendants specifically reserve the right to revise, correct, supplement or clarify any of the disclosures propounded herein.

## I.    WITNESSES

The following names and (if known) addresses and telephone numbers of individuals likely to have discoverable information that the disclosing parties may use to support their defenses (unless solely for impeachment). Fed. R. Civ. P. 26(a)(1)(A)(i).

| NAME / CONTACT INFO | SUBJECT OF EXPECTED TESTIMONY |
|---|---|
| Baccelia, Misty | May be contacted through counsel. Employed by County of San Diego during relevant time period – events regarding lawsuit and damages. |
| Baluca, Grace | May be contacted through counsel. Employed by County of San Diego during relevant time period – events regarding lawsuit and damages. |
| Beckson, Mace | May be contacted through counsel. County of San Diego expert witness regarding standard of care. |
| Booth, Nancy | May be contacted through counsel. Employed by County of San Diego during relevant time period - events regarding lawsuit and damages. |
| Brown, Aaron | May be contacted through counsel. Employed by County of San Diego during relevant time period - events regarding lawsuit and damages. |

**COLLINS + COLLINS** LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone  (714) 823-4100
Fax      (714) 823-4101

*23475*

**COUNTY DEFENDANTS' NINETEENTH SUPPLEMENTAL DISCLOSURE**

| Brown, Amy | May be contacted through counsel. Employed by County of San Diego during relevant time period - events regarding lawsuit and damages. |
|---|---|
| Devereaux, Lynetta | May be contacted through counsel. Employed by County of San Diego during relevant time period - events regarding lawsuit and damages. |
| Duke, Billy | May be contacted through counsel. Employed by County of San Diego during relevant time period - events regarding lawsuit and damages. |
| Fractor, David | May be contacted through counsel. County of San Diego expert witness regarding damages. |
| Gardiner, Francis | May be contacted through counsel. Employed by County of San Diego during relevant time period - events regarding lawsuit and damages. |
| Gomez, Luis | May be contacted through counsel. Employed by County of San Diego during relevant time period - events regarding lawsuit and damages. |
| Guillory, Lois | May be contacted through counsel. Employed by County of San Diego during relevant time period - events regarding lawsuit and damages. |
| Iverson, Daniel | May be contacted through counsel. Employed by County of San Diego during relevant time period - events regarding lawsuit and damages. |
| Jalalian, B. | May be contacted through counsel. Employed by County of San Diego during relevant time period - events regarding lawsuit and damages. |
| Jameson, Lindsay | May be contacted through counsel. Employed by County of San Diego during relevant time period - events regarding lawsuit and damages. |
| Johns, Jesse | May be contacted through counsel. Employed by County of San Diego during relevant time period - events regarding lawsuit and damages. |
| Kagay, Christopher | May be contacted through counsel. Employed by Liberty Healthcare during relevant time period - events regarding lawsuit and damages. |

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA  92868-4940
Phone   (714) 823-4100
Fax      (714) 823-4101

23475

3

**COUNTY DEFENDANTS' NINETEENTH SUPPLEMENTAL DISCLOSURE**

| | |
|---|---|
| Kapchinsky, Lily | May be contacted through counsel. Employed by Kaiser Permanente during relevant period.  May be contacted through counsel – events regarding lawsuit and damages. |
| Luong, Elaine | May be contacted through Plaintiff's counsel. Girlfriend of Joseph Morton – events regarding lawsuit and damages. |
| Medina, Andrea | May be contacted through counsel. Employed by County of San Diego during relevant time period - events regarding lawsuit and damages. |
| Mata, Paul | May be contacted through counsel. Employed by County of San Diego during relevant time period - events regarding lawsuit and damages. |
| McArdle, Matthew | May be contacted through counsel. County of San Diego Rule 30(b)(6) witness. Employed by County of San Diego during relevant time period - events regarding lawsuit and damages. |
| Montgomery, Jon | May be contacted through counsel. County of San Diego Rule 30(b)(6) witness. Employed by County of San Diego during relevant time period - events regarding lawsuit and damages. |
| Moralde, Reginald | May be contact through counsel. Employed by County of San Diego during relevant time period - events regarding lawsuit and damages. |
| Morton, Linnea | May be contacted through Plaintiff's counsel. Sister of Joseph Morton, will testify on events – regarding lawsuit and damages. |
| Myers, Marc | May be contacted through counsel. Employed by County of San Diego during relevant time period - events regarding lawsuit and damages. |
| Preecher, Jaime | May be contacted through counsel. Employed by County of San Diego during relevant time period – events regarding lawsuit and damages. |
| Quintos, Dennis | May be contacted through counsel. Employed by County of San Diego during relevant time period - events regarding lawsuit and damages. |

