**Michael L. Wroniak, Esq. (State Bar No. 210347)**
**Rada Feldman, Esq. (State Bar No. 285931)**
**Bianca M. Bonjean, Esq. (State Bar No. 342297)**
**Cristina I. Butoiu, Esq. (State Bar No. 335902)**
**COLLINS + COLLINS LLP**
**750 The City Drive, Suite 400**
**Orange, CA 92868**
**(714) 823-4100 – FAX (714) 823-4101**
**Email:  mwroniak@ccllp.law**
**Email:  rfeldman@ccllp.law**
**Email:  bbonjean@ccllp.law**
**Email:  cbutoiu@ccllp.law**

Attorneys for Defendants
COUNTY OF SAN DIEGO and JANINE SPARKS

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN MORTON, Individually, and as Successor in Interest to JOSEPH MORTON, and DEAN MORTON, Individually,<br><br>          Plaintiffs,<br><br>     vs.<br><br>COUNTY OF SAN DIEGO, BIJAN RAHMANI, Individually, HOSANNA ALTO, Individually, MATTHEW BERLIN, Individually, LIBERTY HEALTHCARE, JANINE SPARKS, Individually, CHRISTOPHER KAGAY, Individually, AND DOES 1-10, inclusive,<br><br>          Defendants. | CASE NO. 3:21-cv-01428-RBM-DDL<br>*Judge Ruth Bermudez Montenegro, Courtroom 5D; Magistrate Judge David D. Leshner, Courtroom 2D*<br><br>**DEFENDANTS COUNTY OF SAN DIEGO AND JANINE SPARKS' PRETRIAL DISCLOSURES PURSUANT TO PURSUANT TO FRCP 26(A)(3)**<br><br>**Complaint Filed:  08/09/2021**<br>**Trial Date:          08/17/2026** |

///

///

///

*23475*

DEFENDANTS COUNTY OF SAN DIEGO AND JANINE SPARKS' PRETRIAL DISCLOSURES
PURSUANT TO PURSUANT TO FRCP 26(A)(3)

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone  (714) 823-4100
Fax      (714) 823-4101

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, Defendants COUNTY OF SAN DIEGO and JANINE SPARKS (hereinafter "DEFENDANTS") hereby submit the following pre-trial disclosures.  DEFENDANTS' disclosures are made without waiving any applicable privilege including but not limited to the attorney-client privilege and/or the attorney work product doctrine, and the official information privilege.  Additionally, DEFENDANTS specifically reserve the right to revise, correct, supplement or clarify any of the disclosures propounded herein.

**Disclosure of Witnesses, FRCP 26(a)(3)(A)(i):**

**County Defendants identify the following people whom they expect to present at trial:**

1. Alto, Hosanna. May be contacted through counsel.

2. Baccelia, Misty. May be contacted through counsel.

3. Baluca, Grace. May be contacted through counsel.

4. Beckson, Mace. May be contacted through counsel.

5. Berlin, Matthew. May be contacted through counsel.

6. Devereaux, Lynetta. May be contacted through counsel.

7. Fractor, David, PhD. May be contacted through counsel.

8. Gardiner, Francis. May be contacted through counsel.

9. Gomez, Luis. May be contacted through counsel.

10. Guillory, Lois. May be contacted through counsel.

11. Jameson, Lindsay. May be contacted through counsel.

12. Johns, Jesse. May be contacted through counsel.

13. Kagay, Christopher. May be contacted through counsel.

14. Macanlalay, Samantha. May be contacted through counsel.

15. Medina, Andrea. May be contacted through counsel.

16. Mata, Paul. May be contacted through counsel.

17. McArdle, Matthew. May be contacted through counsel.

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA  92868-4940
Phone  (714) 823-4100
Fax      (714) 823-4101

