Danielle R. Pena, Esq., SBN 286002
dpena@PHGLawGroup.com
PHG Law Group
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone:  (619) 826-8060
Facsimile:   (619) 826-8065

Grace Jun, Esq., SBN 287973
grace@gracejunlaw.com
Grace Jun Law PC
501 West Broadway, Suite 1480
San Diego, CA 92101-6036
TEL: (619) 841-1408

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN MORTON, Individually, and as Successor in Interest to JOSEPH MORTON, and DEAN MORTON, Individually. | Case No. 21-cv-01428-RBM(DDL) |
| Plaintiff, | **PLAINTIFFS NOTICE OF WITHDRAWAL OF DOCUMENT (DKT. 329)** |
| v. | |
| COUNTY OF SAN DIEGO, SAMANTHA MACANLALAY, Individually, BIJAN RAHMANI, Individually, HOSANNA ALTO, Individually, MATTHEW BERLIN, Individually, LIBERTY HEALTHCARE, AND DOES 1-10, inclusive, | Courtroom: 5B<br>Judge:      Hon. Ruth B. Montenegro |
| Defendants. | |

NOTICE OF WITHDRAWAL                    CASE NO. 21-CV-01428-RBM(DDL)

On June 10, 2026, Plaintiffs erroneously efiled the incorrect version of their Fed. R. Civ. P. 25 motion for substitution. An outdated version of the memorandum of points and authorities was filed. The related declarations and attachments are correct. Plaintiffs, therefore, withdraw dkt. 329 and will file the entire motion again with the correct version of the points and authorities.

The undersigned counsel apologizes to the Court and counsel for this error.

Respectfully submitted,

Dated:  June 10, 2026

*s/ Grace Jun*
Grace Jun, Esq.
Attorneys for Plaintiffs

2

NOTICE OF WITHDRAWAL                    CASE NO. 21-CV-01428-RBM(DDL)