Corey E. Krueger, Esq. (SBN 244989)
ckrueger@tresslerllp.com
Alexandra Sennet, Esq. (SBN 360861)
asennet@tresslerllp.com
TRESSLER LLP
400 Continental Boulevard, Suite 6125
El Segundo, California 90245
Telephone: (310) 203-4800
Fax: (323) 486-2704

Attorneys for Defendants, BIJAN RAHMANI, MATTHEW BERLIN, CHRISTOPHER KAGAY, and LIBERTY HEALTHCARE OF CALIFORNIA, INC., erroneously sued and served herein as Liberty Healthcare

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN MORTON, Individually, and as Successor in Interest to JOSEPH MORTON, and DEAN MORTON, Individually,<br><br>                  Plaintiffs,<br><br>            vs.<br><br>COUNTY OF SAN DIEGO, BIJAN RAHMANI, Individually, HOSANNA ALTO, Individually, MATTHEW BERLIN, Individually, LIBERTY HEALTHCARE, JANINE SPARKS, Individually, CHRISTOPHER KAGAY, Individually, AND DOES 1-10, inclusive,<br><br>                  Defendants. | Case No. 3:21-cv-01428-RBM-DDL<br><br>*Honorable Ruth Bermudez Montenegro Magistrate Judge: David D. Leshner Courtroom 2D*<br><br>***PARTIAL* JOINDER IN COUNTY OF SAN DIEGO'S OPPOSITION [ECF 333] TO PLAINTIFF'S MOTION TO SUBSTITUTE [ECF 332]**<br><br>Complaint Filed:   August 9, 2021<br>Trial Date:         August 17, 2026 |

TO ALL PARTIE AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

COME NOW defendants LIBERTY HEALTHCARE OF CALIFORNIA, INC., MATTHEW BERLIN, BIJAN RAHMANI, and CHRISTOPHER KAGAY

1

(hereinafter, the "Liberty Defendants") and hereby submit their *Partial* Joinder in County of San Diego's Opposition to plaintiffs' Motion to Substitute.

The Liberty Defendants do not oppose plaintiffs' use of an *Ex Parte* Application for the relief sought, given the late stage of litigation and County's pending *Ex Parte* Application seeking to vacate the trial date.

Nevertheless, after review of the moving papers, the Liberty Defendants join the Opposition on substantive grounds, and on the same bases laid out therein. As to whether the trial date should be vacated, the Liberty Defendants take no position and defer to the wisdom of the Court as to whether the appropriate substitution(s) can be accomplished in time to maintain the current scheduling order.

Date:  June 12, 2026                    Tressler LLP


By: _____
Corey E. Krueger, Esq.
Alexandra Sennet, Esq.
Attorneys for Defendants, BIJAN
RAHMANI, MATTHEW BERLIN,
CHRISTOPHER KAGAY, and
LIBERTY HEALTHCARE OF
CALIFORNIA, INC., erroneously sued
and served herein as Liberty Healthcare

*PARTIAL* JOINDER IN OPPOSITION TO MOTION TO SUBSTITUTE
Case No. 3:21-cv-01428-RBM-DDL