Danielle R. Pena, Esq., SBN 286002
dpena@PHGLawGroup.com
PHG Law Group
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone:  (619) 826-8060
Facsimile:   (619) 826-8065

Grace Jun, Esq., SBN 287973
grace@gracejunlaw.com
Grace Jun Law PC
501 West Broadway, Suite 1480
San Diego, CA 92101-6036
TEL: (619) 841-1408

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN MORTON, Individually, and as Successor in Interest to JOSEPH MORTON, and DEAN MORTON, Individually.<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, SAMANTHA MACANLALAY, Individually, BIJAN RAHMANI, Individually, HOSANNA ALTO, Individually, MATTHEW BERLIN, Individually, LIBERTY HEALTHCARE, AND DOES 1-10, inclusive,<br><br>Defendants. | Case No. 21-cv-01428-RBM(DDL)<br><br>**PLAINTIFFS NOTICE OF APPOINTMENT OF SPECIAL ADMINISTRATOR FOR THE ESTATE OF JOSEPH MORTON** |

NOTICE                                                CASE NO. 21-CV-01428-RBM(DDL)

Currently pending before the Court is the *ex parte* motion of Defendants Janine Sparks and County of San Diego to vacate the trial date and all pretrial dates (dkt. 328) because there is no real party in interest under Fed. R. Civ. P. 17 after the death of Marilyn Morton, who was the successor in interest to decedent Joseph Morton. The claims of decedent Joseph Morton form the basis of the section 1983 causes of action in this matter.

This afternoon, on June 16, 2026, the undersigned counsel appeared before the Honorable Peter Murray in department 501 of the San Diego County Superior Court (probate division) in case no. 26PE001506C. The court appointed Kaitlyn Welling, a professional fiduciary, to act as the Special Administrator for the Estate of Joseph Morton with authority to litigate the claims of decedent Joseph Morton in the instant lawsuit.

Based on the foregoing, Plaintiffs will move to substitute the Estate of Joseph Morton, by and through its Special Administrator, Kaitlyn Welling, as the real party in interest in this matter pursuant to Fed. R. Civ. P. 17(a)(3).

Respectfully submitted,

Dated: June 16, 2026

*s/ Grace Jun*
Grace Jun, Esq.
Attorneys for Plaintiffs

2

NOTICE                                         CASE NO. 21-CV-01428-RBM(DDL)