Danielle R. Pena, Esq., SBN 286002
dpena@PHGLawGroup.com
PHG Law Group
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone:  (619) 826-8060
Facsimile:   (619) 826-8065

Grace Jun, Esq., SBN 287973
grace@gracejunlaw.com
Grace Jun Law PC
501 West Broadway, Suite 1480
San Diego, CA 92101-6036
TEL: (619) 841-1408

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN MORTON, Individually, and as Successor in Interest to JOSEPH MORTON, and DEAN MORTON, Individually. | Case No. 21-cv-01428-RBM(DDL) |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| COUNTY OF SAN DIEGO, SAMANTHA MACANLALAY, Individually, BIJAN RAHMANI, Individually, HOSANNA ALTO, Individually, MATTHEW BERLIN, Individually, LIBERTY HEALTHCARE, AND DOES 1-10, inclusive, | |
| Defendants. | |

JOINT STATUS REPORT          CASE NO. 21-CV-01428-RBM(DDL)

Pursuant to this Court's Minute Order dated June 2, 2026, the parties met and conferred regarding a mutually acceptable date for a Mandatory Settlement Conference. The parties agree that the Settlement Conference should be set on July 31, 2026.

Respectfully submitted,

Dated:  June 16, 2026          By: s/ Grace Jun
                                   GRACE JUN
                                   Attorneys for Plaintiffs

Dated:  June 16, 2026          COLLINS + COLLINS LLP


                               By:  s/ Cristina Butoiu
                                   MICHAEL L. WRONIAK
                                   RADA FELDMAN
                                   BIANCA M. BONJEAN
                                   CRISTINA I. BUTOIU
                                   Attorneys for County of San Diego and
                                   Janine Sparks


Dated:  June 16, 2026          By: s/ Corey Krueger
                                   COREY KRUEGER
                                   Attorneys for Defendants BIJAN
                                   RAHMANI, MATTHEW BERLIN,
                                   CHRISTOPHER KAGAY, and
                                   LIBERTY HEALTHCARE OF
                                   CALIFORNIA, INC., erroneously sued
                                   and served herein as Liberty Healthcare

## CERTIFICATION

I, Grace Jun, certify that the contents of this stipulation are acceptable to all persons required to sign the document. I have obtained each person's authorization to affix his/her electronic signature to this document.

Dated June 16, 2026            /s Grace Jun

2

JOINT STATUS REPORT          CASE NO. 21-CV-01428-RBM(DDL)