Danielle R. Pena, Esq., SBN 286002
dpena@PHGLawGroup.com
PHG Law Group
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone:  (619) 826-8060
Facsimile:   (619) 826-8065

Grace Jun, Esq., Esq., SBN 287973
grace@gracejunlaw.com
501 West Broadway, Suite 1480
San Diego, CA 92101-6036
TEL: (619) 841-1408

Ryan W. Stitt, Esq., SBN 273651
rstitt@stittvu.com
Stitt Vu Trial Lawyers
501 West Broadway, Suite 730
San Diego, CA 92101

Attorneys for Plaintiffs Marilyn Morton and
Dean Morton

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN MORTON, Individually, and as Successor in Interest to JOSEPH MORTON, and DEAN MORTON, by and through his successor in interest, MARILYN MORTON. | Case No. 21-cv-01428-RBM-DDL |
| | **NOTICE OF APPEARANCE** |
| Plaintiffs, | |
| v. | |
| COUNTY OF SAN DIEGO, JANINE SPARKS, Individually, BIJAN RAHMANI, Individually, HOSANNA ALTO, Individually, MATTHEW BERLIN, Individually, CHRISTOPHER KAGAY, Individually, LIBERTY HEALTHCARE, and DOES 1-10, inclusive, | |
| Defendants. | |

TO THE COURT, ALL INTERESTED PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD:

Please take notice that Ryan W. Stitt hereby appears in this action as counsel of record for Plaintiffs Marilyn Morton, individually and as successor in interest to Joseph Morton, and Dean Morton.

Counsel may be served with all future notices, case documents and correspondence as follows:

Ryan W. Stitt, Esq.
Stitt Vu Trial Lawyers APC
501 W Broadway, Ste. 730
San Diego, CA 92101
Tel: (619) 255-0553
rstitt@stittvu.com

Respectfully submitted,

Dated:  June 17, 2026          by:    *s/ Ryan W. Stitt*
                                      Ryan W. Stitt
                                      Attorneys for Plaintiffs

2

MEMO OF CONTENTIONS                    CASE NO. 21-CV-01428-RBM-DDL