Danielle R. Pena, Esq., SBN 286002
dpena@PHGLawGroup.com
PHG Law Group
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone: (619) 826-8060
Facsimile: (619) 826-8065

Grace Jun, Esq., SBN 287973
Grace Jun Law PC
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone: (619) 841-1408
Email: grace@gracejunlaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN MORTON, Individually, and as Successor in Interest to JOSEPH MORTON, and DEAN MORTON, Individually. | Case No. 21-cv-01428-RBM-DDL |
| Plaintiff, | **PLAINTIFFS' OBJECTIONS TO COUNTY OF SAN DIEGO DEFENDANTS' PRETRIAL DISCLOSURES** <br> **Fed. R. Civ. P. 26(a)(3)(B)** |
| v. | |
| COUNTY OF SAN DIEGO, SAMANTHA MACANLALAY, Individually, BIJAN RAHMANI, Individually, HOSANNA ALTO, Individually, MATTHEW BERLIN, Individually, LIBERTY HEALTHCARE, AND DOES 1-10, inclusive, | |
| Defendants. | |

**GROUNDS FOR OBJECTION (Federal Rules of Evidence)**

1. **Admissibility Stipulated**
2. **Irrelevant (FRE § 402)**
3. **Hearsay (FRE § 802)**
4. **Unduly Time Consuming, Prejudicial, Confusing, or Misleading (FRE § 403)**
5. **Character Evidence (FRE § 404)**
6. **Inadmissible Opinion (FRE §§ 701 *et seq*.)**
7. **Insufficient Foundation (FRE §§ 402, 602, 901) (Relevancy, Personal Knowledge, Authenticity)**
8. **Subsequent Remedial Measures (FRE § 407)**
9. **Best Evidence (FRE § 1002)**
10. **Other (Specify)**

*Plaintiffs reserve the right as lodge additional objections as necessary as the evidence develops and exhibits are used during trial.*

PLAINTIFFS' OBJECTIONS TO COUNTY OF SAN DIEGO DEFENDANTS' PRETRIAL DISCLOSURES Fed. R. Civ. P. 26(a)(3)(B)

| County Exhibit No. | Date Marked | Date Admitted | Description | Plaintiffs' Objection |
|---|---|---|---|---|
| 1. | | | Morton Arrest Records | 2, 3, 4, 5, 6, 7 |
| 2. | | | San Diego County Sheriff's Department Laboratory Service Reports | 2, 3, 4, 5, 6, 7 |
| 3. | | | Morton's Jail Medical Records | 2, 3, 4, 5, 6, 7 |
| 4. | | | Morton San Diego County Jail File | 2, 3, 4, 5, 6, 7 |
| 5. | | | 2020-05-13 through 2020-05-15 Inmate Emails with Elaine Luong and Morton | 2, 3, 4, 5, 6, 7 |
| 6. | | | 2020-05 Morton Letter to Elaine Luong and Photos of letter to Luong | 2, 3, 4, 5, 6, 7 |
| 7. | | | San Diego Sheriff's Department Follow-Up Investigative Report for In Custody Death of Joseph Morton dated 05/17/20 conducted by Sergeant Brown | 2, 3, 4, 5, 6, 7 |
| 8. | | | San Diego Sheriff's Department Follow-Up Investigative Report for In Custody Death of Joseph Morton dated 05/21/20 conducted by Detective Sisto | 2, 3, 4, 5, 6, 7 |

