**Michael L. Wroniak, Esq. (State Bar No. 210347)**
**Rada Feldman, Esq. (State Bar No. 285931)**
**Bianca M. Bonjean, Esq. (State Bar No. 342297)**
**Cristina I. Butoiu, Esq. (State Bar No. 335902)**
**COLLINS + COLLINS LLP**
**750 The City Drive, Suite 400**
**Orange, CA 92868**
**(714) 823-4100 – FAX (714) 823-4101**
**Email: mwroniak@ccllp.law**
**Email: rfeldman@ccllp.law**
**Email: bbonjean@ccllp.law**
**Email: cbutoiu@ccllp.law**

Attorneys for Defendants
COUNTY OF SAN DIEGO and JANINE SPARKS

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN MORTON, Individually, and as Successor in Interest to JOSEPH MORTON, and DEAN MORTON, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN DIEGO, BIJAN RAHMANI, Individually, HOSANNA ALTO, Individually, MATTHEW BERLIN, Individually, LIBERTY HEALTHCARE, JANINE SPARKS, Individually, CHRISTOPHER KAGAY, Individually, AND DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 3:21-cv-01428-RBM-DDL<br>***Judge Ruth Bermudez Montenegro, Courtroom 5B; Magistrate Judge David D. Leshner, Courtroom 2D***<br><br>**OBJECTIONS TO PRETRIAL DISCLOSURES BY PLAINTIFFS**<br><br>**Complaint Filed: 08/09/2021**<br>**Trial Date:       08/17/2026** |

///

///

*23475*

1

**OBJECTIONS TO PRETRIAL DISCLOSURES BY PLAINTIFFS**

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone  (714) 823-4100
Fax     (714) 823-4101

## INTRODUCTION

Defendants County of San Diego and Janine Sparks ("County Defendants") object to the witnesses, deposition testimony, and exhibits identified in MARILYN MORTON, Individually, and as Successor in Interest to JOSEPH MORTON, and DEAN MORTON, by and through his successor in interest, MARILYN MORTON ("Plaintiffs") Pretrial Disclosures. These objections do not waive any Motion in Limine, *Daubert* motion, or objection at trial.

## I. WITNESSES TO BE CALLED AT TRIAL BY PLAINTIFFS

The County Defendants reserve a Fed. R. Civ. P. 37(c)(1) objection to any witness never previously identified in discovery.

- Kaycea Campbell/ *Daubert*/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Impermissible Expert Testimony Fed. R. Evid. 702-706; and Hearsay 802-806 reserved.

- Robert Canning*/ Daubert*/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Impermissible Expert Testimony Fed. R. Evid. 702-706; and Hearsay 802-806 reserved.

- William D. Gore/Apex Doctrine (*Myles v. County of San Diego,* 15CV1985-BEN (BLM), 2016 WL 4366543, at *3–4 (S.D. Cal. Aug. 15, 2016) (finding Gore a high-level official subject to the apex doctrine and collecting cases).); and Fed. R. Evid. 401-403 reserved.

- Custodian of Records /Designated Agent/Representative of State Auditor of California/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- Custodian of Records /Designated Agent/Representative, San Diego County Grand Jury/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

**COLLINS + COLLINS** LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

- Custodian of Records, National Commission on Correctional Health Care (NCCHC) / Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- Custodian of Records, San Diego County Medical Examiner's Office / Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

## II. EXHIBITS PLAINTIFFS EXPECT TO OFFER AT TRIAL

- San Diego County Sheriff's Department Arrest/Juvenile Contact Report from May 12, 2020, Incident/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- San Diego County Sheriff's Department Officer Report of Daniel Iverson/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- Suicide Note to Lainey Luong/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- Suicide Note to Morton Family/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- Internal County Email from Katrina San Nicolas to Melissa Quiroz Regarding the In-Custody death of Joseph Morton/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

