**Michael L. Wroniak, Esq. (State Bar No. 210347)**
**Rada Feldman, Esq. (State Bar No. 285931)**
**Bianca M. Bonjean, Esq. (State Bar No. 342297)**
**Cristina I. Butoiu, Esq. (State Bar No. 335902)**
**COLLINS + COLLINS LLP**
**750 The City Drive, Suite 400**
**Orange, CA 92868**
**(714) 823-4100 – FAX (714) 823-4101**
**Email: mwroniak@ccllp.law**
**Email: rfeldman@ccllp.law**
**Email: bbonjean@ccllp.law**
**Email: cbutoiu@ccllp.law**

Attorneys for Defendants
COUNTY OF SAN DIEGO and JANINE SPARKS

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN MORTON, Individually, and as Successor in Interest to JOSEPH MORTON, and DEAN MORTON, Individually, <br><br>              Plaintiffs,<br><br>   vs.<br><br>COUNTY OF SAN DIEGO, BIJAN RAHMANI, Individually, HOSANNA ALTO, Individually, MATTHEW BERLIN, Individually, LIBERTY HEALTHCARE, JANINE SPARKS, Individually, CHRISTOPHER KAGAY, Individually, AND DOES 1-10, inclusive,<br><br>              Defendants. | CASE NO. 3:21-cv-01428-RBM-DDL<br>*Judge Ruth Bermudez Montenegro, Courtroom 5B; Magistrate Judge David D. Leshner, Courtroom 2D*<br><br>**OBJECTIONS TO PRETRIAL DISCLOSURES BY LIBERTY DEFENDANTS**<br><br><br>**Complaint Filed: 08/09/2021**<br>**Trial Date:      08/17/2026** |

///

///

*23475*

1

**OBJECTIONS TO PRETRIAL DISCLOSURES BY LIBERTY DEFENDANTS**

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

## INTRODUCTION

Defendants County of San Diego and Janine Sparks ("County Defendants") object to the witnesses, deposition testimony, and exhibits identified in the Liberty Healthcare of California Inc., Bijan Rahmani, Matthew Berlin, and Christopher Kagay's ("Liberty Defendants") Pretrial Disclosures. These objections do not waive any Motion in Limine, *Daubert* motion, or objection at trial.

### I.   WITNESSES TO BE CALLED AT TRIAL BY LIBERTY DEFENDANTS

The County Defendant reserve a Fed. R. Civ. P. 37(c)(1) objection to any witness never previously identified in discovery.

- Kaycea Campbell/ *Daubert*/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Impermissible Expert Testimony Fed. R. Evid. 702-706; and Hearsay 802-806 reserved.

### II.   WITNESSES THAT MAY BE CALLED AT TRIAL BY LIBERTY DEFENDANTS

The County Defendant reserve a Fed. R. Civ. P. 37(c)(1) objection to any witness never previously identified in discovery.

### III.   EXHIBITS LIBERTY DEFENDANTS EXPECT TO OFFER AT TRIAL

- Internal Affairs Reports/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- NCCHC Standards for Mental Health Services in Correctional Facilities/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

- NCCHC Suicide Prevention Standards/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA  92868-4940
Phone   (714) 823-4100
Fax      (714) 823-4101

*23475*

2

**OBJECTIONS TO PRETRIAL DISCLOSURES BY LIBERTY DEFENDANTS**

reserved.

- California State Auditor's Office Records/ Immaterial, Unfair Prejudice Fed. R. Evid. 401-403; Hearsay Fed. R. Evid. 802-806; Lacks Foundation Fed. R. Evid. 602-606; and Speculation and Conclusory, Fed. R. Evid. 901-902, 1000-1004 reserved.

## RESERVATION OF RIGHTS

The County Defendants reserve the right to supplement or amend these objections, assert motions in limine, *Daubert* motions, and exercise any of their rights per code before trial and during trial. No objection or non-objection stated herein concedes the admissibility of any item identified by the Liberty Defendants.

DATED:  June 24, 2026                    COLLINS + COLLINS LLP

By: _____
CRISTINA I. BUTOIU
MICHAEL L. WRONIAK
RADA FELDMAN
BIANCA M. BONJEAN
Attorneys for Defendants
COUNTY OF SAN DIEGO and JANINE SPARKS

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA  92868-4940
Phone   (714) 823-4100
Fax        (714) 823-4101

*23475*

3

**OBJECTIONS TO PRETRIAL DISCLOSURES BY LIBERTY DEFENDANTS**