UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN MORTON, et al.,<br><br>                              Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>                              Defendants. | Case No.:  3:21-cv-01428-RBM-DDL<br><br>**ORDER GRANTING MOTIONS TO SUBSTITUTE ATTORNEYS**<br><br>**[Docs. 351, 352]** |

On June 26, 2026, Defendants County of San Diego and Janine Sparks (collectively, "the County") filed two Motions to Substitute Attorneys.  (Docs. 351, 352.)  The County seeks to substitute Joseph Leventhal (Doc. 351) and Joseph Orabona (Doc. 352) as counsel of record in place of current counsel Rada Feldman, Bianca M. Bonjean, Michael L. Wroniak, and Cristina Butoiu.  The County, current counsel, and proposed substitute counsel each consent to the substitutions.  (*See* Docs. 351, 352.)  Therefore, the Motions to Substitute Attorneys are **GRANTED**. The Clerk of Court is directed to remove Rada Feldman, Bianca M. Bonjean, Michael L. Wroniak, and Cristina Butoiu as counsel of record for the County and to substitute Joseph Leventhal and Joseph Orabona as counsel of record for the County.

         **IT IS SO ORDERED**.

DATE:  June 29, 2026

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE

1

3:21-cv-01428-RBM-DDL