Corey E. Krueger, Esq. (SBN 244989)
ckrueger@tresslerllp.com
Cynthia Y. Sun, Esq. (SBN 245123)
csun@tresslerllp.com
Alexandra Sennet, Esq. (SBN 360861)
asennet@tresslerllp.com
Kimberlyn B. Pinkerton, Esq. (SBN 332629)
kpinkerton@tresslerllp.com
TRESSLER LLP
909 North Pacific Coast Highway, Suite 840
El Segundo, CA 90245
Telephone: (310) 203-4800
Fax: (323) 486-2704

Attorneys for Defendants, BIJAN RAHMANI,
MATTHEW BERLIN, CHRISTOPHER KAGAY,
and LIBERTY HEALTHCARE OF CALIFORNIA,
INC., erroneously sued and served herein as
Liberty Healthcare

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN MORTON, Individually, and as Successor in Interest to JOSEPH MORTON, and DEAN MORTON, Individually,<br><br>          Plaintiffs,<br><br>          vs.<br><br>COUNTY OF SAN DIEGO, BIJAN RAHMANI, Individually, HOSANNA ALTO, Individually, MATTHEW BERLIN, Individually, LIBERTY HEALTHCARE, JANINE SPARKS, Individually, CHRISTOPHER KAGAY, Individually, AND DOES 1-10, inclusive,<br><br>          Defendants. | Case No. 3:21-cv-01428-RBM-DDL<br><br>*Honorable Ruth Bermudez Montenegro*<br>*Magistrate Judge: David D. Leshner*<br><br>**NOTICE OF APPEARANCE OF ATTORNEY CYNTHIA SUN**<br><br><br>Complaint Filed:   August 9, 2021<br>Trial Date:        August 17, 2026 |

///

TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Cynthia Sun of Tressler LLP, who is permitted to practice law in this District (California Bar No. 245123), hereby appears as counsel of record on behalf of Defendants, BIJAN RAHMANI, MATTHEW BERLIN, CHRISTOPHER KAGAY, and LIBERTY HEALTHCARE OF CALIFORNIA, INC., erroneously sued and served herein as Liberty Healthcare, in the above-entitled matter.

Date: June 29, 2026

Tressler LLP

By: _____

Corey E. Krueger, Esq.
Cynthia Y. Sun, Esq.
Alexandra Sennet, Esq.
Kimberlyn B. Pinkerton, Esq.
Attorneys for Defendants, BIJAN RAHMANI, MATTHEW BERLIN, CHRISTOPHER KAGAY, and LIBERTY HEALTHCARE OF CALIFORNIA, INC., erroneously sued and served herein as Liberty Healthcare

2
NOTICE OF APPEARANCE
Case No. 3:21-cv-01428-RBM-DDL