Danielle R. Pena, Esq., SBN 286002
dpena@PHGLawGroup.com
PHG Law Group
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone:  (619) 826-8060
Facsimile:   (619) 826-8065

Grace Jun, Esq., SBN 287973
grace@gracejunlaw.com
Grace Jun Law PC
501 West Broadway, Suite 1480
San Diego, CA 92101-6036
Telephone: (619) 841-1408

Ryan W. Stitt, Esq., SBN 273651
rstitt@stittvu.com
Stitt Vu Trial Lawyers
501 West Broadway, Suite 730
San Diego, CA 92101
Telephone:  (619) 255-0553

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN MORTON, Individually, and as Successor in Interest to JOSEPH MORTON, and DEAN MORTON, Individually. <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF SAN DIEGO, SAMANTHA MACANLALAY, Individually, BIJAN RAHMANI, Individually, HOSANNA ALTO, Individually, MATTHEW BERLIN, Individually, LIBERTY HEALTHCARE, AND DOES 1-10, inclusive, <br><br> Defendants. | Case No. 21-cv-01428-RBM(DDL) <br><br> **PLAINTIFFS' PROPOSED VERDICT FORM** <br><br> Pretrial Conf.:    July 2, 2026 <br> Courtroom:        5B |

Plaintiffs, by and through their counsel of record, hereby submit their proposed verdict form, which is attached to this notice. Plaintiffs reserve the right to amend, modify, and/or supplement their proposed verdict form to conform to the evidence at trial and pursuant to any further order of the Court.

Respectfully submitted,

Dated:  July 1, 2026

By: *Grace Jun*
        Grace Jun, Esq.
        Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTATE OF JOSEPH MORTON, MARILYN MORTON, and DEAN MORTON, | Case No. 21-cv-01428-RBM-DDL |
| Plaintiffs, | **PLAINTIFFS' PROPOSED VERDICT FORM** |
| v. | |
| COUNTY OF SAN DIEGO, JANINE SPARKS, BIJAN RAHMANI, MATTHEW BERLIN, CHRISTOPHER KAGAY, and LIBERTY HEALTHCARE, | |
| Defendants. | |

WE THE JURY, in the above-entitled action, unanimously find as follows:

**Question 1:**

Do you find that any defendant violated Joseph Morton's Fourteenth Amendment right to medical care?

| | | |
|---|---|---|
| Bijan Rahmani | Yes _____ | No _____ |
| Matthew Berlin | Yes _____ | No _____ |
| Janine Sparks | Yes _____ | No _____ |
| Christopher Kagay | Yes _____ | No _____ |

*Please answer Question 2.*

**Question 2:**

Do you find that Joseph Morton has established the elements of his Section 1983 claim of Unconstitutional Policy/Custom and/or Unconstitutional Training?

County of San Diego:    Yes _____    No _____

Liberty Healthcare    Yes _____    No _____


*Please answer Question 3.*

**Question 3:**

Was any defendant negligent toward Joseph Morton?

Bijan Rahmani    Yes _____    No _____

Matthew Berlin    Yes _____    No _____

Christopher Kagay    Yes _____    No _____

Liberty Healthcare    Yes _____    No _____


*If your answer to Question 3 is "yes" as to any defendant, please answer Question 4 for that defendant.  If your answer to Question 3 is "no," please proceed to the instructions for Question 5.*


**Question 4:**

Was the negligence of any defendant a substantial factor in causing the death of Joseph Morton?

Bijan Rahmani    Yes _____    No _____

Matthew Berlin    Yes _____    No _____

Christopher Kagay    Yes _____    No _____

Liberty Healthcare    Yes _____    No _____


*Please proceed to the instructions for Question 5.*

**Question 5:**

***Please read the following instructions.***

*If you answered "yes" to questions 1, 2, or 4 as to any defendant, please answer question 5.*

What are Joseph Morton's damages?

| | |
|---|---|
| Pre-death pain and suffering | $_____ |
| Loss of Life | $_____ |
| Loss of Earnings | $_____ |

*If you answered "yes" to question 4 as to any defendant, please answer question 6.*

**Question 6:**

| | |
|---|---|
| Marilyn Morton's past wrongful death damages | $_____ |
| Marilyn Morton's future wrongful death damages | $_____ |
| Dean Morton's past wrongful death damages | $_____ |
| Dean Morton's future wrongful death damages | $_____ |

*Please answer Question 7.*

**Question 7:**

What percentage of fault for Joseph Morton's harm do you assign to the following?

| | |
|---|---|
| Defendant(s) | _____ % |
| Joseph Morton | _____ % |
| TOTAL | _____ 100% |

*Please answer Question 8.*

**Question 8:**

Was the conduct of any defendant malicious, oppressive, or in reckless disregard of Joseph Morton's rights?

| | | |
|---|---|---|
| Bijan Rahmani | Yes _____ | No _____ |
| Matthew Berlin | Yes _____ | No _____ |
| Janine Sparks | Yes _____ | No _____ |
| Christopher Kagay | Yes _____ | No _____ |
| Liberty Healthcare | Yes _____ | No _____ |

*If you answered "yes" to Question 8 as to any defendant, please answer Question 9.*

**Question 9:**

What amount of punitive damages, if any, do you award to decedent Joseph Morton?

$_____

You have now completed this verdict form.  Please have the Jury Foreperson sign and date this form.

DATED: _____

JURY FOREPERSON

After the verdict form is completed and signed, please deliver to the court officer.