JOSEPH LEVENTHAL (SBN 221043)
jleventhal@glaserweil.com
JOSEPH ORABONA (SBN 223317)
jorabona@glaserweil.com
GLASER WEIL FINK HOWARD
  JORDAN & SHAPIRO LLP
600 W. Broadway, Suite 2850
San Diego, CA 92101
Tele: (619) 765-4380

Attorneys for Defendants
COUNTY OF SAN DIEGO and JANINE SPARKS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN MORTON, individually and as Successor in Interest to JOSEPH MORTON; and DEAN MORTON, individually, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SAN DIEGO; BIJAN RAHMANI, individually; MATTHEW BERLIN, individually; LIBERTY HEALTHCARE; JANINE SPARKS, individually; CHRISTOPHER KAGAY, individually; and DOES 1-10, inclusive, <br><br> Defendants. | CASE NO.: 21-cv-1428-RBM-DDL <br><br> **DEFENDANTS COUNTY OF SAN DIEGO AND JANINE SPARKS' OBJECTIONS TO LIBERTY HEALTHCARE DEFENDANTS' PROPOSED VERDICT FORM** <br><br> Hon. Ruth Bermudez Montenegro Courtroom 5D |

Glaser Weil

Defendants COUNTY OF SAN DIEGO ("County") and JANINE SPARKS ("Sparks") (collectively, "COUNTY DEFENDANTS") object to Liberty Healthcare, Bijan Rahmani, Matthew Berlin, and Christopher Kagay's (collectively "Liberty Defendants"), proposed verdict form.

COUNTY DEFENDANTS submit their own [Proposed] Special Verdict Form, which states special findings on each issue of fact consistent with Federal Rule of Civil Procedure 49(a), the Ninth Circuit Model Civil Jury Instructions, and the governing substantive law as set forth in the proposed jury instructions submitted to the Court.

## I.    DISCUSSION

The COUNTY DEFENDANTS and LIBERTY DEFENDANTS have substantially similar [Proposed] Special Verdict Forms, with the following distinctions.

First, the COUNTY DEFENDANTS' Special Verdict Form contains two additional questions for the Individual Liability for Claim 1 (the § 1983 claim) – that is, Questions 1 and 2. These questions are derived from the second and third elements set forth in Ninth Circuit Model Civil Jury Instruction 9.3 – Section 1983 Claim Against Defendant in Individual Capacity – Elements and Burden of Proof. This instruction provides that the PLAINTIFF must prove each of the three elements set forth in Instruction 9.3 and all the elements for the specific § 1983 claim. Given that the parties have stipulated as fact that the Individual Defendants acted under color of law (the first element), that element is properly excluded from the Special Verdict Forms submitted by the COUNTY DEFENDANTS and LIBERTY DEFENDANTS. However, the COUNTY DEFENDANTS believe its proposed Questions 1 and 2 taken directly from the Ninth Circuit Model Civil Jury Instructions should be appropriately included.

Second, the Court's Order on the COUNTY DEFENDANTS' Motion for Summary Judgment dismissed defendant Hosanna Alto from this case and all state law claims (Claims 3, 4, and 5) against the remaining COUNTY DEFENDANTS. *See* Dkt. No. 253 at 59-66. Nevertheless, the LIBERTY DEFENDANTS have included the COUNTY DEFENDANTS (County of San Diego and Janine Sparks) as part of their

Question 16 requesting the jury allocate fault for the **State Law Claims**. The inclusion of the COUNTY DEFENDANTS in this allocation of fault is inconsistent and contrary to the Court's Order on Summary Judgment. *See* Dkt. No. 253 at 59-66. Therefore, the Court should reject the inclusion of the COUNTY DEFENDANTS in Question 16 of the LIBERTY DEFENDANTS' [Proposed] Special Verdict Form.

Aside from these two distinctions, the [Proposed] Special Verdict Forms submitted by the COUNTY DEFENDANTS and LIBERTY DEFENDANTS are substantially similar.

## II.    RESERVATION OF RIGHTS

COUNTY DEFENDANTS reserve the right to propose special interrogatories necessary to preserve and support the Court's resolution of any objections to the parties' proposed verdict forms and the Court's approval of the final jury instructions at the jury instruction conference with the parties. These objections are made without waiver of and expressly preserve COUNTY DEFENDANTS' contentions that the evidence is insufficient to support submission of any claim to the jury.

DATED: July 1, 2026

GLASER WEIL FINK HOWARD
JORDAN & SHAPIRO LLP


By: /s/ Joseph Orabona
JOSEPH LEVENTHAL
JOSEPH ORABONA
Attorneys for Defendants
COUNTY OF SAN DIEGO and
JANINE SPARKS