Danielle R. Pena, Esq., SBN 286002
dpena@PHGLawGroup.com
PHG Law Group
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone: (619) 826-8060
Facsimile: (619) 826-8065

Grace Jun, Esq., SBN 287973
grace@gracejunlaw.com
Grace Jun Law PC
501 West Broadway, Suite 1480
San Diego, CA 92101-6036
TEL: (619) 841-1408

Ryan W. Stitt, Esq., SBN 273651
rstitt@stittvu.com
Stitt Vu Trial Lawyers
501 West Broadway, Suite 730
San Diego, CA 92101

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN MORTON, Individually, and as Successor in Interest to JOSEPH MORTON, and DEAN MORTON, Individually.<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, JANINE SPARKS, Individually, BIJAN RAHMANI, Individually, CHRISTOPHER KAGAY, Individually, MATTHEW BERLIN, Individually, LIBERTY HEALTHCARE, AND DOES 1-10, inclusive,<br><br>Defendants. | Case No. 21-cv-01428-RBM(DDL)<br><br>**PLAINTIFFS' NOTICE OF INTENT TO FILE MOTION PURSUANT TO FED. R. CIV. P. 17(a)(3) TO JOIN THE SPECIAL ADMINISTRATOR FOR THE ESTATE OF JOSEPH MORTON** |

On July 2, 2026, during the Final Pretrial Conference in this matter, the undersigned counsel represented to the Court that Plaintiffs would file their Fed. R. Civ. P. 17(a)(3) motion to join the Special Administrator for the Estate of Joseph Morton on Friday, July 3, 2026.

On the evening of July 2, the undersigned Plaintiffs' counsel circulated a draft of Plaintiffs Rule 17 joinder motion to all counsel for their review and any concerns. Based on the subsequent discussion with counsel for the Liberty Defendants and County of San Diego Defendants, Plaintiffs wish to notify the Court that they will file their Rule 17 motion on or before Wednesday, July 8, 2026, for the following reasons:

1.  Counsel for Defendants require time to review and provide their position regarding Plaintiffs' motion particularly given the July 4th weekend;

2.  While conferring regarding Plaintiffs' motion, the Liberty Defendants raised concerns about the probate court's order regarding the scope of the Special Administrator's authority and requested additional, clarifying language from the probate court. Plaintiffs agreed and will return to the probate court on July 7, 2026 to request that clarifying order.

3.  The parties are aiming to work cooperatively to limit the number of disputes submitted to the Court.

The undersigned Plaintiffs' counsel notified counsel for Defendants of Plaintiffs' intention to file this notice. Counsel for County of San Diego Defendants and Liberty Defendants had no objection to Plaintiffs filing the instant notice.

Respectfully submitted,

Dated:  July 3, 2026

*s/ Grace Jun*
Grace Jun, Esq.
Attorneys for Plaintiffs

2

NOTICE                                                          CASE NO. 21-CV-01428-RBM(DDL)