Corey E. Krueger, Esq. (SBN 244989)
ckrueger@tresslerllp.com
Alexandra Sennet, Esq. (SBN 360861)
asennet@tresslerllp.com
TRESSLER LLP
909 N. Pacific Coast Highway, Suite 840
El Segundo, California 90245
Telephone: (310) 203-4800
Fax: (323) 486-2704

Attorneys for Defendants, BIJAN RAHMANI,
MATTHEW BERLIN, CHRISTOPHER KAGAY,
and LIBERTY HEALTHCARE OF CALIFORNIA,
INC., erroneously sued and served herein as
Liberty Healthcare

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN MORTON, Individually, and as Successor in Interest to JOSEPH MORTON, and DEAN MORTON, Individually, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SAN DIEGO, BIJAN RAHMANI, Individually, HOSANNA ALTO, Individually, MATTHEW BERLIN, Individually, LIBERTY HEALTHCARE, JANINE SPARKS, Individually, CHRISTOPHER KAGAY, Individually, AND DOES 1-10, inclusive, <br><br> Defendants. | Case No. 3:21-cv-01428-RBM-DDL <br><br> *Honorable Ruth Bermudez Montenegro* <br> *Magistrate Judge: David D. Leshner* <br> *Courtroom 2D* <br><br> **RESPONSE BY THE LIBERTY DEFENDANTS TO PLAINTIFFS' EX PARTE MOTION TO RESCHEDULE JOINT STATUS REPORT ON TRIAL DATES AND TO COMPEL DEFENDANTS TO TIMELY PROVIDE THEIR TRIAL AVAILABILITY** <br><br> Complaint Filed:   August 9, 2021 <br> Trial Date:        August 17, 2026 |

///

///

///

1

**RESPONSE TO EX PARTE APPLICATION BY LIBERTY DEFENDANTS**
Case No. 3:21-cv-01428-RBM-DDL

COME NOW defendants LIBERTY HEALTHCARE OF CALIFORNIA, INC., BIJAN RAHMANI, MATTHEW BERLIN, and CHRISTOPHER KAGAY and hereby respond to plaintiffs' Ex Parte Application to Reschedule Joint Status Report on Trial Dates and to Compel Defendants to Timely Provide Their Trial Availability.

Plaintiffs have precipitously stated to the Court that today's Joint Status Report deadline cannot be met, and indicates that the defendants have been uncooperative. Generously stated, this is premature.

The Court's order (ECF 371) was to file today nothing more than a Joint Status Report indicating which of several identified calendar windows will work for the trial in this matter, with back-up dates in January and February if needed. This is the work of fifteen minutes once all availability is supplied.

Counsel for the Liberty Defendants have been contacting experts and witnesses daily, and often multiple times daily, since the Court's order was issued. In fact, some availability had already been obtained *before* the July 2 Pre-Trial Status Conference, since it was known that County was requesting a trial continuance. Since the Court's order contemplated date ranges not previously cleared, counsel for the Liberty Defendants steadfastly pursued availability information from all necessary persons. The final expert the Liberty Defendants needed to reach was reached by telephone at 10:23 a.m. on July 17. One fact witness (Francis Ysla, M.D.) could not be reached despite numerous attempts by multiple people in defense counsel's office *and* multiple attempts by Liberty personnel. However, since Dr. Ysla remains employed by Liberty, arrangements for his attendance at trial should be able to be made.

At 10:36 a.m., counsel for the Liberty Defendants provided trial availability to all counsel. In the ordinary course, this is perhaps later than preferred, but not tardy. The Joint Status Report will take very little time to prepare once all availability is gathered – unless plaintiffs have only cleared a single date and have not obtained availability regarding the other possible dates the Court ordered the parties to consider. It is not known if this is the case, because all plaintiffs have indicated thus

2

**RESPONSE TO EX PARTE APPLICATION BY LIBERTY DEFENDANTS**
Case No. 3:21-cv-01428-RBM-DDL

far is that a single date is agreeable to them.

It is the understanding of counsel for the Liberty Defendants that counsel for County has been working to contact all of their witnesses (because County's counsel in fact obtained availability for one jointly-retained expert), but otherwise the status of that process on County's part is unknown at the time this submission is prepared. That said, there is still time to comply with the Court's order.

The Liberty Defendants oppose plaintiffs' request to "compel" the defendants to "timely" provide availability information, as they have already done so. Additionally, it is present premature to continue the Joint Status Report deadline.

Date:  July 17, 2026

Tressler LLP

By: _____

Corey E. Krueger, Esq.
Alexandra Sennet, Esq.
Attorneys for Defendants, BIJAN RAHMANI, MATTHEW BERLIN, CHRISTOPHER KAGAY, and LIBERTY HEALTHCARE OF CALIFORNIA, INC., erroneously sued and served herein as Liberty Healthcare

**RESPONSE TO EX PARTE APPLICATION BY LIBERTY DEFENDANTS**
Case No. 3:21-cv-01428-RBM-DDL