JOSEPH LEVENTHAL (SBN 221043)
jleventhal@glaserweil.com
JOSEPH ORABONA (SBN 223317)
jorabona@glaserweil.com
SEBASTIAN VAN ROUNDSBURG (SBN 331244)
svanroundsburg@glaserweil.com
LUIS RAMOS (SBN 340711)
lramos@glaserweil.com
GLASER WEIL FINK HOWARD
  JORDAN & SHAPIRO LLP
600 W. Broadway, Suite 2850
San Diego, CA 92101
Tele: (619) 765-4380

Attorneys for Defendants
COUNTY OF SAN DIEGO and JANINE SPARKS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN MORTON, individually and as Successor in Interest to JOSEPH MORTON; and DEAN MORTON, individually, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SAN DIEGO; BIJAN RAHMANI, individually; MATTHEW BERLIN, individually; LIBERTY HEALTHCARE; JANINE SPARKS, individually; CHRISTOPHER KAGAY, individually; and DOES 1-10, inclusive, <br><br> Defendants. | CASE NO.: 21-cv-1428-RBM-DDL <br><br> **DEFENSE JOINT STATUS REPORT REGARDING NEW TRIAL DATE** <br><br> Hon. Ruth Bermudez Montenegro Courtroom 5B |

1

DEFENSE JOINT STATUS REPORT REGARDING NEW TRIAL DATE

Consistent with the Court's Order dated July 6, 2026 (Dkt 371), Defendants COUNTY OF SAN DIEGO, JANINE SPARKS, BIJAN RAHMANI, MATTHEW BERLIN, CHRISTOPHER KAGY and LIBERTY HEALTHCARE OF CALIFORNIA, INC. ("Defendants") submit the following status report re rescheduling the trial in this matter.

Despite all parties' best efforts, they have been unable to agree on a new trial date given the numerous witnesses currently contemplated and competing schedules. Unfortunately, the three options provided for in the Court's July 6, 2026 order are not workable based on witness conflicts. The parties are aiming to propose trial dates in late January or February 2027 but need additional time to confirm witness availability for that time period. Accordingly, Defendants respectfully request that the Court allow the parties to provide a further status report on or before July 24, 2026. The parties will continue their meet-and-confer efforts to obtain mutually agreed upon trial date in the interim.

Unfortunately, Plaintiffs declined to join the filing of this status report because, as represented by them, they wanted the opportunity to "include language that Defendants have been dilatory and evasive." Defendants believe the record, as reflected in Dockets 382 and 383, demonstrate otherwise.

DATED:  July 17, 2026

GLASER WEIL FINK HOWARD
JORDAN & SHAPIRO LLP

By: /s/ *Joseph Leventhal*
JOSEPH LEVENTHAL
JOSEPH ORABONA
Attorneys for Defendants COUNTY OF
SAN DIEGO and JANINE SPARKS

DEFENSE JOINT STATUS REPORT REGARDING NEW TRIAL DATE

DATED: July 17, 2026                    TRESSLER LLP

                                        By: /s/ Cynthia Y. Sun
                                            COREY E. KRUEGER
                                            CYNTHIA Y. SUN
                                            ALEXANDRA SENNET
                                            Attorneys for Defendants BIJAN
                                            RAHMANI, MATTHEW BERLIN,
                                            CHRISTOPHER KAGAY and LIBERTY
                                            HEALTHCARE OF CALIFORNIA, INC.


### SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, the undersigned filer hereby certifies that the content of this document is acceptable to counsel for the parties, and that authorization was given to affix their electronic signature hereto.


DATED: July 17, 2026             By:   /s/ *Joseph Leventhal*

DEFENSE JOINT STATUS REPORT REGARDING NEW TRIAL DATE