UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MARILYN MORTON, et al.,

Plaintiffs,

v.

COUNTY OF SAN DIEGO, et al.,

Defendants.

Case No.:  3:21-cv-01428-RBM-DDL

**ORDER REQUIRING JOINT STATUS REPORT**

**[Doc. 381]**

On July 7, 2026, the Court issued an Order requiring the Parties to file a joint status report as to mutually agreeable dates for trial.  (Doc. 371 at 3.)  The Court offered the Parties six weeks of its availability and indicated that "[i]f none of th[ose] dates work, the Parties shall propose at least three alternate dates in January or February 2027." (*Id.*)  The Parties did not timely file a joint status report with trial dates.  Instead, Plaintiffs filed an *Ex Parte* Motion to Reschedule Joint Status Report on Trial Dates and to Compel Defendants to Timely Provide Their Trial Availability (Doc. 381), and Defendants filed a status report requesting additional time to clear potential trial dates with their witnesses (Doc. 384).

As it recognized in its previous Order, the Court has no doubts that finding a trial date that works for the many Parties and witnesses in this action is difficult, and the Court

1

3:21-cv-01428-RBM-DDL

appreciates the efforts undertaken by all Parties to find a new trial date. (*See generally* Docs. 381–383.) However, the Court expects that the Parties would have been able to file a joint status report in the nearly two weeks that they have now had to do so, and that they would have been able to do so without resorting to *ex parte* motion practice, which is "rarely justified." *Mission Power Eng'g Co. v. Cont'l Cas. Co.*, 883 F. Supp. 488, 490 (C.D. Cal. 1995). The Court will give the Parties one last opportunity to meet and confer to determine mutually agreeable trial dates. On or before **July 31, 2026**, the Parties **SHALL FILE** a **joint** status report proposing trial dates in January–March 2027. If the Parties again cannot agree on a trial date, the Court will assign one without regard to the convenience of the Parties. Plaintiffs' *Ex Parte* Motion (Doc. 381) is **DENIED**.

   **IT IS SO ORDERED**.

DATE: July 21, 2026

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE

2

3:21-cv-01428-RBM-DDL