Corey E. Krueger, Esq. (SBN 244989)
ckrueger@tresslerllp.com
Cynthia Y. Sun, Esq. (SBN 245123)
csun@tresslerllp.com
Alexandra Sennet, Esq. (SBN 360861)
asennet@tresslerllp.com
TRESSLER LLP
909 N. Pacific Coast Highway, Suite 840
El Segundo, California 90245
Telephone: (310) 203-4800
Fax: (323) 486-2704

Attorneys for Defendants, BIJAN RAHMANI,
MATTHEW BERLIN, CHRISTOPHER KAGAY,
and LIBERTY HEALTHCARE OF CALIFORNIA,
INC., erroneously sued and served herein as
Liberty Healthcare

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN MORTON, Individually, and as Successor in Interest to JOSEPH MORTON, and DEAN MORTON, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN DIEGO, BIJAN RAHMANI, Individually, HOSANNA ALTO, Individually, MATTHEW BERLIN, Individually, LIBERTY HEALTHCARE, JANINE SPARKS, Individually, CHRISTOPHER KAGAY, Individually, AND DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:21-cv-01428-RBM-DDL<br><br>*Honorable Ruth Bermudez Montenegro*<br>*Magistrate Judge: David D. Leshner*<br>*Courtroom 2D*<br><br>**SUPPLEMENTAL BRIEF BY DEFENDANTS BIJAN RAHMANI, MATTHEW BERLIN, CHRISTOPHER KAGAY, AND LIBERTY HEALTHCARE OF CALIFORNIA, INC. TO PLAINTIFFS' APPLICATION TO SUBSTITUTE PARTIES UNDER F.R.C.P. 25**<br><br>Complaint Filed:    August 9, 2021<br>Trial Date:             August 17, 2026 |

1

Pursuant to Magistrate David D. Leshner's Minute Entry dated July 16, 2026 (Document 380), Defendants BIJAN RAHMANI, MATTHEW BERLIN, CHRISTOPHER KAGAY, and LIBERTY HEALTHCARE OF CALIFORNIA, INC. (hereinafter "Liberty Defendants") hereby submit the following Supplemental Brief to Plaintiffs' Application to Substitute Parties under Federal Rules of Civil Procedure 25.

Based upon Defendants County of San Diego and Janine Sparks' (hereinafter "County Defendants") supplemental brief withdrawing their Opposition to Plaintiffs' Application to Substitute Parties under Federal Rules of Civil Procedure 25 (Document 386) and Plaintiffs' counsel's representations that the total value of Marilyn Morton's estate is under $50,000 and that no probate was opened or will be opened for Marilyn Morton, the Liberty Defendants *do not oppose* Plaintiffs' Application to Substitute Parties under Federal Rules of Civil Procedure 25.

However, if Plaintiffs substitute Linnea Morton, Brian Morton, and Elizabeth Helminiak as plaintiffs in this case, the Court should deny Plaintiffs' Motion to Join the Estate of Joseph Morton under Federal Rules of Civil Procedure 17. Pursuant to California Code of Civil Procedure Section 377.30, the successors-in-interest to Marilyn Morton's 42 U.S.C. section 1983 claims are Linnea Morton, Brian Morton, and Elizabeth Helminiak—not the personal representative of the Estate of Joseph Morton.

Therefore, the Court should *grant* Plaintiffs' Application to Substitute Parties under Federal Rules of Civil Procedure 25 but *deny* Plaintiffs' Motion to Join the Estate of Joseph Morton under Federal Rules of Civil Procedure 17.

///
///
///
///
///

2

Date:  July 24, 2026

Tressler LLP

By: _____
    Corey E. Krueger, Esq.
    Cynthia Y. Sun, Esq.
    Alexandra Sennet, Esq.
    Attorneys for Defendants, BIJAN
    RAHMANI, MATTHEW BERLIN,
    CHRISTOPHER KAGAY, and
    LIBERTY HEALTHCARE OF
    CALIFORNIA, INC., erroneously sued
    and served herein as Liberty Healthcare

SUPPLEMENTAL BRIEF TO PLAINTIFFS' APPLICATION TO SUBSTITUTE PARTIES UNDER F.R.C.P. 25
Case No. 3:21-cv-01428-RBM-DDL