Danielle R. Pena, Esq., SBN 286002
dpena@PHGLawGroup.com
PHG Law Group
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone:  (619) 826-8060
Facsimile:   (619) 826-8065

Grace Jun, Esq., Esq., SBN 287973
grace@gracejunlaw.com
501 West Broadway, Suite 1480
San Diego, CA 92101-6036
TEL: (619) 841-1408

Ryan W. Stitt, Esq., SBN 273651
rstitt@stittvu.com
Stitt Vu Trial Lawyers
501 West Broadway, Suite 730
San Diego, CA 92101

Attorneys for Plaintiffs Marilyn Morton and Dean Morton

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN MORTON, Individually, and as Successor in Interest to JOSEPH MORTON, and DEAN MORTON, by and through his successor in interest, MARILYN MORTON.<br><br>                    Plaintiffs,<br><br>     v.<br><br>COUNTY OF SAN DIEGO, JANINE SPARKS, Individually, BIJAN RAHMANI, Individually, MATTHEW BERLIN, Individually, CHRISTOPHER KAGAY, Individually, LIBERTY HEALTHCARE, and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No. 21-cv-01428-RBM-DDL<br><br>**JOINT STATUS REPORT ON TRIAL DATE AVAILABILITY** |

JOINT STATUS REPORT                    CASE NO. 21-CV-01428-RBM-DDL

The parties met and conferred over video conference on July 27, 2026 and engaged in a productive discussion of their collective trial availability. We discussed various ways to make the three proposed dates in 2026 work by calling witnesses out of order, agreeing to stipulations, or making other non-essential concessions to resolve conflicts; however, none of the 2026 dates proposed by the Court in its order continuing the August trial date are mutually acceptable for the parties.

The parties next discussed their availability in January and February of 2027, and the consensus best option is to start trial on January 25, 2027. That date presents the fewest conflicts and logistical issues that would need to be resolved.

In addition to January 25, the parties are available to start trial February 1 and 8; however, the later in February the trial goes the more witness conflicts the County and Liberty Defendants have that the parties would need to resolve.

For example, Liberty Counsel, Mr. Krueger, has another trial scheduled in this district currently scheduled for February 8, 2027 (*Rupard v. County of San Diego*, case no. 3:23-cv-01357-CAB-JAC), and he is scheduled to teach a class on February 11, 2027.

The County Defendants have an expert who is not available between February 11 and 28, 2027, and two other witnesses who are not available between February 25 and 28, 2027.  Therefore, a trial start date of February 16 will not work for those witnesses.  In addition, a February 22 trial date would require the County Defendants to confirm the March 2027 availability of more than thirty current and former County witnesses identified by the parties. The County Defendants have not yet done so because they began collecting witness availability for January and February 2027 before the Court issued its order including March 2027.

//

//

//

//

2

JOINT STATUS REPORT                              CASE NO. 21-CV-01428-RBM-DDL

During the parties meet and confer, the parties agreed to work collaboratively during the trial to accommodate each other's witnesses should unavailability exist. Should the Court permit it, the parties agree to call a witness out-of-order should it be necessary to accommodate a witness's unavailability and to ensure each party presents their evidence at trial.

DATED:  July 29, 2026

STITT VU TRIAL LAWYERS

By: *s/ Ryan W. Stitt*
RYAN W. STITT
DANIELLE R. PENA
GRACE JUN

Attorneys for Plaintiffs MARILYIN MORTON and DEAN MORTON

DATED:  July 29, 2026

GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP

By: *s/ Joseph Orabona*
JOSEPH LEVENTHAL
JOSEPH ORABONA
Attorneys for Defendants COUNTY OF SAN DIEGO and JANINE SPARKS

DATED:  July 29, 2026

TRESSLER LLP

By: *s/ Corey Krueger*
COREY E. KRUEGER
CYNTHIA Y. SUN
ALEXANDRA SENNET
Attorneys for Defendants BIJAN RAHMANI, MATTHEW BERLIN, CHRISTOPHER KAGY and LIBERTY HEALTHCARE OF CALIFORNIA, INC.

3

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, the undersigned filer hereby certifies that the content of this document is acceptable to counsel for the parties, and that authorization was given to affix their electronic signature hereto.

DATED:  July 29, 2026                    By: *s/ Ryan W. Stitt*

4