UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN MORTON, et al.,<br><br>                                   Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>                                   Defendants. | Case No.:  3:21-cv-01428-RBM-DDL<br><br>**ORDER RESETTING TRIAL** |

On July 29, 2026, the Parties submitted a Joint Status Report on Trial Date Availability.  (Doc. 389.)  The Court appreciates the Parties' efforts, and their offers to "work collaboratively during the trial to accommodate each other's witnesses should unavailability exist."  (*Id.* at 3.)  The Parties' preferred trial start date works with the Court's calendar.  Accordingly, the Court **RESETS** the trial start date for **January 25, 2027 at 8:30 a.m.**  All other deadlines and directives in the Court's previous Order setting briefing schedules (Doc. 371) remain unchanged.

**IT IS SO ORDERED**.

DATE:  July 31, 2026

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE

1

3:21-cv-01428-RBM-DDL