Danielle R. Pena, Esq., SBN 286002
dpena@PHGLawGroup.com
PHG Law Group
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone: (619) 826-8060
Facsimile: (619) 826-8065

Grace Jun, Esq., Esq., SBN 287973
grace@gracejunlaw.com
501 West Broadway, Suite 1480
San Diego, CA 92101-6036
TEL: (619) 841-1408

Ryan W. Stitt, Esq., SBN 273651
Stitt Vu Trial Lawyers APC
501 W Broadway Suite 730
San Diego, California 92101
Telephone: (619) 255-0553
rstitt@stittvu.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ESTATE OF JOSEPH MORTON, by and through its Special Administrator, Kaitlyn Welling; MARILYN MORTON, individually, by and through her successors in interest; DEAN MORTON, individually, by and through his successors in interest;

Plaintiffs,

v.

COUNTY OF SAN DIEGO, JANINE SPARKS, individually, BIJAN RAHMANI, individually, MATTHEW BERLIN, individually, CHRISTOPHER KAGAY, individually, LIBERTY HEALTHCARE, and DOES 1-10, inclusive,

Defendants.

CASE NO.: 21-CV-1428-RBM-DDL

*Hon. Judge Ruth B. Montenegro*

PLAINTIFFS' SUPPLEMENTAL BRIEF RE: BIFURCATION OF ANY PORTION OF THE TRIAL

Plaintiffs do not seek to bifurcate any portion of trial in this matter. Plaintiffs are informed and believe that County Defendants may seek to bifurcate the *Monell* claim. Plaintiffs will respond to the County's opening brief and provide their position after reviewing the County's brief.

Plaintiffs are further informed and believe that the County Defendants desire bifurcation of the punitive damages penalty phase, and Plaintiffs represented to the Court at the Pretrial Conference that they have no objection to bifurcating the punitive damages phase of the trial if that is preferred by the Court. To the extent that the County Defendants propose a two-phase trial such that: (1) a jury would have to find the factual predicate for punitive damages in the first phase, along with any finding on liability and compensatory damages; and then (2) the amount of any punitive damages, if any, would be decided in a subsequent phase. Plaintiffs generally have no objection to proceeding in this manner but leave it to the Court's discretion.

Respectfully submitted,

DATED August 17, 2026

*s/ Grace Jun*
GRACE JUN
Attorneys for Plaintiff