Danielle R. Pena, Esq., SBN 286002
dpena@PHGLawGroup.com
PHG Law Group
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone: (619) 826-8060
Facsimile: (619) 826-8065

Grace Jun, Esq., Esq., SBN 287973
grace@gracejunlaw.com
501 West Broadway, Suite 1480
San Diego, CA 92101-6036
TEL: (619) 841-1408

Ryan W. Stitt, Esq., SBN 273651
Stitt Vu Trial Lawyers APC
501 W Broadway Suite 730
San Diego, California 92101
Telephone: (619) 255-0553
rstitt@stittvu.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JOSEPH MORTON, by and through its Special Administrator, Kaitlyn Welling; MARILYN MORTON, individually, by and through her successors in interest; DEAN MORTON, individually, by and through his successors in interest;<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, JANINE SPARKS, individually, BIJAN RAHMANI, individually, MATTHEW BERLIN, individually, CHRISTOPHER KAGAY, individually, LIBERTY HEALTHCARE, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: 21CV1428-RBM-DDL<br><br>*Hon. Judge Ruth B. Montenegro*<br><br>PLAINTIFF'S BRIEF RE SCOPE AND AVAILABILITY OF DAMAGES AFTER SUBSTITUTION OF PARTIES |

Pursuant to this Court's July 6, 2026, Order (Dkt. 371), Plaintiffs submit this brief addressing whether the scope and availability of damages is affected by the death of Marilyn Morton and the subsequent substitution of additional parties.

The death of Marilyn Morton, and the substitution of her successors in interest, have no effect on the scope and availability of damages in this case. That is because the "Supreme Court has construed claims brought under Section 1983 as tort claims for personal injury." *Pony v. Cnty. of Los Angeles*, 433 F.3d 1138, 1143 (9th Cir. 2006). In other words, damages are personal to the plaintiff who suffered them. Decedent Joseph Morton is entitled to damages for his predeath pain and suffering and loss of life for his section 1983 claims. *Valenzuela v. City of Anaheim*, 6 F.4th 1098, 1103 (9th Cir. 2021). Marilyn Morton and Dean Morton are entitled to claim damages, under the state law wrongful death cause of action, for the loss of Joseph Morton's society and companionship.

To the extent the Defendants intend to take differing positions, Plaintiffs will address such arguments in their responsive brief.

Respectfully submitted,

Dated: August 17, 2026

*s/ Grace Jun*
Grace Jun
Attorneys for Plaintiffs