Corey E. Krueger, Esq. (SBN 244989)
ckrueger@tresslerllp.com
Cynthia Y. Sun, Esq. [SBN 245123]
csun@tresslerllp.com
Alexandra Sennet, Esq. (SBN 360861)
asennet@tresslerllp.com
TRESSLER LLP
909 N. Pacific Coast Highway, Suite 840
El Segundo, California 90245
Telephone: (310) 203-4800
Fax: (323) 486-2704

Attorneys for Defendants, BIJAN RAHMANI, MATTHEW BERLIN, CHRISTOPHER KAGAY, and LIBERTY HEALTHCARE OF CALIFORNIA, INC., erroneously sued and served herein as Liberty Healthcare

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

MARILYN MORTON, Individually, and as Successor in Interest to JOSEPH MORTON, and DEAN MORTON, Individually,

Plaintiffs,

vs.

COUNTY OF SAN DIEGO, BIJAN RAHMANI, Individually, HOSANNA ALTO, Individually, MATTHEW BERLIN, Individually, LIBERTY HEALTHCARE, JANINE SPARKS, Individually, CHRISTOPHER KAGAY, Individually, AND DOES 1-10, inclusive,

Defendants.

Case No. 3:21-cv-01428-RBM-DDL

*Honorable Ruth Bermudez Montenegro*
*Magistrate Judge: David D. Leshner*
*Courtroom 2D*

**LIBERTY DEFENDANTS' REPLY BRIEF REGARDING WHETHER LIBERTY MAY BE LIABLE UNDER MONELL EVEN IF NO INDIVIDUALLY NAMED DEFENDANT IS FOUND LIABLE**

Complaint Filed: August 9, 2021
Trial Date: August 17, 2026

///

///

///

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

COME NOW the Liberty Defendants and hereby submit their Reply Brief regarding whether Liberty Healthcare of California, Inc. ("Liberty") may be liable under *Monell* even if no individually named Defendant is found liable [ECF No. 371 at 2:16–17]. As set forth below, following the Court's August 21, 2026 Order dismissing Plaintiffs' *Monell* claim against Liberty [ECF No. 414], that issue no longer requires resolution as to Liberty.

On August 21, 2026, after the Liberty Defendants submitted their Opening Brief, the Court granted the parties' Joint Motion to dismiss Plaintiffs' Second Cause of Action against Liberty. ECF Nos. 413, 414. The Court's Order provides that "Plaintiffs' second cause of action is DISMISSED as to Defendant Liberty Healthcare of California, Inc. only," while Plaintiffs continue to maintain their *Monell* claim against the County of San Diego. ECF No. 414 at 1.

Accordingly, Plaintiffs no longer assert a *Monell* claim against Liberty, and the question whether Liberty may be held liable under *Monell* in the absence of liability against an individually named Defendant no longer requires resolution as to Liberty.

The dismissal of Plaintiffs' Second Cause of Action against Liberty does not affect the remaining claims against the individually named Liberty Defendants, Dr. Bijan Rahmani, Dr. Matthew Berlin, and Nurse Practitioner Christopher Kagay.

///

///

///

///

///

///

///

In light of the Court's August 21, 2026 Order dismissing Plaintiffs' *Monell* claim against Liberty, the Liberty Defendants respectfully submit that the issue addressed in their Opening Brief is moot as to Liberty and requires no further determination by the Court.

Date: August 24, 2026

TRESSLER LLP

By: ______________________

Corey E. Krueger, Esq.
Cynthia Y. Sun
Alexandra Sennet, Esq.
Attorneys for Defendants, BIJAN RAHMANI, MATTHEW BERLIN, CHRISTOPHER KAGAY, and LIBERTY HEALTHCARE OF CALIFORNIA, INC., erroneously sued and served herein as Liberty Healthcare