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

*23475*

4

**COUNTY DEFENDANTS' NINETEENTH SUPPLEMENTAL DISCLOSURE**

| Quiroz, Melissa | May be contacted through counsel. County of San Diego Rule 30(b)(6) witness. Employed by County of San Diego during relevant time period - events regarding lawsuit and damages. |
|---|---|
| Rada, Myra | May be contacted through counsel. Employed by County of San Diego during relevant time period – events regarding lawsuit and damages. |
| Rafi, Nas | May be contacted through counsel. Employed by County of San Diego during relevant time period - events regarding lawsuit. |
| Ranguine, Michael | May be contacted through counsel. Employed by County of San Diego during relevant time period - events regarding lawsuit and damages. |
| Rognlien-Hood, Serina | May be contacted through counsel. Employed by County of San Diego during relevant time period - events regarding lawsuit and damages. |
| Santiesteban, Felix | May be contacted through counsel. Employed by County of San Diego during relevant time period - events regarding lawsuit and damages. |
| Simpson, Brian | May be contacted through counsel. Employed by County of San Diego during relevant time period - events regarding lawsuit and damages. |
| Sisto, Nicholas | May be contacted through counsel. Employed by County of San Diego during relevant time period - events regarding lawsuit and damages. |
| Sparks, Janine | May be contacted through counsel. County of San Diego Defendant - events regarding lawsuit and damages. |
| Szymanski, B. | May be contacted through counsel. Employed by County of San Diego during relevant time period - events regarding lawsuit and damages. |
| Trief, Harold | May be contacted through counsel. Employed by County of San Diego during relevant time period - events regarding lawsuit and damages. |
| Tyler, Kristina, PhD | May be contacted through counsel. County of San Diego expert witness regarding |

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

23475

5

**COUNTY DEFENDANTS' NINETEENTH SUPPLEMENTAL DISCLOSURE**

| | |
|---|---|
| | standard of care. |
| Wild, Kathryn J. | May be contacted through counsel. County of San Diego expert witness regarding standard of care. |
| Williams, Heidi | May be contacted through counsel. Employed by County of San Diego during relevant time period - events regarding lawsuit and damages. |
| Williamson, Derek | May be contacted through counsel. County of San Diego Rule 30(b)(6) witness. Employed by County of San Diego during relevant time period - events regarding lawsuit and damages. |
| Ysla, Francis. M.D | May be contacted through counsel. Employed by Liberty Healthcare during relevant time period - events regarding lawsuit and damages. |

## II.    DOCUMENTS

| DOCUMENT DESCRIPTION: | BATE STAMP: |
|---|---|
| David Fractor, PhD, Expert Report | N/A |
| Dr. Mace Beckson, M.D., DLFAPA, FASAM, Expert Report | N/A |
| Dr. Kristina Tyler, PhD, QME Expert Report | N/A |
| Kathryn Wild, RN, MPA, CCHP-RN, Expert Report | N/A |

DATED:  June 4, 2026          COLLINS + COLLINS LLP

By: _____
    CRISTINA I. BUTOIU
    MICHAEL L. WRONIAK
    RADA FELDMAN
    BIANCA M. BONJEAN
    Attorneys for Defendants
    COUNTY OF SAN DIEGO and JANINE
    SPARKS

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA  92868-4940
Phone   (714) 823-4100
Fax      (714) 823-4101

23475

6

COUNTY DEFENDANTS' NINETEENTH SUPPLEMENTAL DISCLOSURE

**PROOF OF SERVICE**
**(CCP §§ 1013(a) and 2015.5; FRCP 5)**

State of California,                    )
                                        )  ss.
County of Los Angeles.                  )

I am employed in the County of Pasadena.  I am over the age of 18 and not a party to the within action. My business address is 790 E. Colorado Boulevard, Suite 600, Pasadena CA 91101.