*23475*

18.   Montgomery, Jon. May be contacted through counsel.

19.   Moralde, Reginald. May be contacted through counsel.

20.   Myers, Marc. May be contacted through counsel.

21.   Preecher, Jaime. May be contacted through counsel.

22.   Quintos, Dennis. May be contacted through counsel.

23.   Quiroz, Melissa. May be contacted through counsel.

24.   Rada, Myra. May be contacted through counsel.

25.   Rafi, Nas. May be contacted through counsel.

26.   Rahmani, Bijan. May be contacted through counsel.

27.   Rognlien-Hood, Serina. May be contacted through counsel.

28.   Santiesteban, Felix. May be contacted through counsel.

29.   Simpson, Brian. May be contacted through counsel.

30.   Sparks, Janine. May be contacted through counsel.

31.   Trief, Harold. May be contacted through counsel.

32.   Tyler, Kristina. May be contacted through counsel.

33.   Wild, Kathryn J. May be contacted through counsel.

34.   Williams, Heidi. May be contacted through counsel.

35.   Williamson, Derek. May be contacted through counsel.

**County Defendants identify the following people whom they expect to present at trial *if the need arises:***

Defendants reserve the right to call all witnesses identified by any other party in this action, and all witnesses that have been previously deposed. Defendants also reserve the right to supplement this list if any of the above-named witnesses become unavailable. Defendants further reserve the right to name and call back additional witnesses upon reasonable notice to counsel and to call rebuttal witnesses whose testimony cannot be reasonably anticipated at the time of this disclosure. Defendants also reserve the right not to call any of the above witnesses.

///

23475

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

DEFENDANTS COUNTY OF SAN DIEGO AND JANINE SPARKS' PRETRIAL DISCLOSURES PURSUANT TO PURSUANT TO FRCP 26(A)(3)

**County Defendants identify the following people whom they expect to present at trial *if the need arises:***

1. Booth, Nancy. May be contacted through counsel.
2. Brown, Aaron. May be contacted through counsel.
3. Brown, Amy. May be contacted through counsel.
4. Duke, Billy. May be contacted through counsel.
5. Iverson, Daniel. May be contacted through counsel.
6. Jalalian, B. May be contacted through counsel.
7. Kapchinsky, Lily. May be contacted through counsel.
8. Luong, Elaine. May be contacted through counsel.
9. Morton, Linnea. May be contacted through counsel.
10. Ranguine, Michael. May be contacted through counsel.
11. Szymanski, B. May be contacted through counsel.
12. Sisto, Nicholas. May be contacted through counsel.
13. Ysla, Francis. M.D. May be contacted through counsel.

**Disclosure of Witnesses, FRCP26(a)(3)(A)(ii):**

**County Defendants identify the following people whose testimony is expected to be presented by deposition:**

14. Morton, Marilyn, deceased and unavailable to testify at trial.

**Disclosure of Documents, Exhibits or Other Evidence FRCP 26(a)(3)(A)(iii):**

**County Defendants identify the following documents, exhibits or other evidence they expect to offer at trial:**

| EXHIBIT NO. | DATE MARKED | DATE ADMITTED | DOCUMENTS DESCRIPTION | BATE NUMBER |
|---|---|---|---|---|
| 1. | | | Morton Arrest Records | SD00001 - 00043 |
| 2. | | | San Diego County Sheriff's Department Laboratory Service | SD 00083-00091 |

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

*23475*

DEFENDANTS COUNTY OF SAN DIEGO AND JANINE SPARKS' PRETRIAL DISCLOSURES PURSUANT TO PURSUANT TO FRCP 26(A)(3)

| | | | | |
|---|---|---|---|---|
| | | | Reports | |
| 3. | | | Morton's Jail Medical Records | SD 00255-00335; SD00111 – SD00248; SD005873 - SD05883; SD 06992 - SD 06993 |
| 4. | | | Morton San Diego County Jail File | SD 00092 -00254; SD 005690 - 05737 |
| 5. | | | 2020-05-13 through 2020-05-15 Inmate Emails with Elaine Luong and Morton | SD00096-98 |
| 6. | | | 2020-05 Morton Letter to Elaine Luong and Photos of letter to Luong | SD00109-00110; SD00487-00489 |
| 7. | | | San Diego Sheriff's Department Follow-Up Investigative Report for In Custody Death of Joseph Morton dated 05/17/20 conducted by Sergeant Brown | SD 01751-01791 |
| 8. | | | San Diego Sheriff's Department Follow-Up Investigative Report for | SD01792- 01793 |