3

PLAINTIFFS' OBJECTIONS TO COUNTY OF SAN DIEGO DEFENDANTS' PRETRIAL DISCLOSURES Fed. R. Civ. P. 26(a)(3)(B)

| County Exhibit No. | Date Marked | Date Admitted | Description | Plaintiffs' Objection |
|---|---|---|---|---|
| 9. | | | San Diego Sheriff's Department Follow-Up Investigative Report for In Custody Death of Joseph Morton dated 08/18/20 conducted by Detective Szymanski | 2, 3, 4, 5, 6, 7 |
| 10. | | | Seal of Autopsy, Toxicology and Investigator's reports dated 05/18/20 | 2, 3, 4, 5, 6, 7 |
| 11. | | | Statement of Deputy Church dated 07/14/20 | 2, 3, 4, 5, 6, 7 |
| 12. | | | Statement of Deputy Johnson dated 05/21/20 | 2, 3, 4, 5, 6, 7 |
| 13. | | | Statement of Deputy Johnson dated 05/28/20 | 2, 3, 4, 5, 6, 7 |
| 14. | | | Statement of Deputy Madrigal dated 05/28/20 | 2, 3, 4, 5, 6, 7 |
| 15. | | | Statement of Deputy Madrigal dated 07/14/20 | 2, 3, 4, 5, 6, 7 |

4

| County Exhibit No. | Date Marked | Date Admitted | Description | Plaintiffs' Objection |
|---|---|---|---|---|
| 16. | | | Statement of Deputy Reyes dated 05/28/20 | 2, 3, 4, 5, 6, 7 |
| 17. | | | Statement of Deputy Vallejo dated 05/28/20 | 2, 3, 4, 5, 6, 7 |
| 18. | | | Statement of Elaine Luong dated 07/12/20 | 2, 3, 4, 5, 6, 7 |
| 19. | | | Statement of Elaine Luong dated 07/27/20 | 2, 3, 4, 5, 6, 7 |
| 20. | | | Incident Scene/Autopsy Photographs – Silverthorn (BMS 0001 – BMS 0197) | 2, 3, 4, 5, 6, 7 |
| 21. | | | San Diego County Sheriff's Department Policies and Procedures | 2, 3, 4, 5, 6, 7 |
| 22. | | | CATCH Device Examination Report dated 07/24/20 | 2, 3, 4, 5, 6, 7 |

5

| County Exhibit No. | Date Marked | Date Admitted | Description | Plaintiffs' Objection |
|---|---|---|---|---|
| 23. | | | County of San Diego Medical Examiner's Report dated 05/18/20 | 2, 3, 4, 5, 6, 7 |
| 24. | | | San Diego County Sheriff's Department Crime/Incident Report for Joseph Morton dated 05/18/20 | 2, 3, 4, 5, 6, 7 |
| 25. | | | San Diego County Sheriff's Department Officer Report (Paris) dated 05/19/20 | 2, 3, 4, 5, 6, 7 |
| 26. | | | San Diego County Sheriff's Department Officer Report (Edwards) dated 05/18/20 | 2, 3, 4, 5, 6, 7 |
| 27. | | | San Diego County Sheriff's Department Officer Report (Frazier) dated 05/18/20 | 2, 3, 4, 5, 6, 7 |
| 28. | | | San Diego County Sheriff's Department Officer Report (Granquist) dated 05/18/20 | 2, 3, 4, 5, 6, 7 |
| 29. | | | San Diego County Sheriff's Department Officer Report (Lewis) dated 05/19/20 | 2, 3, 4, 5, 6, 7 |

PLAINTIFFS' OBJECTIONS TO COUNTY OF SAN DIEGO DEFENDANTS' PRETRIAL DISCLOSURES Fed. R. Civ. P. 26(a)(3)(B)