///

23475

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

**OBJECTIONS TO PRETRIAL DISCLOSURES BY PLAINTIFFS**

- May 26, 2020, Email from Kristin Sanchez to Geoff Twitchell Regarding Providers Not Completing Mental Health Issues Training/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- Email to Ramsey Khouri and Rachel Tait from Kevin Rice Regarding Suicide Risk and Watch/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- Amended Grand Jury Report, Examining the Issue of Suicide in San Diego Jails, filed May 4, 2017/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- San Diego County Sheriff's Office Response to 2017 Amended Grand Jury Report / Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- NCCHC Technical Assistance Report/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- Lindsay Hayes, Report on Suicide Prevention Practices within the San Diego County Jail System, June 22, 2018/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- Disability Rights California, Suicides in San Diego County Jail: A System Failing People with Mental Illness, April 2018/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone  (714) 823-4100
Fax     (714) 823-4101

*23475*

4

**OBJECTIONS TO PRETRIAL DISCLOSURES BY PLAINTIFFS**

- San Diego County Sheriff's Department's response to the Disability Rights California Report / Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- California State Auditor Report and San Diego County Sheriff's Office Response/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- May 19, 2020, County Internal Email from Janine Sparks to Melissa Quiroz Regarding Last Week's Scheduling/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- Internal emails from Liberty Health Staff regarding the in-custody death of Joseph Morton/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- Morton Family Photos, Letters, and Cards/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

### III. EXHIBITS PLAINTIFFS MAY OFFER AT TRIAL

- Email from Thomas Seiver Regarding Morton Suicide/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- County of San Diego Inter-Department Correspondence Regarding 7-Day Quarantine Proposal/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

23475

5

**OBJECTIONS TO PRETRIAL DISCLOSURES BY PLAINTIFFS**

- County Internal Emails Regarding Preparation for the Death Reviews with Documents Pertaining to Joseph Morton/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- Letter from San Diego County Sheriff's Department to Vista Fire Department Requesting Records and Reports from Incident

- Jeffrey L. Metzner, M.D., P.C.'s Expert Reports and File/ *Daubert*/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Expert Testimony Fed. R. Evid. 702-706; and Hearsay 802-806 reserved.

- Kaycea Campbell PH.D.; Expert Report and File/ *Daubert*/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Expert Testimony Fed. R. Evid. 702-706; and Hearsay 802-806 reserved.

- Defendant County of San Diego's Supplemental Response to Plaintiff Marilyn Morton's Interrogatory No. 21 (Set Three) / *Daubert*/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; and Hearsay 802-806 reserved.

- County Internal Email Regarding ICD Morton/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- County Internal Email Regarding Joseph Morton and Family Requesting Records/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- Emails Between Jeffrey McDonald and Linnea Morton/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

///

///

*23475*

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

**OBJECTIONS TO PRETRIAL DISCLOSURES BY PLAINTIFFS**

- February 26, 2021, Letter from Christopher S. Morris to Christopher Miedico Requesting Joseph Morton's Medical Records With Declarations/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- County Internal Email Regarding Joseph Morton and Family Requesting Records/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- Email from Daniel Dennis re Pre-CIRB Meeting/ Subject to the attorney-client privilege under the Ninth Circuit's decision in Greer and ordered to be destroyed per Court Order dated 10/29/2025 - Dkt. 299. Objection to CIRB documents in entirety on grounds of attorney-client privilege, and any CIRB documents remain privileged under the Ninth Circuit Greer decision and pursuant to the Court's Order that the CIRB documents are privileged. See Court Order dated 10 - Dkt. 256; Attorney-Client Privilege; Official Information Privilege; Work Product Doctrine; Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- Pre-CIRB Meeting Attendee List/ Subject to the attorney-client privilege under the Ninth Circuit's decision in Greer and ordered to be destroyed per Court Order dated 10/29/2025 - Dkt. 299. Objection to CIRB documents in entirety on grounds of attorney-client privilege, and any CIRB documents remain privileged under the Ninth Circuit Greer decision and pursuant to the Court's Order that the CIRB documents are privileged. See Court Order dated 10 - Dkt. 256; Attorney-Client Privilege; Official Information Privilege; Work Product Doctrine; Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid.