On this date, I served the foregoing document described as **DEFENDANTS COUNTY OF SAN DIEGO and JANINE SPARKS' NINETEENTH SUPPLEMENTAL DISCLOSURE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26** on the interested parties in this action by placing same in a sealed envelope, addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ **(BY MAIL)** - I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail in Pasadena, California to be served on the parties as indicated on the attached service list.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Pasadena, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY CERTIFIED MAIL)** – I caused such envelope(s) with postage thereon fully prepaid via Certified Mail Return Receipt Requested to be placed in the United States Mail in Pasadena, California.

☐ **FEDERAL EXPRESS** - I caused the envelope to be delivered to an authorized courier or driver authorized to receive documents with delivery fees provided for.

☒ **(BY ELECTRONIC FILING AND/OR SERVICE)** – I served a true copy, with all exhibits, electronically on designated recipients listed on the attached service list.

☐ **(ELECTRONIC SERVICE PER CODE CIV. PROC., § 1010.6)** – By prior consent or request or as required by rules of court (Code Civ. Proc., § 1010.6 (amended Jan. 1, 2021); Code Civ. Proc., § 1013(g); Cal. Rules of Court, rule 2.251(a)).

☐ **(BY PERSONAL SERVICE)** - I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

Executed on **June 4, 2026**  at Pasadena**,** California.

☐ **(STATE)** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Michele L. Schee
mschee@ccllp.law

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA  92868-4940
Phone   (714) 823-4100
Fax       (714) 823-4101

*23475*

7

**COUNTY DEFENDANTS' NINETEENTH SUPPLEMENTAL DISCLOSURE**

**MORTON, et al v. COUNTY OF SAN DIEGO, et al.**
**United States District Court-Southern District Case Number: 3:21-cv-01428-RBM-DDL**
**CCLLP File Number: 23475**

<u>**SERVICE LIST**</u>

Danielle Renee Pena
PHG LAW GROUP
501 West Broadway Suite 1480
San Diego, CA 92014
T: (619) 826-8060 – Fax: (619) 826-8065
dpena@PHGLawgroup.com;
lpierce@PHGLawgroup.com
**ATTORNEYS FOR PLAINTIFFS DEAN MORTON and MARILYN MORTON, Individually, and as Successor in Interest to Joseph Morton**

Joseph M. McMullen
Law Offices of Joseph M. McMullen
501 West Broadway, Suite 1510
San Diego, CA 92101-6036
T: (619) 501-2000
joe@jmm-legal.com
**ATTORNEYS FOR PLAINTIFFS DEAN MORTON and MARILYN MORTON, Individually, and as Successor in Interest to Joseph Morton**

Grace Jun
501 West Broadway, Suite 1480
San Diego, CA 92101-6036
T: (619) 841-1408
grace@gracejunlaw.com
**ATTORNEYS FOR PLAINTIFFS DEAN MORTON and MARILYN MORTON, Individually, and as Successor in Interest to Joseph Morton**

Corey E. Krueger
Alexandra Sennet
TRESSLER LLP
6100 Center Drive, Suite 1175
Los Angeles, CA 90045
T: (310) 203-4800; Fax: (323) 486-2704
ckrueger@tresslerllp.com
JPatterson@tresslerllp.com
asennet@tresslerllp.com
**ATTORNEYS FOR DEFENDANTS BIJAN RAHMANI, MATTHEW BERLIN, CHRISTOPHER KAGAY and LIBERTY HEALTHCARE OF CALIFORNIA, INC., erroneously sued and served herein as Liberty Healthcare**

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone  (714) 823-4100
Fax      (714) 823-4101

*23475*

**COUNTY DEFENDANTS' NINETEENTH SUPPLEMENTAL DISCLOSURE**