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

23475

5

DEFENDANTS COUNTY OF SAN DIEGO AND JANINE SPARKS' PRETRIAL DISCLOSURES PURSUANT TO PURSUANT TO FRCP 26(A)(3)

| | | | | |
|---|---|---|---|---|
| | | | In Custody Death of Joseph Morton dated 05/21/20 conducted by Detective Sisto | |
| 9. | | | San Diego Sheriff's Department Follow-Up Investigative Report for In Custody Death of Joseph Morton dated 08/18/20 conducted by Detective Szymanski | SD01794 |
| 10. | | | Seal of Autopsy, Toxicology and Investigator's reports dated 05/18/20 | SD 01795 |
| 11. | | | Statement of Deputy Church dated 07/14/20 | SD 01796 -01798 |
| 12. | | | Statement of Deputy Johnson dated 05/21/20 | SD 01797-01801 |
| 13. | | | Statement of Deputy Johnson dated 05/28/20 | SD 01801 -01803 |
| 14. | | | Statement of Deputy Madrigal dated 05/28/20 | SD 01804 -01805 |
| 15. | | | Statement of Deputy Madrigal dated 07/14/20 | SD 01806 -01807 |
| 16. | | | Statement of Deputy Reyes dated 05/28/20 | SD 01808 -01809 |

*23475*

6

DEFENDANTS COUNTY OF SAN DIEGO AND JANINE SPARKS' PRETRIAL DISCLOSURES PURSUANT TO PURSUANT TO FRCP 26(A)(3)

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

| 17. | | | Statement of Deputy Vallejo dated 05/28/20 | SD 01810 -01811 |
|---|---|---|---|---|
| 18. | | | Statement of Elaine Luong dated 07/12/20 | SD 01812 |
| 19. | | | Statement of Elaine Luong dated 07/27/20 | SD 01813 -01816 |
| 20. | | | Incident Scene/Autopsy Photographs – Silverthorn (BMS 0001 – BMS 0197) | SD 00336-00598 |
| 21. | | | San Diego County Sheriff's Department Policies and Procedures | SD 00599-01627; SD 04889 – 05329; SD 05345 – SD 05372; SD 05884 – SD 6010; SD 06950 - SD 06988 |
| 22. | | | CATCH Device Examination Report dated 07/24/20 | SD 01628-01680 |
| 23. | | | County of San Diego Medical Examiner's Report dated 05/18/20 | SD 01681-01693 |
| 24. | | | San Diego County Sheriff's Department Crime/Incident Report for Joseph Morton dated | SD 01694-01697 |

*23475*

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA  92868-4940
Phone   (714) 823-4100
Fax      (714) 823-4101

DEFENDANTS COUNTY OF SAN DIEGO AND JANINE SPARKS' PRETRIAL DISCLOSURES PURSUANT TO PURSUANT TO FRCP 26(A)(3)

| | | | | |
|---|---|---|---|---|
| | | | 05/18/20 | |
| 25. | | | San Diego County Sheriff's Department Officer Report (Paris) dated 05/19/20 | SD 01698-01705 |
| 26. | | | San Diego County Sheriff's Department Officer Report (Edwards) dated 05/18/20 | SD 01706 |
| 27. | | | San Diego County Sheriff's Department Officer Report (Frazier) dated 05/18/20 | SD 01707-01708 |
| 28. | | | San Diego County Sheriff's Department Officer Report (Granquist) dated 05/18/20 | SD 01709 |
| 29. | | | San Diego County Sheriff's Department Officer Report (Lewis) dated 05/19/20 | SD 01710-01711 |
| 30. | | | San Diego County Sheriff's Department Officer Report (Vollmar) dated 05/18/20 | SD 01712 |