| County Exhibit No. | Date Marked | Date Admitted | Description | Plaintiffs' Objection |
|---|---|---|---|---|
| 30. | | | San Diego County Sheriff's Department Officer Report (Vollmar) dated 05/18/20 | 2, 3, 4, 5, 6, 7 |
| 31. | | | San Diego County Sheriff's Department Officer Report (Wettstead) dated 05/18/20 | 2, 3, 4, 5, 6, 7 |
| 32. | | | San Diego Region Deputy's Report Narrative | 2, 3, 4, 5, 6, 7 |
| 33. | | | San Diego Sheriff's Department Follow-Up Investigative Report for In Custody Death of Joseph Morton (Autopsy Report) dated 07/14/20 conducted by Detective Sisto | 2, 3, 4, 5, 6, 7 |
| 34. | | | San Diego Sheriff's Department Follow- up Investigative Report for In Custody Death of Joseph Morton (Scene and Investigation) dated 08/11/20 conducted by Detective Sisto | 2, 3, 4, 5, 6, 7 |
| 35. | | | San Diego Sheriff's Department Follow-Up Investigative Report for In Custody Death of Joseph Morton dated 05/17/20 conducted by | 2, 3, 4, 5, 6, 7 |

7

PLAINTIFFS' OBJECTIONS TO COUNTY OF SAN DIEGO DEFENDANTS' PRETRIAL DISCLOSURES Fed. R. Civ. P. 26(a)(3)(B)

| County Exhibit No. | Date Marked | Date Admitted | Description | Plaintiffs' Objection |
|---|---|---|---|---|
| | | | Sergeant Brown | |
| 36. | | | San Diego Sheriff's Department Follow-Up Investigative Report for In Custody Death of Joseph Morton dated 05/21/20 conducted by Detective Sisto) | 2, 3, 4, 5, 6, 7 |
| 37. | | | San Diego Sheriff's Department Follow-Up Investigative Report for In Custody Death of Joseph Morton dated 08/18/20 conducted by Detective Szymanski | 2, 3, 4, 5, 6, 7 |
| 38. | | | Seal of Autopsy, Toxicology and Investigator's reports dated 05/18/20) | 2, 3, 4, 5, 6, 7 |
| 39. | | | Statement of Deputy Church dated 07/14/20 | 2, 3, 4, 5, 6, 7 |
| 40. | | | Statement of Deputy Johnson dated 05/21/20 | 2, 3, 4, 5, 6, 7 |
| 41. | | | Statement of Deputy Johnson dated 05/28/20 | 2, 3, 4, 5, 6, 7 |

8

PLAINTIFFS' OBJECTIONS TO COUNTY OF SAN DIEGO DEFENDANTS' PRETRIAL DISCLOSURES Fed. R. Civ. P. 26(a)(3)(B)

| County Exhibit No. | Date Marked | Date Admitted | Description | Plaintiffs' Objection |
|---|---|---|---|---|
| 42. | | | Statement of Deputy Madrigal dated 05/28/20 | 2, 3, 4, 5, 6, 7 |
| 43. | | | Statement of Deputy Madrigal dated 07/14/20 | 2, 3, 4, 5, 6, 7 |
| 44. | | | Statement of Deputy Reyes dated 05/28/20 | 2, 3, 4, 5, 6, 7 |
| 45. | | | Statement of Deputy Vallejo dated 05/28/20 | 2, 3, 4, 5, 6, 7 |
| 46. | | | Statement of Elaine Luong dated 07/12/20 | 2, 3, 4, 5, 6, 7 |
| 47. | | | Statement of Elaine Luong dated 07/27/20 | 2, 3, 4, 5, 6, 7 |
| 48. | | | Statement of Inmate Abraham Ibarra dated 10/05/20 | 2, 3, 4, 5, 6, 7 |
| 49. | | | Statement of Marilyn Morton dated 07/12/20 | 2, 3, 4, 5, 6, 7 |
| 50. | | | Statement of RN Baluca dated 05/28/20 | 2, 3, 4, 5, 6, 7 |
| 51. | | | Statement of RN Jameson dated 05/28/20 | 2, 3, 4, 5, 6, 7 |