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

23475

**OBJECTIONS TO PRETRIAL DISCLOSURES BY PLAINTIFFS**

901-902, 1000-1004 reserved.

- Emails Regarding Preliminary Death Review/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- Morbidity Review – Joseph Morton 20921478/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- Suicide Prevention and Focused Response Team (SPFRT) Meeting Minutes/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- CATCH Computer and Technology Crimes High Tech Task Force Device Examination Report for Initial Report/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- County of San Diego – Department of Purchasing and Contracting No. 555357 Amendment No. 5/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- County of San Diego – Department of Purchasing and Contracting No. 555357 Amendment No. 4/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- County of San Diego – Department of Purchasing and Contracting No. 555357 Amendment No. 3/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

///

*23475*

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone   (714) 823-4100
Fax      (714) 823-4101

8

**OBJECTIONS TO PRETRIAL DISCLOSURES BY PLAINTIFFS**

- County of San Diego – Department of Purchasing and Contracting No. 555357 Amendment No. 2/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- County of San Diego – Department of Purchasing and Contracting No. 555357 Amendment No. 1/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- County Internal Email from Danielle Benz Regarding ME Seal Autopsy Request/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- County Internal Email Correspondence from Julia Shelby Regarding Incoming Call Query/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- Inmate Email Archive – Email for Joseph Morton from Elaine Luong, ID 8467661/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- Inmate Email Archive – Email for Joseph Morton from Elaine Luong, ID 8467637/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- Inmate Email Archive – Email for Joseph Morton from Elaine Luong, ID 8465175/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA  92868-4940
Phone   (714) 823-4100
Fax        (714) 823-4101

23475

9

**OBJECTIONS TO PRETRIAL DISCLOSURES BY PLAINTIFFS**

- Classification Navigator for Joseph Morton/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- Inmate Death Notification Checklist for Inmate Joseph Morton/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- Email/Letter from Detective Brian Simpson to Elaine Luong Regarding Suicide Note/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- Email/Letter from Detective Brian Simpson to Marilyn Morton Regarding Suicide Note/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- San Diego County Sheriff's Department Vital Signs Listed for Joseph Morton/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- San Diego Sheriffs Department Booking Intake/ Personal Property Inventory Case no. 20120541/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- San Diego Sheriffs Department Probable Cause Declaration For Warrantless Arrest Case no. 20120541/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

///

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA  92868-4940
Phone  (714) 823-4100
Fax       (714) 823-4101

*23475*

10

**OBJECTIONS TO PRETRIAL DISCLOSURES BY PLAINTIFFS**

- Vista Detention Facility Medical Services Deployment, Shift Schedule for May 17, 2020/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- Letter from the San Diego Sheriff's Department to Sheriff's Detention Investigations Unit Regarding Withholding Release of Autopsy, Toxicology and Investigator's Reports/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- July 30, 2020, County Internal Email from Christopher Thibodeaux to Laura de la Torre Regarding Incoming Call Query/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- August 2, 2020, County Internal Email from Julian Shelby to Laura de la Torre Regarding Incoming Call Query/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- June 2, 2020, County Internal Email from Sandie Hargis to Danielle Benz Regarding Records Requested Related to Joseph Morton/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- Letters, Reports, and Run Sheets from the Vista Fire Department Regarding Incident 2020-032280/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- May 18, 2020, County Internal Email from Jon Montgomery to Billy Duke Regarding the In-Custody Death of Joseph Morton / Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R.