23475

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

8

DEFENDANTS COUNTY OF SAN DIEGO AND JANINE SPARKS' PRETRIAL DISCLOSURES PURSUANT TO PURSUANT TO FRCP 26(A)(3)

| | | | | |
|---|---|---|---|---|
| 31. | | | San Diego County Sheriff's Department Officer Report (Wettstead) dated 05/18/20 | SD 01713 |
| 32. | | | San Diego Region Deputy's Report Narrative | SD 01714-01715 |
| 33. | | | San Diego Sheriff's Department Follow-Up Investigative Report for In Custody Death of Joseph Morton (Autopsy Report) dated 07/14/20 conducted by Detective Sisto | SD 01716-01718 |
| 34. | | | San Diego Sheriff's Department Follow- up Investigative Report for In Custody Death of Joseph Morton (Scene and Investigation) dated 08/11/20 conducted by Detective Sisto | SD 01719-01750 |
| 35. | | | San Diego Sheriff's Department Follow-Up Investigative Report for In Custody Death of | SD 01751-01791 |

*23475*

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

9

DEFENDANTS COUNTY OF SAN DIEGO AND JANINE SPARKS' PRETRIAL DISCLOSURES PURSUANT TO PURSUANT TO FRCP 26(A)(3)

| | | | | |
|---|---|---|---|---|
| | | | Joseph Morton dated 05/17/20 conducted by Sergeant Brown | |
| 36. | | | San Diego Sheriff's Department Follow-Up Investigative Report for In Custody Death of Joseph Morton dated 05/21/20 conducted by Detective Sisto | SD 01792-01793 |
| 37. | | | San Diego Sheriff's Department Follow-Up Investigative Report for In Custody Death of Joseph Morton dated 08/18/20 conducted by Detective Szymanski | SD 01794 |
| 38. | | | Seal of Autopsy, Toxicology and Investigator's reports dated 05/18/20 | SD 01795 |
| 39. | | | Statement of Deputy Church dated 07/14/20 | SD 01796 -01798 |
| 40. | | | Statement of Deputy Johnson dated 05/21/20 | SD 01797-01801 |
| 41. | | | Statement of Deputy Johnson dated 05/28/20 | SD 01801 -01803 |

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

*23475*

10

DEFENDANTS COUNTY OF SAN DIEGO AND JANINE SPARKS' PRETRIAL DISCLOSURES PURSUANT TO PURSUANT TO FRCP 26(A)(3)

| 42. | | | Statement of Deputy Madrigal dated 05/28/20 | SD 01804 -01805 |
|---|---|---|---|---|
| 43. | | | Statement of Deputy Madrigal dated 07/14/20 | SD 01806 -01807 |
| 44. | | | Statement of Deputy Reyes dated 05/28/20 | SD 01808 -01809 |
| 45. | | | Statement of Deputy Vallejo dated 05/28/20 | SD 01810 -01811 |
| 46. | | | Statement of Elaine Luong dated 07/12/20 | SD 01812 |
| 47. | | | Statement of Elaine Luong dated 07/27/20 | SD 01813 -01816 |
| 48. | | | Statement of Inmate Abraham Ibarra dated 10/05/20 | SD 01817 -01818 |
| 49. | | | Statement of Marilyn Morton dated 07/12/20 | SD 01819 |
| 50. | | | Statement of RN Baluca dated 05/28/20 | SD 01820 -01821 |
| 51. | | | Statement of RN Jameson dated 05/28/20 | SD 01822 -01823 |
| 52. | | | Statement of RN Mata dated 05/28/20 | SD 01824 -01825 |
| 53. | | | Statement of RN Moralde dated 05/28/20 | SD 01826 -01827 |
| 54. | | | Statement of RN Preechar dated 05/28/20 | SD 01828 -01829 |