9

| County Exhibit No. | Date Marked | Date Admitted | Description | Plaintiffs' Objection |
|---|---|---|---|---|
| 52. | | | Statement of RN Mata dated 05/28/20 | 2, 3, 4, 5, 6, 7 |
| 53. | | | Statement of RN Moralde dated 05/28/20 | 2, 3, 4, 5, 6, 7 |
| 54. | | | Statement of RN Preechar dated 05/28/20 | 2, 3, 4, 5, 6, 7 |
| 55 | | | Audio Files –Interviews with Inmates conducted by Detective S. Paris | 2, 3, 4, 5, 6, 7 |
| 56. | | | Audio Files – Interviews with Family of Joseph Morton conducted by Detective Sisto – Elaine Luong and Marilyn Morton | 2, 3, 4, 5, 6, 7 |
| 57. | | | Audio File with Deputy Church (Simpson) dated 05/29/20 | 2, 3, 4, 5, 6, 7 |
| 58. | | | Audio File with Deputy Johnson (Gardiner) dated 05/18/20 | 2, 3, 4, 5, 6, 7 |
| 59. | | | Audio File with Deputy Johnson (Stathes) dated 05/18/20 | 2, 3, 4, 5, 6, 7 |
| 60. | | | Audio File with Deputy Madrigal (Kearney) dated 05/18/20 | 2, 3, 4, 5, 6, 7 |

PLAINTIFFS' OBJECTIONS TO COUNTY OF SAN DIEGO DEFENDANTS' PRETRIAL DISCLOSURES Fed. R. Civ. P. 26(a)(3)(B)

| County Exhibit No. | Date Marked | Date Admitted | Description | Plaintiffs' Objection |
|---|---|---|---|---|
| 61. | | | Audio File with Deputy Madrigal (Simpson) dated 05/29/20 | 2, 3, 4, 5, 6, 7 |
| 62. | | | Audio File with Deputy Reyes (Gardiner) dated 05/18/20 | 2, 3, 4, 5, 6, 7 |
| 63. | | | Audio File with Deputy Vallejo (Kearney) dated 05/18/20 | 2, 3, 4, 5, 6, 7 |
| 64. | | | Audio File with Deputy Church (Szymanski) dated 05/29/20 | 2, 3, 4, 5, 6, 7 |
| 65. | | | Phone Call with Abraham Ibarra dated 07/12/20 | 2, 3, 4, 5, 6, 7 |
| 66. | | | Audio File with Deputy Madrigal (Szymanski) dated 05/29/20 | 2, 3, 4, 5, 6, 7 |
| 67. | | | Audio File of Elaine Luong (Simpson) dated 06/05/20anscript with exhibits and video of the deposition of S.H. | 2, 3, 4, 5, 6, 7 |
| 68. | | | Audio File of Linnea Morton (Simpson) dated 06/03/20 | 2, 3, 4, 5, 6, 7 |
| 69. | | | Audio File of Elaine Luong (Simpson) dated 06/05/20 | 2, 3, 4, 5, 6, 7 |
| 70. | | | Audio File of Elaine Luong (Simpson) dated 05/26/20 | 2, 3, 4, 5, 6, 7 |

PLAINTIFFS' OBJECTIONS TO COUNTY OF SAN DIEGO DEFENDANTS' PRETRIAL DISCLOSURES Fed. R. Civ. P. 26(a)(3)(B)