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

*23475*

**OBJECTIONS TO PRETRIAL DISCLOSURES BY PLAINTIFFS**

Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- May 19, 2020, County Internal Email Chain Det. Nicholas Sisto, Aaron Brown, Lena Lovelace and Shawn Wray Regarding Contacting Linnea Morton / Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- May 19, 2020, County Internal Email Chain Det. Nicholas Sisto, Aaron Brown and Shawn Wray Regarding Contacting Linnea Morton / Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- May 21, 2020, County Internal Email from Det. Nicholas Sisto to Det. Brian Simpson Regarding Linnea Morton's inquiry in Putting Hold on Joseph Morton's Bank Account/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- May 22, 2020, Email Chain between Det. Brian Simpson and Linnea Morton Regarding Bank Account Hold and Obtaining a Death Certificate/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- June 13, 2020, Email from Linnea Morton to San Diego Sheriff's Department Records Clerk Annette Ortiz-Sanchez with Attached Scans of Joseph Morton's Death Certificate, Records Request, and Drivers License/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

*23475*

**OBJECTIONS TO PRETRIAL DISCLOSURES BY PLAINTIFFS**

- August 20, 2020, Forwarded Email to John Reagan Samaniego from Christopher Miedico with Attached Medical Examiners Reports Regarding Joseph Morton/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- May 26, 2020, County Internal Email from Det. Brian Simpson to Det. Peter Myers and Dep. Daniel Iverson Regarding Suicidal Statements Made by Joseph Morton During Arrest/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- May 27, 2020, County Internal Email from Det. Brian Simpson to Nancy Booth Regarding AED Download/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- May 27, 2020, County Internal Email from Det. Brian Simpson to Det. Brian Simpson Regarding Dep. Lois Guillory's Observations and Actions Related to Joseph Morton / Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- May 27, 2020, County Internal Email from Det. Brian Simpson to Det. Brian Simpson Regarding Dep. Hightower's Observations and Actions Related to Joseph Morton/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- May 27, 2020, County Internal Email from Det. Brian Simpson Forwarded to Rene Arce Regarding AED Download and Joseph Morton's Previous Mental Health Records/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory,

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

23475

**OBJECTIONS TO PRETRIAL DISCLOSURES BY PLAINTIFFS**

Fed. R. Evid. 901-902, 1000-1004 reserved.

- May 18, 2020, County Internal Email from Aaron Brown to Thomas Seiver and Shawn Wray Regarding In-Custody Death #20121404 / Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- May 30, 2020, County Internal Email from Dep. Daniel Iverson to Det. Brian Simpson Regarding BWC Capturing Joseph Morton's Asking Deputies to Shoot Him/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- May 27, 2020, County Internal Email from Chrisopher Miedico to Det. Brian Simpson Regarding Sending Over the AED on a CD / Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- July 24, 2020, County Internal Email from Jameson Perham to Det. Brian Simpson Regarding In-Custody Death/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- May 19, 2020, County Internal Email Chain Between Det. Nicholas Sisto and Det. Brian Simpson Regarding Synopsis of the In-Custody Death of Joseph Morton / Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- June 18, 2020, County Internal Email from Patricia McFadden, Sheriff's Records & ID Clerk, to Det. Brian Simpson Regarding Records Request with Attachment of Marilyn Morton's Driver's License and Joseph Morton's Death Certificate /

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

*23475*

14

**OBJECTIONS TO PRETRIAL DISCLOSURES BY PLAINTIFFS**

Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- May 19, 2020, County Internal Email from Evidence Tech Brande Silverthorn Regarding the Death Investigation of Joseph Morton / Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- May 19, 2020, County Internal Email from Detective Nicholas Sisto Regarding Obtaining a Copy of Joseph Morton's Autopsy Report / Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- August 17, 2020, Email from NoReply@sdsheriff.net Regarding San Diego Sheriff's News Release: Death Investigation at Vista Detention Facility / Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- San Diego County Sheriff's Department Homicide Unit - Media Information Regarding Death Investigation/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- May 18, 2020, County Internal Email from David Wettstead to Tyler Edward Regarding Observations and Actions Taken / Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

///

///

*23475*

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA  92868-4940
Phone   (714) 823-4100
Fax       (714) 823-4101