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

*23475*

DEFENDANTS COUNTY OF SAN DIEGO AND JANINE SPARKS' PRETRIAL DISCLOSURES PURSUANT TO PURSUANT TO FRCP 26(A)(3)

| | | | | | |
|---|---|---|---|---|---|
| 55. | | | | Audio Files – Interviews with Inmates conducted by Detective S. Paris | SD 01830 -01846 |
| 56. | | | | Audio Files – Interviews with Family of Joseph Morton conducted by Detective Sisto - Elaine Luong and Marilyn Morton | SD 01847 - 1848 |
| 57. | | | | Audio File with Deputy Church (Simpson) dated 05/29/20 | SD 01849 |
| 58. | | | | Audio File with Deputy Johnson (Gardiner) dated 05/18/20 | SD 01850 |
| 59. | | | | Audio File with Deputy Johnson (Stathes) dated 05/18/20 | SD 01851 |
| 60. | | | | Audio File with Deputy Madrigal (Kearney) dated 05/18/20 | SD 01852 |
| 61. | | | | Audio File with Deputy Madrigal (Simpson) dated 05/29/20 | SD 01853 |
| 62. | | | | Audio File with Deputy Reyes (Gardiner) dated 05/18/20 | SD 01854 |

*23475*

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA  92868-4940
Phone   (714) 823-4100
Fax       (714) 823-4101

DEFENDANTS COUNTY OF SAN DIEGO AND JANINE SPARKS' PRETRIAL DISCLOSURES PURSUANT TO PURSUANT TO FRCP 26(A)(3)

| 63. | | | Audio File with Deputy Vallejo (Kearney) dated 05/18/20 | SD 01855 |
|---|---|---|---|---|
| 64. | | | Audio File with Deputy Church (Szymanski) dated 05/29/20 | SD 01856 |
| 65. | | | Phone Call with Abraham Ibarra dated 07/12/20 | SD 01857-01858 |
| 66. | | | Audio File with Deputy Madrigal (Szymanski) dated 05/29/20 | SD 01859 |
| 67. | | | Audio File of Elaine Luong (Simpson) dated 06/05/20 | SD 01860 |
| 68. | | | Audio File of Linnea Morton (Simpson) dated 06/03/20 | SD 01861 |
| 69. | | | Audio File of Elaine Luong (Simpson) dated 06/05/20 | SD 01862 |
| 70. | | | Audio File of Elaine Luong (Simpson) dated 05/26/20 | SD 01863 |
| 71. | | | Audio File of Linnea Morton (Simpson) dated 05/26/20 | SD 01864 |

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

*23475*

13

DEFENDANTS COUNTY OF SAN DIEGO AND JANINE SPARKS' PRETRIAL DISCLOSURES PURSUANT TO PURSUANT TO FRCP 26(A)(3)

| 72. | | | Audio File of Elaine Luong (Simpson) dated 06/09/20 | SD 01865 |
|---|---|---|---|---|
| 73. | | | Audio File of Linnea Morton (Simpson, message) dated 06/05/20 | SD 01866 |
| 74. | | | Audio File of Linnea Morton (Simpson) dated 06/05/20 | SD 01867 |
| 75. | | | Audio File with RN Baluca (Kearney) dated 05/18/20 | SD 01868 |
| 76. | | | Audio File with RN Jameson (Kearney) dated 05/18/20 | SD 01869 |
| 77. | | | Audio File with RN Mata (Kearney) dated 05/18/20 | SD 01870 |
| 78. | | | Audio File with RN Moralde (Gardiner) dated 05/18/20 | SD 01871 |
| 79. | | | Audio File with RN Preechar (Gardiner) dated 05/18/20 | SD 01872 |
| 80. | | | Morton Outgoing Jail Calls | SD 02053 -02096 |