| County Exhibit No. | Date Marked | Date Admitted | Description | Plaintiffs' Objection |
|---|---|---|---|---|
| 71. | | | Audio File of Linnea Morton (Simpson) dated 05/26/20 | 2, 3, 4, 5, 6, 7 |
| 72. | | | Audio File of Elaine Luong (Simpson) dated 06/09/20 | 2, 3, 4, 5, 6, 7 |
| 73. | | | Audio File of Linnea Morton (Simpson, message) dated 06/05/20 | 2, 3, 4, 5, 6, 7 |
| 74. | | | Audio File of Linnea Morton (Simpson) dated 06/05/20 | 2, 3, 4, 5, 6, 7 |
| 75. | | | Audio File with RN Baluca (Kearney) dated 05/18/20 | 2, 3, 4, 5, 6, 7 |
| 76. | | | Audio File with RN Jameson (Kearney) dated 05/18/20 | 2, 3, 4, 5, 6, 7 |
| 77. | | | Audio File with RN Mata (Kearney) dated 05/18/20 | 2, 3, 4, 5, 6, 7 |
| 78. | | | Audio File with RN Moralde (Gardiner) dated 05/18/20 | 2, 3, 4, 5, 6, 7 |
| 79. | | | Audio File with RN Preechar (Gardiner) dated 05/18/20 | 2, 3, 4, 5, 6, 7 |
| 80. | | | Morton Outgoing Jail Calls | 2, 3, 4, 5, 6, 7 |
| 81. | | | Emails and attachments regarding Vista Fire Department Records | 2, 3, 4, 5, 6, 7 |
| 82. | | | Emails relating to "Incoming Call Query" | 2, 3, 4, 5, 6, 7 |
| 83. | | | Emails exchanged with the Morton family | 2, 3, 4, 5, 6, 7 |

12

PLAINTIFFS' OBJECTIONS TO COUNTY OF SAN DIEGO DEFENDANTS' PRETRIAL DISCLOSURES Fed. R. Civ. P. 26(a)(3)(B)

| County Exhibit No. | Date Marked | Date Admitted | Description | Plaintiffs' Objection |
|---|---|---|---|---|
| 84. | | | Emails exchanged between Liberty Healthcare personnel regarding Joseph Morton | 2, 3, 4, 5, 6, 7 |
| 85. | | | Emails and attachments exchanged regarding Morton investigation and medical examiner report | 2, 3, 4, 5, 6, 7 |
| 86. | | | Emails and attachments exchanged regarding Morton media information | 2, 3, 4, 5, 6, 7 |
| 87. | | | Emails and attachments exchanged regarding Morton death notification | 2, 3, 4, 5, 6, 7 |
| 88. | | | SDSD Detention Services Bureau - Training Materials and Related Documents | 2, 3, 4, 5, 6, 7 |
| 89. | | | Training Transcript for Hosanna H. Alto | 2, 3, 4, 5, 6, 7 |
| 90. | | | Training Transcript for Samantha A. Macanlalay | 2, 3, 4, 5, 6, 7 |
| 91. | | | Learner Transcript for Samantha A. Macanlalay | 2, 3, 4, 5, 6, 7 |
| 92. | | | Learner Transcript for Hosanna Alto | 2, 3, 4, 5, 6, 7 |
| 93. | | | Personnel File for Hosanna Alto | 2, 3, 4, 5, 6, 7 |
| 94. | | | Personnel File for Samantha Macanlalay | 2, 3, 4, 5, 6, 7 |

13

PLAINTIFFS' OBJECTIONS TO COUNTY OF SAN DIEGO DEFENDANTS'
PRETRIAL DISCLOSURES Fed. R. Civ. P. 26(a)(3)(B)

| County Exhibit No. | Date Marked | Date Admitted | Description | Plaintiffs' Objection |
|---|---|---|---|---|
| 95. | | | SDSD Medical Services Division - Learner Transcript of Samantha A. Macanlalay | 2, 3, 4, 5, 6, 7 |
| 96. | | | SDSD Medical Services Division - Learner Transcript of Hosanna H. Alto | 2, 3, 4, 5, 6, 7 |
| 97. | | | Supervisor Evaluations and Policies re: Hosanna H. Alto | 2, 3, 4, 5, 6, 7 |
| 98. | | | Curriculum Vitae of Hosanna H. Alto | 2, 3, 4, 5, 6, 7 |
| 99. | | | Supervisor Evaluations and Policies re: Samantha A. Macanlalay | 2, 3, 4, 5, 6, 7 |
| 100. | | | Curriculum Vitae of Samantha A. Macanlalay | 2, 3, 4, 5, 6, 7 |
| 101. | | | SDSD VDF Documents re: Cell Checks and Area Activities | 2, 3, 4, 5, 6, 7 |
| 102. | | | San Diego County Sheriff Floor Evacuation List | 2, 3, 4, 5, 6, 7 |
| 103. | | | Automated External Defibrillator Report | 2, 3, 4, 5, 6, 7 |
| 104. | | | San Diego County Sheriff's Department Health Information Management | 2, 3, 4, 5, 6, 7 |
| 105. | | | Training Bulletin for "QMHP Role in Critical Incidents"' | 2, 3, 4, 5, 6, 7 |
| 106. | | | Training Bulletin for "MSD LUT 21 Suicide | 2, 3, 4, 5, 6, 7 |