15

**OBJECTIONS TO PRETRIAL DISCLOSURES BY PLAINTIFFS**

- May 18, 2020, County Internal Email from Lourdes Barbarin to Debbie Parker Regarding Notification of a Deceased Inmate / Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- May 18, 2020, County Internal Email from Det. Nicholas Sisto Regarding Autopsy Results / Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- May 18, 2020, County Internal Email from Celso Lopez to Joseph Reyes with Scribe Notes Attachment / Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- May 12, 2020, County Internal Email from Matthew Berlin to Kristin Sanchez with VDF DOPS Visit Indicator List / Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- May 12, 2020, County Internal Email from Valarie Stallings Regarding List of Issued and No Complaint Defendants for 5-13-2020 / Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- August 17, 2020, County Internal Email from Thomas Seiver with Attachments of Two Medical Examiner's Reports for Joseph Morton / Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

///

*23475*

**OBJECTIONS TO PRETRIAL DISCLOSURES BY PLAINTIFFS**

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

- May 14, 2020, County Internal Email Chain with Jose Estrada, Rafael Delira  and David Odenwalder Regarding CIWA/COWS Bottles / Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- County internal emails regarding the in-custody death of Joseph Morton. / Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- Deposition Transcript and Exhibits of Bijan Rahmani / Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- Deposition Transcript and Exhibits of Hosanna H. Alto / Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- Deposition Transcript and Exhibits of Marc Myers/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- Deposition Transcript and Exhibits of Lois Guillory/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- Deposition Transcript and Exhibits of Janine Sparks/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004

**OBJECTIONS TO PRETRIAL DISCLOSURES BY PLAINTIFFS**

**COLLINS + COLLINS** LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone   (714) 823-4100
Fax      (714) 823-4101

reserved.

- Deposition Transcript and Exhibits of Melissa Quiroz/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- Deposition Transcript and Exhibits of Matthew Berlin/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- Deposition Transcript and Exhibits of Kaycea Campbell/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- Deposition Transcript and Exhibits of Luis Gomez/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- Deposition Transcript and Exhibits of Christopher Kagay/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- Deposition Transcript and Exhibits of Elaine Luong/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- Deposition Transcript and Exhibits of Matthew McArdle/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902,

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone   (714) 823-4100
Fax      (714) 823-4101

*23475*

**OBJECTIONS TO PRETRIAL DISCLOSURES BY PLAINTIFFS**

1000-1004 reserved.

- Deposition Transcript and Exhibits of Jeffrey Metzner/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- Deposition Transcript and Exhibits of Jon Montgomery/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- Deposition Transcript and Exhibits of Linnea Morton/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- Deposition Transcript and Exhibits of Derek Williamson/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- Deposition Transcript and Exhibits of Francis Ysla/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- Discovery Responses from Defendant County of San Diego/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- Discovery Responses from Defendant Hosanna Alto/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

*23475*

**OBJECTIONS TO PRETRIAL DISCLOSURES BY PLAINTIFFS**

reserved.

- Discovery Responses from Defendant Janine Sparks/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- Discovery Responses from Defendant Bijan Rahmani/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- Discovery Responses from Defendant Matthew Berlin/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- Discovery Responses from Defendant Christopher Kagay/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- Discovery Responses from Defendant Liberty Healthcare of California, Inc. / Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

///
///
///
///
///
///
///

*23475*

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone    (714) 823-4100
Fax      (714) 823-4101

**OBJECTIONS TO PRETRIAL DISCLOSURES BY PLAINTIFFS**

# **RESERVATION OF RIGHTS**

The County Defendants reserve the right to supplement or amend these objections, assert motions in limine, *Daubert* motions, and exercise any of their rights per code before trial and during trial. No objection or non-objection stated herein concedes the admissibility of any item identified by the Plaintiffs.

DATED:  June 24, 2026

COLLINS + COLLINS LLP

By: _____

CRISTINA I. BUTOIU
MICHAEL L. WRONIAK
RADA FELDMAN
BIANCA M. BONJEAN
Attorneys for Defendants
COUNTY OF SAN DIEGO and
JANINE SPARKS

*23475*

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA  92868-4940
Phone   (714) 823-4100
Fax      (714) 823-4101

21

**OBJECTIONS TO PRETRIAL DISCLOSURES BY PLAINTIFFS**