23475

14

DEFENDANTS COUNTY OF SAN DIEGO AND JANINE SPARKS' PRETRIAL DISCLOSURES PURSUANT TO PURSUANT TO FRCP 26(A)(3)

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA  92868-4940
Phone   (714) 823-4100
Fax       (714) 823-4101

| 81. | | | Emails and attachments regarding Vista Fire Department Records | CONFIDENTIAL SD 04436 -04446 |
|---|---|---|---|---|
| 82. | | | Emails relating to "Incoming Call Query" | CONFIDENTIAL SD 04447 -04477 |
| 83. | | | Emails exchanged with the Morton family | CONFIDENTIAL SD 04478 - 04498 |
| 84. | | | Emails exchanged between Liberty Healthcare personnel regarding Joseph Morton | CONFIDENTIAL SD 04499-04512 |
| 85. | | | Emails and attachments exchanged regarding Morton investigation and medical examiner report | CONFIDENTIAL SD 04513 - 04805; 04849-04888 |
| 86. | | | Emails and attachments exchanged regarding Morton media information | CONFIDENTIAL SD 04806 -04836 |
| 87. | | | Emails and attachments exchanged regarding Morton death notification | CONFIDENTIAL SD 04837 - 04848 |
| 88. | | | SDSD Detention Services Bureau - Training Materials and | SD 05127 - SD 05329 |

*23475*

15

DEFENDANTS COUNTY OF SAN DIEGO AND JANINE SPARKS' PRETRIAL DISCLOSURES PURSUANT TO PURSUANT TO FRCP 26(A)(3)

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone  (714) 823-4100
Fax     (714) 823-4101

|  |  |  | Related Documents |  |
|---|---|---|---|---|
| 89. |  |  | Training Transcript for Hosanna H. Alto | CONFIDENTIAL SD 05330 - SD 05336 |
| 90. |  |  | Training Transcript for Samantha A. Macanlalay | CONFIDENTIAL SD 05337 - SD 05344 |
| 91. |  |  | Learner Transcript for Samantha A. Macanlalay | CONFIDENTIAL 05373 - 05374 |
| 92. |  |  | Learner Transcript for Hosanna Alto | SD 05375 |
| 93. |  |  | Personnel File for Hosanna Alto | SD 05376 - 05392 |
| 94. |  |  | Personnel File for Samantha Macanlalay | SD 05393 - 05424 |
| 95. |  |  | SDSD Medical Services Division - Learner Transcript of Samantha A. Macanlalay | CONFIDENTIAL SD 05375 |
| 96. |  |  | SDSD Medical Services Division - Learner Transcript of Hosanna H. Alto | CONFIDENTIAL SD 05376 - SD 05389 |

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

*23475*

16

DEFENDANTS COUNTY OF SAN DIEGO AND JANINE SPARKS' PRETRIAL DISCLOSURES PURSUANT TO PURSUANT TO FRCP 26(A)(3)

| 97. | | | Supervisor Evaluations and Policies re: Hosanna H. Alto | CONFIDENTIAL SD 05390 - SD 05392 |
|---|---|---|---|---|
| 98. | | | Curriculum Vitae of Hosanna H. Alto | CONFIDENTIAL SD 05390 - SD 05392 |
| 99. | | | Supervisor Evaluations and Policies re: Samantha A. Macanlalay | CONFIDENTIAL SD 05393 - SD 05422 |
| 100. | | | Curriculum Vitae of Samantha A. Macanlalay | CONFIDENTIAL SD 05423 - SD 05424 |
| 101. | | | SDSD VDF Documents re: Cell Checks and Area Activities | CONFIDENTIAL SD 05425 - SD 05541 |
| 102. | | | San Diego County Sheriff Floor Evacuation List | CONFIDENTIAL SD 05542 - SD 05545 |
| 103. | | | Automated External Defibrillator Report | CONFIDENTIAL SD 05546 - SD 05587 |
| 104. | | | San Diego County Sheriff's Department Health Information Management | CONFIDENTIAL SD 05588 - SD 05689 |
| 105. | | | Training Bulletin for "QMHP Role in Critical | SD 05843 - SD 05844 |