14

PLAINTIFFS' OBJECTIONS TO COUNTY OF SAN DIEGO DEFENDANTS' PRETRIAL DISCLOSURES Fed. R. Civ. P. 26(a)(3)(B)

| County Exhibit No. | Date Marked | Date Admitted | Description | Plaintiffs' Objection |
|---|---|---|---|---|
| | | | Detection and Prevention" | |
| 107. | | | Chronic Care 06-25-20 | 2, 3, 4, 5, 6, 7 |
| 108. | | | Dental Sick Call 03-07-21 | 2, 3, 4, 5, 6, 7 |
| 109. | | | Medical Chart Review 05-13-20 | 2, 3, 4, 5, 6, 7 |
| 110. | | | Medical Chart Review 05-15-20 | 2, 3, 4, 5, 6, 7 |
| 111. | | | Psych Chart Review 05-13-20 | 2, 3, 4, 5, 6, 7 |
| 112. | | | Psych Sick Call 05-12-20 | 2, 3, 4, 5, 6, 7 |
| 113. | | | Psych Sick Call 05-20-20 | 2, 3, 4, 5, 6, 7 |
| 114. | | | QMHP 05-13-20 | 2, 3, 4, 5, 6, 7 |
| 115. | | | VDF DOPS Spreadsheet for Janine Sparks 5/13/2020 | 2, 3, 4, 5, 6, 7 |
| 116. | | | VDF DOPS Spreadsheet for Janine Sparks 5/14/2020 | 2, 3, 4, 5, 6, 7 |
| 117. | | | VDF DOPS Spreadsheet for Janine Sparks 5/15/2020 | 2, 3, 4, 5, 6, 7 |
| 118. | | | VDF DOPS Spreadsheet for Janine Sparks 5/16/2020 | 2, 3, 4, 5, 6, 7 |
| 119. | | | Emails and attachments between Janine Sparks and Melissa Quiroz | 2, 3, 4, 5, 6, 7 |

15

PLAINTIFFS' OBJECTIONS TO COUNTY OF SAN DIEGO DEFENDANTS' PRETRIAL DISCLOSURES Fed. R. Civ. P. 26(a)(3)(B)

| County Exhibit No. | Date Marked | Date Admitted | Description | Plaintiffs' Objection |
|---|---|---|---|---|
| 120. | | | David Fractor, PhD, Expert Report | 2, 3, 4, 5, 6, 7 |
| 121. | | | Dr. Mace Beckson, M.D., DLFAPA, FASAM, Expert Report | 2, 3, 4, 5, 6, 7 |
| 122. | | | Dr. Kristina Tyler, PhD, QME Expert Report | 2, 3, 4, 5, 6, 7 |
| 123. | | | Kathryn Wild, RN, MPA, CCHP-RN, Expert Report | 2, 3, 4, 5, 6, 7 |

Respectfully submitted,

**PHG Law Group, Grace Jun Law PC**

Dated: June 18, 2026          by: *s/ Grace Jun*
Grace Jun, Esq.
grace@gracejunlaw.com
Attorneys for Plaintiffs

16

PLAINTIFFS' OBJECTIONS TO COUNTY OF SAN DIEGO DEFENDANTS'
PRETRIAL DISCLOSURES Fed. R. Civ. P. 26(a)(3)(B)