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

23475

DEFENDANTS COUNTY OF SAN DIEGO AND JANINE SPARKS' PRETRIAL DISCLOSURES PURSUANT TO PURSUANT TO FRCP 26(A)(3)

| | | | | |
|---|---|---|---|---|
| | | | Incidents" | |
| 106. | | | Training Bulletin for "MSD LUT 21 Suicide Detection and Prevention" | SD 05845 - SD 05855 |
| 107. | | | Chronic Care 06-25-20 | CONFIDENTIAL SD 05873 |
| 108. | | | Dental Sick Call 03-07-21 | CONFIDENTIAL SD 05874 |
| 109. | | | Medical Chart Review 05-13-20 | CONFIDENTIAL SD 05875 |
| 110. | | | Medical Chart Review 05-15-20 | CONFIDENTIAL SD 05876 |
| 111. | | | Psych Chart Review 05-13-20 | CONFIDENTIAL SD 05877 |
| 112. | | | Psych Sick Call 05-12-20 | CONFIDENTIAL SD 05878 |
| 113. | | | Psych Sick Call 05-20-20 | CONFIDENTIAL SD 05879 |
| 114. | | | QMHP 05-13-20 | CONFIDENTIAL SD 05880 |
| 115. | | | VDF DOPS Spreadsheet for Janine Sparks 5/13/2020 | CONFIDENTIAL SD 06925 |
| 116. | | | VDF DOPS Spreadsheet for Janine Sparks 5/14/2020 | CONFIDENTIAL SD 06926 |

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA  92868-4940
Phone   (714) 823-4100
Fax       (714) 823-4101

*23475*

18

DEFENDANTS COUNTY OF SAN DIEGO AND JANINE SPARKS' PRETRIAL DISCLOSURES PURSUANT TO PURSUANT TO FRCP 26(A)(3)

| 117. | | | VDF DOPS Spreadsheet for Janine Sparks 5/15/2020 | CONFIDENTIAL SD 06927 |
|---|---|---|---|---|
| 118. | | | VDF DOPS Spreadsheet for Janine Sparks 5/16/2020 | CONFIDENTIAL SD 06928 |
| 119. | | | Emails and attachments between Janine Sparks and Melissa Quiroz | CONFIDENTIAL SD 06989 - SD 06991 |
| 120. | | | David Fractor, PhD, Expert Report | |
| 121. | | | Dr. Mace Beckson, M.D., DLFAPA, FASAM, Expert Report | |
| 122. | | | Dr. Kristina Tyler, PhD, QME Expert Report | |
| 123. | | | Kathryn Wild, RN, MPA, CCHP-RN, Expert Report | |

DATED:  June 4, 2026          COLLINS + COLLINS LLP

By: _____
CRISTINA I. BUTOIU
MICHAEL L. WRONIAK
RADA FELDMAN
BIANCA M. BONJEAN
Attorneys for Defendants
COUNTY OF SAN DIEGO and JANINE SPARKS

*23475*

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA  92868-4940
Phone   (714) 823-4100
Fax       (714) 823-4101

19

DEFENDANTS COUNTY OF SAN DIEGO AND JANINE SPARKS' PRETRIAL DISCLOSURES PURSUANT TO PURSUANT TO FRCP 26(A)(3)

**PROOF OF SERVICE**
**(CCP §§ 1013(a) and 2015.5; FRCP 5)**

State of California,                )
                                    )  ss.
County of Los Angeles.              )

I am employed in the County of Pasadena.  I am over the age of 18 and not a party to the within action. My business address is 790 E. Colorado Boulevard, Suite 600, Pasadena CA 91101.

On this date, I served the foregoing document described as **DEFENDANTS COUNT OF SAN DIEGO AND JANINE SPARKS' PRETRIAL DISCLOSURES PURSUANT TO PURSUANT O FRCP 26(A)(3)** on the interested parties in this action by placing same in a sealed envelope, addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ **(BY MAIL)** - I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail in Pasadena, California to be served on the parties as indicated on the attached service list.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Pasadena, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY CERTIFIED MAIL)** – I caused such envelope(s) with postage thereon fully prepaid via Certified Mail Return Receipt Requested to be placed in the United States Mail in Pasadena, California.

☐ **FEDERAL EXPRESS** - I caused the envelope to be delivered to an authorized courier or driver authorized to receive documents with delivery fees provided for.

☒ **(BY ELECTRONIC FILING AND/OR SERVICE)** – I served a true copy, with all exhibits, electronically on designated recipients listed on the attached service list.

☐ **(ELECTRONIC SERVICE PER CODE CIV. PROC., § 1010.6)** – By prior consent or request or as required by rules of court (Code Civ. Proc., § 1010.6 (amended Jan. 1, 2021); Code Civ. Proc., § 1013(g); Cal. Rules of Court, rule 2.251(a)).

☐ **(BY PERSONAL SERVICE)** - I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

Executed on **June 4, 2026**  at Pasadena**,** California.

☐ **(STATE)** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
MICHELE L. SCHEE
mschee@ccllp.law

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA  92868-4940
Phone  (714) 823-4100
Fax      (714) 823-4101

*23475*

20

DEFENDANTS COUNTY OF SAN DIEGO AND JANINE SPARKS' PRETRIAL DISCLOSURES PURSUANT TO PURSUANT TO FRCP 26(A)(3)

**MORTON, et al v. COUNTY OF SAN DIEGO, et al.**
**United States District Court-Southern District Case Number: 3:21-cv-01428-RBM-DDL**
**CCLLP File Number: 23475**

## SERVICE LIST

Danielle Renee Pena
PHG LAW GROUP
501 West Broadway Suite 1480
San Diego, CA 92014
T: (619) 826-8060 – Fax: (619) 826-8065
dpena@PHGLawgroup.com;
lpierce@PHGLawgroup.com
**ATTORNEYS FOR PLAINTIFFS**
**DEAN MORTON and MARILYN MORTON,**
**Individually, and as Successor in Interest to Joseph Morton**

Grace Jun
501 West Broadway, Suite 1480
San Diego, CA 92101-6036
T: (619) 841-1408
grace@gracejunlaw.com
**ATTORNEYS FOR PLAINTIFFS**
**DEAN MORTON and MARILYN MORTON,**
**Individually, and as Successor in Interest to Joseph Morton**

Joseph M. McMullen
Law Offices of Joseph M. McMullen
501 West Broadway, Suite 1510
San Diego, CA 92101-6036
T: (619) 501-2000
joe@jmm-legal.com
**ATTORNEYS FOR PLAINTIFFS**
**DEAN MORTON and MARILYN MORTON,**
**Individually, and as Successor in Interest to Joseph Morton**

Corey E. Krueger
Alexandra Sennet
TRESSLER LLP
6100 Center Drive, Suite 1175
Los Angeles, CA 90045
T: (310) 203-4800; Fax: (323) 486-2704
ckrueger@tresslerllp.com
JPatterson@tresslerllp.com
asennet@tresslerllp.com
**ATTORNEYS FOR DEFENDANTS**
**BIJAN RAHMANI, MATTHEW BERLIN,**
**CHRISTOPHER KAGAY and LIBERTY**
**HEALTHCARE OF CALIFORNIA, INC., erroneously**
**sued and served herein as Liberty Healthcare**

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

*23475*

21

DEFENDANTS COUNTY OF SAN DIEGO AND JANINE SPARKS' PRETRIAL DISCLOSURES
PURSUANT TO PURSUANT TO FRCP 26(A)(3)